# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMOND LEE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 16-2062 (EGS) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF VETERANS ) | |
| AFFAIRS, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO PRECLUDE
## EXPERT OPINIONS AND FOR SUMMARY JUDGMENT

Defendants United States Department of Veterans Affairs and the United States of America respectfully move the Court, pursuant to Federal Rule of Evidence 702, to preclude Plaintiff's medical expert, Dr. Fernando Porter, from offering proposed expert opinions at trial. In addition, pursuant to Federal Rule of Civil Procedure 56, Defendants move for summary judgment on Plaintiff's claims under the Federal Tort Claims Act. In support of this motion, Defendants submit a supporting Memorandum of Law and exhibits thereto, Local Civil Rule 7(h)(1) Statement of Material Facts Not in Dispute, and a proposed Order.

Dated: July 24, 2019                    Respectfully submitted,

                                        JESSIE K. LIU, D.C. BAR #472845
                                        United States Attorney

                                        DANIEL F. VAN HORN, D.C. Bar # 924092
                                        Chief, Civil Division

                                             /s/ *Paul Cirino*
                                        PAUL CIRINO
                                        Assistant United States Attorney
                                        Civil Division
                                        U.S. Attorney's Office for the District of Columbia
                                        555 4th Street, N.W.

Washington, D.C.  20530
Phone:  (202) 252-2529
Facsimile:  (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Defendants*