# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMOND LEE WILLIAMS, )<br><br>Plaintiff, )<br><br>v. )<br><br>U.S. DEPARTMENT OF VETERANS<br>AFFAIRS, et al, )<br><br>Defendants. ) | Civil Action No. 16-2062 (EGS) |

## INDEX OF EXHIBITS

| Exhibit A | Relevant Progress Notes regarding VA's consultations with Plaintiff, dated October 29-30, 2013 |
|---|---|
| Exhibit B | Relevant portion of the History and Physical section of Plaintiff's intake at Providence Regional Medical Center dated November 3, 2013 |
| Exhibit C | Medical Export Report of Fernando A. Porter M.D., dated August 15, 2018 |
| Exhibit D | Medical Expert Report of Robert W. Macht M.D., dated January 9, 2018 |
| Exhibit E | Listing of the times Dr. Macht served as a expert since 2012 |
| Exhibit F | Medical Documentation Requirements / Quick Reference Guide – All Regions, produced by Plaintiff's counsel on March 25, 2019 |
| Exhibit G | Medical Expert Report of Shmuel Shoham M.D. dated December 5, 2018 |
| Exhibit H | Practice Guidelines for the Diagnosis and Management of Skin and Soft Tissue Infections: 2014 Update by the Infectious Disease Society of America, produced by Plaintiff' counsel on March 25, 2019 |
| Exhibit I | Relevant excerpts from the transcript of the deposition of Plaintiff, taken March 4, 2019 |
| Exhibit J | Relevant excerpts from the transcript of the deposition of Fernando A. Porter M.D., taken March 4, 2019 |
| Exhibit K | Relevant excerpts from Defendants' Answers to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, dated  April 13, 2018. |

# EXHIBIT

## A

# Progress Notes

ADDITIONAL COMMENTS/INFORMATION:

MAT nurse received call from patient's mother requesting a call from PCP at her earliest convenience.  Pt was admitted to Harbard Hospital in Seattle, WA.  Stated pt's WBC's 40,000. Note forwarded to PCP.


++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Call Type: MESSAGE TO PROVIDER.
Facility Appointed PCP: LIPSCOMBE,DAWN K (GB CBOC TWO )
No Associate Provider Identified

Caller Response: *OTHER.

Protocol(s) used: <Not identified>.


Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 11/4/2013 @ 8:53:18 AM
Ending at: 11/4/2013 @ 8:56:57 AM
Length: 3 minutes.
Author: CALHOUN,PAMELA T
Conversation with OTHER indicates that WILLIAMS,DAMOND LEE has a chief
complaint of: Not applicable to call.

Identified problem: OTHER UNSPECIFIED COUNSELING.

The following identifiers were used to verify this patient:  SSN.

/es/ Pamela T Calhoun
RN STAFF
Signed: 11/04/2013 08:57

Receipt Acknowledged By:
11/05/2013 09:29          /es/ naveena SOMPALLI
                              PHYSICIAN

---

 LOCAL TITLE: PRIMARY CARE NURSING TRIAGE NOTE
STANDARD TITLE: PRIMARY CARE NURSING TRIAGE NOTE
DATE OF NOTE: OCT 30, 2013@08:46     ENTRY DATE: OCT 30, 2013@08:46:52
     AUTHOR: GRAY,ARLEEN T       EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

   *** PRIMARY CARE NURSING TRIAGE NOTE Has ADDENDA *** .

Age: 38

Chief Complaint (include date of onset):c/o pain and swelling of neck and jaw

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WILLIAMS,DAMOND LEE<br>11202 WILLOW COURT<br>CLINTON, MARYLAND  20735 | Printed at WASHINGTON VA MEDICAL CENTER |

# Progress Notes

from infected tooth rt. lower molar x 4 days.

Vital Signs:
  BP: 116/72 (10/30/13)    P: 95 (10/30/13)           R: 20 (10/30/13)
  WT:                      T: 97.7 (10/30/13)          HT:

  SpO2:100% RA

History: (PMH)
  Asthma (Icd-9-cm 493.90)
  Back pain: duration > 3 months (Icd-9-cm 799.9)
  Health Maintenance (Icd-9-cm V65.9)
  Hypercholesterolemia (Icd-9-cm 272.0)
  Syphilis (Icd-9-cm 097.9)
  w/ Mixed Emotions (Icd-9-cm 309.28)

[] Tobacco user. Smoking cessation counseling done.

Clinical Observation (include signs & symptoms):A&O x3. NAD. slight swelling
rt side of jaw.

Medications: No records found.

Over-the-counter drugs:Benadyl, Ibuprofen

Triage protocols/interventions: Ms. McGarrah informed. Pt asked to wait in
waiting area. Pt. verbalized undertanding.

Labs/x-rays ordered:

Patient Disposition: to pt waiting area.
  Pain Assessment:
    Pain Intensity Score
    Pain Location: neck, jaw,
    Previous Pain Score: 0 (09/10/2013 10:37)
    Pain intensity score now:
      7
    PAIN EDUCATION PROVIDED TO:
    Patient
    PAIN TOPICS DISCUSSED:
    Cause(s) of pain
    Assessing and reporting pain
    Pain intensity scale
    Importance of effective pain management
    Pain management with medications
      .
      Level of Understanding: Good
    Medications
      Comment: benadryl, ibuprofen
    EFFECTIVENESS OF CURRENT PAIN MANAGEMENT

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WILLIAMS,DAMOND LEE<br>11202 WILLOW COURT<br>CLINTON, MARYLAND  20735 | Printed at WASHINGTON VA MEDICAL CENTER |

# Progress Notes

    Patient NOT satisfied with pain control.  Accepts referral to a
    provider.



/es/ arleen t GRAY
RN STAFF
Signed: 10/30/2013 08:56

Receipt Acknowledged By:
10/30/2013 09:19         /es/ MARGUERITE MCGARRAH,NP
                              MWM//

10/30/2013 ADDENDUM                        STATUS: COMPLETED
Pt c/o pain and infection x 2 weeks s/p root canal.

mouth; unremarkable; no pus, no gum edema; has past hx of requesting antibx for
dental.


a/p:
--
PenVK ordered
R ant cerv LAD
thyroid feels puffy.

/es/ MARGUERITE MCGARRAH,NP
MWM//
Signed: 10/30/2013 09:33

10/30/2013 ADDENDUM                        STATUS: COMPLETED
Note signed prematurely.

HPI:
---
Pt has hx requesting antibx for dental issues.
Pt states that hhe will see his dentist in 6 days. States dentist refused to
order antibx w/o seeing him.

Exam:
------
Neck: Right side: 1+ puffiness;cannot appreciate A/C lymph nodes; puffiness
extends around to thyroid.

Dentition:
-- R lower molar. No gum edema, no erythema, no pus. NO lesions.
his dentist in 6 days.

A/P
----

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WILLIAMS,DAMOND LEE<br>11202 WILLOW COURT<br>CLINTON, MARYLAND  20735 | Printed at WASHINGTON VA MEDICAL CENTER |

# Progress Notes

```
--Pt declines consult to dental clinic;
-- Renewed PEN VK order, with some misgivings, in light of past hx and concern
for antibx resistance.


/es/ MARGUERITE MCGARRAH,NP
MWM//
Signed: 10/30/2013 09:52
```

```
 LOCAL TITLE: ADVICE LINE
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 29, 2013@14:23:27  ENTRY DATE: OCT 29, 2013@14:29:12
     AUTHOR: ZARRABI,JANICE O    EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

   *** ADVICE LINE Has ADDENDA ***

Type of call: SYMPTOM.
Facility Appointed PCP: LIPSCOMBE,DAWN K

The following identifiers were used to verify this patient:  SSN.
Contact Phone Number:
The patient, WILLIAMS,DAMOND LEE (         ) Phone:            called the
call center.
Caller Area: GREENBELT CBOC

Caller Response: *OTHER


Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 10/29/2013 @ 2:23:27 PM
Ending at: 10/29/2013 @ 2:26:50 PM
Length: 3 minutes.

Comments:
Pt calls for anti -bx for infection in right lower molar.  Has swelling and
pain in right jaw and back of throat. Ongoing x 5day.  would like to pick up
antibx.
today. To contact pt, pls call cp. Pt declined to come in and be seen.
Author: ZARRABI,JANICE O

Chief Complaint: Not applicable to call.
Identified problem: OTHER UNSPECIFIED COUNSELING.
No Associate Provider Identified
Team: GB CBOC TWO

/es/ JANICE O. ZARRABI
RN
Signed: 10/29/2013 14:29
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WILLIAMS,DAMOND LEE<br>11202 WILLOW COURT<br>CLINTON, MARYLAND  20735 | Printed at WASHINGTON VA MEDICAL CENTER |

# Progress Notes

```
Receipt Acknowledged By:
10/29/2013 15:31        /es/ DAWN K LIPSCOMBE
                            NURSE PRACTITIONER

10/29/2013 ADDENDUM                    STATUS: COMPLETED
10/29/2013-please inform pt he needs to be seen

/es/ DAWN K LIPSCOMBE
NURSE PRACTITIONER
Signed: 10/29/2013 15:31

10/30/2013 ADDENDUM                    STATUS: COMPLETED
Contacted pt and he is at DCVA to pick up antibx.  Reiterates the dental people
wants to be paid up front and he can not pay.  Just wants antibx.  Apparently
this is an ongoing dental problem/infection. After much discussion, pt agrees to
go to green clinic.  [says "won't be able to go back to gbc- feels bad"] says
feels tired.

/es/ JANICE O. ZARRABI
RN
Signed: 10/30/2013 08:06

Receipt Acknowledged By:
10/30/2013 08:25        /es/ DAWN K LIPSCOMBE
                            NURSE PRACTITIONER
```

```
 LOCAL TITLE: PCC - ESTABLISHED - PROBLEM FOCUSED
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: SEP 10, 2013@10:53    ENTRY DATE: SEP 10, 2013@10:54:09
     AUTHOR: SOMPALLI,NAVEENA     EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

   *** PCC - ESTABLISHED - PROBLEM FOCUSED Has ADDENDA ***

Age: 38    Sex: MALE    Race: RACE UNKNOWN


Reason for Visit:
This is a 38 y/o male here for paperwork to filled for a prospective job with
metro transit police. Paperwork asks if patient is physically capable of running
a mile, doing 11 push-ups etc.
patient states he is a boot camp fitness instructor and is very physically fit.
recently completed a spartan mud-run which was several miles.
denies any current medical issues. does not take any medications

Allergies: Patient has answered NKA

I REVIEWED THE MEDICATIONS THE PATIENT HAS BEEN TAKING AND THE FOLLOWING
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WILLIAMS,DAMOND LEE<br>11202 WILLOW COURT<br>CLINTON, MARYLAND  20735 | Printed at WASHINGTON VA MEDICAL CENTER |

# EXHIBIT

## B

WEV COLBY D
1321 Colby Ave
Everett, WA 98201-1665

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Williams, Damond Lee | 60004373550 | xxx-xx-0142 | Male | 03/20/75 (38 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 11202 WILLOW CT CLINTON MD 20735 | 240-755-5555 (H) | | OTHER-SELF EMPLOYED |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| ELAPSED | Physician No | 11/03/13 | 12/03/13 |

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Williams, Damond Lee | 60004373550 | xxx-xx-0142 | Male | 03/20/75 (38 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 11202 WILLOW CT CLINTON MD 20735 | 240-755-5555 (H) | | OTHER-SELF EMPLOYED |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Physician No | 11/03/13 | 12/03/13 |

## Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| WILLIAMS,DAMOND LEE | 316000577663 | Inpatient | Billed | None |

## Guarantor Account (for Hospital Account #316000577663)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| WILLIAMS,DAMOND LEE | Self | PHSWM | Yes | Personal/Family |

| Address | Phone |
|---|---|
| 11202 WILLOW CTCLINTON, MD 20735 | 240-755-5555(H) |

## Coverage Information (for Hospital Account #316000577663)
Not on file

## Insurance Information
No coverages.

## Guarantor Information

| Name: | WILLIAMS,DAMOND LEE | | | | | | |
|---|---|---|---|---|---|---|---|
| Address: | 11202 WILLOW CT | | | | | | |
| City: | CLINTON | State: | MD | Zip: | 20735 | Phone: | 240-755-5555 |

| Employer: | | | | | | |
|---|---|---|---|---|---|---|
| Address: | | | | | | |
| City: | | State: | | Zip: | Phone: | |
| Guar DOB: | 03/20/75 | | | | | |

## Subscriber Details

Hospital Account #316000577663

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
FACESHEET

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

## Admission Diagnoses / Reasons for Visit (ICD-9-CM)

| Code | Name | Comments |
|---|---|---|
| 682.6 | Cellulitis and abscess of leg, except foot | |

## Admission Information

| Attending Provider | Admitting Provider | Admission Type | Admission Date/Time |
|---|---|---|---|
| Tianna Tsitsis, MD | Signa J. Moe, MD | Emergency | 11/03/13  0915 |

| Discharge Date | Hospital Service | Auth/Cert Status | Service Area |
|---|---|---|---|
| 11/03/13 | Hospitalist | Incomplete | PHS WASHINGTON MONTANA |

| Unit | Room/Bed | Admission Status |
|---|---|---|
| WEV MEDICAL | A618/A618-02 | Discharged (Confirmed) |

## Admission Information

| Arrival Date/Time: | 11/03/2013 0854 | Admit Date/Time: | 11/03/2013 0854 | IP Adm  Date/Time: | 11/03/2013 1050 |
|---|---|---|---|---|---|
| Admission Type: | Emergency | Admission Source: | Non-healthcare Facility Point Of Orgin | Admit Category: | None |
| Means of Arrival: | Car | Primary Service: | Hospitalist | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Phs Washington Montana | Unit: | Wev Medical |
| Admit Provider: | Signa J. Moe, MD | Attending Provider: | Signa J. Moe, MD | Referring Provider: | None |

### Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 316000577663 - WILLIAMS,DAMOND LEE | None | None | None |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| None | Short Term Hospital | University Of Washington | Tianna Tsitsis, MD | Wev Medical |

### Admission Diagnoses / Reasons for Visit (ICD-9-CM)

| Code | Name | Comments |
|---|---|---|
| 682.6 | Cellulitis and abscess of leg, except foot | |

### Allergies as of 11/3/2013

Review Complete On: 11/3/2013 By: Sonia Gonzalez, RN

| | Noted | Type | Reactions |
|---|---|---|---|
| Banana | 11/3/2013 | | Swelling, Throat swells |
| Peanut Oil | 11/3/2013 | | Swelling, Throat swells, all peanuts |
| Sugar-Protein-Starch | 11/3/2013 | | Swelling, Throat swells |
| Watermelon Concentrate | 11/3/2013 | | Swelling, Throat swelling |

### Immunizations as of 11/3/2013

Never Reviewed

No immunizations on file.

| Medical as of 11/3/2013 | Past Medical History Scoliosis [205032] | Date | Comments | Source Provider |
|---|---|---|---|---|

### Problem List as of 11/3/2013

Date Reviewed: 11/3/2013

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Hyponatremia | 276.1 | Low | | 11/3/2013 - Present |
| Leukocytosis | 288.60 | Low | | 11/3/2013 - Present |
| *Cellulitis of left lower extremity | 682.6 | High | | 11/3/2013 - Present |
| Dental abscess | 522.5 | Medium | | 11/3/2013 - Present |
| Possible ARF (acute renal failure) | 584.9 | Medium | | 11/3/2013 - Present |
| Serum total bilirubin elevated | 782.4 | Low | | 11/3/2013 - Present |
| Elevated alkaline phosphatase level | 790.5 | Low | | 11/3/2013 - Present |
| Hypoalbuminemia | 273.8 | Low | | 11/3/2013 - Present |
| Myositis | 729.1 | Medium | | 11/3/2013 - Present |
| Thyroid mass | 246.9 | | | 11/3/2013 - Present |

Overview Signed 11/3/2013 17:58 by Signa J. Moe, MD
Right side

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

| Problem List as of 11/3/2013 (continued) | | | | Date Reviewed: 11/3/2013 |
|---|---|---|---|---|
| | Codes | Priority | Class | Noted - Resolved |

## ED Records

### ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type | Arrival Complaint |
|---|---|---|---|---|---|---|---|
| - | 11/3/2013 8:54 | Urgent | Car | Friend | Hospitalist | Emergency | - |

### ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 11/03/13 0854 | Patient arrived in ED | GODINEZ, CRISTINA | |
| 11/03/13 0854 | Patient expected In ED | GODINEZ, CRISTINA | |
| 11/03/13 0915 | Patient roomed in ED | WORK, MICHAEL | To room 6Q601 |
| 11/03/13 0923 | Triage Started | LEAL, SANDRA R | |
| 11/03/13 0925 | Assign Physician | NORLAND, KRISTOFOR | |
| 11/03/13 0926 | Triage Completed | LEAL, SANDRA R | |
| 11/03/13 0951 | Registration Completed | SOLVERSON, HEATHER M | |
| 11/03/13 1044 | Bed Requested | NORLAND, KRISTOFOR | ED ADMIT TO INPATIENT STATUS |
| 11/03/13 1050 | Patient admitted | BUCK, SHARLETTE M | To department WEV MEDICAL |
| 11/03/13 1050 | Patient admitted | BUCK, SHARLETTE M | |
| 11/03/13 1117 | Patient transferred into ED | BUCK, SHARLETTE M | To room 6Q601 |
| 11/03/13 1435 | Assign Physician | NORLAND, KRISTOFOR | |
| 11/03/13 1437 | Remove Attending | NORLAND, KRISTOFOR | NORLAND, K removed as Attending |
| 11/03/13 1437 | Assign Physician | NORLAND, KRISTOFOR | |
| 11/03/13 1646 | Patient transferred | LEAL, SANDRA R | From room 6Q601 to room Admit |
| 11/03/13 1647 | Patient departed from ED | KUMMERFELDT, ASHLEY L | |
| 11/03/13 1647 | Patient admitted | KUMMERFELDT, ASHLEY L | To department WEV MEDICAL |
| 11/03/13 1647 | Patient admitted | KUMMERFELDT, ASHLEY L | |

### ED Disposition

**Admit** Patient Class: Inpatient [101]
Unit Preference:: GenMed
Admitting Provider: TSITSIS, TIANNA [50025498]

## After Visit Summary

### Printed AVS Reports

No AVS reports have been printed for this encounter.

## ED Notes

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1646

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1646 | Note Time: | 11/03/13 1646 | | |

## Pt transported to room via transporter

Signed by Sandra R Leal, RN on 11/3/2013 16:46

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1619

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1619 | Note Time: | 11/03/13 1619 | | |

## Pt returned from MRI.

Signed by Sandra R Leal, RN on 11/3/2013 16:19

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1609

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1609 | Note Time: | 11/03/13 1608 | | |

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

---

**ED Notes (continued)**

## Pt remains in MRI

Signed by Sandra R Leal, RN on 11/3/2013 16:09

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1550

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1550 | Note Time: | 11/03/13 1550 | | |

## Pt medicated for pain while up in MRI

Signed by Sandra R Leal, RN on 11/3/2013 15:50

### ED Notes signed by Peter M Kyles, RN at 11/03/13 1517

| Author: | Peter M Kyles, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1517 | Note Time: | 11/03/13 1516 | | |

## Pt remains in MRI. Tech contacted and informed of 30-45 more minutes until completion of study.

Signed by Peter M Kyles, RN on 11/3/2013 15:17

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1413

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1413 | Note Time: | 11/03/13 1413 | | |

## Pt remains in MRI currently.

Signed by Sandra R Leal, RN on 11/3/2013 14:13

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1332

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1332 | Note Time: | 11/03/13 1332 | | |

## Pt to MRI via transporter.

Signed by Sandra R Leal, RN on 11/3/2013 13:32

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1330

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1330 | Note Time: | 11/03/13 1330 | | |

## Report to Carrie RN, pt will go to MRI prior to going to floor. Admit RN at bedside to do admit. Carrie RN will come to room here to do wound care.

Signed by Sandra R Leal, RN on 11/3/2013 13:30

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1238

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1238 | Note Time: | 11/03/13 1238 | | |

## Pt medicated with first antibiotic.

Signed by Sandra R Leal, RN on 11/3/2013 12:38

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1226

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1226 | Note Time: | 11/03/13 1226 | | |

## 2nd set of blood cultures drawn by Lab tech

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

## ED Notes (continued)

Signed by Sandra R Leal, RN on 11/3/2013 12:26

### ED Notes signed by Sandra R Leal, RN at 11/03/13 1217

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---------|-------------------|----------|--------------------|--------------|------------------|
| Filed: | 11/03/13 1217 | Note Time: | 11/03/13 1216 | | |

MRI phoned to bring pt back to start antibiotics and have 2nd set of cultures drawn. MRI will be phoned after this is done.

Signed by Sandra R Leal, RN on 11/3/2013 12:17

### ED Provider Notes signed by Kristofor Norland, MD at 11/03/13 1210

| Author: | Kristofor Norland, MD | Service: | Emergency Medicine | Author Type: | Physician |
|---------|-----------------------|----------|--------------------|--------------|-----------|
| Filed: | 11/03/13 1210 | Note Time: | 11/03/13 0944 | | |

### EMERGENCY DEPARTMENT ENCOUNTER

## CHIEF COMPLAINT
Chief Complaint
Patient presents with
- Foot Swelling
- Dental Pain

## HPI
Damond Lee Williams is a 38 y.o. male who presents with Left leg swelling for the duration of 5 days. The patient notes that on Tuesday he developed a red area with blister to the dorsum of his left foot which has gradually expanded to involve his entire lower extremity up to the knee with some erythema extending up the left thigh. He states that he was seen on Tuesday by Michael provider for that and a dental problem and was started on amoxicillin.. The quality is described as pain with walking. It is made worse with walking. It is improved with rest. It is moderate in severity. It is associated with no fever, chills, vomiting, diarrhea. No other lesions on his body..

## PAST MEDICAL HISTORY
Past Medical History

| Diagnosis | Date |
|-----------|------|
| Scoliosis | |

## SURGICAL HISTORY
Past Surgical History

| Procedure | Date |
|-----------|------|
| Orthopedic surgery | |

## CURRENT MEDICATIONS
No current outpatient prescriptions on file.

## ALLERGIES
No Known Allergies

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

ED Notes (continued)

## FAMILY HISTORY
History reviewed. No pertinent family history.

## SOCIAL HISTORY
History

Social History

| | |
|---|---|
| • Marital Status: | Single |
| Spouse Name: | N/A |
| Number of Children: | N/A |
| • Years of Education: | N/A |

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | None |
| • Alcohol Use: | No |
| • Drug Use: | No |
| • Sexually Active: | |

Other Topics                                                                          Concern
• None

Social History Narrative
• None

## REVIEW OF SYSTEMS
**Constitutional:** Denies fever, chills, weight loss or fatigue.
**Eyes:** Denies visual changes, photophobia or discharge
**HENT:** Denies throat pain or hearing changes.
**Respiratory:** Denies cough or shortness of breath
**Cardiovascular:** Denies chest pain, palpitations or swelling
**GI:** Denies abdominal pain, nausea, vomiting, or diarrhea
**GU**: No dysuria or hematuria.
**Musculoskeletal:** Denies back pain
**Skin:** Denies rash
**Neurologic:** Denies headache, focal weakness or sensory changes.
All systems negative except as marked.

## PHYSICAL EXAM
**VITAL SIGNS:** BP 126/76 | Pulse 99 | Temp 37.3 °C (99.1 °F) (Oral) | Resp 16 | Ht 1.88 m (6' 2") | Wt 84.369 kg (186 lb) | BMI 23.88 kg/m2 | SpO2 96%
**Constitutional:** Well developed, Well nourished, No acute distress, Non-toxic appearance.
**HENT:** Normocephalic, Atraumatic,Neck- Normal range of motion, No tenderness, Supple, No stridor.
**Eyes:** Conjunctiva normal, No discharge.
**Respiratory:** Normal breath sounds, No respiratory distress, No wheezing, No chest tenderness.
**Cardiovascular:** Normal heart rate, Normal rhythm, No murmurs, No rubs
**GI:** Bowel sounds normal, Soft, No tenderness, No masses, No pulsatile masses.
**GU:** No CVA tenderness.

Printed on 1/2/2014 13:25

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

## ED Notes (continued)

**Musculoskeletal:** Intact distal pulses, No edema, No tenderness,
**Back:** No tenderness.
**Integument:** He left lower extremity has bullous lesions to the foot with loss of skin. He has scattered edema with blisters to the lower leg. He has intense erythema to the entire lower leg up to the knee with spreading redness up the medial aspect of the thigh. No crepitus. Mild discomfort.
**Lymphatic:** Left groin lymphadenopathy.
**Neurologic:** Alert & oriented x 3, Normal motor function, Normal sensory function, No focal deficits noted.
**Psychiatric:** Affect normal, Judgment normal, Mood normal.

## LABS

Recent Results (from the past 24 hour(s))
CBC NO DIFFERENTIAL

| Component | Value | Range |
|---|---|---|
| WBC | 43.2 (*) | 3.8 - 11.0 K/uL |
| RBC | 4.26 | 4.20 - 5.70 M/uL |
| HGB | 13.3 | 13.2 - 17.0 g/dL |
| HCT | 39.5 | 39.0 - 50.0 % |
| MCV | 92.7 | 80.0 - 100.0 fL |
| MCH | 31.3 | 27.0 - 34.0 pg |
| MCHC | 33.8 | 32.0 - 35.5 g/dL |
| RDW | 15.2 | 11.0 - 15.5 % CV |
| PLT | 225 | 150 - 400 K/uL |

COMPREHENSIVE METABOLIC PANEL

| Component | Value | Range |
|---|---|---|
| NA | 131 (*) | 135 - 145 mmol/L |
| K | 3.8 | 3.5 - 5.3 mmol/L |
| CL | 95 (*) | 99 - 109 mmol/L |
| CO2 | 29 | 23 - 32 mmol/L |
| CALCIUM | 9.2 | 8.5 - 10.2 mg/dL |
| ANION GAP | 7 | 5 - 16 mmol/L |
| ALBUMIN | 2.8 (*) | 3.5 - 5.0 g/dL |
| BUN | 40 (*) | 8 - 25 mg/dL |
| CREA | 1.48 (*) | 0.70 - 1.30 mg/dL |
| GLUCOSE | 101 | 65 - 140 mg/dL |
| Total protein | 6.9 | 6.1 - 8.4 g/dL |
| GLOBULIN | 4.1 (*) | 2.0 - 4.0 g/dL |
| ALBUMIN/GLOBULIN | 0.7 | 0.7 - 2.2 Ratio |
| ALK PHOS | 229 (*) | 35 - 115 U/L |
| ALT | 21 | 10 - 65 U/L |
| AST | 27 | 10 - 45 U/L |
| BILIRUBIN TOTAL | 4.5 (*) | 0.1 - 1.5 mg/dL |
| Estimated GFR | 53 (*) | >=61 mL/min/1.73m2 |

LACTIC ACID

| Component | Value | Range |
|---|---|---|
| Lactate, Ven | 1.0 | <=2.1 mmol/L |

## RADIOLOGY

Ultrasound left lower extremity: No DVT

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

## ED Notes (continued)

Signed by Sandra R Leal, RN on 11/3/2013 10:19

### ED Notes signed by Sandra R Leal, RN at 11/03/13 0931

| Author: | Sandra R Leal, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/03/13 0931 | Note Time: | 11/03/13 0930 | | |

Pt presents to ER BIB family for evaluation of left lower leg swelling,weaping and pain with open sores starting on Tuesday. Pt reports he has been treated with antibiotics for tooth infection. Pt is very active and denies diabetes.

Signed by Sandra R Leal, RN on 11/3/2013 9:31

## History & Physicals

### H&P signed by Signa J. Moe, MD at 11/03/13 1814

| Author: | Signa J. Moe, MD | Service: | Internal Medicine | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 11/03/13 1814 | Note Time: | 11/03/13 1809 | | |
| Related Notes: | Original Note by: Signa J. Moe, MD filed at 11/03/13 1811 | | | | |

### Providence Health and Services
### HISTORY AND PHYSICAL EXAMINATION

**Pt. Name/Age/DOB:** Damond Lee Williams   38 y.o.   3/20/1975
**Medical Record Number:**   60004373550
**Date of admission:**   11/3/2013

**Admitting Physician**: Moe,Signa J.
**Primary Care Physician**: None, visiting from Washington DC. Receives care from VA clinic Washington DC. Not service connected.
**History taken from**: Patient and ED records

#### Chief Complaint/Reason for Visit:
Left foot swelling, blistering noted on Tuesday. Started Penicillin but skin infection worsened with drainage and open sores, leg swelling.

#### History of Present Illness:

Mr Williams is a healthy 38 yo who lives in Washington DC and is currently visiting a friend in Everett. On Tuesday, 5 days ago he initially went to the VA clinic in Washington DC for right facial (ear and cheek) swelling and left foot infection with blistering on the dorsum of the left foot. He reported some troubles with a root canal on the left and was told he has a possible abscess. Since starting the penicillin, the facial pain and swelling greatly improved. The left foot infection, however continued to worsen. Today the leg is swollen with new blistering around the heel and redness extending up past the knee. He noted darkened urine. No leg pain, no fevers no chills. He denies any recent travel however he did participate in a "Mud Run" 10 days ago with some skin abrasions on both feet and a toe-nail injury on the left foot.

ROS: He denies a hx of past MRSA. Current risks for MRSA are likely related to his current work as a fitness trainer at a gym. He denies any risk for HIV and denies any past hx of hepatitis. No past hx or family hx of

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

**History & Physicals (continued)**

liver or kidney injury. He does report some new fullness on the right thyroid noted at his VA visit. No diarrhea
or dyspepsia.

In ED: Initially tachycardic p103, bp stable 132.65 Temp 37.3. Started on Unasyn and Vanc in ED.

## Assessment and Plan:
Principal Problem:

 *Cellulitis of left lower extremity with leukocytosis, necrosis, blistering and lymphangitis extending to the mid
lateral thigh. MRI with myositis,early phlegmon, no gas. Associated renal failure with suspicion for possible
rhabdomyolysis and necrotizing fascitis. Despite severity of the leg infection, he does not appear septic.
- appreciate ID consult. Note pending.
- vancomycin to continue, start zosyn now
- blood cultures pending.
- watch for sepsis physiology over next 24 hrs.
- check CK and INR now
- IVF at 150 ml/hr, check bmp q6 hrs x 2
Problems:
Dental abscess - treatment day 5 with good results from PCN. He has plans to see a dentist in Washington
DC on return.

Possible ARF (acute renal failure) with concerns for rhabdo.
- as per above
- UA now.
- If renal function does not improve, consider Renal consultation
- i/o accurate, daily weights.

 Hyponatremia, Serum total bilirubin elevated, Elevated alkaline phosphatase level, Hypoalbuminemia all
presumed secondary to tissue injury from infection and acute illness. I do not suspect Gall bladder/liver
involvement.
- cmp in am.

Right thyroid fullness, possible mass. Given the recent extensive dental infection, the thyroid fullness may be
reactive adenopathy He was instructed to see a physician on return to DC for exam and ultrasound if fullness
persists.

**Anticipated length of stay and disposition**: I expect this patient will be hospitalized for greater than 2-
midnights and expect the post-hospital plan to be discharge home with his friend. He hoped to fly back to
Washington DC tomorrow but understands that his flight will be delayed.

**Code Status**: Full Code

## Past Medical History:
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Scoliosis | |

**Past Surgical History**

| Procedure | Date |
|---|---|
| • Orthopedic surgery | |

Printed on 1/2/2014 13:25

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

## History & Physicals (continued)

*left knee reconstruction from torn patella*
- Patella surgery

## Allergies:

Allergies

| Allergen | Reactions |
| --- | --- |
| • Banana | Swelling |
| *Throat swells* | |
| • Peanut Oil | Swelling |
| *Throat swells, all peanuts* | |
| • Sugar-Protein-Starch | Swelling |
| *Throat swells* | |
| • Watermelon Concentrate | Swelling |
| *Throat swelling* | |

## Prior to Admission Medications:

Prior to Admission medications

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
| --- | --- | --- | --- | --- | --- |
| acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet | Take 1-2 tablets by mouth every 4 hours as needed. | | | Yes | Historical Provider, MD |
| ibuprofen (ADVIL,MOTRIN) 600 MG tablet | Take 600 mg by mouth every 6 hours as needed. | | | Yes | Historical Provider, MD |
| penicillin (VEETID) 500 mg tablet | Take 500 mg by mouth 2 times daily. | | | Yes | Historical Provider, MD |

## Family History:

Family History

| Problem | Relation | Age of Onset |
| --- | --- | --- |
| • Other (See Comment) | Father | |
| *asthma, HTN, gout* | | |

## Social History:

Patient reports that he has never smoked. He has never used smokeless tobacco. He reports that he does not drink alcohol or use illicit drugs.

Single, no children. Works as a fitness trainer in DC.

## Review of Systems:

Other than as above and in HPI all other systems reviewed and are negative

## Exam:

### Vital Signs on Arrival:

| Temp: 37.3 °C (99.1 °F) | BP: 132/65 mmHg | Pulse: 103 | Resp: 16 | SpO2: 96 % on   liters via room air |
| --- | --- | --- | --- | --- |

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

**History & Physicals (continued)**

## Most Recent Vital Signs:

| Temp: 37.3 °C (99.1 °F) | BP: 127/70 mmHg | Pulse: 97 | Resp: 16 | SpO2: 100 % on   liters via room air |
|---|---|---|---|---|

**Admission Weight:** Weight: 84.369 kg (186 lb)      **BMI:** Body mass index is 23.88 kg/(m^2).

## Physical Examination:

CONSTITUTIONAL: VS above. NAD. Appears well.
EYES: Conjunctiva noninjected. Pupils equal/round.
ENMT: Not HOH. Normal external appearance of ears/nose. Right cheek with some slight mucosal redness and swelling.
NECK: Supple fullness to the right of the larynx non tender, no clear border.
LYMPH: No pathologic cervical or axillary lymphadenopathy
CV: RRR, no pathologic abdominal aortic pulsations. no murmur.
RESPIRATORY: Normal effort, lungs cta post.
GI/ABDOMEN: Nontender, no palpable masses. Soft. No pathologic hepatosplenomegaly.
MSK/EXTREMITIES: No clubbing/cyanosis/ischemia. Right 2nd toe deformity with skin abrasion, other skin abrasions on right leg. Left knee midline incision.
SKIN: Left leg with marked swelling, tissue necrosis at ankle, bullae with weeping, no exudate. Soft ankle to palpation. Redness extends to knee and some streaking on the inside of the left thigh. Some skin flaking on shoulders and back from sun damage/sun burn.
NEUROLOGICAL: No focal weakness in upper or lower extremities. EOMI.   CN II-XII intact. No tremor. Speech fluent.

**Diagnostic Studies:** Available labs and images were reviewed personally. Significant results and findings are outlined below or addressed in the assessment and plan.
Recent Results (from the past 24 hour(s))
CBC NO DIFFERENTIAL
  *Collection Time*
  *11/3/13 1008*

| Component | Value | Range |
|---|---|---|
| WBC | 43.2 (*) | 3.8 - 11.0 K/uL |
| RBC | 4.26 | 4.20 - 5.70 M/uL |
| HGB | 13.3 | 13.2 - 17.0 g/dL |
| HCT | 39.5 | 39.0 - 50.0 % |
| MCV | 92.7 | 80.0 - 100.0 fL |
| MCH | 31.3 | 27.0 - 34.0 pg |
| MCHC | 33.8 | 32.0 - 35.5 g/dL |
| RDW | 15.2 | 11.0 - 15.5 % CV |
| PLT | 225 | 150 - 400 K/uL |

COMPREHENSIVE METABOLIC PANEL
  *Collection Time*
  *11/3/13 1008*

| Component | Value | Range |
|---|---|---|
| NA | 131 (*) | 135 - 145 mmol/L |
| K | 3.8 | 3.5 - 5.3 mmol/L |

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

| History & Physicals (continued) | | |
|---|---|---|
| CL | 95 (*) | 99 - 109 mmol/L |
| CO2 | 29 | 23 - 32 mmol/L |
| CALCIUM | 9.2 | 8.5 - 10.2 mg/dL |
| ANION GAP | 7 | 5 - 16 mmol/L |
| ALBUMIN | 2.8 (*) | 3.5 - 5.0 g/dL |
| BUN | 40 (*) | 8 - 25 mg/dL |
| CREA | 1.48 (*) | 0.70 - 1.30 mg/dL |
| GLUCOSE | 101 | 65 - 140 mg/dL |
| Total protein | 6.9 | 6.1 - 8.4 g/dL |
| GLOBULIN | 4.1 (*) | 2.0 - 4.0 g/dL |
| ALBUMIN/GLOBULIN | 0.7 | 0.7 - 2.2 Ratio |
| ALK PHOS | 229 (*) | 35 - 115 U/L |
| ALT | 21 | 10 - 65 U/L |
| AST | 27 | 10 - 45 U/L |
| BILIRUBIN TOTAL | 4.5 (*) | 0.1 - 1.5 mg/dL |
| Estimated GFR | 53 (*) | >=61 mL/min/1.73m2 |
| LACTIC ACID | | |
| Collection Time | | |
| 11/3/13 1008 | | |
| Component | Value | Range |
| Lactate, Ven | 1.0 | <=2.1 mmol/L |

Xr Tibia Fibula Left 2 Vw

11/3/2013 STUDY: Two-view left tibia-fibula. HISTORY: Pain and swelling. FINDINGS: There is soft tissue swelling noted about the lower extremity. Degenerative informally is incidental at the ankle. There is an apparent chronic ununited avulsion fracture arising from the medial malleolus. There is joint space narrowing and osteophytic formation. There is no definite acute fracture or focus of bony destruction. There is no subcutaneous emphysema/sinus tract. IMPRESSION: Regional soft tissue swelling. No acute bony destructive process. Degenerative deformity and chronic trauma changes noted about the medial malleolus/ankle. Reference additional comments. ECI DICTATED BY: NANCY J NEUBAUER, MD D: 11/03/2013 10:47:01 T: 11/03/2013 10:55:38 JOB NUMBER: 3691633

Xr Foot Left 3 + Vw

11/3/2013 STUDY: Three-view, left foot. HISTORY: Swelling. FINDINGS: There is regional soft tissue swelling about the left foot. No definite acute fracture or focus of bony destruction is noted. Degenerative/posttraumatic deformity is noted about the ankle joint. Chronic degenerative disease is present. IMPRESSION: Regional soft tissue swelling. No acute destructive bony process. ECI DICTATED BY: NANCY J NEUBAUER, MD D: 11/03/2013 10:47:44 T: 11/03/2013 11:06:41 JOB NUMBER: 3691635

MRI:Leg.

IMPRESSION:
1. Fairly severe cellulitis in the lower extremity on the left side.

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

### History & Physicals (continued)

Additionally, myositis involves the distal gastrocnemius, medial soleus
and lateral aspect of the peroneal musculature.
2. Phlegmonous change versus early abscess seen anterolateral
subcutaneous soft tissues. Please see series 5, image 57 for example.
3. No evidence for osteomyelitis.
FOOT:

IMPRESSION:
1. Severe cellulitis surrounds the ankle. Some early abscess formation
versus phlegmonous change seen at the dorsal lateral aspect of the foot,
extending into the lower leg. Please see series 12, image 40 for
example.
2. No osteomyelitis.

Moe,Signa J.    11/3/2013
Providence Everett Medical Hospitalist Team

Total time spent on admission: > 50 minutes

*Portions of this chart may have been created with Dragon voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

Signed by Signa J. Moe, MD on 11/3/2013 18:14

**H&P signed by Signa J. Moe, MD at 11/03/13 1811**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Signa J. Moe, MD | Service: | Internal Medicine | Author Type: | Physician |
| Filed: | 11/03/13 1811 | Note Time: | 11/03/13 1809 | Note Status: | Revised |
| Related | Addendum by: Signa J. Moe, MD filed at 11/03/13 1814 | | | | |
| Notes: | | | | | |

### Providence Health and Services
### HISTORY AND PHYSICAL EXAMINATION

**Pt. Name/Age/DOB:** Damond Lee Williams    38 y.o.  3/20/1975
**Medical Record Number:**  60004373550
**Date of admission:**  11/3/2013

**Admitting Physician:** Moe,Signa J.
**Primary Care Physician**: None, visiting from Washington DC. Receives care from VA clinic Washington DC. Not service connected.
**History taken from:** Patient and ED records

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

**History & Physicals (continued)**

## Chief Complaint/Reason for Visit:
Left foot swelling, blistering noted on Tuesday. Started Penicillin but skin infection worsened with drainage and open sores, leg swelling.

## History of Present Illness:

Mr Williams is a healthy 38 yo who lives in Washington DC and is currently visiting a friend in Everett. On Tuesday, 5 days ago he initially went to the VA clinic in Washington DC for right facial (ear and cheek) swelling and left foot infection with blistering on the dorsum of the left foot. He reported some troubles with a root canal on the left and was told he has a possible abscess. Since starting the penicillin, the facial pain and swelling greatly improved. The left foot infection, however continued to worsen. Today the leg is swollen with new blistering around the heel and redness extending up past the knee. He noted darkened urine. No leg pain, no fevers no chills. He denies any recent travel however he did participate in a "Mud Run" 10 days ago with some skin abrasions on both feet and a toe-nail injury on the left foot.

ROS: He denies a hx of past MRSA. Current risks for MRSA are likely related to his current work as a fitness trainer at a gym. He denies any risk for HIV and denies any past hx of hepatitis. No past hx or family hx of liver or kidney injury. He does report some new fullness on the right thyroid noted at his VA visit. No diarrhea or dyspepsia.

In ED: Initially tachycardic p103, bp stable 132.65 Temp 37.3. Started on Unasyn and Vanc in ED.

## Assessment and Plan:
Principal Problem:
 *Cellulitis of left lower extremity with leukocytosis, necrosis, blistering and lymphangitis extending to the mid lateral thigh. MRI with myositis,early phlegmon, no gas. Associated renal failure with suspicion for possible rhabdomyolysis and necrotizing fascitis. Despite severity of the leg infection, he does not appear septic.
- appreciate ID consult. Note pending.
- vancomycin to continue, start zosyn now
- blood cultures pending.
- watch for sepsis physiology over next 24 hrs.
- check CK and INR now
- IVF at 150 ml/hr, check bmp q6 hrs x 2
Problems:
Dental abscess - treatment day 5 with good results from PCN. He has plans to see a dentist in Washington DC on return.

Possible ARF (acute renal failure) with concerns for rhabdo.
- as per above
- UA now.
- If renal function does not improve, consider Renal consultation
- i/o accurate, daily weights.

Hyponatremia, Serum total bilirubin elevated, Elevated alkaline phosphatase level, Hypoalbuminemia all presumed secondary to tissue injury from infection and acute illness. I do not suspect Gall bladder/liver involvement.
- cmp in am.

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

---

### History & Physicals (continued)

**Anticipated length of stay and disposition**: I expect this patient will be hospitalized for greater than 2-midnights and expect the post-hospital plan to be discharge home with his friend. He hoped to fly back to Washington DC tomorrow but understands that his flight will be delayed.

**Code Status**: Full Code

## Past Medical History:
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Scoliosis | |

**Past Surgical History**

| Procedure | Date |
|---|---|
| • Orthopedic surgery | |
| *left knee reconstruction from torn patella* | |
| • Patella surgery | |

## Allergies:
**Allergies**

| Allergen | Reactions |
|---|---|
| • Banana | Swelling |
| *Throat swells* | |
| • Peanut Oil | Swelling |
| *Throat swells, all peanuts* | |
| • Sugar-Protein-Starch | Swelling |
| *Throat swells* | |
| • Watermelon Concentrate | Swelling |
| *Throat swelling* | |

## Prior to Admission Medications:
**Prior to Admission medications**

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| acetaminophen-codeine (TYLENOL #3) 300-30 mg per tablet | Take 1-2 tablets by mouth every 4 hours as needed. | | | Yes | Historical Provider, MD |
| ibuprofen (ADVIL,MOTRIN) 600 MG tablet | Take 600 mg by mouth every 6 hours as needed. | | | Yes | Historical Provider, MD |
| penicillin (VEETID) 500 mg tablet | Take 500 mg by mouth 2 times daily. | | | Yes | Historical Provider, MD |

## Family History:
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Other (See Comment) | Father | |
| *asthma, HTN, gout* | | |

## Social History:

WEV COLBY D
1321 Colby Avenue
EVERETT, WA 98201-1665
Inpatient Record

WILLIAMS,DAMOND LEE
MRN: 60004373550
DOB: 3/20/1975, Sex: M
Acct #: 316000577663
Adm:11/3/2013, D/C:11/3/2013

### History & Physicals (continued)

Patient reports that he has never smoked. He has never used smokeless tobacco. He reports that he does not drink alcohol or use illicit drugs.

Single, no children. Works as a fitness trainer in DC.

### Review of Systems:

Other than as above and in HPI all other systems reviewed and are negative

### Exam:
#### Vital Signs on Arrival:

| Temp: 37.3 °C (99.1 °F) | BP: 132/65 mmHg | Pulse: 103 | Resp: 16 | SpO2: 96 % on  liters via room air |
|---|---|---|---|---|

#### Most Recent Vital Signs:

| Temp: 37.3 °C (99.1 °F) | BP: 127/70 mmHg | Pulse: 97 | Resp: 16 | SpO2: 100 % on  liters via room air |
|---|---|---|---|---|

**Admission Weight:** Weight: 84.369 kg (186 lb)    **BMI:** Body mass index is 23.88 kg/(m^2).

### Physical Examination:

CONSTITUTIONAL: VS above. NAD. Appears well.
EYES: Conjunctiva noninjected. Pupils equal/round.
ENMT: Not HOH. Normal external appearance of ears/nose. Right cheek with some slight mucosal redness and swelling.
NECK: Supple fullness to the right of the larynx non tender, no clear border.
LYMPH: No pathologic cervical or axillary lymphadenopathy
CV: RRR, no pathologic abdominal aortic pulsations. no murmur.
RESPIRATORY: Normal effort, lungs cta post.
GI/ABDOMEN: Nontender, no palpable masses. Soft. No pathologic hepatosplenomegaly.
MSK/EXTREMITIES: No clubbing/cyanosis/ischemia. Right 2nd toe deformity with skin abrasion, other skin abrasions on right leg. Left knee midline incision.
SKIN: Left leg with marked swelling, tissue necrosis at ankle, bullae with weeping, no exudate. Soft ankle to palpation. Redness extends to knee and some streaking on the inside of the left thigh. Some skin flaking on shoulders and back from sun damage/sun burn.
NEUROLOGICAL: No focal weakness in upper or lower extremities. EOMI. CN II-XII intact. No tremor. Speech fluent.

**Diagnostic Studies:** Available labs and images were reviewed personally. Significant results and findings are outlined below or addressed in the assessment and plan.
Recent Results (from the past 24 hour(s))
CBC NO DIFFERENTIAL
    Collection Time
    11/3/13 1008

| Component | Value | Range |
|---|---|---|
| WBC | 43.2 (*) | 3.8 - 11.0 K/uL |

**REPORTING SERVICES, INC.**
**1426 Duke Street, Alexandria, VA 22314**
**Phone: 202-467-9200 / Fax: 202-296-3468**

# DEPOSITION ORDER CONTRACT

| Date of | |
|---|---|
| **Proceeding:** | March 4, 2019 |
| **Case Name:** | Williams v. US Department of VA |
| **Witness:** | Damond Williams, Dr. Porter |

## I HEREBY ORDER THE FOLLOWING:

**Copy of Transcript:**
☑ *Email – PDF   ☐ *Email – E-Tran   ☐ Hard Copy

**Copy of each exhibit:**
☐ B/W   ☐ Color (if applicable)
☐ *Email   ☐ Hard Copy

**Condensed Transcript:**
☐ *Email – PDF   ☐ *Email – E-Tran   ☐ Hard Copy

**CD-ROM:**
☐ PDF   ☐ E-Tran

**Linked Exhibits:**
☐ PDF   ☐ E-Tran

**Copy of each video:**
☐ Yes

☐ **Additional CD & Condensed**

☐ **Additional Hard Copies**

| **Delivery Type:** | ☐ 10 Business Days | ☐ 5 Business Days   ☐ 3 Business Days |
|---|---|---|
| | ☐ 2 Business Days | ☐ 1 Business Day *(by close of business)* |

**\*Email address:**   Andre.hammel@hamlawus.com

**Deliver Transcript To:**

| | |
|---|---|
| **Firm Name:** | Hammel Law LLC |
| **Attention:** | Traci Hammel |
| **Address:** | 2200 E Baltimore Street, Baltimore, MD 21231 |

| **Telephone:** | 240 593 5094 | **Fax:** | 240 303-2638 |
|---|---|---|---|
| **Representing:** | Plaintiff | | |

**Payment Information:**          ** ** REQUIRED ** **

| | | | | |
|---|---|---|---|---|
| ☐ | C.O.D (all deliveries outside the DC/Metro area) | | | |
| ☑ | MC/VISA/AMEX | Card #: | 5466 3081 0355 6851 | Exp. Date: 09/22 |
| | | | | CVV Code: 981 |

I hereby order a transcript of the proceedings in the above-entitled case. I agree to pay reasonable collection/attorney fees, court costs, and service charges of 1.5% per month, which may accrue on balances not paid within 30 days of the invoice date.

**Signature:** _____   **Date:** 9/3/19

# EXHIBIT

C

August 15, 2018
Fernando Porter, MD
Board Certified Family Medicine
12158 Central Ave
Mitchellville, Maryland 20721
404-514-9335

## EXPERT OPINION FOR DAMOND L. WILLIAMS

### Federal Case No.: Civil Action No. 16-2062

My office was retained by attorney Andre T. Hammel to review the negligence claim

by Mr. Damond L. Williams ("Mr. Williams") against the Veteran's Affairs

Administration, with emphasis focused on the departure from the acceptable

standards of care evidenced by nurse practitioner Ms. Marguerite McGarrah (NP

McGarrah") that occurred on October 30, 2013.

### Background:

Mr. Williams is a forty three (43) year old man born on March 20, 1975. At

the time of event, which is the basis for this letter, he was thirty-eight (38) years of

age. Mr. Williams health prior to the October 30, 2013 encounter would be

considered excellent. He was and still is a non-drinker, non-smoker, non-illicit drug

user, who exercised regularly and worked as a personal trainer. He also had just prior

to the encounter, participated in an obstacle course race where he traversed up and

down a number of hills, cross bodies of water, among other physical task over a 12 to

13 mile course.  On October 30, 2013, except for the pain he was experiencing with

swallowing and while walking, was seen by NP McGarrah.

## Medical Records and Notes Reviewed to Establish Basis of Opinion:

- Veterans Affairs Treatment Notes

- Providence Medical Regional Center Notes

- Harbor Medical Center Treatment Notes

- Pictures of Mr. Williams Post Operative Procedures

## Basis of Findings:

It is noted in NP McGarrah's treatment notes that on October 30, 2013, Mr.

Williams presented with right sided neck swelling and puffiness extending Down to

the level of the thyroid. There is no mention during the encounter of any ambulation

abnormalities. NP McGarrah performed an oral examination and did not find any

physical findings that suggested that the patient would suffer from dysphasia,

shortness of breath, or infectious cause. Here it appears that NP completed her

clinical assessment of MR. Williams without evaluation of his lower extremities,

which was part of his presenting complaint. Mr. Williams states that he arrived to the

visit with a cane because he needed ambulatory assistance due to swelling in his left

foot. NP McGarrah's notes does not indicate or mention the swelling, indicate that

there was ambulatory dysfunction, or the fact that he walked in with a cane.


On November 3, 2013, four days after being evaluated at the Veterans Affairs

Center in Washington DC, Mr. Williams presented to Providence Regional Medical

Center due to complications of his left foot swelling. His white blood cell count at

that time was recorded at 43,200 and was found to have a severe cellulitis that

extended from the foot up to the level of the thigh. Laboratory testing also found him

to have acute renal insufficiency, elevated bilirubin levels, and rhabdomyolysis

(evidence of severe muscle cell death). His evaluation also included an MRI which

showed severe cellulitis, myositis of the distal gastrocnemius, medial soleus, and

lateral aspect of the peroneal musculature, and early abscess formation of the anterior

lateral compartment for the subcutaneous tissue. The sum of his myositis findings on

MRI was found to be necrotizing fasciitis. Necrotizing fasciitis is considered to be a

life threatening medical problem if not addressed in a timely fashion. Delays in

treatment of necrotizing fasciitis often times result in a chronic decrease in overall

function, neurological dysfunction, amputation of the extremity, sepsis, and death.

Mr. Williams was evaluated, admitted, and started on high rate IV fluids and IV

antibiotics by the hospitalist, infectious disease, and orthopedic surgery teams; who

ultimately determined that this particular case exceeded their the scope of practice.

Mr. Williams at this time was transferred to Harborview Medical Center.


Upon arrival to the Harborview Medical Center, Mr. Williams underwent a

fasciotomy procedure within several hours of his admission to his left leg due to is

loss of function of his left lower extremity, the severity of its appearance, and lack of

improvement after IV antibiotic administration. After surgery he was admitted into

the ICU and administered broad spectrum antibiotics and continued High rates of IV

fluids.  After this surgical procedure Mr. Williams healed very well with appropriate

treatment and was discharged to home after seven days of hospitalization. After his

discharge and an additional five days of antibiotics treatment he was finally clear of

his left lower extremity cellulitis on November 15, 2013.


**Findings of Negligence:**

As mentioned earlier, Mr. Williams health prior to the October 30, 2013 encounter would be considered excellent. He was and still is a non-drinker, non-smoker, non-illicit drug user, who exercised regularly and worked as a personal trainer. He also had just prior to the encounter participated in an obstacle course race where he traversed up and down a number of hills, cross bodies of water, among other physical task over a 12 to 13 mile course.

When Mr. Williams presented to the VA clinic with a cane and swelling of his jaw, a more thorough exam should have been performed and documented. Based on the documentation from the encounter on October 30, 2013 treatment for a dental abscess was given with no mention of his lower extremity. Standard of care for evaluation and treatment of cellulitis at minimum, would have been to evaluate the extremity or area of concern with a history and physical exam consisting of, but not limited to, the appearance of the skin, observation of fluid collection, color and collection of fluid for culture if drainage was present, temperature of the skin compared to other areas, sensation and laboratory testing. In addition to not practicing within the standard of care there were no follow-up instructions given to advise Mr. Williams if or when to come back if he were to have complications, worsening symptoms, or incomplete/poor response to the treatment given.

If NP McGarrah would have performed even some of the aforementioned
exams or test to the lower extremity, or followed up via phone or in person with Mr.
Williams,  the chances of earlier detection, treatment, and reduce suffering would
have been improved for Mr. Williams.  It is very likely that if a lower extremity exam
had been properly performed, evaluated, and treated with the proper spectrum
antibiotics, that Mr. Williams would not have had to undergo life-saving medical
treatment that has left him with a career ending outcome (as a personal trainer) due to
a significantly decreased physical capacity, overall decrease in quality of life, chronic
leg swelling, extremity and joint pain, and neurological dysfunction. It is also not out
of the realm of unreasonable thought that a person in a lesser physical condition
would not have survived this severe of an infection.

NP McGarrah's personal bias of antibiotic abuse and departure from the
standard of care is the direct cause of the life-threatening and continued life altering
injuries suffered by Mr. Williams.  If a proper evaluation/physical exam was
performed and a proper selection of antibiotics was made, or request for follow up
was made; it is very likely that Mr. Williams would not have had to undergo such
extensive treatments and procedures.  Due to the injuries sustained from the October

30th, 2013 encounter, Mr. Williams will not likely fully recover from this unfortunate

event and will not be able to return to his full physical pre-injury shape.


"I hold all my opinions with a reasonable degree of medical probability. This report is

not intended to be complete or final statement of my opinions, and I reserve the right

to expand, modify, or otherwise amend my opinions as the discovery process

proceeds. I do not spend more than 10% of my professional activities directly related

to testimony in personal injury cases."


Fernando A. Porter, M.D.

8/15/18
Date

# Fernando A. Porter, M.D.

12158 Central Ave, Mitchellville, MD 20721
T 404-514-9335    F 301-430-2750
Porter_fernando@bellsouth.net

## EDUCATION

**Florida State University College of Medicine; Tallahassee, FL — 2010**
*Doctor of Medicine*

**Florida State University College of Medicine; Tallahassee, FL    2006**
*Bridge Baccalaureate Program*

**Florida A&M University (FAMU); Tallahassee, FL — 2005**
*Bachelor of Science: Biology Pre-Medicine (Cum Laude)*

## EXPERIENCE

### Physician, Medstar Health; Mitchellville MD — 2014-Present

Full-time physician providing level 3 patient centered medical home primary care services to the Mitchellville, Bowie, Upper Marlboro, Washington DC, and surrounding areas. In addition to providing routine primary care services, provides joint injections, arthrocentesis and radiography readings, cryotherapy procedures, cyst removals, skin biopsies, and incision and drainage procedures. Serves the site EMR superuser and a beta tester for advancements with in the Medstar Health system.

### Physician, Doctor on Demand; San Francisco, CA — 2016-Present

Part-time physician providing telemedicine care to patients in 14 states. Delivers easy, face-to-face consultations via computers or mobile devices to patients with basic ambulatory care needs and some chronic care needs.

### Medical Director, Life Ambulance; Atlanta, GA — 2015-Present

Serves as Medical Director for a private BLS and ALS Emergency Medical Service company. Provides medical oversight of EMS, actively directs and leads the clinical performance of the Life Ambulance EMS, and has the ultimate clinical authority on executed clinical guidelines, rules, procedures, and medications used given the current evidence based practices.

### Physician, Medstar Prompt Care; Washington D.C.    2013-Present

Provider of ambulatory services for patients with urgent needs that do not require emergency care. Identifies who needs emergent or specialty care and directs or refers to the appropriate modality of care, if needed. Performs outpatient procedures such as joint injections, arthrocentesis, radiography readings, cryotherapy, cyst removals, skin biopsies, laceration repairs, and, incision and drainage procedures. Supervises practicing physician assistants and nurse practitioners.

### Resident Physician, Chestnut Hill Hospital; Philadelphia, PA — 2010-2013

Chestnut Hill Family Practice Residency Program serves as a level 3 patient centered medical home to Philadelphia and Montgomery County communities.    As a senior resident responsibilities

included supervising and assisting residents, interns, and medical students in outpatient procedures, and patient management in both inpatient and outpatient settings. Served as a resident team physician for the LaSalle University's men and women's basketball teams, proficiently administering sports physicals. Consistently demonstrate the ability to perform joint injections, arthrocentesis and radiography readings. Also, routinely perform cryotherapy, cyst removals, skin biopsies and incision and drainage procedures.

**Teachers Assistant, Florida State University; Tallahassee FL — 2007**
Assisted the head professor in the subject of Gross Anatomy. Responsible for demonstrating daily dissections, ensuring that students could identify various body parts and structures.

## RESEARCH EXPERIENCE:

**Summer Intern, National Biomedical Research Institute; Atlanta GA — 2003**
Proficient in the experimental procedures of immunohistochemistry
Basic knowledge of functions of the Suprachiasmatic Nucleus and the neurotransmitter Serotonin

**Bridge Program Research, Florida State University College of Medicine; Tallahassee FL — 2006**
Pain management in Sickle Cell Patients
Subjective survey of weather or not the treatment of pain was adequately treated in sickle cell patient from the patient's perspective.

## CERTIFICATIONS AND ACTIVE LICENSERS

**American Board of Family Medicine Board Certified** – *2013- Present*

| | |
|---|---|
| Washington DC – 2013-Present | Virginia – 2017-Present |
| Maryland   2013-Present | West Virginia   2016-Present |
| Georgia   2015-Present | Ohio   2016-Present |
| Florida   2016-Present | Tennessee   2016-Present |
| North Carolina – 2016-Present | Arkansas   2017-Present |
| South Carolina   2016-Present | New Hampshire   2017-Present |
| Kentucky   2016-Present | |

Basic Life support – 2005 - Present
Advanced Life Support   2007 - Present

## PROFESSIONAL & CIVIC MEMBERSHIPS REFERENCES

General Member, AmericanAcademy of Family Physicians – 2006-Present
General Member; Alpha Phi Alpha Inc. – 2006-Present

# EXHIBIT

D



HARBOR COURT OFFICE BLDG.
575 S. CHARLES ST., SUITE 200
BALTIMORE, MARYLAND 21201
(410) 727-3615 PHONE
(410) 752-8430 FAX

**MACHT MEDICAL**
— G R O U P —

ALLAN H. MACHT, M.D.
(1924 - 2007)
ROBERT W. MACHT, M.D.
GENERAL SURGEON
CERTIFIED INDEPENDENT MEDICAL EXAMINER
JOSHUA B. MACHT, M.D.
BOARD CERTIFIED IN INTERNAL MEDICINE
CERTIFIED INDEPENDENT MEDICAL EXAMINER

January 9, 2018

## EXPERT OPINION FOR DAMOND L. WILLIAMS
## Federal Case No.: Civil Action No. 16-2062

My office was retained by attorney André T. Hammel to review the negligence claim by Mr. Damond L. Williams ("Mr. Williams") against the Veteran's Affairs Administration, with emphasis focused on the departure from the acceptable standards of care evidenced by nurse practitioner Ms. Marguerite McGarrah (NP McGarrah") that occurred on October 30, 2014.

### Background:

Mr. Williams is a forty one (41) year old man born on March 20, 1975.  At the time of event, which is the basis for this letter, he was thirty-eight (38) years of age. It is stated that Mr. Williams was a non-smoker of tobacco or other products, did not use drugs, or consume alcohol.   On October 30, 2014, except for the pain he was experiencing with swallowing and walking, when Mr. Williams was seen  by NP McGarrah he was seemingly in overall good health for a man of his age.

1



HARBOR COURT OFFICE BLDG.
575 S. CHARLES ST., SUITE 200
BALTIMORE, MARYLAND 21201
(410) 727-3615 PHONE
(410) 752-8430 FAX

ALLAN H. MACHT, M.D.
(1924 - 2007)
ROBERT W. MACHT, M.D.
GENERAL SURGEON
CERTIFIED INDEPENDENT MEDICAL EXAMINER
JOSHUA B. MACHT, M.D.
BOARD CERTIFIED IN INTERNAL MEDICINE
CERTIFIED INDEPENDENT MEDICAL EXAMINER

## Medical Records and Notes Reviewed To Establish Basis of Opinion:

·   Veterans Affairs Treatment Notes

·   Providence Medical Regional Center Notes

·   Harborview Medical Center Treatment Notes

·   Pictures of Mr. Williams post procedures

## Basis of Findings:

It is noted in NP McGarrah's primary care treatment notes that on October 30, 2014, Mr. Williams had right neck swelling with puffiness extending to his thyroid without mention of ambulation difficulties.   NP McGarrah's performed an in office oral examination but found no remarkable findings indicating the cause of the discomfort. Here it appears that NP completed her clinical assessment of Mr. Williams without mention of concurrent swelling.   Mr. Williams states that he arrived to the visit with a cane because he needed ambulatory assistance due to swelling in his left foot.   NP McGarrah's notes do not indicate or mention the swelling in Mr. William's left foot or that he had any ambulatory limitations.

NP McGarrah completed her treatment of Mr. Williams by providing him with patient education on medication and renewed Mr. Williams' antibiotic prescription.



HARBOR COURT OFFICE BLDG.
575 S. CHARLES ST., SUITE 200
BALTIMORE, MARYLAND 21201
(410) 727-3615 PHONE
(410) 752-8430 FAX

ALLAN H. MACHT, M.D.
(1924 - 2007)
ROBERT W. MACHT, M.D.
GENERAL SURGEON
CERTIFIED INDEPENDENT MEDICAL EXAMINER
JOSHUA B. MACHT, M.D.
BOARD CERTIFIED IN INTERNAL MEDICINE
CERTIFIED INDEPENDENT MEDICAL EXAMINER

Four days later Mr. Williams was admitted to Providence Regional Medical Center due to complications from his infection which increased his white blood cell count to forty-three thousand two hundred (43,200).  The Providence Regional Medical Center notes states that Mr. Williams advised his Veteran's Affairs care provider (NP McGarrah) of the swelling in his left foot but again that is absent from NP McGarrah medical treatment notes.

On November 3, 2014 Mr. Williams care and treatment had exceeded the scope of the expertise of the practitioners at Providence Regional Medical Center, so Mr. Williams was transferred to Harborview Medical Center.  At Harborview Medical Center Mr. Williams underwent a  fasciotomy procedure in attempt to save his left lower extremity.  The swelling was so great in Mr. Williams' left leg that he was no longer ambulatory.  Moreover, the infection in his body had progressed so that the infectious disease medical staff at Harborview Medical Center could not determine causation.  For pain management Mr. Williams was being treated with Morphine and Roxicodone. On November 14, 2014, the bacterial infection Mr. Williams was suffering from was finally controlled.



HARBOR COURT OFFICE BLDG.
575 S. CHARLES ST., SUITE 200
BALTIMORE, MARYLAND 21201
(410) 727-3615 PHONE
(410) 752-8430 FAX

MACHT MEDICAL
— G R O U P —

ALLAN H. MACHT, M.D.
(1924 - 2007)
ROBERT W. MACHT, M.D.
GENERAL SURGEON
CERTIFIED INDEPENDENT MEDICAL EXAMINER
JOSHUA B. MACHT, M.D.
BOARD CERTIFIED IN INTERNAL MEDICINE
CERTIFIED INDEPENDENT MEDICAL EXAMINER

### Findings of Negligence

Mr. Williams being in fair health presenting with a cane on October 30, 2014, and swelling in his jaw should have triggered NP McGarrah to go beyond her oral examination since her findings were unremarkable. Standard of care is to obtain minimal labs and warranted cultures, start treatment and to followup with the patient. It is appropriate to collaborate with another colleague as well. And if the patient exam / clinical findings exceed the scope of a primary care setting, then a patient is to be referred for full urgent/emergent evaluation. A throat culture of Mr. Williams or complete blood count lab should have been performed by NP McGarrah. Moreover, NP McGarrah should have advised Mr. Williams to come back for a follow-up visit.

If NP McGarrah would have performed the aforementioned exam or test  or followed up via phone or in person with Mr Williams, the chances of earlier detection, expeditious treatment and reduced suffering would have been improved for Mr. Williams. More importantly, if it had been detected at that stage by NP McGarra, Mr. Williams would not have had to undergo life-saving medical treatments and he would not have existing nerve damage and chronic swelling due to the life

4



HARBOR COURT OFFICE BLDG.
575 S. CHARLES ST., SUITE 200
BALTIMORE, MARYLAND 21201
(410) 727-3615 PHONE
(410) 752-8430 FAX

ALLAN H. MACHT, M.D.
(1924 - 2007)
ROBERT W. MACHT, M.D.
GENERAL SURGEON
CERTIFIED INDEPENDENT MEDICAL EXAMINER
JOSHUA B. MACHT, M.D.
BOARD CERTIFIED IN INTERNAL MEDICINE
CERTIFIED INDEPENDENT MEDICAL EXAMINER

saving procedures that occurred at Providence Regional Medical Center and Harborview Medical Center.

NP McGarrah's negligence in providing care Mr. Williams is the direct cause of the extensive injuries suffered by Mr. Williams.  Again, if the infection had been detected earlier, by proper examination and  testing, Mr. Williams' would not have had to undergo such extensive treatments and procedures.  To determine the long term impact on Mr. Williams health an independent medical exam should be performed.

"I hold all of my opinions with a reasonable degree of medical probability. This report is not intended to be a complete or final statement of my opinions, and I reserve the right to expand, modify or otherwise amend my opinions as the discovery process proceeds.  I do not spend more than 20% of my professional activities directly related to testimony in personal injury cases."

_Robert Macht_
Robert W. Macht, M.D.

1/9/18
Date

# EXHIBIT

E

HARBOR COURT OFFICE BLDG.
575 S. CHARLES ST., SUITE 200
BALTIMORE, MARYLAND 21201
(410) 727-3615 PHONE
(410) 752-8430 FAX



**MACHT MEDICAL**
— G R O U P —

ALLAN H. MACHT, M.D.
(1924 - 2007)
ROBERT W. MACHT, M.D.
GENERAL SURGEON
CERTIFIED INDEPENDENT MEDICAL EXAMINER
JOSHUA B. MACHT, M.D.
BOARD CERTIFIED IN INTERNAL MEDICINE
CERTIFIED INDEPENDENT MEDICAL EXAMINER

October 16, 2017

To Whom It May Concern:

Attached is a list of depositions done by Dr. Robert W. Macht since 2012.  Please do not hesitate to contact our office for further information.

Nina Hairston
D/Acc 4/1/2009
Emp: State of Maryland
Aaron Schwartz Esq./Bruce E. Ingerman, Esq.
Depo Date 1/24/12

Angela Harris vs State Farm Fire & Casualty
Case #24-C-11-003980
Stephen Miles, Esq.  Brian Bennett, Esq. Co.
Depo Date 2/8/12

William Kearney, Jr. vs Baltimore County
Case #W012331
Matt Paavola, Esq.
Depo Date 2/13/12

Elaine Gray vs Misael Arrue-Galdomen
Case #24-C-11-00091
Erik Kirk, Esq.
Depo Date 2/20/12

Antoinette Halford
Acc: 11/3/2008
Emp: State of Maryland
Wcc Claim #W009135
Aaron Schwartz, Esq/ Bruce E. Ingerman, Esq.
Depo Date 2/21/12

Herbert Althoff vs Canem Steel Corp.
Case #10-C-10-004205
Robert Blackford, Esq.
Depo Date 2/29/12

1

Robert O'Hara vs Lehigh Portland Cement Co/Liberty Mutual Ins.
Civil Act#06C11059394
Don Benter, Esq.
Depo Date 3/6/12

Mary Duvall vs
Case#03-C-10-006221
William R. Schmidt, Esq.
Depo Date 3/7/12

Moses Moore vs Carolyn Law
Case #346342V
William T. Wood, Esq.  Timothy Howie, Esq. Opposing
Depo Date 3/8/12

Anthony Gingles vs Deborah Wright
Case#03-C-11-001979
William Gann, Esq.  Jay B. Shuster, Esq. Co.
Depo Date 5/15/12

Diana Taylor-Fernandez
Acc:  6/18/08
Emp: One Source Facility Services
Claim B704337
Anne Hoke, Esq.   Semmes, Bowen & Semmes Opposing
Depo Date: 12/19/11  Discovery
              5/16/12 Video

Latiera Streeter vs Elizabeth Milgram
Case #355498
Benjamin T. Boscolo, Esq.
Depo Date 7/11/12
Mahmoud Abdalla vs Greenspring Food Service
Case #24-C-11-007580
Sheldon Levitt, Esq.
Depo Date 8/20/12

Gary Starks vs ISG Sparrows Point LLC/Mittal Steel USA, Inc.
D/Acc:  9/6/05
John Terziu, III, Esq.
Depo Date 9/4/2012

2

Katherine Mahoney vs State of Maryland
Acc: 6/17/08
William R. Teets, Jr. , Esq.
Depo Date 9/13/12

Ashley Washington
Case #24-C-11006952
Eric T. Kirk, Esquire
Depo Date 11/15/12

Cynthia Ramos DePino
Emp: Laila Rowe/Travelers Ins.
Acc: 1/4/2011
Benjamin T. Boscolo, Esq.
Depo Date 11/26/2012

Alphonso Grice vs 25th Street Sunoco
Case #24-C-11-008481
Reuben E. Laswon, Esq.
Depo Date 12/10/2012

Ronnie Parker vs Atco Rubber Products, Inc. et al
Allan G. Rabineau, Esq.
Case # 24-C-12-001721
Depo Date 12/12/12

Jerry DeMartin vs Oekos Management Corp, et al
Francis Lanasa, Esq.
Case #03C09003484
Discovery Depo Date 12/19/2012
Gail Speilberger, Esquire

LaNae M. Davenport
Marc Hoffman, Esq.
Claim #277023
Discovery Depo 1/14/2013
MCS-on behalf of Marriott
Michael Fox, Esq.  Semmes Bowen & Semmes

Carlton Melvin Sydnor
Isaac Klein, Esq.
B723028
Video Depo 1/21/2013

George B. Burck
David F. Clinnin, Esquire
Case #24-C-12-002371
Video Depo 1/31/2013

Joyce Brown Wood vs Jonathan A Thompson, et al
Harold D. Young, Esq.
Case #02-C-11-165203
Video Depo  2/21/2013

William Greb vs Joann L. Brown
Karmen Slezak, Esq. (Parker, Pallet & Slezak)
Case #03-C-11-005959
Video Depo  3/4/2013

Ronald Hinds vs Dept of Public Works
                        & Transportation
Amy E. Schaeffer (Chasen & Boscolo)
Case #CAL 12-01389
Video Depo  4/8/2013

Billy Reed vs Hope Properties, Inc.
Mark Grasso, Esquire
Case#06-C-12-062772
Discovery Depo. 4/29/2013
Charles B. Peoples, Esq. (Thomas, Thomas & Hafer)

Diana Shields Heath
Auto-9/23/2008
Austin Brizendine, Jr., Esq.
Video Depo: 5/28/2013

Barbara Powers
Robert Powers
Auto 3/9/2011
Francis C. Lansasa, Esq.
Video  6/19/2013

William Kelly, Jr
Case #24-C-12-004094
Allan G. Rabineau
Discovery Depo: 7/2/2013
Anderson, Coe & King

4

Arnold W. Turner vs State of Maryland
Case # 24-C-12-008141
Timothy Dachille, Esq.
Discovery Dep:  7-16-2013
Laura C. Walters, Esq.

Alonzo E. Cox
Case #13-C-12-091179
Timothy A. Dachille, Esq.
Discovery Depo 7/25/2013
J. Gregory Donlin, Esq. (Semmes)

Arnold W. Turner vs State of Maryland
Case # 24-C-12-008141
Timothy Dachille, Esq.
Video Depo: 8/19/2013

Kathleen Cole vs Mayor & City Council of Baltimore
Case #24-C-10-007346
Robert G. Skeen, Esq.
Video Depo 8/19/2013

Sam S. Nijjar vs Diageo North America
Case# W-031588
Done Benter, Esq.
Video Depo 8/21/2013

Baltimore County Maryland vs William F. Kinsey & SIF
Case #03-C-12-13189
Matt M. Paavola, Esquire
Video Depo 8/22/2013

Reginald A. Davis, Sr. vs Montgomery County, Maryland & SIF
Case #371265V
Raymond M. Hertz, Esq.
Video Depo 9/12/2013

Hazel Topa vs Stylianos J. Giannas
Case #03-C-12-011231
David Love, Esq.
Matthew E. Kiely, Esq. Opposing Council
Discovery Depo 9/18/2013

James Jones vs Thompson Hospitality Corp.
Claim #003531 034287 WC 01

Michael E. Mehring, Esq.
Tony Torain, Esq. Opposing Council
Discovery Depo 10/1/2013

Takeeta Wright
Case # 24-C-13-001227
James C. Willett, Jr., Esquire
Deposition done for Franklin & Prokopic
Against insurance company of her
Prior accident
Video depo  10/8/2013

Bernard W. Toporzycki
Emp: Allied Waste Industries
D/Acc: 6/18/2009
Austin W. Brizendine, Jr., Esquire
Video Depo:  10/14/2013

Mary L. Little vs Mayor & City Council of Baltimore
Case# 24-C-13-004065
John R. Costello, Esq.
Shiva Z. Kashani, Esq. Opposing Council
Discovery Depo 10/15/2013

Hazel M. Topa v Stylianos J. Giannas
Case #03-C-12-011231
David Love, Esq.
Video Depo 10/28/2013

Elmer and Lisa Phillips vs Perdue AgriBusiness, et al
Case # 22-C-13-000359
Mark E. Korn, Esq.
Video Depo 10/31/2013

Jeffrey Massoni vs Otis Ketterman, et al
Case #03-C-12-009798
Frances C. Lanasa, Esq.
Video 11/4/2013

Felix Carey vs WMATA
Case #12-CV-2291
Michael Reiter, Esquire (Chasen Boscolo)
Video  1/16/2014

6

Elmer Lingerman vs. Alan J. Milchling
Case #03-C-12-003501
David B. Love, Esq.
Video 1/22/14

Re:  Renee D. Moore vs Compass Group USA, et al
Case #OWC No:670763
Benjamin T. Boscolo, ESq.
Tony D. Villeral, Esq. (Semmes, Bowen & Semmes)
Discovery Depo 1/28/2014

Stephanie Ann Barnabae v  Kwang Bok Oh
Case #13-C-13-093567
Francis C. Lanasa, Esq.
Video Depo 1/29/2014

Dona Riddle v Christ Church Apts, Inc.
Case #24-C-13-003207
Barry Glazer, Esq.
Charles Peoples, Esq. (Thomas, Thomas, & Hafer)
Discovery Depo 2/3/2014

Diba Kostin, Michaela Williams,
Anthony Harrington
Case #
William Wood, Esq.
Video Depo 2/18/2014

Donald Layfield vs. Culligan International Co.
Case #02-C-13-175918
John S. Kearns, Esq. (Cohen, Snyder, Eisenberg & Katzenberg)
Video Depo 2/19/2014

Harl Baker vs Yvonne Brown et al
Case #24-C-12-005867 MT
Timothy A. Dachille, Esq.
Video Depo 2/27/2014

Billie Jo Marsh vs State Farm Auto Ins.
Case #03-C-12-004498
Francis Lanasa, Esq.
Video Depo 3/17/2014

Albert Ford, Jr. vs. Daniel Nieberding
Case # 03-C-13-001576
Francis C. Lanasa, Esq.
Video Depo 3/20/2014

Joel Hoffman vs Bozzuto Management Co.
Case #03C12008232
Francis C. Lanasa, Esq.
Discovery Depo
Wilson, Elser, Moskowitz, Edelman, Dicker, LLP

Natasha Simms, v Prince Georges County Board of Ed
Case #CAL13-15133
Benjamin T. Boscolo, Esq.
Video Depo 7/2/2014

Sharon Lattimore
Personal Injury 9/12/2012
Wes P. Henderson, Esquire
Video Depo  8/14/2014

Gregory Douglas Cloud
Case #19-C-13-016442
Bernice L. Latou, Esq.
Discovery Depo 8/28/14
Sean Smith, Esq. Semmes

Shawn Michael Wurtz
Claim #B342014
Bruce A. Eisenberg, Esq.
Discovery Depo: 9/9/2014
W. Tyler Mays, Esquire
Humphreys, McLaughlin, McAleer

Gregory Douglas Cloud
Case #19-C-13-016442
Bernice L. Latou, Esq.
Video Depo 9/11/14

Susan Leonard
Case #20-C-12-008177 MT
Michael J. Jacobs, Esq.
Video Depo 9/17/2014

James Robert Wise  Vs. Federal Reserve Board
Case # 12016036 (RC)
Asst. US States Attorney
Heather Oliver-Graham, Esquire
Discovery Depo 9/18/14

James Robert Wise  Vs. Federal Reserve Board
Case # 12016036 (RC)
Marc D. Schifanelli, Esquire
Video Depo. 9/18/2014

Tanisha Johnson Vs. Emeritus Corp
Case #B767170
Semmes-Christopher Carroll, Esq.
Timothy A. Dachille, Esq.
Discovery Depo. 10/2/2014

Thomas T. Kawaihae
Auto Acc: 3/26/2013
David Love, Esquire
Video Depo: 10/22/2014

Marque Marshall vs. Calvin Moss
Case #24-C-13-008182
Whiteford Taylor & Preston (Opposing Council)
Dominque Iamele, Esq.
Discovery Depo 11/3/2014

Brian Kasik vs Beckman Instruments, Inc/Old Republic Ins.
Case # 03-C-13-013625
John Kearns, Esq. (Cohen, Snyder, Eisenberg, Katzenberg)
Video Depo:  11/4/2014

Timothy Biermann Vs. Robin Ann Ferralli
Case # 02-C-13-181373
David B. Love, Esq.
Video Depo. 11/11/2014

Robert F. Stephens, Sr.
B758886
Acc: 2/23/2010
Scott G. Sanford, Esq.
Video Depo: 2/4/2015

Jalisa L. Daniely v Helga Emma Anneliese Jones
Case #13-C-14-097689 MT
Timothy A. Dachille, Esq.
Video Depo: March 12, 2015

John Serian vs Charles Ashton
Case# 24-C14-002393
Daniel O. Mahone, Esq.
Video Depo: March 24, 2015


Shawn M. Wurtz vs Frosty Refigeration Co., Inc.
Case# 02-C-14-185733
John S. Kearns, Esquire
Depo Date:  5/11/2015

Keith R. Coursey vs Potomac Valley Installations & Atlantic States
Case# 02-C-14-187071
John S. Kearns, Esquire
Depo Date:  5/18/2015

Tarrahn L. Williams vs Steven Wayne Shipley, et al
Case# 02-C-13-184504
Timothy A. Dachille, Esquire
Depo Date 5/27/2015

Olachi Mezu vs GEICO
Case# 03-C-14-012419
Valerie Ibe, Esquire
Depo Date 6/18/2015

Madeline G. Sharpe-Smith vs Sheppard Pratt Health System
Case# 03-C-14-007179
Anne E. Hoke, Esquire
Depo Date 7/1/2015

Kenneth Randazzo vs Timothy Reid, et al
Case# 392467-V
Eric T. Kirk, Esquire
Depo Date 8/3/15

Russell Bednarik vs Southern Maryland Cable
Case# 02C14187839
Scott G. Stanford, Esquire
Depo Date 8/18/15

10

Melvin C. Bomar vs Travis Slaughter, et al
Case# 24-C-14-004346
Barry G. Glazer, Esquire
Depo Date 10/22/15

Christopher Schwartz vs Elisa Ann Truskolaski
Case#20-C-13-008499
David Thompson, Esquire
Depo Date 11/16/15

Abdulsalam K. Bayero vs State of Maryland and Injured Workers' Insurance Fund
Case# CAL14-28671
WCC Claim No: B791466
John S. Kearns, Esquire
Depo Date 2-9-16

Christopher Schwartz vs Elisa Ann Truskolaski
Case#20-C-13-008499
David Thompson, Esquire
Depo Date 11/16/15

Nona Boynton Case
Slip & Fall
David M. Wasser, Esquire
Depo Date 2-10-16

Antonio R. Faison vs Thompson Hospitality Corp./Compass Group
WCC Claim # B750698
Anne E. Hoke, Esquire
Depo Date 2-16-16

Home Properties of NY, et al vs. Richard F. Voelker
Case # 03-C-15-002479 AA
WCC Claim No: B719182
Timothy A. Dachille, Esquire
Depo Date 3-4-16

George Eley vs Harford Industrial Minerals, Inc., et al.
Case # 12-C-15-000163
Richard P. Shapiro, Esquire
Depo Date 3-7-16

Lynell R. Copes-Parker vs Kaitlyn Nicole Cook, et al.
Case # 22C15000233
Thomas C. Summers, Esquire
Depo Date 3-8-16

Philip R. Harrigan vs. Karl Joseph Passapae, et al.
Case # 03-C-15-001714
Timothy A. Dachille, Esquire
Depo Date 3-9-16

Tiyon Williams vs Detective Maurice Ward, et al
Case# 24-C-14-008211
Emmanuel M. Levin, Esquire
Depo Date 4-8-16

Gary McClellan vs Juan Elias Cruz, et al
Case # 13-C-14-101787
Richard P. Shapiro, Esquire
Depo Date 4-18-16

Ronald T. Dement, Jr.
Discovery Deposition
Date of Accident: April 27, 2005
Matt M. Paavola, Esquire
Depo Date 4-20-16

Deno Constantine Kanaras
vs.
Gary Melvin Cooper, et al
Case # 07-C-15-000316
Date of Accident: April 28, 2014
Depo Date: 4-21-16

Arion Terrell Tatuem
Date of Accident: August 15, 2014
Attorney: Tara Westra, Esquire
Depo Date: 6-6-16

Rosemary Mensuphu-Bey
Vs.
Mayor & City Council of Baltimore
Case # 24-C-15-005213
Date of Accident: December 21, 2009
Depo Date: 7-19-16

12

Veronica Dulin
Vs.
Two Farms, Inc.
Case # 24-C-15-002259
Date of Accident:  January 11, 2014
Depo Date:  8-10-16

Charles V. Gill
Vs.
Devon D. Mitri Jacobs, et al.
Case # CAL15-19724
Date of Accident:  June 10, 2013
Depo Date:  8-22-16

Sharnett Young
Date of Accident: 11/08/2006
Attorney:  Thomas E Grzech, Esquire
Depo Date:  8/23/2016

Michael D. Inocencio
Vs.
Rommel Engineering & Const., & Travelers Ins. Co, & SIF
Case # 24-C-15-007175
Date of Accident: 1/28/2014
Depo Date: 8/29/16

George M. Williams, Jr.
Vs.
Baltimore Co/Garrett
Date of Accident: December 3, 2009
Attorney: Leonard Gutkoska, Esquire
Depo Date:  September 13, 2016

Leah Jones
Vs.
Sodexo
WCC Claim Number: B714423
Date of Accident: January 12, 2009
Attorney: Robert G. Skeen, Esquire
Depo Date:  September 27, 2016

Terry Grant
vs.
Mayor & City Council of Baltimore
Case # 24-C-16-001063
Date of Accident: February 19, 2014
Attorney:  Michael C. Eisenstein, Esquire
Court Testimony on October 27, 2016

Keith Q. Cornish
Disability Case
Case # 8936825
Date of Accident: 10/01/2010
Attorney:  Leonard J. Gutkoska, Esquire
Video Deposition on October 25, 2016

Ronnie Reece, Sr.
Vs.
Gregory Bernard Gee, Jr., et al.
Case # CAL15-33787
Date of Accident:  December 31, 2013
Attorney: Ben Chasen, Esquire
Discovery Deposition on December 7, 2016

Howard G. Willey, Jr., et al.
Vs.
Joshua Ripple
Case # CAL-15-25747
Date of Accident:  August 6, 2012
Attorney: L. Clifton O'Connor, Esquire
Video Deposition on January 9, 2017

Donna C. Woodruff
Workers Comp Case
Claim # B809663
Date of Accident:  October 2, 2015
Attorney:  David B. Love, Esquire
Video Deposition on January 12, 2017

14

Wanda A. Kelley
Workers Comp Case
Claim #W046092
Date of Accident: May 7, 2013
Attorney: Stephen L. Miles, Esquire
Video Deposition on January 13, 2017

Scott M. Manz
Workers Comp Case
Date of Accident: July 14, 2015
Attorney: Mark F. Grasso, Esquire
Video Deposition on March 3, 2017

Nikita Stamatiadis
Auto Accident Case
Date of Accident: April 14, 2013
Attorney: Christos G. Vasiliades, Esquire
Video Deposition on March 15, 2017

Donna C. Woodruff
Workers Comp Case
Claim #B809663
Date of accident: October 2, 2015
Attorney: David B. Love, Esquire
Video Deposition on March 21, 2017

Chanell Johnson-Greene
Auto Accident Case
Date of Accident:  November 1, 2015
Attorney:  Eric T. Kirk, Esquire
Video Deposition on April 12, 2017

Sean Kinoshita
Third Party Liability Case
Date of Accident: January 27, 2016
Seann Malloy, Esquire
Discovery Deposition on April 21, 2017

Sheena M. Blake
Civil Action No: 8:16-cv-03658-TDC
Date of Accident: October 9, 2013
Attorney: Mark A. Epstein, Esquire
Discovery Deposition on May 2, 2017

Paula M. Vilone
Case No.: C-05-CV-16-000072
Date of Accident: May 8, 2012
Attorney: Bernice L. Latou, Esquire
Discovery & Video Deposition on 7/12/2017

Alvin W. Davis
Case No.: CAL 16-25949
Date of Accident: November 28, 2014
Attorney: Michael D. Reiter, Esquire
Video Deposition on July 14, 2017

Bryan D. Hatcher
Case No.: 24-C-16-007029
Date of Accident: October 3, 2014
Attorney: Avery M. Muller, Esquire
Discovery Deposition on August 7, 2017

Anne L. Contee
Case No.: 03-C-17-001251
Date of Accident: April 6, 2015
Attorney: Timothy A. Dachille, Esquire
Discovery Deposition on August 29, 2017

Teresa A. Kohlway
Case No.: 13-C-16-107751
Date of Accident: October 10, 2013
Attorney: David B. Love, Esquire
Video Deposition on September 28, 2017

Mary Geiger
Vs.
Our Lady of Perpetual Help Catholic Church
Case No.: 2016 CA 008447 B
Date of Accident: December 13, 2013
Attorney: Michael D. Reiter, Esquire
Discovery Deposition on January 5, 2018

16

# EXHIBIT

F

*TriWest Healthcare Alliance*

# Medical Documentation Requirements
## Quick Reference Guide – All Regions

---

### Key Points:
- ➥ Medical documentation is required for all services provided to a Veteran under the Department of Veterans Affairs (VA) Patient-Centered Community Care (PC3) Program and the Veterans Choice Program (VCP).
- ➥ Medical documentation should be uploaded as soon as possible, but no later than 30 days from the date of service. Specific categories may require faster timelines.
- ➥ Providers located in the TriWest expansion regions (Regions 1, 2 and 4) must submit medical documentation to the authorizing VA Medical Centers (VAMC) within the VA-defined timeframes.
- ➥ Providers in Regions 3, 5 and 6 should submit medical documentation to TriWest. TriWest will then upload these documents to the VAMC.
- ➥ **NEVER** submit medical documentation with claims!

---

## General Medical Documentation Content Requirements:
- ➥ Providers must submit all required records to the Veteran's authorizing VAMC (Regions 1, 2 and 4) or TriWest (Regions 3, 5 and 6).
- ➥ Community Care programs in general require the initial appointment and end-of-episode-of-care documentation. However, some specialties may have additional requirements.
- ➥ If additional care is needed, providers should submit a Request for Care (RFS) or Secondary Authorization Request (SAR).
  - o If the Veteran's authorizing VAMC is scheduling care and setting appointments, then the RFS should be submitted directly to VA. This may be done via the HealthShare Referral Manager (HSRM) portal. If you cannot submit the RFS via the portal, please contact your VAMC for alternate options.
  - o If TriWest is scheduling care and setting appointments for your state, please complete a Secondary Authorization Request (SAR) form and fax this to TriWest. This applies to all of Regions 3, 5 and 6 and those locations in Regions 1, 2 and 4 where VA is not managing the appointing process. SAR forms can be downloaded from TriWest's provider portal or from TriWest's Payer Space on Availity.
  - o Please follow the Authorization Request Quick Reference Guide for more information.
- ➥ To be compliant, any faxed records must have the Veteran's unique identifiers on each page. Unique identifiers should include the following at a minimum:
  - o Veteran's name
  - o Authorization number
  - o Date of birth
  - o Last four digits of social security number
- ➥ Providers must sign and date all submitted records/reports. Signatures will be requested for noncompliant documentation.
- ➥ Depending upon your region, TriWest or VA may be contacting your for any missing documentation/health records. Document submission is a program requirement.

---



**View a map of PC3 and VCP Regions**

**TriWest Healthcare Alliance**

# Specific Medical Documentation Submission Timelines and Deadlines:

| Service | VCP and PC3 Submission Maximum Timeframe Requirements |
|---|---|
| Inpatient *(includes surgery)* | <ul><li>__*30 calendar days*__ after discharge</li><li>Discharge summary related to the episode of care</li><li>Provider will coordinate with TriWest or VA (depending upon region) to arrange necessary supplies, home health services and equipment.</li><li>For __*surgery*__, also complete and submit the **VA Purchased Surgical Care Patient Outcome Form**</li><li>If additional care is required, please submit a request for additional care to TriWest or the VAMC as appropriate.</li></ul> |
| Inpatient Rehabilitation | <ul><li>Within 30 calendar days after discharge</li><li>Include functional status and status change from onset of treatment through discharge</li><li>Use the CMS **Inpatient Rehabilitation Facility Patient Assessment** Instrument (IRF-PAI)</li><li>The IRF-PAI example can be found at: **https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/Downloads/CMS10036.pdf**</li></ul> |
| Outpatient Specialty Services *(includes surgery)* | <ul><li>__*30 calendar days*__ after the initial appointment</li><li>If additional appointments are authorized, submit to TriWest within 30 days upon completion of episode of care</li><li>For __*surgery*__, also complete and submit the **VA Purchased Surgical Care Patient Outcome Form** to TriWest</li><li>If additional visits or procedures are required, please submit a request for additional care to TriWest or the VAMC as appropriate.</li></ul> |
| ***Critical Findings Category*** | <ul><li>**Definition:** a test result or interpretation that, if left untreated, could be life threatening or place the Veteran at serious health risk; includes results from laboratory, cardiology, radiology and other diagnostic areas are determined to be "critical," regardless of ordering priority</li><li>__*Within 24 hours*__ of identification, reach point of contact at authorizing VAMC by phone</li><li>Indicate the VAMC staff name (point of contact) and date/time of contact in your discharge summary</li><li>After notifying VA, submit medical documentation as soon as possible, but no later than 30 days. Providers must comply with any VA request for earlier upload in order to expedite care.</li></ul> |
| Suicide Risk *Critical Finding* | <ul><li>__*Within 24 hours*__ by phone to authorizing VAMC point of contact</li><li>A newly identified suicide risk in a Veteran *not referred* for inpatient mental health should be considered a Critical Finding</li></ul> |

**TriWest Healthcare Alliance**

| Service | VCP and PC3 Submission Maximum Timeframe Requirements |
|---|---|
| Cancer Diagnosis *Critical Finding* | • **_Within 48 hours_** by phone to authorizing VAMC point of contact<br>• Although less urgent, a new diagnosis of cancer should be considered a Critical Finding |
| Urgent Follow-Up/Additional Care | • **_Within 24 hours_** by phone to authorizing VAMC point of contact<br>• If provider determines urgent follow-up is needed after completion of care, OR urgent additional care needed during episode of care. |
| Pathology | • **_Within 5 business days_** of request for slides<br>• These are made available to VA for review/assessment |
| Gastroenterology Procedures | • Additional documentation for Gastroenterology procedures is required from the provider<br>• Please review the Gastroenterology Quick Reference Guide for details |
| Medical/ Radiation Oncology Services | • Additional documentation for Medical/Radiation Oncology services is required.<br>• Please review the Radiation Oncology Quick Reference Guide for details |
| Skilled Home Health Care | • **_Within 3 business days_** of start of care: submit initial assessment (OASIS)<br>• **_Within 5 business days_** of completion of episode of care: submit final discharge summary to your VAMC<br>• Please review the **Home Health Care Quick Reference Guide** for additional details |
| Inpatient Rehabilitation | • Within 30 calendar days after discharge<br>• Include functional status and status change from onset of treatment through discharge<br>• Use the CMS **Inpatient Rehabilitation Facility Patient Assessment** Instrument (IRF-PAI)<br>• The IRF-PAI example can be found at: **https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/Downloads/CMS10036.pdf** |
| Inpatient Mental Health | • Within 30 calendar days after discharge<br>• Suicide risk is a clinical issue, so the Veteran shall always be provided a written copy of their personal **Suicide Prevention Safety Plan**<br>• Please reference VA's planning manual: **http://www.mentalhealth.va.gov/docs/VA_Safety_planning_manual.pdf**<br>• The plan must include the Veterans Crisis Line telephone number, 1-800-273-8255 |

**TriWest Healthcare Alliance**

| Service | *VCP and PC3 Submission Maximum Timeframe Requirements* |
|---|---|
| Outpatient Mental and Behavioral Health | • **Behavioral Health Forms** to speed submission are available online from TriWest. If requested to submit using these forms, please download them from TriWest's Payer Space within Availity or from the TriWest Provider portal (www.triwest.com/provider)<br>• As soon as possible, but ***no less than 30 days from the session***, an Initial Assessment and a Completion of Episode of Care (EoC) should be submitted<br>    o If an extension or addition to authorized care/therapy is required, submit a Behavioral Health RFS (VA) or fax a SAR (TriWest) as soon as possible<br>    o With additional authorized care, VA may require ongoing Progress Summaries<br>• Providers ***should never*** submit psychotherapy process notes with contents of a private session. This is a HIPAA violation.<br>• Providers ***should*** submit Clinical Progress notes. These are considered part of the Veterans medical record.<br>• For additional documentation requirements, please read the **Mental Health Quick Reference Guide (QRG)** |
| Home Health and Home Infusion Therapy (HIT) | • An initial plan of care (CMS 485) should be submitted within **three business days**<br>• An end EoC record should be submitted within **five business days**<br>• Infusion therapy requires nursing notes and delivery tickets that support all services and medications billed<br>• Please refer to the **Home Health Quick Reference Guide** for additional information |

## What should you include in your medical records for VA or TriWest?

Minimum requirements for content of medical documentation or records, **as applicable to the care**, may include:

➜ An executive summary of the encounter to include any procedures performed and recommendations for further testing or follow-up (i.e. discharge summary for inpatient);
➜ Results of community testing or imaging such as MRI, CT scan;
➜ Actual results of any ancillary studies/procedures which would impact recommended follow-up such as biopsy results (i.e. positive biopsy results from EoC GI provider who recommends a follow up such as surgery); and
➜ Any recommended prescriptions, durable medical equipment (DME) and treatment plans.

Submission of clinical records and documentation allow VA to ensure Veterans are receiving care that is both clinically sound and cost effective. If records are not submitted, VA will contact you to ensure that these records are submitted.



*01.04.19*

# EXHIBIT

G

Report of Shmuel Shoham, MD: RE Williams v. United States, No. 16-2062 (D.D.C.)

**Overview:**

I have been asked to provide an expert opinion on behalf of the United States Department of Veterans Affairs (VA) with regards to the care given to Mr. Damond Lee Williams at Washington VA Medical Center on and around October 30, 2013. It is my professional opinion to a reasonable degree of medical probability that the clinicians caring for him at that facility met the standard of care in assessing, testing and treating him as it relates to infectious diseases issues.

**Professional Qualifications:**

I am an Associate Professor of Medicine at Johns Hopkins University School of Medicine and Associate Director of the Transplant and Oncology Infectious Diseases program at that institution. I am certified by the American Board of Infectious Diseases and am licensed to practice medicine in the State of Maryland and the District of Columbia. I have over 17 years of experience in management of patients with invasive infections, and am the author or co-author of over 100 original articles, book chapters and topic reviews. For a list of all publications authored by me please see the attached curriculum vitae. I serve as a reviewer and expert consultant to multiple journals, professional societies and government agencies in the US and abroad and am a member of professional guideline committees for the American Society of Transplantation (AST), the European Organization for Research and Treatment of Cancer/Invasive Fungal Infections Cooperative Group and Infectious Diseases Mycoses Study Group (EORTC/MSG) and the National Comprehensive Cancer Network (NCCN). In 2015 the Washington, DC Chapter of the American College of Physicians honored my commitment to excellence in medical care and service to the College with their highest award, the John F. Maher Memorial Laureate Award. In 2017, I completed specialized training in reducing patient harm and graduated from the Armstrong Institute Patient Safety and Quality Improvement Leadership Academy, Johns Hopkins Medicine.

**Prior Expert Testimony:**

In the past 4 years I have testified as an expert as follows:

- By deposition on August 11, 2016 and at trial in United States District Court, District of Massachusetts (on October 13, 2016) in the case of Barbara J. Bradley vs. David J. Sugarbaker.
- By deposition on January 19, 2017 in In Re: New England Compounding Pharmacy, Inc. Products Liability Litigation, MDL No. 2419, United States District Court For the Eastern District of Massachusetts.

- By deposition on August 2, 2017 in Case No. 15-C-464-3; Robert L. Snider vs. Wright Medical Technology Inc. and Dino J. Delaportas, M.D., AND Wright Medical Technology, Inc. as Third-Party Plaintiffs vs. United Hospital Center, INC. as Third-Party Defendants.
- By deposition on December 14, 2017 and on June 12, 2018 in the case of Charuporn Robinson and Peter Robinson vs. Regional Hematology and Oncology, P.A., et al C.A. No. N16C-06-077 ALR.
- By deposition on March 12, 2018 in the case of Handy vs. Box Hill Surgery Center, LLC et al. No.1:14-cv-14019-RWZ. United States District Court, District of Massachusetts, MDL No.02419 Docket No.1:13-md-2419-RWZ.
- By deposition on June 5, 2018 and on November 9, 2018 in the case of Alicia Hamilton, Sergeant major Milton Hamilton, Merceytee Oke vs. United States of America.
- By deposition on June 7, 2018 in the case of Nancy Wyatt et al. vs. William H. Barton et al. In the circuit court for Tuscaloosa County Alabama, Case No.: CV-2103-901137-JHE.
- By deposition on September 20, 2018 in the case of James D. Fleming, Jr. vs. Doctors for Emergency Services, Jennifer Mink and Christiana Care Health Services, Inc. C.A. NO.N17C-04-279 DCS.

**Documents reviewed:**

- Complaint filed by Plaintiff in The United States District Court for the District of Columbia (October 16, 2016)
- Expert opinion provided by Fernando Porter, M.D. (August 15, 2018).
- Medical records from Harborview Medical Center (November 3, 2013 to November 14, 2013)
- Dental bills and images from Dr. Henrik Anderson's office (April 16, 2013 to May 17, 2018)
- Medical records (February 2, 2015 to May 21, 2015) from Community Health Network and Atlas Orthopedics and Sports Medicine, Inc.
- Medical records from Providence Health and Services (November 3, 2013)
- Medical records from Philip D Zaneteas (March 4, 2015)
- Medical records Washington VA Medical Center; VISTA Electronic Medical Documentation (July 26, 1998 to January 16, 2014)

**Compensation Rate:**

- Document review, analysis, preparation for deposition or trial and preparation of reports: $500.00/hour
- Attendance at Trial / in person or by video $2,500.00 per day or fraction thereof plus expenses

**Facts of the case:**

At the time of these events (October and November of 2013) Mr. Williams was a 38-year-old man. He was seen for complaints of an oral and neck infection at the Washington (DC) VA clinic on October 30 and was treated for that infection, which promptly resolved. At some point he developed a serious left lower extremity infection, which required a ten-day hospitalization that included urgent surgery. There is no evidence in the medical records that I have reviewed that the lower extremity infection was present at the time of his VA clinic visit on October 30. A detailed sequence of events around that time is provided below.

On October 29 and 30 Mr. Williams spoke to VA nurse Janice Zarabi by phone and reported symptoms of swelling and pain at the right jaw and throat of 5 days duration. He requested antibiotics for a presumed infection in his right lower molar, but was informed that he would need to be seen in person.

On October 30 Arleen Gray, RN and Marguerite McGarrah, NP saw him in person at the Washington VA clinic. During that visit he reported jaw and throat pain and indicated that he had contacted his dentist as well, but that the dentist refused to prescribe antibiotics without seeing him. In light of his history of recurrent infections related to his teeth, it was recommended to him that he consult with the dental clinic. He declined this recommendation. He was prescribed penicillin VK 500 mg twice daily for what was suspected to be another dental infection.

There is no evidence from the records that he reported any symptoms relating to his lower extremities to VA clinicians during the October 29 and 30 phone calls or the October 30 clinic visit. In the next few days the right facial swelling improved.

Around this time he travelled to the Seattle area. On November 3, 2013 he presented to Providence Hospital in Everett, WA with an infection extending from the left foot to the thigh. The medical records indicate that approximately 10 days earlier he had participated in an endurance sports event in West Virginia that included water crossings and other obstacles. During that event he sustained multiple scrapes on his lower extremities and developed a blister on the dorsum of the left foot. Sometime between then and November 3 he developed progressive infection at that site. As detailed above, there is no evidence in the medical record of him reporting the blister or the redness during his evaluations at the VA and the medical records do not reveal why he did not seek out help for this issue prior to November 3, 2013.

Evaluation at Providence Hospital included a complete blood count (CBC), which showed his white blood cell count to be elevated at 43,200 and magnetic resonance imaging (MRI), which showed cellulitis, myositis and possible early abscess vs. phlegmon. He was treated with empiric broad-spectrum antibiotics (vancomycin and ampicillin/sulbactam and then vancomycin and piperacillin/tazobactam). The physicians at Providence Hospital thought that he might need surgery. He was transferred to Harborview Medical Center in Seattle for more specialized care on that same day.

At Harborview Medical Center his antibiotics were further adjusted to a regimen of vancomycin, levofloxacin, penicillin G and clindamycin. He was noted to be strongly opposed to surgery on November 4 at 03:49. He did not improve throughout that morning with his leg showing redness, swelling and blisters. He ultimately consented to surgery, which was done later that day.  Surgical exploration showed edema, but did not show necrosis, "dishwater" colored fluid or purulence. Wound gram stain and culture were negative as were blood cultures. The clinical impression per the surgical and infectious diseases clinicians favored severe cellulitis over necrotizing soft tissue infection. The initial clinical suspicion for a necrotizing soft tissue infection was not corroborated by findings during the operation of November 4.

Over the next several days he improved and his antibiotics were adjusted. By November 8 he was on moxifloxacin alone. He was discharged from the hospital on November 10. By November 14 he completed the antibiotics course and the infection had resolved. Over the next several months the surgical wounds slowly healed.

## Specific responses to the complaint and expert opinion claims

### Complaint

- The complaint alleges that he should have had a complete blood count and a throat culture done on October 30, 2013. Based on the symptoms described in the medical record (10/29 and 10/30) neither test was indicated.
- The complaint alleges that had a complete blood count been obtained on October 30 it would have revealed that plaintiff need immediate medical intervention to address the growing infection in his body. This is speculative. There is no evidence that he had an infection growing in his body on October 30. There is also no evidence that had a CBC been obtained on that day that it would have shown an abnormality.
- The complaint asserts that the defendant's departure from the standard of care is the sole and proximate cause of the bodily injury. This is

speculative and at odds with the medical records. The defendants did not depart from the standard of care as it relates to infectious diseases issues. There is no evidence that a lower extremity infection was present during the October 30 VA clinic visit.

**Expert Opinion claims**

- Regarding the claim that lower extremity problems were part of Mr. Williams' presenting complaints: From the medical records at the VA (phone triage, nurse triage and nurse practitioner visit) there is no evidence of any complaints related to the lower extremities being relayed to the VA medical team.
- The medical records do not support the claim that laboratory testing found him to have rhabdomyolysis (evidence of severe muscle death). On November 13 Mr. Williams' blood CK level was 16. This is not consistent with rhabdomyolysis. In rhabdomyolysis, CK levels at presentation are much higher.
- The medical records do not support the claim that the sum of his myositis finding on MRI was found to be necrotizing fasciitis. The medical records also do not support the claim that the MRI showed early abscess. The impression of the radiologist reading the MRI on 11/3/13 was of severe cellulitis, myositis and phlegmonous change vs. early abscess.  Although there was initial concern for this patient possibly having necrotizing fasciitis, subsequent evaluation, including in the operating room, did not bear this out. Specifically, the surgical and infectious diseases clinicians involved in his care concluded that the diagnosis was more likely to be severe cellulitis than necrotizing soft tissue infection.
- The medical records do not support the assertion that Mr. Williams underwent a fasciotomy procedure within several hours of his admission to Harborview Hospital. He arrived at 22:09 on 11/3/13 and was taken to OR at 11:55 AM on 11/4/13. Of note on 11/4 at 03:49, he was noted to be strongly opposed to surgery.
- The assertion that the standard of care for evaluation and treatment of cellulitis involves evaluation of the area of concern is accurate. The symptoms he conveyed to the VA clinicians on October 30 were of pain at his mouth and neck and hence these regions were evaluated. Examination of the extremities is not a typical part of an urgent care visit for mouth and neck pain. There is no documented medical record evidence from around that time that he either informed the medical team at the VA about symptoms to suggest cellulitis or that he actually had cellulitis at that time.
- It is a speculative assertion that Mr. Williams would very likely not have had to undergo the life saving medical treatment that left him with a career-ending outcome if on October 30 a lower extremity exam had been properly

performed and if he was treated with the proper spectrum antibiotics at that time. It not known whether he had an active infection in his leg at that time. It is not known when that site became infected. In the absence of infection, an antibiotic targeted at skin organisms would be contraindicated. The records suggest that he likely had a blister at that site. Antibiotics would not be indicated for treatment of a blister.

- The medical record does not support the assertion that nurse practitioner McGarrah had a personal bias of antibiotic abuse, nor that her selection of antibiotics impacted his outcome. The etiological agent that caused of the lower extremity infection is not known. We do not know which of the 4 antibiotics given in Seattle was effective against the infection.

**Conclusion**

In early November 2013 Mr. Williams had severe cellulitis of the left lower extremity. The precise time of onset of that infection is unclear from the medical records. On October 30 he had been evaluated at the Washington VA, and was prescribed penicillin for a right-sided oral infection that was likely related to a dental problem. There is no evidence that he notified the VA staff that something was wrong with his lower extremity. Consistent with the standard of medical care for such a circumstance, he was therefore not evaluated for a lower extremity infection. The treatment prescribed did result in resolution of the mouth and neck infection. Hence, based on the medical records provided, it is my professional opinion to a reasonable degree of medical probability that as regards to infectious issues the medical providers at the Washington VA met the standard of care in assessing, testing and treating this patient.

Respectfully submitted,

December 5, 2018

Shmuel Shoham, MD
Associate Professor of Medicine
Johns Hopkins University School of Medicine

# CURRICULUM VITAE

**Name: Shmuel Shoham**

**Signature:** ~~S. Sh~~          **Date: November 25, 2018**

## DEMOGRAPHIC AND PERSONAL INFORMATION

### Current Appointments

Johns Hopkins University School of Medicine

### Personal Data

Johns Hopkins Hospital          1830 East Monument St., Room 450-D
600 North Wolfe St.                  Baltimore, MD, 21205
Baltimore, MD 21287
Tel: (410) 614-6431
Fax: (410) 614-8518
e-mail: sshoham1@jhmi.edu

## Education and Training

- 1986-90, BA, Temple University, College of Arts and Sciences, Biology
- 1990-94, MD, Thomas Jefferson University, Jefferson Medical College, Medicine
- 1994-97, Internal Medicine Residency: Boston University School of Medicine
- 1998-01, Infectious Diseases Fellowship: Boston University School of Medicine
- 2016-17: Armstrong Institute Patient Safety and Quality Improvement Leadership Academy, Johns Hopkins Medicine
- 2017: Healthcare Lean Sigma Green Belt Certification Course, Johns Hopkins

## Professional Experience

1997-98: Staff Physician: Braintree Rehabilitation Hospital
2001-11: Attending Physician, Infectious Diseases: Washington Hospital Center
2001-11: Consultant in Infectious Diseases: National Rehabilitation Hospital
2006-11: Director, Transplant Infectious Diseases: Washington Hospital Center
2008-11: Scientific Director, MCRC at Washington Hospital Center
2011-ongoing: Faculty, Transplant and Oncology Infectious Diseases Program: Johns Hopkins University School of Medicine
2014-ongoing: Associate Director of Clinical Research, Transplant and Oncology Infectious Diseases Program, Johns Hopkins University School of Medicine

## RESEARCH ACTIVITIES

**Publications: Peer-reviewed Original Science Research**

1. Rubin DM, Mehta AD, Zhu J, **Shoham S**, Chen X, Wells QR, Palter KB. Genomic structure and sequence analysis of Drosophila Melanogaster HSC 70 genes. Gene. 1993; 128 (2): 155-163.
2. **Shoham S**, Huang C, Chen JM, Golenbock DT, Levitz, SM. Toll-like receptor 4 mediates intracellular signaling but not TNFa production in response to *Cryptococcus neoformans* polysaccharide capsule. Journal of Immunology. 2001; 166 (7): 4620-6.
3. Yauch LE, Mansour MK, **Shoham S**, Rottman JB, Levitz SM. Involvement of CD14, toll-like receptors 2 and 4, and MyD88 in the host response to the fungal pathogen *Cryptococcus neoformans* in vivo, Infection and Immunity. 2004; 72 (9): 5373-82.
4. Walsh TJ, **Shoham S**, Petraitiene R, Sein T, Schaufele R, Kelaher A, Murray H, Mya-San C, Bacher J, Petraitis V. Detection of galactomannan antigenemia in patients receiving piperacillin-tazobactam and correlations between in vitro, in vivo, and clinical properties of the drug-antigen interaction. Journal of Clinical Microbiology. 2004; 42 (10): 4744-8.
5. **Shoham S**, Cover C, Donegan N, Fulnecky E, Kumar P. *Cryptococcus neoformans* meningitis at 2 hospitals in Washington, D.C.: adherence of health care providers to published practice guidelines for the management of cryptococcal disease. Clinical Infectious Diseases. 2005; 40 (3): 477-9.
6. **Shoham S**, Shaffer R, Sweet L, Cooke R, Donegan N, Boyce S. Candidemia in patients with ventricular assist devices. Clinical Infectious Diseases. 2007; 44 (2): e9-12.
7. Ly T, Gulia J, Pyrgos V, Waga M, **Shoham S**. Impact upon clinical outcomes of translation of PNA-FISH-generated laboratory data from the clinical microbiology bench to bedside in real time. Therapeutic Clinical Risk Management. 2008; 4 (3): 637-640.
8. **Shoham S,** Pic-Aluas L, Taylor J, Cortez K, Rinaldi MG, Shea Y, Walsh TJ. Transplant-associated *Ochroconis gallopava* infections. Transplant Infectious Disease. 2008; 10 (6): 442-8.
9. Pyrgos V, Ratanavanich K, Donegan N, Veis J,  Walsh TJ, **Shoham S**. Candida bloodstream infections in hemodialysis. Medical Mycology. 2009; 47 (5): 463-7.
10. **Shoham S**, Han G, Granek T, Walsh TJ, Magee MF. Association between blood glucose levels and development of candidemia in hospitalized patients. Endocrine Practice. 2009; 15 (2): 111-5.
11. **Shoham S,** Hinestrosa F, Moore J, O'Donnel S, Ruiz M, Light J. Invasive Filamentous Fungal Infections Associated with Renal Transplant Tourism. Transplant Infectious Diseases. 2010; 12 (4): 371-4.
12. **Shoham** S, Magill SS, Merz WG, Gonzalez C, Seibel N, Buchanan WL, Knudsen TA, Sarkisova TA, Walsh TJ. Primary treatment of zygomycosis with liposomal amphotericin B: analysis of 28 cases. Medical Mycology. 2010; 48 (3): 511-7.
13. Pyrgos V, Mickiene D, Sein T, Cotton M, Fransesconi A, Mizrahi I, Donoghue M, Bundrant N, Kim SY, Hardwick M, **Shoham** S, Walsh TJ. Effects of immunomodulatory and organism-associated molecules on the permeability of an in vitro blood brain barrier model to amphotericin B and fluconazole. Antimicrobial Agents and Chemotherapy. 2010; 54 (3): 1305-10
14. Shupp JW, Pavlovich AR, Jeng JC, Pezzullo JC, Oetgen WJ, Jaskille AD, Jordan MH, **Shoham S**. Epidemiology of bloodstream infections in burn-injured patients: a review of the National Burn Repository. Journal of Burn Care Research. 2010; 31 (4): 521-8.

15. Acuna-Villaorduna C, Hardwick MJ, Goucher S, Waga M, **Shoham S**. Evaluation of mupA Evigene in comparison to disk diffusion for detection of high-level mupirocin resistance in clinical isolates of Staphylococcus aureus. Journal of Clinical Microbiology. 2010; 48 (8): 2953-4.

16. Kumar D, Michaels MG, Morris MI, Green M, Avery RK, Liu C, Danziger-Isakov L, Stosor V, Estabrook M, Gantt S, Marr KA, Martin S, Silveira FP, Razonable RR, Allen UD, Levi ME, Lyon GM, Bell LE, Huprikar S, Patel G, Gregg KS, Pursell K, Helmersen D, Julian KG, Shiley K, Bono B, Dharnidharka VR, Alavi G, Kalpoe JS, **Shoham** S, Reid GE, Humar A. A Multicenter Study of Outcomes from Pandemic Influenza A/H1N1 infection in Solid Organ Transplant Recipients. Lancet Infectious Diseases. 2010; 10 (8): 521-6.

17. Ostrosky-Zeichner L, Pappas PG, **Shoham S**, Reboli A, Barron MA, Sims C, Wood C, Sobel JD.  Improvement of a clinical prediction rule for clinical trials on prophylaxis for invasive candidiasis in the intensive care unit. Mycoses. 2011; 54(1): 46-51.

18. Garonzik SM, Li J, Thamlikitkul V, Paterson DL, **Shoham** S, Jacob J, Silveira FP, Forrest A, Nation RL. Population Pharmacokinetics of Colistin Methanesulfonate and Formed Colistin in Critically-Ill Patients from a Multi-Center Study Provide Dosing Suggestions for Various Categories of Patients. Antimicrobial Agents and Chemotherapy. 2011; 55 (7): 3284-94.

19. Shupp JW, Petraitiene R, Jaskille AD, Pavlovich AR, Matt SE, Nguyen do T, Kath MA, Jeng JC, Jordan MH, Finkelman M, Walsh TJ, **Shoham S**. Early serum $(1{\rightarrow}3)$-β-D-glucan levels in patients with burn injury. Mycoses. 2012; 55 (3): 224-7.

20. Reid G,  Huprikar S,  Razonable R, Humar A, Mossad S, Levi M, Gregg K**, Shoham S**, Patel G, and Adams W. A Multicenter Study of Pandemic Influenza A/H1N1 in Hematopoietic Stem Cell Transplant Recipients. Transplant Infectious Diseases. 2013; 15(5):487-92.

21. Memoli MJ, Athota R, Reed S, Czajkowski L, Bristol T, Proudfoot K, Hagey R, Voell J, Fiorentino C, Ademposi  A, **Shoham S**, and Taubenberger, J. The Natural History of Influenza Infection in the Severely Immunocompromised versus Non-Immunocompromised Hosts. Clinical infectious diseases. 2014; 58(2):214-24.

22. Ostrosky-Zeichner L, **Shoham S**, Vazquez J, Reboli A, Betts R, Barron M, et al. MSG-01: A randomized, double-blind, placebo controlled trial of caspofungin prophylaxis followed by pre-emptive therapy for invasive candidiasis in high-risk adults in the critical care setting. Clinical Infectious Diseases. 2014; 58(9):1219-26.

23. Eschenauer G, Nguyen M, **Shoham S**, Vazquez J, Morris A, et al. Real-world experience with echinocandin MICs against Candida species: A multi-center study of hospitals that routinely perform susceptibility testing of bloodstream isolates. Antimicrobial Agents and Chemotherapy. 2014; 58(4):1897-906.

24. Jarvis JN, Bicanic T, Loyse A, Meintjes G, Hogan L, Roberts CH, **Shoham S**, Perfect JR, Govender NP, Harrison TS. Very Low Levels of 25-Hydroxyvitamin D Are Not Associated With Immunologic Changes or Clinical Outcome in South African Patients With HIV-Associated Cryptococcal Meningitis. Clinical infectious diseases. 2014;59(4):493-500.

25. Fabre V, **Shoham S**, Page K, Shah M. High Proportion of Indeterminate QuantiFERON-TB Gold In-Tube Results in an Inpatient Population Is Related to Host Factors and Preanalytical Steps. Open Forum Infect Dis. 2014; 1(2).

26. **Shoham S**, Ostrander D, Marr K. Posaconazole Liquid Suspension in Solid Organ Transplant Recipients Previously Treated With Voriconazole. Transpl Infect Dis. 2015 Jun; 17(3):493-6.

27. Espinel-Ingroff, A, Alvarez-Fernandez M, Canton E, Carver P, Chen S, Eschenauer G, Getsinger D et al. A multi-center study of epidemiological cutoff values and detection of resistance in Candida spp. to anidulafungin, caspofungin and micafungin using the Sensititre® YeastOne colorimetric method" Antimicrobial Agents and Chemotherapy. Antimicrob Agents Chemother. 2015 Aug 17.

28. Neofytos D, Ostrander D, **Shoham S**, Laverdiere M, Hiemenz J, Nguyen H, et al. Voriconazole therapeutic drug monitoring: results of a prematurely discontinued randomized multicenter trial. Transplant infectious disease: an official journal of the Transplantation Society. 2015.

29. Maertens J, Raad I, Marr K, Patterson T, Kontoyiannis D, Cornely O et al. Isavuconazole versus voriconazole for primary treatment of invasive mould 1 disease caused by Aspergillus and other filamentous fungi (SECURE): a phase 3, randomised-controlled, non-inferiority trial. The Lancet 2016 Feb 20; 387(10020):760-9.

30. Roland M,  Barin B, Huprikar S, Murphy B, Hanto D, Blumberg E, et al. Survival in HIV-positive transplant recipients compared with transplant candidates and with HIV-negative controls. AIDS. 2016 Jan 28; 30(3):435-44.

31. Avery RK, Aray-Boger R, Marr KA, Kraus E, **Shoham S**, Lees L, et al. Outcomes in Transplant Recipients Treated with Foscarnet for Ganciclovir-Resistant or Refractory Cytomegalovirus Infection. Transplantation. 2016 Oct; 100(10):e74-80.

32. Schneeweiss S, Carver P, Datta K, Galar A, Johnson M, Johnson M et al. Short-term risk of liver and renal injury in hospitalized patients using micafungin: a multicentre cohort study. J Antimicrob Chemother. 2016 Oct; 71(10):2938-44.

33. Morales M, Nabha L, Toussaint B, Teran R, Raybould J, Fan W, Kumar P, **Shoham S**, Summerfield M and Timpone J. Factors for Premature Nuclear Cataract Formation in Human Immunodeficiency Virus (HIV) Infected Individuals Receiving Antiretroviral Therapy. Curr Res HIV/AIDS 2016: CRHA-108

34. Beigel JH, Tebas P, Elie-Turenne M, Bajwa E, Bell T, Cairns CB, **Shoham S**, et al. Immune plasma for the treatment of severe influenza: an open-label, multicentre, phase 2 randomised study. Lancet Respir Med 2017 Published Online May 15, 2017.

35. Morales MK, Harris C, **Shoham S**. Graded Isavuconazole Introduction in a Patient with Voriconazole Allergy. Transplant Infectious Disease. 2017 Dec;19(6).

36. Revankar SG, Baddley JW, Chen SC, Kauffman CA, Slavin M, Vazquez JA, et al. A Mycoses Study Group International Prospective Study of Phaeohyphomycosis: An Analysis of 99 Proven/Probable Cases. Open Forum Infect Dis. 2017 Sep 26;4(4).

37.  Fabre V, Markou T, DeMallie K, Mehta **Shoham S**, Tamma PD, Zhang  S, Cosgrove SE. Open Forum Infect Dis. 2018 Aug 9;5(9).

**Inventions, Patents, Copyrights**

August 2, 2011: Wearable disinfecting gel dispenser, Patent 7988020

**Educational Publications**

Peer Reviewed Educational Publication:

1. Lyles A, Fanikos J, Whitelaw G, Bamford K, Bouza E, Rosenthal V, Seto W, **Shoham S**, Christof, V. Drug delivery systems' role in preventing central line associated bacteremia: an international perspective. European Journal of Hospital Pharmacy Science/Practice. 2009; 15 (5): 39-44.
2. Paes JE, Burman KD, Cohen J, Franklyn J, McHenry CR, **Shoham S**, Kloos RT. Acute bacterial suppurative thyroiditis: a clinical review and expert opinion. Thyroid. 2010; 20 (3): 247-55.

Invited Review Articles:

3. **Shoham S**, Walsh TJ. Lipid formulations of amphotericin B: current roles in management of invasive fungal infections. Current Treatment Options in Infectious Diseases. 2002; 4: 535-547.
4. **Shoham S,** Levitz SM. The immune response to fungal infection. British Journal of Haematology. 2005; 129 (5): 569-82.
5. Hope W, **Shoham S**, Walsh TJ. The pharmacology and clinical use of caspofungin. Expert Opinion on Drug Metabolism & Toxicology. 2007; 3 (2): 263-74.
6. Pyrgos V, **Shoham S**, Walsh TJ. Zygomycosis. Seminars in Respiratory and Critical Care Medicine. 2008; 29 (2): 111-120.
7. Walsh TJ, Petraitis V, Petraitiene R, Solomon J, Bacher JD, Greene L, Cotton M, Groll A, Roilides, E, Avila, N, Pyrgos, V, **Shoham, S.** Diagnostic imaging of experimental invasive pulmonary aspergillosis. Medical Mycology. 2009; 47 Supplement 1:S138-45.
8. Pyrgos V, **Shoham S**, Roilides E, Walsh TJ.  Pneumocystis pneumonia in children. Paediatric Respiratory Reviews. 2009; 10 (4): 192-8.
9. **Shoham S**, Miller LW. Cardiac assist device infections. Current Infectious Disease Reports. 2009; 11 (4): 268-73.
10. **Shoham S,** Roilides E, Walsh TJ. Augmentation of innate host defenses against opportunistic fungal pathogens. Current Fungal Infection Reports. 2009; 3 (3): 186-191.
11. **Shoham S**, Marwaha S. Invasive fungal infections in the ICU. Journal of Intensive Care Medicine, 2010; 25 (2): 78-92.
12. **Shoham S.** Clinical trial report. Current Fungal Infection Reports. 2010; 4 (4): 200–202.
13. **Shoham S.** Invasive candidiasis in patients with implants. Current Fungal Infection Reports. 2011; 5 (1): 12–17.
14. **Shoham S,** Dufresne S**.** The role of genetics in host responses to mucosal and invasive candidiasis. Current Fungal Infection Reports. 2011; 5 (4): 262-268.
15. **Shoham S,** Marr K. Invasive Fungal Infections in Solid Organ Transplant Recipients. Future Microbiology. 2012; 7 (5): 639-55.
16. **Shoham S.** Emerging Fungal Infections in Solid Organ Transplant Recipients. ID Clinics of North America. 2013; 27(2):305-16.

17. **Shoham S** and Shah P**.** Impact of Multidrug Resistant Organisms on Patients Considered for Lung Transplantation. ID Clinics of North America. 2013; 27(2):343-58.
18. **Shoham S**. Host and Pathogen Interactions in Fungal Keratitis. Current Fungal Infection Reports. 2015; 9:52–56.

Editorials:

19. Jeng JC, **Shoham S**. Leveraging the unique expertise of our clinical colleagues: a real-world example for the collaborative harnessing of the National Burn Repository. Journal of Burn Care Research. 2008; 29 (5): 704-5.
20. **Shoham S,** Ostrander D. The growing role of clinical and genomic databases in the development of antifungal strategies. Current Fungal Infection Reports. 2011; 5 (4): 190-192.
21. **Shoham S,** Marr K**.** Treatment of Iatrogenic Fungal Infections: A Black Mold Defines a New Gray-Zone in Medicine. Annals of Internal Medicine.  2013; 158 (3): 208-210.
22. **Shoham S.** No Return Trips: Hospitals under Pressure to Lower Readmissions. Medscape Infectious Diseases, April 23, 2015
23. **Shoham S.** Infections in Transplant Recipients: An Overview. Medscape Infectious Diseases, July 31, 2015.
24. **Shoham S,** Simner PJ, Dzintars KE. Ceftolozane/Tazobactam for *Pseudomonas aeruginosa* Infections: Going beyond the Package Insert. Medscape Infectious Diseases, February, 2016.
25. **Shoham S**, Antar AA, Auwaerter PG, Durand CM, Sulkowski MS, Cotton DJ. Antimicrobial Access in the 21st Century: Delays and Critical Shortages. Annals of Internal Medicine. 2016; 165:53-54.

Case Reports:

26. Nosanchuk JD, **Shoham S**, Fries BS, Shapiro DS, Levitz SM, Casadevall, A. Evidence of zoonotic transmission of *Cryptococcus neoformans* from a pet cockatoo to an immunocompromised patient. Annals of Internal Medicine. 2000; 132 (3): 205-208.
27. Dass K, **Shoham S**, Monsein L, Conville P, Witebsky F, Lucey DA. 49 Year Old Male With "Too Numerous to Count" Lesions on MRI of the Brain. Clinical Infectious Diseases. 2003; 36 (12): 1545-6, 1606-8.
28. Fulnecky E, Wright D, Scheld W, Kanawati L, **Shoham S**. Amikacin and colistin for treatment of *Acinetobacter baumanii* meningitis. Journal of Infection. 2005; 51 (5): e249-51.
29. Neofytos D, **Shoham S**, Le K, Zhang SX, Marr KA. Diagnostic and Therapeutic Challenges in a Liver Transplant Recipient with Central Nervous System Invasive Aspergillosis Diagnostic Microbiology and Infectious Disease, Diagnostic Microbiology and Infectious Disease. 2012; 73 (4): 374-5.

30. Shah N, Nayak S and **Shoham S**. Cryptococcus neoformans Prosthetic Joint Infection: Case Report and Review of the Literature. Mycopathologia. 2015 Apr; 179(3-4):275-8.

Letters:

31. Levitz SM, **Shoham S** and Cleary JD. Toll like receptor 4 polymorphisms and aspergillosis. New England Journal of Medicine.2009; 360(6): 634**.**
32. **Shoham S.** CMV prophylaxis, preemption or "wait and watch". Liver Transplantation. 2013; 19(1): 108.

Book Chapters:

1. **Shoham S**, Levitz SM. Immune Responses to Fungi. In Rich RR, Fleisher TA, Shearer WT, Schroeder HW, Kotzin B. Clinical Immunology, 2d Edition. Harcourt International. 2001; 31.1-31.7.
2. **Shoham S**, Groll A, Walsh TJ. Antifungal Agents. In Cohen J, Powderly WG. Infectious Diseases, 2d Edition. Mosby. 2003; Chapter 208.
3. **Shoham S**, Walsh TJ. Mucocutaneous and invasive candidiasis.  In Guerrant RL, Walker DH, Weller PF, Tropical Infectious Diseases, Principles Pathogens and Practice, 2d Edition. Churchill-Livingstone. 2006, Chapter 83.
4. Gonzalez C, Antachopoulos C, **Shoham S,** Walsh TJ. Zygomycosis. In Scheld WM, Hooper DC, Hughes JM. Emerging Infections, Volume 7. ASM Press. 2006; Chapter 14.
5. **Shoham S**, Groll A, Walsh TJ. Antifungal Agents. In Cohen J, Powderly WG.  Infectious Diseases, 3d Edition. Mosby. 2010; Chapter 149.
6. **Shoham S**, Nucci M, Walsh TJ. Mucocutaneous and invasive candidiasis. In Guerrant RL, Walker DH, Weller PF. Tropical Infectious Diseases, Principles Pathogens and Practice, Third Edition. Churchill-Livingstone. 2011; Chapter 88.
7. **Shoham S**. Antifungal agents in adult transplant recipients. In Kumar D, Humar A. AST Handbook of Transplant Infections, Blackwell Publishing. 2011; Chapter 55.
8. **Shoham S**. Infectious Diseases. In Choi MJ, Flynn JA, Wooster LD. Oxford American Handbook of Clinical Medicine, 2d Edition, Oxford University Press. 2013; Chapter 14.
9. **Shoham S** and Marr K. Antifungal therapy in the surgical patient. In Cameron AM and Cameron JL. Current Surgical Therapy, 11th Edition, Mosby. 2013; Chapter 232.
10. **Shoham S** and Marr K. Fungal Infections. In Wingard JR, Gastineau DA, Leather HL, Snyder EL, Szczepiorkwoski ZM, eds. Hematopoietic Stem Cell Transplantation: A Handbook for Clinicians, 2d edition. Bethesda, MD: AABB, 2015.
11. **Shoham S**, Groll A, Petraitis V, and Walsh T. Systemic antifungal agents. In Cohen, Powderly & Opal, Infectious Diseases 4th Edition. Chapter 256.

12. Weld E **and Shoham S.** Epidemiology, Prevention, and Management of Occupational Exposure to Bloodborne Infections, in Cameron AM and Cameron JL. Current Surgical Therapy, 13th Edition, Elsevier. In Press

Other Media:

1. **Shoham S**, Levitz SM. The immune response to opportunistic fungal infections. In Rotstein C, Anaissie EJ. Mechanisms in Fungal Infection, CD-ROM and online CME. 2008.
2. Walsh TJ, **Shoham S**, Roilides E. Zygomycosis (Mucormycosis) in Solid Organ Transplantation. In Singh N. Infections in Organ Transplant Recipients (E-book). 2010.
3. **Shoham,** S. Spores and More: An ID doc's take on infections. Twice monthly online medical blog. Medscape.
4. **Shoham, S.** Dermatophytes. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2012
5. **Shoham, S.** Internal Medicine Board Review (IMBR1341; Tick-Borne Diseases, Mycobacterium Tuberculosis, Non-tuberculous Mycobacterial Infections & Fungal Infections. Audio Digest. 2014.
6. **Shoham, S.** Posaconazole. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2014
7. **Shoham, S.** Respiratory Syncytial Virus. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2015
8. **Shoham, S.** Aspergillosis. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2015
9. **Shoham, S.** Dermatophytes. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
10. **Shoham, S.** *Candida species*. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
11. **Shoham, S.** BK Virus. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
12. **Shoham, S.** JC Virus. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
13. **Shoham, S.** Oral Candidiasis. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
14. **Shoham, S.** Exserohilum. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
15. **Shoham S** and Marr K. Bacterial infections after BMT. In Benz E., Berliner N., Moake J. and Brodsky, R. clinical decisions support: Hematology. Decision Support in Medicine. 2016
16. **Shoham S** and Marr K. Fungal infections after BMT. In Benz E., Berliner N., Moake J. and Brodsky, R. clinical decisions support: Hematology. Decision Support in Medicine. 2016
17. **Shoham S** and Marr K. Viral infections after BMT. In Benz E., Berliner N., Moake J. and Brodsky, R. clinical decisions support: Hematology. Decision Support in Medicine. 2016

18. **Shoham S.** *Candida albicans*. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
19. **Shoham S.** Zygomycetes. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
20. **Shoham S.** Fusarium. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
21. **Shoham S.** Coccidioidomycosis. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
22. **Shoham S.** Histoplasmosis. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2016
23. **Shoham S.** Sporotichosis. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2018
24. **Shoham S.** Listeria. In Johns Hopkins ABX Guide (E-book). Johns Hopkins Medicine, Unbound Medicine. 2018

**Teaching**

Classroom and Clinical instruction:

2002-11: Microbiology/Immunology, Instructor, Georgetown Univ. School of Medicine
2004-05: Medical Pharmacology, Instructor, USUHS, Bethesda, MD
2004-11 NIAID/WHC, Fellows Lecture Series, Recurring, Washington, DC
03/31/2005: Oncology Lecture Series, Howard University Hospital, Washington, DC
2006 (multiple sessions): Introduction to Clinical Medicine, USUHS, Bethesda, MD
02/25/2010: ID Lecture Series, Lecturer, Washington VAMC, Washington, DC
11/02/2010: ID Lecture Series, Lecturer, University of Texas, Houston, TX
11/19/2010: ID Lecture Series, Lecturer, Walter Reed Medical Center, Washington, DC
2011- ongoing: Pathology of Infectious and Immunological Diseases course, JHU
2011- Ongoing: Transplant Infections: Johns Hopkins Infectious Diseases fellows
2012- Ongoing: Infectious complications of cancer/BMT, Oncology Fellows Lecture, JHU
2012: Transition to Wards, 3 sessions, Johns Hopkins University School of Medicine
2013: Fungal Meningitis Workshop, GTS course, Johns Hopkins University SOM
2015-ongoing: Antifungal Drugs, Johns Hopkins Infectious Diseases fellows
2017-ongoing: Infectious complications of BMT, Pediatric Oncology fellows

CME Instruction:

2003-2011: Internal Medicine Grand Rounds, Recurring, WHC, Washington, DC
05/18/2008: MRSA, American Society of Podiatric Dermatology Seminar, Washington, DC
05/21/2011: JH Comprehensive Transplant Center 13th Ann. Trans. Conf., Timonium, MD
05/09/2012: 57th Annual Philip A. Tumulty Topics in Clinical Medicine, Baltimore, MD
06/09/2012: JH Comprehensive Transplant Center 14th Ann. Trans. Conf., Timonium, MD
10/25/2012: 7th ID Update for the Primary Care Practitioner, Baltimore, MD

11/23/2012: ID Aspect of Liver Transplantation, 2d CME Postgraduate Course, Florence Nightingale Hospital, Istanbul, Turkey

10/25/2013: 8th Infectious Diseases Update for Primary Care and Hospital Medicine, Baltimore, MD

11/06/2015: Instructor SEM ABIM module: Update in Hospital Medicine, American College of Physicians; Washington, DC Chapter, Annual meeting

11/06/2015: Instructor SEM ABIM module: Update in Internal Medicine, American College of Physicians; Washington, DC Chapter, Annual meeting

1/21/2016: Video Program: Initiation of empiric broad-spectrum antimicrobial therapy, Johns Hopkins University School of Medicine and MedEd Architects video CME program

1/21/2016: Video Program: New Medications, Targeted Dosing and Compliance in the Treatment of Severe Infections, Johns Hopkins University School of Medicine and MedEd Architects

1/21/2016: Video Program Infectious Diseases Challenges in China and Globally, Johns Hopkins University School of Medicine and MedEd Architects


Mentoring:

2002-03: Anuradha Ganesan, MD, MPH, Infectious Diseases Fellow. Current position, National Naval Medical Center, Bethesda, MD

2004-05: Cameron Cover, MD, MPH, Infectious Diseases Fellow. Current position, Infectious Diseases consultant, Portland, OR

2005-06: Mathew Memoli, MD: Medical Resident. Current position, Staff Clinician, NIAID, NIH, Bethesda, MD

2006-07: Jyoti Gulia, MD, MPH: Medical Resident. Current Position, Internist, Memorial Sloan Kettering Cancer Center, NY

2006-09: Vasilios Pyrgos, MD, Infectious Diseases and Medical Mycology Fellow, Current Position, Private Practice at Montgomery Infectious Diseases Associates, Silver Spring, MD

2008-09: William Oetgen, MD, Medical Student, Georgetown University School of Medicine, Current Position, Resident, University of Virginia, Charlottesville, VA

2008-09: Camille Puronen, MD, Medical Student, Georgetown Univ. School of Medicine, Current position, Infectious Diseases Fellow, NIH, Bethesda, MD

2008-10: Carlos Acuna, MD, Medical Resident, Washington Hospital Center, Current position, Infectious Diseases fellow, Boston University Medical Center.

2011-ongoing: Richard Larue, MD, Infectious Diseases fellow, JHU School of Medicine Current Position: Infectious Diseases Faculty at Vanderbilt University, Nashville, TN

2013- 2014: Sehnaz Ozyavuz Alp, MD, Transplant Infectious Diseases Fellow, Johns Hopkins, Current position: Infectious Diseases Faculty at Hacettepe University Hospital, Ankara, Turkey

2014-2015: Henry Neumann, MD, Infectious Diseases fellow, JHU School of Medicine, current position: Clinical Assistant Professor of Medicine, State University of New York at Stony Brook.

2016-2017: Megan Morales, MD, Transplant Infectious Diseases Fellow, Johns Hopkins

## CLINICAL ACTIVITIES

### Certification

- Government of the District of Columbia: Board of Medicine: Issued 04/16/2001.
- Maryland Board of Physicians: Issued 12/29/2010
- USMLE steps 1, 2 and 3.
- ABIM: Certification in Internal Medicine: 08/1997 and 11/2007 (# 180721): Not currently active
- ABIM: Certification in Infectious Disease: 11/2000 and 10/2010 (# 180721): Active and participating in Maintenance of Certification program

### Clinical (Service) Responsibilities

Transplant and Oncology Infectious Diseases inpatient consultation, 20 weeks/year
Transplant and Oncology Infectious Diseases outpatient consultation, approximately one half-day session/week

## SYSTEM INNOVATION AND QUALITY IMPROVEMENT ACTIVITIES

### System innovation and quality improvement efforts within JHM

2011-2013: Member, Liver Transplant Patient Selection Committee
2011-ongoing: Member, Infectious Diseases and Oncology Committee
2012-ongoing: Chair, Transplant Infectious Diseases Committee
2016-ongoing: Chair, CMV QAPI project for Comprehensive Transplant Center
2017-ongoing: Member, SICU Executive Safety Rounds (CUSP team)

### Production of guidelines and/or protocols

1. Huprikar S, **Shoham S**. Emerging Fungal Infections, clinical practice guidelines (3d edition), American Society of Transplantation. Am J Transplant. 2013; 13 Suppl 4:262-71.
2. Bassetti, M, Azoulay E, Kulberg B, Ruhnke M, **Shoham S**, Vazquez J, Lamoth F and Calandra T. EORTC/MSG definitions of fungal infections in ICU. Presented at 7th Trends in Medical Mycology, Lisbon, Portugal.

3. Baden L, Swaminathan S,  Angarone M, Blouin G, Camins B, Casper C, et al. Prevention and Treatment of Cancer-Related Infections, Version 2.2016, NCCN Clinical Practice Guidelines in Oncology. J Natl Compr Canc Netw. 2016 Jul; 14(7):882-913.
4. Baden L, Swaminathan S,  **Almyroudis N**, Angarone M, Blouin G, Camins B et al. Prevention and Treatment of Cancer-Related Infections, Version 1.2018, NCCN Clinical Practice Guidelines in Oncology. In Production
**5.** Dominguez E and **Shoham S**. Emerging Fungal Infections, clinical practice guidelines (4th edition), American Society of Transplantation. In production


## ORGANIZATIONAL ACTIVITIES

### Institutional Administrative Appointments

1997-98: Infection Control Committee: Braintree Rehabilitation Hospital, Braintree, MA
1999-01: Antibiotic Subcommittee of the P and T Committee: Boston Medical Center, Boston, MA
2006-11: MedStar Health Research Institute Scientific Review Board, Washington, DC
2007-11: MedStar Scientific Advisory Board, Columbia, MD
2008-11: MedStar Health Research Institute Institutional Review Board (IRB-3), Hyattsville, MD
2013-Ongoing: Antibiotic Subcommittee of the P&T Committee, Johns Hopkins Hospital
2014-Ongoing: The Johns Hopkins Health System Formulary Management Committee


### Editorial Activities

Section Editor: Current Fungal Infection Reports
Guest Editor: Journal of Fungi

Ad hoc reviewer:
- American Journal of Infectious Diseases
- American Journal of Transplantation
- Annals of Internal Medicine
- Antimicrobial Agents and Chemotherapy
- Biomed Central Infectious Diseases
- British Journal of Dermatology
- British Journal of Hematology
- Canadian Journal of Infectious Diseases and Medical Microbiology
- Case Reports in Endocrinology.
- Cleveland Clinic Journal of Medicine
- Clinical Case Reports
- Clinical Infectious Diseases
- Clinical Transplantation
- Critical Care Medicine
- Environmental Microbiology and Environmental Microbiology Reports

- Future Microbiology
- Journal of Antimicrobial Chemotherapy
- Journal of Infection
- Journal of Infectious Diseases
- Journal of Medical Microbiology
- Journal of Medical Microbiology Case Reports
- The Lancet
- Liver Transplantation
- Medicine
- Medical Principles and Practice
- Mycoses
- Mycopathologia
- Pediatrics International
- PLOS ONE
- PLOS Neglected Tropical Diseases
- Respirology
- Scandinavian Journal of Infectious Diseases
- Therapeutics and Clinical Risk Management
- Transplantation
- Transplant Infectious Diseases
- Transplant International
- Yonsei Medical Journal

## Review Group/Study Section

- 2011-2013: Institutional Safety Monitor: Strategies Using Off-Patent Antibiotics for Methicillin-Resistant Staphylococcus aureus ("STOP MRSA") - A Phase IIB, Multi-Center, Randomized, Double-Blind Clinical Trial, DMID, NIAID, NIH.
- January 18-20, 2012, Military Infectious Diseases Basic Research Award (Peer Review Panel member) and Applied Research Military Infectious Diseases (Ad Hoc reviewer) of the Defense Medical Research and Development Program (DMRDP) of the Department of Defense
- 2013, Data Review Committee: Isavuconazole Study 004, Astellas
- December 15-17, 2013, Military Infectious Disease (MID-2) Review Panel of the 2014 Defense Medical Research and Development Program, Department of Defense Congressionally Directed Medical Research Programs.
- September 2014: Peer Reviewer for The Competitive Procedure (SAW Procedure) for Leibniz Projects under the Joint Initiative for Research and Innovation, Leibniz Association, Berlin
- December 2014: Reviewer for American Transplant Congress abstract submissions.
- February/March 2014: Army Medical Research and Material Command, and the Joint Program Committee -2 Review Panel

- March/April 2015: Reviewer for OPUS Funding Scheme, National Science Centre (Narodowe Centrum Nauki – NCN), Krakow, Poland
- 2015-present: Institutional safety Monitor: A Pilot Randomized Controlled Trial for Feasibility of Enrolling Subjects for Influenza Therapeutic Trials and Administering Influenza Antivirals in the Emergency Department to High Risk Subjects, Department of Health and Human Services (HHS)/Assistant Secretary for Preparedness & Response (ASPR).
- 2015: Division of Microbiology and Infectious Diseases (DMID), National Institutes of Health (NIH): Member of the Safety Monitoring Committee (SMC) for Protocol 13-0068, which is a phase 1, randomized, placebo-controlled, double-blind, single-ascending-dose study to assess the safety, tolerability, and pharmacokinetics of intravenous TP-271 in healthy adult subjects
- December 2015: Reviewer for American Transplant Congress abstract submissions
- 2016- present: CXA-NP-11-04 (MK-7625A PN008) Data and Safety Monitoring Board (DSMB)
- 2016: Reviewer/Consultant to the 2016 Military Infectious Disease (MID) peer review panel of the 2016 United States Army Medical Research and Materiel Command (MRMC), Extramural Medical Research.
- 2017: Reviewer for US Army Medical Research and Materiel Command Broad Agency Announcement for Extramural Medical Research.
- 2017: Reviewer for Health and Medical Research Fund under the Government of the Hong Kong Special Administrative Region (HKSAR).
- 2017: Reviewer for OPUS Funding Scheme, National Science Centre (Narodowe Centrum Nauki – NCN), Krakow, Poland
- 2018: Reviewer for US Army Medical Research and Materiel Command Broad Agency Announcement for Extramural Medical Research. Military Infectious Disease clinical trial panel.
- 2018: Reviewer for Italian Medicines Agency independent clinical research.

**Professional Societies**

2006-08: Member, Annual Program Committee, American College of Physicians; Washington, DC Chapter
2008-Present: Member, American Society of Transplantation, ID Community of Practice
2009-2014: Chair, Annual Program Committee, American College of Physicians; Washington, DC Chapter
2009-Present: Member, Governor's Advisory Committee, ACP; Washington, DC Chapter
2015-present: Member, Awards Committee, ACP; Washington, DC Chapter
2018- Governor Elect Designee, ACP, Washington, DC Chapter

**Conference Organizer (CME program)**

2008-11: Chair, MedStar House Staff Research Day, Washington, DC
2009-13: Program Chair: American College of Physicians; DC Chapter, annual meeting.
2010-11: MedStar Health Research Institute: Grand Rounds Series, Washington, DC

**RECOGNITION**

**Awards**

1990: Nathan D. Lane Memorial Prize: Temple University
1990: Phi Beta Kappa, Temple University College of Arts and Sciences
2000: Young Investigator Award, Massachusetts Infectious Disease Society.
2001: Award for Clinical Excellence, Massachusetts Infectious Disease Society.
2006: Outstanding Clinical Educator, Washington Hosp. Center Department of Medicine
2010: Washingtonian Magazine, Top Doctors (Infectious Diseases)
2011: Leadership Award, American College of Physicians (Washington, DC Chapter).
2014, 2016, 2017: Best Reviewers: Annals of Internal Medicine
2015: Laureate Award, American College of Physicians (Washington, DC Chapter).

**Invited Talks**

05/08/2005: Portable alcohol gel dispensers, CHICA Ann. Conference, Winnipeg, Manitoba
08/19/2005: Invasive candidiasis, NIAID Grand Rounds, NIH, Bethesda, MD
01/17/2006: Update in HIV, Cayman Islands, British West Indies
01/11/2007: Emerging Infections in HIV, Boston Medical Center, Boston, MA
01/24/2007: Invasive Fungal Infections, La Romana, Dominican Republic
02/12/2009: Mucormycosis, BMT Tandem Meetings, Satellite Symposium, Tampa, FL
05/27/2009: MRSA and other Infection, Small Business Administration, Washington, DC
10/23/2011: Interactive Session, Medical Mycology, Panelist, 49th IDSA, Boston, MA
10/20/2012: Empiric vs. Pre-emptive Therapy - when and where? ID Week, San Diego, CA
11/16/2012: Fungal Meningitis, American College of Physicians; Washington, DC Chapter, Annual meeting.
11/17/2012: Chair: Infectious Disease Issues in Reconstructive Transplantation. ASRT 3 Biennial Meeting, Chicago, IL
11/22/2012: Infections in Organ Transplant Recipients, Anadolu Hospital, Kocaeli, Turkey
12/21/2012: Infections in SOT Recipients, Walter Reed Nat. Medical Center, Bethesda, MD
03/23/2013: Infections in SOT Recipients, Greater Wash. ID Soc. Spring Symposium, Bethesda, MD
06/14/2013: Transplant Infectious Diseases, Pediatric Grand Rounds, Georgetown University Hospital, Washington, DC
07/20/2013: Colistin in management of MDR gram-negative infections, New Delhi, India
07/21/2013: Colistin in management of MDR gram-negative infections, Mumbai, India

07/24/2013: Colistin in management of MDR gram-negative infections, Kolkata, India
07/25/2013: Colistin in management of MDR gram-negative infections, Bangalore, India
11/23/2013: Infectious Diseases Update, American College of Physicians; Washington, DC
Chapter, Annual meeting
03/03/2016: Transplant Infectious Diseases, Internal Medicine Grand Rounds, George
Washington University School of Medicine, Washington, DC
04/01/2016: Transplant Infectious Disease, Internal Medicine Grand Rounds, Johns Hopkins
University School of Medicine, Baltimore, MD
06/12/2016: Session Chair/Moderator: Solid Organ Transplant Infections: HIV, HCV and
HBV. American Society of Transplant Surgeons and American Society of Transplantation,
the American Transplant Congress 2016 in Boston, MA
10/13/2017: A Multidisciplinary Approach to Prevention of Cytomegalovirus (CMV)
Complications in Kidney and Liver Transplant Recipients. Eighth Annual Johns Hopkins
Medicine Patient Safety Summit, Baltimore, MD
10/14/2017: Infection after solid organ transplant and strategies for Safer Living. The
Transplant Journey, presented by The Living Legacy Foundation and TRIO Maryland, Hunt
Valley, MD
02/20/18 and 02/21/18: CHEST advanced clinical training program: Invasive Fungal
Disease, Baltimore, MD
05/16/18: Transplant Infectious Diseases, ID Grand Rounds, SUNY Upstate, Syracuse, NY
06/03/18: Top Papers in Mycology, American Transplant Congress 2018, Seattle, WA
08/21/18: Infections in Cancer Patients (part I), Carlos Seguin Hospital, Arequipa, Peru
08/23/18: Neutropenia and Fever, Carlos Seguin Hospital, Arequipa, Peru
08/24/18: Infections in Cancer Patients (part II), Carlos Seguin Hospital, Arequipa, Peru
08/27/18: Infections in Cancer Patients (Part III), Carlos Seguin Hospital, Arequipa, Peru

# EXHIBIT

H

I D S A   G U I D E L I N E

# Practice Guidelines for the Diagnosis and Management of Skin and Soft Tissue Infections: 2014 Update by the Infectious Diseases Society of America

**Dennis L. Stevens,**[1] **Alan L. Bisno,**[2] **Henry F. Chambers,**[3] **E. Patchen Dellinger,**[4] **Ellie J. C. Goldstein,**[5] **Sherwood L. Gorbach,**[6] **Jan V. Hirschmann,**[7] **Sheldon L. Kaplan,**[8] **Jose G. Montoya,**[9] **and James C. Wade**[10]

[1]Division of Infectious Diseases, Department of Veterans Affairs, Boise, Idaho; [2]Medical Service, Miami Veterans Affairs Health Care System, Florida; [3]San Francisco General Hospital, University of California; [4]Division of General Surgery, University of Washington, Seattle; [5]University of California, Los Angeles, School of Medicine, and R. M. Alden Research Laboratory, Santa Monica, California; [6]Department of Community Health, Tufts University, Boston, Massachusetts; [7]Medical Service, Puget Sound Veterans Affairs Medical Center, Seattle, Washington; [8]Department of Pediatrics, Baylor College of Medicine, Houston, Texas; [9]Department of Medicine, Stanford University, California; and [10]Geisinger Health System, Geisinger Cancer Institute, Danville, Pennsylvania

A panel of national experts was convened by the Infectious Diseases Society of America (IDSA) to update the 2005 guidelines for the treatment of skin and soft tissue infections (SSTIs). The panel's recommendations were developed to be concordant with the recently published IDSA guidelines for the treatment of methicillin-resistant *Staphylococcus aureus* infections. The focus of this guideline is the diagnosis and appropriate treatment of diverse SSTIs ranging from minor superficial infections to life-threatening infections such as necrotizing fasciitis. In addition, because of an increasing number of immunocompromised hosts worldwide, the guideline addresses the wide array of SSTIs that occur in this population. These guidelines emphasize the importance of clinical skills in promptly diagnosing SSTIs, identifying the pathogen, and administering effective treatments in a timely fashion.

## EXECUTIVE SUMMARY

Summarized below are the recommendations made in the new guidelines for skin and soft tissue infections (SSTIs). Figure 1 was developed to simplify the management of localized purulent staphylococcal infections such as skin abscesses, furuncles, and carbuncles in

Received 17 April 2014; accepted 21 April 2014.

It is important to realize that guidelines cannot always account for individual variation among patients. They are not intended to supplant physician judgment with respect to particular patients or special clinical situations. IDSA considers adherence to these guidelines to be voluntary, with the ultimate determination regarding their application to be made by the physician in the light of each patient's individual circumstances.

Correspondence: Dennis L. Stevens, PhD, MD, Infectious Diseases Section, VA Medical Center, 500 W Fort St, Bldg 45, Boise, ID 83702 (dlsteven@mindspring.com).

**Clinical Infectious Diseases   2014;59(2):e10–52**
© The Author 2014. Published by Oxford University Press on behalf of the Infectious Diseases Society of America. All rights reserved. For Permissions, please e-mail: journals.permissions@oup.com.
DOI: 10.1093/cid/ciu296

the age of methicillin-resistant *Staphylococcus aureus* (MRSA). In addition, Figure 2 is provided to simplify the approach to patients with surgical site infections. The panel followed a process used in the development of other Infectious Diseases Society of America (IDSA) guidelines, which included a systematic weighting of the strength of recommendation and quality of evidence using the GRADE (Grading of Recommendations Assessment, Development, and Evaluation) system (Table 1) [1–4]. A detailed description of the methods, background, and evidence summaries that support each of the recommendations can be found in the full text of the guidelines.

### I. What Is Appropriate for the Evaluation and Treatment of Impetigo and Ecthyma?

*Recommendations*

1.   Gram stain and culture of the pus or exudates from skin lesions of impetigo and ecthyma are

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019



**Figure 1.** Purulent skin and soft tissue infections (SSTIs). Mild infection: for purulent SSTI, incision and drainage is indicated. Moderate infection: patients with purulent infection with systemic signs of infection. Severe infection: patients who have failed incision and drainage plus oral antibiotics or those with systemic signs of infection such as temperature >38°C, tachycardia (heart rate >90 beats per minute), tachypnea (respiratory rate >24 breaths per minute) or abnormal white blood cell count (<12 000 or <400 cells/µL), or immunocompromised patients. Nonpurulent SSTIs. Mild infection: typical cellulitis/erysipelas with no focus of purulence. Moderate infection: typical cellulitis/erysipelas with systemic signs of infection. Severe infection: patients who have failed oral antibiotic treatment or those with systemic signs of infection (as defined above under purulent infection), or those who are immunocompromised, or those with clinical signs of deeper infection such as bullae, skin sloughing, hypotension, or evidence of organ dysfunction. Two newer agents, tedizolid and dalbavancin, are also effective agents in SSTIs, including those caused by methicillin-resistant *Staphylococcus aureus*, and may be approved for this indication by June 2014. Abbreviations: C & S, culture and sensitivity; I & D, incision and drainage; MRSA, methicillin-resistant *Staphylococcus aureus*; MSSA, methicillin-susceptible *Staphylococcus aureus*; Rx, treatment; TMP/SMX, trimethoprim-sulfamethoxazole.

recommended to help identify whether *Staphylococcus aureus* and/or a β-hemolytic *Streptococcus* is the cause (strong, moderate), but treatment without these studies is reasonable in typical cases (strong, moderate).

2. Bullous and nonbullous impetigo can be treated with oral or topical antimicrobials, but oral therapy is recommended for patients with numerous lesions or in outbreaks affecting several people to help decrease transmission of infection. Treatment for ecthyma should be an oral antimicrobial.

(a) Treatment of bullous and nonbullous impetigo should be with either mupirocin or retapamulin twice daily (bid) for 5 days (strong, high).

(b) Oral therapy for ecthyma or impetigo should be a 7-day regimen with an agent active against *S. aureus* unless cultures yield streptococci alone (when oral penicillin is the recommended agent) (strong, high). Because *S. aureus* isolates from impetigo and ecthyma are usually methicillin susceptible, dicloxacillin or cephalexin is recommended. When MRSA is suspected or confirmed, doxycycline, clindamycin, or sulfamethoxazole-trimethoprim (SMX-TMP) is recommended (strong, moderate).

(c) Systemic antimicrobials should be used for infections during outbreaks of poststreptococcal glomerulonephritis to help eliminate nephritogenic strains of *S. pyogenes* from the community (strong, moderate).

# Wound Infection Algorithm



Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

**Figure 2.** Algorithm for the management and treatment of surgical site infections (SSIs). *For patients with type 1 (anaphylaxis or hives) allergy to β-lactam antibiotics. If Gram stain not available, open and debride if purulent drainage present. Where the rate of infection with methicillin-resistant *Staphylococcus aureus* infection is high, consider vancomycin, daptomycin, or linezolid, pending results of culture and susceptibility tests. Adapted and modified with permission from Dellinger et al [96]. Abbreviations: GI, gastrointestinal; MRSA, methicillin-resistant *Staphylococcus aureus*; WBC, white blood cell count.

## II. What Is the Appropriate Evaluation and Treatment for Purulent SSTIs (Cutaneous Abscesses, Furuncles, Carbuncles, and Inflamed Epidermoid Cysts)?

### Recommendations

3. Gram stain and culture of pus from carbuncles and abscesses are recommended, but treatment without these studies is reasonable in typical cases (strong, moderate).

4. Gram stain and culture of pus from inflamed epidermoid cysts are not recommended (strong, moderate).

5. Incision and drainage is the recommended treatment for inflamed epidermoid cysts, carbuncles, abscesses, and large furuncles, mild (Figure 1) (strong, high).

6. The decision to administer antibiotics directed against *S. aureus* as an adjunct to incision and drainage should be

**Table 1.   Strength of Recommendations and Quality of the Evidence**

| Strength of Recommendation and Quality of Evidence | Clarity of Balance Between Desirable and Undesirable Effects | Methodological Quality of Supporting Evidence (Examples) | Implications |
|---|---|---|---|
| Strong recommendation, high-quality evidence | Desirable effects clearly outweigh undesirable effects, or vice versa | Consistent evidence from well-performed RCTs or exceptionally strong evidence from unbiased observational studies | Recommendation can apply to most patients in most circumstances. Further research is unlikely to change our confidence in the estimate of effect |
| Strong recommendation, moderate quality evidence | Desirable effects clearly outweigh undesirable effects, or vice versa | Evidence from RCTs with important limitations (inconsistent results, methodological flaws, indirect, or imprecise) or exceptionally strong evidence from unbiased observational studies | Recommendation can apply to most patients in most circumstances. Further research (if performed) is likely to have an important impact on our confidence in the estimate of effect and may change the estimate |
| Strong recommendation, low-quality quality evidence | Desirable effects clearly outweigh undesirable effects, or vice versa | Evidence for at least 1 critical outcome from observational studies, RCTs with serious flaws or indirect evidence | Recommendation may change when higher-quality evidence becomes available. Further research (if performed) is likely to have an important impact on our confidence in the estimate of effect and is likely to change the estimate |
| Strong recommendation, very low-quality evidence (very rarely applicable) | Desirable effects clearly outweigh undesirable effects, or vice versa | Evidence for at least 1 critical outcome from unsystematic clinical observations or very indirect evidence | Recommendation may change when higher-quality evidence becomes available; any estimate of effect for at least 1 critical outcome is very uncertain. |
| Weak recommendation, high-quality evidence | Desirable effects closely balanced with undesirable effects | Consistent evidence from well-performed RCTs or exceptionally strong evidence from unbiased observational studies | The best action may differ depending on circumstances or patient's or societal values. Further research is unlikely to change our confidence in the estimate of effect |
| Weak recommendation, moderate-quality evidence | Desirable effects closely balanced with undesirable effects | Evidence from RCTs with important limitations (inconsistent results, methodological flaws, indirect, or imprecise) or exceptionally strong evidence from unbiased observational studies | Alternative approaches likely to be better for some patients under some circumstances. Further research (if performed) is likely to have an important impact on our confidence in the estimate of effect and may change the estimate |
| Weak recommendation, low-quality evidence | Uncertainty in the estimates of desirable effects, harms, and burden; desirable effects, harms, and burden may be closely balanced | Evidence for at least 1 critical outcome from observational studies, from RCTs with serious flaws or indirect evidence | Other alternatives may be equally reasonable. Further research is very likely to have an important impact on our confidence in the estimate of effect and is likely to change the estimate |
| Weak recommendation, very low-quality evidence | Major uncertainty in the estimates of desirable effects, harms, and burden; desirable effects may or may not be balanced with undesirable effects | Evidence for at least 1 critical outcome from unsystematic clinical observations or very indirect evidence | Other alternatives may be equally reasonable. Any estimate of effect, for at least 1 critical outcome, is very uncertain |

Abbreviation: RCT, randomized controlled trial.

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

made based upon presence or absence of systemic inflammatory response syndrome (SIRS), such as temperature >38°C or <36°C, tachypnea >24 breaths per minute, tachycardia >90 beats per minute, or white blood cell count >12 000 or <400 cells/μL (moderate; Figure 1) (strong, low). An antibiotic active against MRSA is recommended for patients with carbuncles or abscesses who have failed initial antibiotic treatment or have markedly impaired host defenses or in patients with SIRS and hypotension (severe; Figure 1 and Table 2) (strong, low).

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

**Table 2.   Antimicrobial Therapy for Staphylococcal and Streptococcal Skin and Soft Tissue Infections**

| Disease Entity | Antibiotic | Dosage, Adults | Dosage, Children[a] | Comment |
|---|---|---|---|---|
| Impetigo[b] (*Staphylococcus* and *Streptococcus*) | Dicloxacillin | 250 mg qid po | N/A | N/A |
| | Cephalexin | 250 mg qid po | 25–50 mg/kg/d in 3–4 divided doses po | N/A |
| | Erythromycin | 250 mg qid po[c] | 40 mg/kg/d in 3–4 divided doses po | Some strains of *Staphylococcus aureus* and *Streptococcus pyogenes* may be resistant. |
| | Clindamycin | 300–400 mg qid po | 20 mg/kg/d in 3 divided doses po | N/A |
| | Amoxicillin-clavulanate | 875/125 mg bid po | 25 mg/kg/d of the amoxicillin component in 2 divided doses po | N/A |
| | Retapamulin ointment | Apply to lesions bid | Apply to lesions bid | For patients with limited number of lesions |
| | Mupirocin ointment | Apply to lesions bid | Apply to lesions bid | For patients with limited number of lesions |
| MSSA SSTI | Nafcillin or oxacillin | 1–2 g every 4 h IV | 100–150 mg/kg/d in 4 divided doses | Parental drug of choice; inactive against MRSA |
| | Cefazolin | 1 g every 8 h IV | 50 mg/kg/d in 3 divided doses | For penicillin-allergic patients except those with immediate hypersensitivity reactions. More convenient than nafcillin with less bone marrow suppression |
| | Clindamycin | 600 mg every 8 h IV or 300–450 mg qid po | 25–40 mg/kg/d in 3 divided doses IV or 25–30 mg/kg/d in 3 divided doses po | Bacteriostatic; potential of cross-resistance and emergence of resistance in erythromycin-resistant strains; inducible resistance in MRSA |
| | Dicloxacillin | 500 mg qid po | 25–50 mg/kg/d in 4 divided doses po | Oral agent of choice for methicillin-susceptible strains in adults. Not used much in pediatrics |
| | Cephalexin | 500 mg qid po | 25–50 mg/kg/d 4 divided doses po | For penicillin-allergic patients except those with immediate hypersensitivity reactions. The availability of a suspension and requirement for less frequent dosing |
| | Doxycycline, minocycline | 100 mg bid po | Not recommended for age <8 y[d] | Bacteriostatic; limited recent clinical experience |
| | Trimethoprim-sulfamethoxazole | 1–2 double-strength tablets bid po | 8–12 mg/kg (based on trimethoprim component) in either 4 divided doses IV or 2 divided doses po | Bactericidal; efficacy poorly documented |
| MRSA SSTI | Vancomycin | 30 mg/kg/d in 2 divided doses IV | 40 mg/kg/d in 4 divided doses IV | For penicillin allergic patients; parenteral drug of choice for treatment of infections caused by MRSA |
| | Linezolid | 600 mg every 12 h IV or 600 mg bid po | 10 mg/kg every 12 h IV or po for children <12 y | Bacteriostatic; limited clinical experience; no cross-resistance with other antibiotic classes; expensive |
| | Clindamycin | 600 mg every 8 h IV or 300–450 mg qid po | 25–40 mg/kg/d in 3 divided doses IV or 30–40 mg/kg/d in 3 divided doses po | Bacteriostatic; potential of cross-resistance and emergence of resistance in erythromycin-resistant strains; inducible resistance in MRSA. Important option for children |
| | Daptomycin | 4 mg/kg every 24 h IV | N/A | Bactericidal; possible myopathy |
| | Ceftaroline | 600 mg bid IV | N/A | Bactericidal |
| | Doxycycline, minocycline | 100 mg bid po | Not recommended for age <8 y[d] | Bacteriostatic; limited recent clinical experience |
| | Trimethoprim-sulfamethoxazole | 1–2 double-strength tablets bid po | 8–12 mg/kg/d (based on trimethoprim component) in either 4 divided doses IV or 2 divided doses po | Bactericidal; limited published efficacy data |

Table 2 continued.

| Disease Entity | Antibiotic | Dosage, Adults | Pediatric dosage | Dosage, Children[a] antimicrobial agents for patients with severe penicillin hypersensitivity | Comment |
|---|---|---|---|---|---|
| Non-purulent SSTI (cellulitis) | | | | N/A | N/A |
| Streptococcal skin infections | Penicillin 2–4 million units every 4–6 h IV  Clindamycin 600–900 mg every 8 h IV  Nafcillin 1–2 g every 4–6 h IV  Cefazolin 1 g every 8 h IV  Penicillin VK 250–500 mg every 6 h po  Cephalexin 500 mg every 6 h po | Penicillin 60–100 000 units/kg/dose every 6 h  Clindamycin 10–13 mg/kg dose every 8 h IV  50 mg/kg/dose every 6 h  33 mg/kg/dose every 8 h IV | | Clindamycin, vancomycin, linezolid, daptomycin, or telavancin. Clindamycin resistance is <1% but may be increasing in Asia | |

Abbreviations: bid, twice daily; IV, intravenous; MRSA, methicillin-resistant *Staphylococcus aureus*; MSSA, methicillin-susceptible *Staphylococcus aureus*; N/A, not applicable; po, by mouth; qid, 4 times daily; SSTI, skin and soft tissue infection; tid, 3 times daily.

[a] Doses listed are not appropriate for neonates. Refer to the report by the Committee on Infectious Diseases, American Academy of Pediatrics [246], for neonatal doses.

[b] Infection due to *Staphylococcus* and *Streptococcus* species. Duration of therapy is 7 days, depending on the clinical response.

[c] Adult dosage of erythromycin ethylsuccinate is 400 mg 4 times/d po.

[d] See [246] for alternatives in children.

## III. What Is the Appropriate Treatment for Recurrent Skin Abscesses?

### Recommendations

7.   A recurrent abscess at a site of previous infection should prompt a search for local causes such as a pilonidal cyst, hidradenitis suppurativa, or foreign material (strong, moderate).

8.   Recurrent abscesses should be drained and cultured early in the course of infection (strong, moderate).

9.   After obtaining cultures of recurrent abscess, treat with a 5- to 10-day course of an antibiotic active against the pathogen isolated (weak, low).

10.   Consider a 5-day decolonization regimen twice daily of intranasal mupirocin, daily chlorhexidine washes, and daily decontamination of personal items such as towels, sheets, and clothes for recurrent *S. aureus* infection (weak, low).

11.   Adult patients should be evaluated for neutrophil disorders if recurrent abscesses began in early childhood (strong, moderate).

## IV. What Is Appropriate for the Evaluation and Treatment of Erysipelas and Cellulitis?

### Recommendations

12.   Cultures of blood or cutaneous aspirates, biopsies, or swabs are not routinely recommended (strong, moderate).

13.   Cultures of blood are recommended (strong, moderate), and cultures and microscopic examination of cutaneous aspirates, biopsies, or swabs should be considered in patients with malignancy on chemotherapy, neutropenia, severe cell-mediated immunodeficiency, immersion injuries, and animal bites (weak, moderate).

14.   Typical cases of cellulitis without systemic signs of infection should receive an antimicrobial agent that is active against streptococci (mild; Figure 1) (strong, moderate). For cellulitis with systemic signs of infection (moderate nonpurulent; Figure 1), systemic antibiotics are indicated. Many clinicians could include coverage against methicillin-susceptible *S. aureus* (MSSA) (weak, low). For patients whose cellulitis is associated with penetrating trauma, evidence of MRSA infection elsewhere, nasal colonization with MRSA, injection drug use, or SIRS (severe nonpurulent; Figure 1), vancomycin or another antimicrobial effective against both MRSA and streptococci is recommended (strong, moderate). In severely compromised patients as defined in question 13 (severe nonpurulent; Figure 1), broad-spectrum antimicrobial coverage may be considered (weak, moderate). Vancomycin plus either piperacillin-tazobactam or imipenem/meropenem is recommended as a reasonable empiric regimen for severe infections (strong, moderate).

15.   The recommended duration of antimicrobial therapy is 5 days, but treatment should be extended if the infection has not improved within this time period (strong, high).

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

16.   Elevation of the affected area and treatment of predisposing factors, such as edema or underlying cutaneous disorders, are recommended (strong, moderate).

17.   In lower-extremity cellulitis, clinicians should carefully examine the interdigital toe spaces because treating fissuring, scaling, or maceration may eradicate colonization with pathogens and reduce the incidence of recurrent infection (strong, moderate).

18.   Outpatient therapy is recommended for patients who do not have SIRS, altered mental status, or hemodynamic instability (mild nonpurulent; Figure 1) (strong, moderate). Hospitalization is recommended if there is concern for a deeper or necrotizing infection, for patients with poor adherence to therapy, for infection in a severely immunocompromised patient, or if outpatient treatment is failing (moderate or severe nonpurulent; Figure 1) (strong, moderate).

### V. Should Anti-inflammatory Agents Be Used to Complement Antibiotic Treatment of Cellulitis?
#### Recommendation
19.   Systemic corticosteroids (eg, prednisone 40 mg daily for 7 days) could be considered in nondiabetic adult patients with cellulitis (weak, moderate).

### VI. What Is the Preferred Evaluation and Management of Patients With Recurrent Cellulitis?
#### Recommendations
20.   Identify and treat predisposing conditions such as edema, obesity, eczema, venous insufficiency, and toe web abnormalities (strong, moderate). These practices should be performed as part of routine patient care and certainly during the acute stage of cellulitis (strong, moderate).

21.   Administration of prophylactic antibiotics, such as oral penicillin or erythromycin bid for 4–52 weeks, or intramuscular benzathine penicillin every 2–4 weeks, should be considered in patients who have 3–4 episodes of cellulitis per year despite attempts to treat or control predisposing factors (weak, moderate). This program should be continued so long as the predisposing factors persist (strong, moderate).

### VII. What Is the Preferred Management of Surgical Site Infections?
#### Recommendations
22.   Suture removal plus incision and drainage should be performed for surgical site infections (strong, low).

23.   Adjunctive systemic antimicrobial therapy is not routinely indicated, but in conjunction with incision and drainage may be beneficial for surgical site infections associated with a significant systemic response (Figure 2), such as erythema and induration extending >5 cm from the wound edge, temperature >38.5°C, heart rate >110 beats/minute, or white blood cell (WBC) count >12 000/μL (weak, low).

24.   A brief course of systemic antimicrobial therapy is indicated in patients with surgical site infections following clean operations on the trunk, head and neck, or extremities that also have systemic signs of infection (strong, low).

25.   A first-generation cephalosporin or an antistaphylococcal penicillin for MSSA, or vancomycin, linezolid, daptomycin, telavancin, or ceftaroline where risk factors for MRSA are high (nasal colonization, prior MRSA infection, recent hospitalization, recent antibiotics), is recommended (strong, low). See also Tables 2 and 3.

26.   Agents active against gram-negative bacteria and anaerobes, such as a cephalosporin or fluoroquinolone in combination with metronidazole, are recommended for infections following operations on the axilla, gastrointestinal tract, perineum, or female genital tract (strong, low). See also Table 3.

### VIII. What Is the Preferred Evaluation and Treatment of Necrotizing Fasciitis, Including Fournier Gangrene?
#### Recommendations
27.   Prompt surgical consultation is recommended for patients with aggressive infections associated with signs of systemic toxicity or suspicion of necrotizing fasciitis or gas gangrene (severe nonpurulent; Figure 1) (strong, low).

28.   Empiric antibiotic treatment should be broad (eg, vancomycin or linezolid plus piperacillin-tazobactam or a carbapenem; or plus ceftriaxone and metronidazole), as the etiology can be polymicrobial (mixed aerobic–anaerobic microbes) or monomicrobial (group A streptococci, community-acquired MRSA) (strong, low). See also Table 4.

29.   Penicillin plus clindamycin is recommended for treatment of documented group A streptococcal necrotizing fasciitis (strong, low). See Figures 1, 2, and Table 4.

### IX. What Is the Appropriate Approach to the Management of Pyomyositis?
#### Recommendations
30.   Magnetic resonance imaging (MRI) is the recommended imaging modality for establishing the diagnosis of pyomyositis. Computed tomography (CT) scan and ultrasound studies are also useful (strong, moderate).

31.   Cultures of blood and abscess material should be obtained (strong, moderate).

32.   Vancomycin is recommended for initial empirical therapy. An agent active against enteric gram-negative bacilli should be added for infection in immunocompromised patients or following open trauma to the muscles (strong, moderate).

33.   Cefazolin or antistaphylococcal penicillin (eg, nafcillin or oxacillin) is recommended for treatment of pyomyositis caused by MSSA (strong, moderate). See Table 2.

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

34.   Early drainage of purulent material should be performed (strong, high).

35.   Repeat imaging studies should be performed in the patient with persistent bacteremia to identify undrained foci of infection (strong, low).

36.   Antibiotics should be administered intravenously initially, but once the patient is clinically improved, oral antibiotics are appropriate for patients in whom bacteremia cleared promptly and there is no evidence of endocarditis or metastatic abscess. Two to 3 weeks of therapy is recommended (strong, low).

## X. What Is the Appropriate Approach to the Evaluation and Treatment of Clostridial Gas Gangrene or Myonecrosis?

*Recommendations*

37.   Urgent surgical exploration of the suspected gas gangrene site and surgical debridement of involved tissue should be performed (severe nonpurulent; Figure 1) (strong, moderate).

38.   In the absence of a definitive etiologic diagnosis, broad-spectrum treatment with vancomycin plus either piperacillin/tazobactam, ampicillin/sulbactam, or a carbapenem antimicrobial is recommended (strong, low). Definitive antimicrobial therapy with penicillin and clindamycin (Figure 1) is recommended for treatment of clostridial myonecrosis (strong, low).

39.   Hyperbaric oxygen (HBO) therapy is not recommended because it has not been proven as a benefit to the patient and may delay resuscitation and surgical debridement (strong, low).

## XI. What Is the Role of Preemptive Antimicrobial Therapy to Prevent Infection for Dog or Cat Bites?

*Recommendations*

40.   Preemptive early antimicrobial therapy for 3–5 days is recommended for patients who (a) are immunocompromised; (b) are asplenic; (c) have advanced liver disease; (d) have preexisting or resultant edema of the affected area; (e) have moderate to severe injuries, especially to the hand or face; or (f) have injuries that may have penetrated the periosteum or joint capsule (strong, low).

41.   Postexposure prophylaxis for rabies may be indicated; consultation with local health officials is recommended to determine if vaccination should be initiated (strong, low).

## XII. What Is the Treatment for Infected Animal Bite–Related Wounds?

*Recommendation*

42.   An antimicrobial agent or agents active against both aerobic and anaerobic bacteria such as amoxicillin-clavulanate (Table 5) should be used (strong, moderate).

## XIII. Should Tetanus Toxoid Be Administered for Animal Bite Wounds?

*Recommendation*

43.   Tetanus toxoid should be administered to patients without toxoid vaccination within 10 years. Tetanus, diptheria, and tetanus (Tdap) is preferred over Tetanus and diptheria (Td) if the former has not been previously given (strong, low).

## XIV. In Which Patients Is Primary Wound Closure Appropriate for Animal Bite Wounds?

*Recommendation*

44.   Primary wound closure is not recommended for wounds, with the exception of those to the face, which should be managed with copious irrigation, cautious debridement, and preemptive antibiotics (strong, low). Other wounds may be approximated (weak, low).

## XV. What Is the Appropriate Treatment of Cutaneous Anthrax?

*Recommendations*

45.   Oral penicillin V 500 mg 4 times daily (qid) for 7–10 days is the recommended treatment for naturally acquired cutaneous anthrax (strong, high).

46.   Ciprofloxacin 500 mg by mouth (po) bid or levofloxacin 500 mg intravenously (IV)/po every 24 hours × 60 days is recommended for bioterrorism cases because of presumed aerosol exposure (strong, low).

## XVI. What Is the Appropriate Approach for the Evaluation and Treatment of Bacillary Angiomatosis and Cat Scratch Disease?

*Recommendations*

47.   Azithromycin is recommended for cat scratch disease (strong, moderate) according to the following dosing protocol:

(a)   Patients >45 kg: 500 mg on day 1 followed by 250 mg for 4 additional days (strong, moderate).

(b)   Patients <45 kg: 10 mg/kg on day 1 and 5 mg/kg for 4 more days (strong, moderate).

48.   Erythromycin 500 mg qid or doxycycline 100 mg bid for 2 weeks to 2 months is recommended for treatment of bacillary angiomatosis (strong, moderate).

## XVII. What Is the Preferred Treatment for Erysipeloid?

*Recommendation*

49.   Penicillin (500 mg qid) or amoxicillin (500 mg 3 times daily [tid]) for 7–10 days is recommended for treatment of erysipeloid (strong, high).

## XVIII. What Is the Appropriate Treatment of Glanders?

*Recommendation*

50.   Ceftazidime, gentamicin, imipenem, doxycycline, or ciprofloxacin is recommended based on in vitro susceptibility (strong, low).

### XIX. What Is the Appropriate Diagnosis and Treatment of Bubonic Plague?

**Recommendation**

51.  Bubonic plague should be diagnosed by Gram stain and culture of aspirated material from a suppurative lymph node (strong, moderate). Streptomycin (15 mg/kg intramuscularly [IM] every 12 hours) or doxycycline (100 mg bid po) is recommended for treatment of bubonic plague (strong, low). Gentamicin could be substituted for streptomycin (weak, low).

### XX. What Is Appropriate for Diagnosis and Treatment for Tularemia?

**Recommendations**

52.  Serologic tests are the preferred method of diagnosing tularemia (weak, low).

53.  Streptomycin (15 mg/kg every 12 hours IM) or gentamicin (1.5 mg/kg every 8 hours IV) is recommended for treatment of severe cases of tularemia (strong, low).

54.  Tetracycline (500 mg qid) or doxycycline (100 mg bid po) is recommended for treatment of mild cases of tularemia (strong, low).

55.  Notify the microbiology laboratory if tularemia is suspected (strong, high).

### XXI. What Is the Appropriate Approach to Assess SSTIs in Immunocompromised Patients?

**Recommendations**

56.  In addition to infection, differential diagnosis of skin lesions should include drug eruption, cutaneous infiltration with the underlying malignancy, chemotherapy- or radiation-induced reactions, Sweet syndrome, erythema multiforme, leukocytoclastic vasculitis, and graft-vs-host disease among allogeneic transplant recipients (strong, high).

57.  Differential diagnosis for infection of skin lesions should include bacterial, fungal, viral, and parasitic agents (strong, high).

58.  Biopsy or aspiration of the lesion to obtain material for histological and microbiological evaluation should always be implemented as an early diagnostic step (strong, high).

### XXII. What Is the Appropriate Approach to Assess SSTIs in Patients With Fever and Neutropenia?

**Recommendations**

59.  Determine whether the current presentation of fever and neutropenia is the patient's initial episode of fever and neutropenia, or persistent unexplained fever of their initial episode (after 4–7 days) or a subsequent episode of fever and neutropenia (recurrent) (strong, low).

60.  Aggressively determine the etiology of the SSTI by aspiration and/or biopsy of skin and soft tissue lesions and submit these for thorough cytological/histological assessments, microbial staining, and cultures (strong, low).

61.  Risk-stratify patients with fever and neutropenia according to susceptibility to infection: high-risk patients are those with anticipated prolonged (>7 days) and profound neutropenia (absolute neutrophil count <100 cells/µL) or with a Multinational Association for Supportive Care (MASCC) score of <21; low-risk patients are those with anticipated brief (<7 days) periods of neutropenia and few comorbidities (strong, low) or with a MASCC score of ≥21 (strong, moderate).

62.  Determine the extent of infection through a thorough physical examination, blood cultures, chest radiograph, and additional imaging (including chest CT) as indicated by clinical signs and symptoms (strong, low).

### XXIII. What Is the Appropriate Antibiotic Therapy for Patients With SSTIs During the Initial Episode of Fever and Neutropenia?

**Recommendations**

63.  Hospitalization and empiric antibacterial therapy with vancomycin plus antipseudomonal antibiotics such as cefepime, a carbapenem (imipenem-cilastatin or meropenem or doripenem) or piperacillin-tazobactam is recommended (strong, high).

64.  Documented clinical and microbiologic SSTIs should be treated based on antimicrobial susceptibilities of isolated organisms (strong, high).

65.  It is recommended that the treatment duration for most bacterial SSTIs should be 7–14 days (strong, moderate).

66.  Surgical intervention is recommended for drainage of soft tissue abscess after marrow recovery or for a progressive polymicrobial necrotizing fasciitis or myonecrosis (strong, low).

67.  Adjunct colony-stimulating factor therapy (granulocyte colony-stimulating factor [G-CSF], granulocyte macrophage colony-stimulating factor [GM-CSF]) or granulocyte transfusions are not routinely recommended (weak, moderate).

68.  Acyclovir should be administered to patients suspected or confirmed to have cutaneous or disseminated varicella zoster virus (herpes simplex virus [HSV] or varicella zoster virus [VZV]) infection (strong, moderate).

### XXIV. What Is the Appropriate Antimicrobial Therapy for Patients With SSTIs During Persistent or Recurrent Episodes of Fever and Neutropenia?

**Recommendations**

69.  Yeasts and molds remain the primary cause of infection-associated with persistent and recurrent fever and neutropenia; therefore, empiric antifungal therapy (Table 6) should be added to the antibacterial regimen (strong, high).

(a)  Empiric administration of vancomycin or other agents with gram-positive activity (linezolid, daptomycin, or ceftaroline, Table 7) should be added if not already being administered (strong, high).

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

(b)   *Candida* species SSTIs should be treated with an echinocandin or, if *Candida parapsilosis* has been isolated, lipid formulation amphotericin B (strong, high) with fluconazole as an acceptable alternative (strong, moderate). Treatment should be administered for 2 weeks after clearance of bloodstream infection or resolution of skin lesions (strong, moderate).

(c)   *Aspergillus* SSTIs should be treated with voriconazole (strong, high), or alternatively, lipid formulations of amphotericin B, posaconazole, or echinocandin for 6–12 weeks (strong, low). *Mucor/Rhizopus* infections should be treated with lipid formulation amphotericin B (strong, moderate) or posaconazole (strong, low) (Table 6). The addition of an echinocandin could be considered based on synergy in murine models of mucormycosis, and observational clinical data (weak, low).

(d)   *Fusarium* species infections should be treated with high-dose IV voriconazole or posaconazole (strong, low).

(e)   Begin treatment for antibiotic-resistant bacterial organisms (Table 7), in patients currently on antibiotics (strong, moderate).

(f)   Intravenous acyclovir should be added to the patient's antimicrobial regimen for suspected or confirmed cutaneous or disseminated HSV or VZV infections (strong, moderate).

70.   Blood cultures should be obtained and skin lesions in this population of patients should be aggressively evaluated by culture aspiration, biopsy, or surgical excision, as they may be caused by resistant microbes, yeast, or molds (strong, moderate).

71.   The sensitivity of a single-serum fungal antigen test (1,3-β-D-glucan or galactomannan tests) is low particularly in patients receiving antifungal agents, and benefits from laboratory tests for fungal antigen or DNA detection remain inconsistent (strong, moderate).

72.   Polymerase chain reaction (PCR) in peripheral blood for HSV and VZV might be helpful in establishing a diagnosis of disseminated infection in patients with unexplained skin lesions (weak, moderate).

### XXV. What Is the Appropriate Approach to Assess SSTIs in Patients With Cellular Immunodeficiency?
#### Recommendations
73.   Consider immediate consultation with a dermatologist familiar with cutaneous manifestations of infection in patients with cellular immune defects (eg, those with lymphoma, lymphocytic leukemia, recipients of organ transplants, or those receiving immunosuppressive drugs such as anti–tumor necrosis factors or certain monoclonal antibodies) (weak, low).

74.   Consider biopsy and surgical debridement early in the management of these patients (weak, low).

75.   Empiric antibiotics, antifungals, and/or antivirals should be considered in life-threatening situations (weak, moderate). The use of specific agents should be decided with the input of the primary team, dermatology, infectious disease, and other consulting teams (strong, moderate).

## INTRODUCTION

This practice guideline provides recommendations for the diagnosis and management of skin and soft tissue infections (SSTIs) in otherwise healthy hosts and compromised hosts of all age groups. These recommendations take on new importance because of a dramatic increase in the frequency and severity of infections and the emergence of resistance to many of the antimicrobial agents commonly used to treat SSTIs in the past. For example, there was a 29% increase in the total hospital admissions for these infections between 2000 and 2004 [5]. In addition, 6.3 million physician's office visits per year are attributable to SSTIs [6]. Similarly, between 1993 and 2005, annual emergency department visits for SSTIs increased from 1.2 million to 3.4 million patients [7]. Some of this increased frequency is related to the emergence of community-associated methicillin-resistant *Staphylococcus aureus* (MRSA) [5].

These infections have diverse etiologies that depend, in part, on different epidemiological settings. As a result, obtaining a careful history that includes information about the patient's immune status, geographic locale, travel history, recent trauma or surgery, previous antimicrobial therapy, lifestyle, hobbies, and animal exposure or bites is essential when developing an adequate differential diagnosis and an appropriate index of suspicion for specific etiological agents. Recognition of the physical examination findings and understanding the anatomical relationships of skin and soft tissue are crucial for establishing the correct diagnosis. In some cases, this information is insufficient and biopsy or aspiration of tissue may be necessary. In addition, radiographic procedures may be critical in a small subset of patients to determine the level of infection and the presence of gas, abscess, or a necrotizing process. Last, surgical exploration or debridement is an important diagnostic, as well as therapeutic, procedure in patients with necrotizing infections or myonecrosis and may be important for selected immunocompromised hosts.

Clinical evaluation of patients with SSTI aims to establish the cause and severity of infection and must take into account pathogen-specific and local antibiotic resistance patterns. Many different microbes can cause soft tissue infections, and although specific bacteria may cause a particular type of infection, considerable overlaps in clinical presentation occur. Clues to the diagnosis and algorithmic approaches to diagnosis are covered in detail in the text to follow. Specific recommendations for therapy are given, each with a rating that indicates the strength of and evidence for recommendations according to the Infectious Diseases Society of America (IDSA)/US Public Health Service grading system for rating recommendations in clinical

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

guidelines (Table 1) [2]. The following 24 clinical questions are answered:

(I)   What is appropriate for the evaluation and treatment of impetigo and ecthyma?

(II)   What is the appropriate evaluation and treatment for cutaneous abscesses, furuncles, carbuncles, and inflamed epidermoid cysts?

(III)   What is the appropriate treatment for recurrent skin abscesses?

(IV)   What is appropriate for the evaluation and treatment of erysipelas and cellulitis?

(V)   Should corticosteroids be used to complement antibiotic treatment of cellulitis?

(VI)   What is the preferred evaluation and management of patients with recurrent cellulitis?

(VII)   What is the preferred management of surgical site infections?

(VIII)   What is the preferred evaluation and treatment of necrotizing fasciitis, including Fournier gangrene?

(IX)   What is the appropriate approach to the management of pyomyositis?

(X)   What is the appropriate approach to the evaluation and treatment of clostridial gas gangrene or myonecrosis?

(XI)   What is the role of preemptive antimicrobial therapy to prevent infection for dog or cat bites?

(XII)   What is the treatment for infected animal bite–related wounds?

(XIII)   Should tetanus toxoid be administered for animal bite wounds?

(XIV)   In which patients is primary wound closure appropriate for animal bite wounds?

(XV)   What is the appropriate treatment of cutaneous anthrax?

(XVI)   What is the appropriate approach for the evaluation and treatment of bacillary angiomatosis and cat scratch disease?

(XVII)   What is the preferred treatment for erysipeloid?

(XVIII)   What is appropriate treatment of glanders?

(XIX)   What is the appropriate diagnosis and treatment of bubonic plague?

(XX)   What is appropriate for diagnosis and treatment for tularemia?

(XXI)   What is the appropriate approach to assess SSTIs in immunocompromised patients?

(XXII)   What is the appropriate approach to assess SSTIs in patients with fever and neutropenia?

(XXIII)   What is the appropriate antibiotic therapy for patients with SSTIs during the initial episode of fever and neutropenia?

(XXIV)   What is the appropriate antimicrobial therapy for patients with SSTIs during persistent or recurrent episodes of fever and neutropenia?

(XXV)   What is the appropriate approach to assess SSTIs in patients with cellular immunodeficiency?

## PRACTICE GUIDELINES

"Practice guidelines are systematically developed statements to assist practitioners and patients in making decisions about appropriate health care for specific clinical circumstances" [8]. Attributes of high-quality guidelines include validity, reliability, reproducibility, clinical applicability, clinical flexibility, clarity, multidisciplinary process, review of evidence, and documentation [8].

## METHODOLOGY

### Panel Composition

A panel of 10 multidisciplinary experts in the management of SSTIs in children and adults was convened in 2009. Efforts were made to include representatives from diverse geographic areas, pediatric and adult practitioners, and a wide breadth of specialties. The panel consisted of 10 members of IDSA. Representation included 8 adult infectious disease physicians, 1 pediatric infectious disease physician, and 1 general surgeon. Panel members were selected based on their clinical and research expertise on diverse SSTIs including infections in compromised hosts, necrotizing fasciitis, gas gangrene, cellulitis, and cutaneous abscesses and infections following surgery and animal and human bites. Finally, some members were selected on the basis of their expertise for specific microbes such as staphylococci, streptococci, Clostridium species, and anaerobes. Two members were selected to provide congruency with the IDSA/MRSA Guidelines Panel.

### Literature Review and Analysis

The recommendations in this guideline have been developed following a review of studies published in English, although foreign-language articles were included in some of the Cochrane reviews summarized in this guideline. Studies were identified through Library of Congress, LISTA (EBSCO), and PubMed searches with no date restrictions using subject headings. Examples of keywords used to conduct literature searches were as follows: skin abscess (recurrent and relapsing), dog bites, skin and soft tissue infections, cellulitis, erysipelas, surgical site infections, wounds, staphylococcus, streptococcus, cat bites, tetanus, bite wounds (care and closure), irrigation, amoxicillin, amoxicillin clavulanate, cefuroxime, levofloxacin, moxifloxacin, sulfamethoxazole-trimethoprim, erythromycin, azithromycin.

### Process Overview

To evaluate evidence, the panel followed a process consistent with other IDSA guidelines. The process for evaluating the

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

evidence was based on the IDSA Handbook on Clinical Practice Guideline Development and involved a systematic weighting of the quality of the evidence and the grade of recommendation using the Grading of Recommendations Assessment, Development, and Evaluation (GRADE) system (Table 1) [1–4, 9, 10]. GRADE is a newly created system for grading the quality of evidence and strength of recommendations for healthcare [2, 11].

Panel members were divided into pairs, consisting of primary and secondary authors. Each author was asked to review the literature, evaluate the evidence, and determine the strength of the recommendations along with an evidence summary supporting each recommendation. The panel reviewed all recommendations, their strength, and quality of evidence. Discrepancies were discussed and resolved, and all panel members are in agreement with the final recommendations.

### Consensus Development Based on Evidence

The panel met twice for face-to-face meetings and conducted teleconferences on 6 occasions to complete the work of the guideline. The purpose of the teleconferences was to discuss the clinical questions to be addressed, assign topics for review and writing of the initial draft, and discuss recommendations. The panel as a whole reviewed all individual sections. The guideline was reviewed and approved by the IDSA Standards and Practice Guidelines Committee (SPGC) and Board of Directors and endorsed by the Pediatric Infectious Diseases Society (PIDS).

### Guidelines and Conflicts of Interest

The expert panel complied with the IDSA policy on conflicts of interest, which requires disclosure of any financial or other interest that might be construed as constituting an actual, potential, or apparent conflict. Panel members were provided IDSA's conflicts of interest disclosure statement and were asked to identify ties to companies developing products that might be affected by promulgation of the guideline. Information was requested regarding employment, consultancies, stock ownership, honoraria, research funding, expert testimony, and membership on company advisory committees. Decisions were made on a case-by-case basis as to whether an individual's role should be limited as a result of a conflict. Potential conflicts of interests are listed in the Acknowledgments section.

### Revision Dates

At annual intervals, the panel chair, the SPGC liaison advisor, and the chair of the SPGC will determine the need for revisions to the guideline based on an examination of current literature. If necessary, the entire panel will reconvene to discuss potential changes. When appropriate, the panel will recommend revision of the guideline to the SPGC and IDSA board and other collaborating organizations for review and approval.

## RECOMMENDATIONS FOR IMPETIGO AND ECTHYMA

### I. What Is Appropriate for the Evaluation and Treatment of Impetigo and Ecthyma?

*Recommendations*

1. Gram stain and culture of the pus or exudates from skin lesions of impetigo and ecthyma are recommended to help identify whether *Staphylococcus aureus* and/or a β-hemolytic *Streptococcus* is the cause (strong, moderate), but treatment without these studies is reasonable in typical cases (strong, moderate).

2. Bullous and nonbullous impetigo can be treated with oral or topical antimicrobials, but oral therapy is recommended for patients with numerous lesions or in outbreaks affecting several people to help decrease transmission of infection. Treatment for ecthyma should be an oral antimicrobial.

(a) Treatment of bullous and nonbullous impetigo should be with either topical mupirocin or retapamulin twice daily (bid) for 5 days (strong, high).

(b) Oral therapy for ecthyma or impetigo should be a 7-day regimen with an agent active against *S. aureus* unless cultures yield streptococci alone (when oral penicillin is the recommended agent) (strong, high). Because *S. aureus* isolates from impetigo and ecthyma are usually methicillin susceptible, dicloxacillin or cephalexin is recommended. When MRSA is suspected or confirmed, doxycycline, clindamycin, or sulfamethoxazole-trimethoprim (SMX-TMP) is recommended (strong, moderate).

(c) Systemic antimicrobials should be used for infections during outbreaks of poststreptococcal glomerulonephritis to help eliminate nephritogenic strains of *Streptococcus pyogenes* from the community (strong, moderate).

### Evidence Summary

Impetigo can be either bullous or nonbullous [12]. Bullous impetigo is caused by strains of *S. aureus* that produce a toxin that cleaves the dermal-epidermal junction to form fragile, thin-roofed vesicopustules. These lesions may rupture, creating crusted, erythematous erosions, often surrounded by a collar of the roof's remnants. Nonbullous impetigo can occur from infections with β-hemolytic streptococci or *S. aureus*, or both in combination [12]. Impetigo begins as erythematous papules that rapidly evolve into vesicles and pustules that rupture, with the dried discharge forming honey-colored crusts on an erythematous base.

Ecthyma is a deeper infection than impetigo, and *S. aureus* and/or streptococci may be the cause. Lesions begin as vesicles that rupture, resulting in circular, erythematous ulcers with adherent crusts, often with surrounding erythematous edema. Unlike impetigo, ecthyma heals with scarring [12].

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Cultures of the vesicle fluid, pus, erosions, or ulcers establish the cause. Unless cultures yield streptococci alone, antimicrobial therapy should be active against both *S. aureus* and streptococci [12]. Oral penicillinase–resistant penicillin or first-generation cephalosporins are usually effective as most staphylococcal isolates from impetigo and ecthyma are methicillin susceptible [13]. Alternatives for penicillin-allergic patients or infections with MRSA include doxycycline, clindamycin, or SMX-TMP. When streptococci alone are the cause, penicillin is the drug of choice, with a macrolide or clindamycin as an alternative for penicillin-allergic patients. Topical treatment with mupirocin [12] or retapamulin [14] is as effective as oral antimicrobials for impetigo. Clinical experience suggests that systemic therapy is preferred for patients with numerous lesions or in outbreaks affecting several people, to help decrease transmission of infection [15] (Table 2).

## RECOMMENDATIONS FOR PURULENT SKIN AND SOFT TISSUE INFECTIONS

### II. What Is the Appropriate Evaluation and Treatment for Purulent SSTIs (Cutaneous Abscesses, Furuncles, Carbuncles, and Inflamed Epidermoid Cysts)? (Figure 1)

*Recommendations*

3.   Gram stain and culture of pus from carbuncles and abscesses are recommended, but treatment without these studies is reasonable in typical cases (strong, moderate).

4.   Gram stain and culture of pus from inflamed epidermoid cysts are not recommended (strong, moderate).

5.   Incision and drainage is the recommended treatment for inflamed epidermoid cysts, carbuncles, abscesses, and large furuncles (strong, high).

6.   The decision to administer antibiotics directed against *S. aureus* as an adjunct to incision and drainage should be made based on the presence or absence of systemic inflammatory response syndrome (SIRS) such as temperature >38°C or <36°C, tachypnea >24 breaths per minute, tachycardia >90 beats per minute, or white blood cell count >12 000 or <400 cells/μL (moderate; Figure 1) (strong, low). An antibiotic active against MRSA is recommended for patients with carbuncles or abscesses who have markedly impaired host defenses and in patients with SIRS (Figure 1, Table 2) (strong, low).

### Evidence Summary

*Cutaneous Abscesses*.   Cutaneous abscesses are collections of pus within the dermis and deeper skin tissues. They are usually painful, tender, and fluctuant red nodules, often surmounted by a pustule and encircled by a rim of erythematous swelling. Cutaneous abscesses can be polymicrobial, containing regional skin flora or organisms from the adjacent mucous membranes, but *S. aureus* alone causes a large percentage of skin abscesses, with a substantial number due to MRSA strains [16–18].

Epidermoid (or epidermal inclusion) cysts, often erroneously labeled sebaceous cysts, ordinarily contain skin flora in a cheesy keratinous material. When inflammation and purulence occur, they are a reaction to rupture of the cyst wall and extrusion of its contents into the dermis, rather than an actual infectious process [19].

Incision, evacuation of pus and debris, and probing of the cavity to break up loculations provides effective treatment of cutaneous abscesses and inflamed epidermoid cysts. A randomized trial comparing incision and drainage of cutaneous abscesses to ultrasonographically guided needle aspiration of the abscesses showed that aspiration was successful in only 25% of cases overall and <10% with MRSA infections [20]. Accordingly, this form of treatment is not recommended. Simply covering the surgical site with a dry dressing is usually the easiest and most effective treatment of the wound [21, 22]. Some clinicians close the wound with sutures or pack it with gauze or other absorbent material. One small study, however, found that packing caused more pain and did not improve healing when compared to just covering the incision site with sterile gauze [23].

The addition of systemic antibiotics to incision and drainage of cutaneous abscesses does not improve cure rates [17, 21, 22, 24, 25], even in those due to MRSA, but did have a modest effect on the time to recurrence of other abscesses [17, 25]. However, systemic antibiotics should be given to patients with severely impaired host defenses or signs or symptoms of systemic infection (Figure 1, Table 2). In addition, multiple abscesses, extremes of age, and lack of response to incision and drainage alone are additional settings in which systemic antimicrobial therapy should be considered.

*Furuncles and Carbuncles*.   Furuncles (or "boils") are infections of the hair follicle, usually caused by *S. aureus*, in which suppuration extends through the dermis into the subcutaneous tissue, where a small abscess forms. They differ from folliculitis, in which the inflammation is more superficial and pus is limited to the epidermis. Clinically, furuncles are inflammatory nodules with overlying pustules through which hair emerges. Infection involving several adjacent follicles produces a carbuncle, a coalescent inflammatory mass with pus draining from multiple follicular orifices. Carbuncles develop most commonly on the back of the neck, especially in individuals with diabetes. These are typically larger and deeper than furuncles.

Furuncles often rupture and drain spontaneously or following treatment with moist heat. Most large furuncles and all carbuncles should be treated with incision and drainage. Systemic antimicrobials are usually unnecessary, unless fever or other evidence of systemic infection is present (Figure 1).

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

# RECOMMENDATIONS FOR RECURRENT SKIN ABSCESSES

### III. What Is the Appropriate Treatment for Recurrent Skin Abscesses?
*Recommendations*

7.   A recurrent abscess at a site of previous infection should prompt a search for local causes such as a pilonidal cyst, hidradenitis suppurativa, or foreign material (strong, moderate).

8.   Recurrent abscesses should be drained and cultured early in the course of infection (strong, moderate).

9.   Culture recurrent abscess and treat with a 5- to 10-day course of an antibiotic active against the pathogen isolated (weak, low).

10.   Consider a 5-day decolonization regimen twice daily of intranasal mupirocin, daily chlorhexidine washes, and daily decontamination of personal items such as towels, sheets, and clothes for recurrent *S. aureus* infection (weak, low).

11.   Adult patients should be evaluated for neutrophil disorders if recurrent abscesses began in early childhood (strong, moderate).

### Evidence Summary
A recurrent abscess at a previous site of infection may be caused by local factors such as foreign material, hidradenitis suppurativa, or pilonidal cyst [26, 27], eradication of which can be curative. Incision and drainage should be performed for recurrent abscesses. The benefits of adjunctive antimicrobial therapy in preventing recurrences are unknown. Older randomized trials showed that twice-daily intranasal mupirocin for 5 days each month [28] or a 3-month program of oral clindamycin 150 mg daily [29] reduced the rate of further infections. Whether such regimens are effective in the current era of community-acquired MRSA is unclear [30]. In one randomized trial, twice-daily application of nasal mupirocin for 5 days among military personnel who carried MRSA in the nose did not reduce the frequency of subsequent skin infections [30, 31]. Scrubbing the body thrice weekly with chlorhexidine-impregnated cloths after showering was also deemed ineffective [32]. A 5-day decolonization with twice-daily intranasal mupirocin and daily bathing with chlorhexidine [32] or dilute bleach (1/4–1/2 cup of bleach per full bath) for prevention of recurrences may be considered, but data about efficacy are sparse. One uncontrolled study reported termination of an epidemic of furunculosis in a village by use of mupirocin, antibacterial hand cleanser, and daily washing of towels, sheets, combs, and razors [33]. A recent study in children found employing preventive measures for the patient and the household contacts resulted in significantly fewer recurrences in the patient than employing the measures in the patient only [34]. Because patients with neutrophil dysfunction develop recurrent abscesses in early childhood, patients who develop abscesses during adulthood do not need evaluation of neutrophil function.

# RECOMMENDATIONS FOR ERYSIPELAS AND CELLULITIS

### IV. What Is Appropriate for the Evaluation and Treatment of Erysipelas and Cellulitis?
*Recommendations*

12.   Cultures of blood or cutaneous aspirates, biopsies, or swabs are not routinely recommended (strong, moderate).

13.   Cultures of blood are recommended (strong, moderate), and cutaneous and microscopic examination of cutaneous aspirates, biopsies, or swabs should be considered in patients with malignancy on chemotherapy, neutropenia, severe cell-mediated immunodeficiency, immersion injuries, and animal bites (weak, moderate).

14.   Typical cases of cellulitis without systemic signs of infection should receive an antimicrobial agent that is active against streptococci (mild; Figure 1) (strong, moderate). For cellulitis with systemic signs of infection (moderate nonpurulent SSTI; Figure 1) systemic antibiotics are indicated. Many clinicians could include coverage against MSSA (weak, low). For patients whose cellulitis is associated with penetrating trauma, evidence of MRSA infection elsewhere, nasal colonization with MRSA, injection drug use, purulent drainage, or SIRS (severe nonpurulent), vancomycin or another antimicrobial effective against both MRSA and streptococci is recommended (strong, moderate). In severely compromised patients (as defined in question 13), broad-spectrum antimicrobial coverage may be considered (weak, moderate). Vancomycin plus either piperacillin-tazobactam or imipenem-meropenem is recommended as a reasonable empiric regimen for severe infection (strong, moderate).

15.   The recommended duration of antimicrobial therapy is 5 days, but treatment should be extended if the infection has not improved within this time period (strong, high).

16.   Elevation of the affected area and treatment of predisposing factors, such as edema or underlying cutaneous disorders, are recommended (strong, moderate).

17.   In lower extremity cellulitis, clinicians should carefully examine the interdigital toe spaces because treating fissuring, scaling, or maceration may eradicate colonization with pathogens and reduce the incidence of recurrent infection (strong, moderate).

18.   Outpatient therapy is recommended for patients who do not have SIRS, altered mental status, or hemodynamic instability (mild nonpurulent; Figure 1) (strong, moderate). Hospitalization is recommended if there is concern for a deeper or necrotizing infection, for patients with poor adherence to therapy, for infection in a severely immunocompromised patient, or

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

if outpatient treatment is failing (moderate or severe nonpurulent; Figure 1) (strong, moderate).

### Evidence Summary

"Cellulitis" and "erysipelas" refer to diffuse, superficial, spreading skin infections. The term "cellulitis" is not appropriate for cutaneous inflammation associated with collections of pus, such as in septic bursitis, furuncles, or skin abscesses. For example, when cutaneous redness, warmth, tenderness, and edema encircle a suppurative focus such as an infected bursa, the appropriate terminology is "septic bursitis with surrounding inflammation," rather than "septic bursitis with surrounding cellulitis." This distinction is clinically crucial, for the primary treatment of cellulitis is antimicrobial therapy, whereas for purulent collections the major component of management is drainage of the pus, with antimicrobial therapy either being unnecessary or having a subsidiary role (Figure 1 and Table 2).

The term "erysipelas" has 3 different meanings: (1) for some, erysipelas is an infection limited to the upper dermis, including the superficial lymphatics, whereas cellulitis involves the deeper dermis and subcutaneous fat, and on examination erysipelas putatively has more clearly delineated borders of inflammation than cellulitis; (2) for many, erysipelas has been used to refer to cellulitis involving the face only; and (3) for others, especially in European countries, cellulitis and erysipelas are synonyms [35].

These infections cause rapidly spreading areas of erythema, swelling, tenderness, and warmth, sometimes accompanied by lymphangitis and inflammation of the regional lymph nodes. The skin surface may resemble an orange peel (*peau d'orange*) due to superficial cutaneous edema surrounding hair follicles and causing skin dimpling because the follicles remain tethered to the underlying dermis. Vesicles, bullae, and cutaneous hemorrhage in the form of petechiae or ecchymoses may develop. Systemic manifestations are usually mild, but fever, tachycardia, confusion, hypotension, and leukocytosis are sometimes present and may occur hours before the skin abnormalities appear.

These infections arise when microbes breach the cutaneous surface, especially in patients with fragile skin or diminished local host defenses from such conditions as obesity, previous cutaneous trauma (including surgery), prior episodes of cellulitis, and edema from venous insufficiency or lymphedema [36, 37]. The origin of the disrupted skin surface may be obvious, such as trauma, ulceration, and preexisting cutaneous inflammation, but often the breaks in the skin are small and clinically unapparent. These infections are most common on the lower legs. Blood cultures are generally positive in ≤5% of cases [38]. The yield of cultures of needle aspirations of the inflamed skin ranges from ≤5% to approximately 40% [39–46]. The differences in diagnostic sensitivity and specificity are due to the variety of patient populations studied, the definitions of cellulitis, the inclusion or exclusion of cases with associated abscesses, and the determination of whether isolates are pathogens or contaminants.

Cultures of punch biopsy specimens yield an organism in 20%–30% of cases [39, 47], but the concentration of bacteria in the tissues is usually quite low [47]. Combined data from specimen cultures, serologic studies [41, 48–51], and other methods (eg, immunohistochemical staining to detect antigens in skin biopsies [51, 52]), suggests that the vast majority of these infections arise from streptococci, often group A, but also from other groups, such as B, C, F, or G. The source of these pathogens is frequently unclear, but in many cases of leg cellulitis, the responsible streptococci reside in macerated, scaly, or fissured interdigital toe spaces [53, 54]. This observation underscores the importance of detecting and treating tinea pedis, erythrasma, and other causes of toe web abnormalities. Occasionally, the reservoir of streptococci is the anal canal [55] or the vagina, especially for group B streptococcal cellulitis in patients with previous gynecologic cancer treated with surgery and radiation therapy. *Staphylococcus aureus* less frequently causes cellulitis, but cases due to this organism are typically associated with an open wound or previous penetrating trauma, including sites of illicit drug injection. Several other organisms can cause cellulitis, but usually only in special circumstances, such as animal bites, freshwater or saltwater immersion injuries, neutropenia, or severe cell-mediated immunodeficiency.

Cultures of blood, tissue aspirates, or skin biopsies are unnecessary for typical cases of cellulitis. Blood cultures should be obtained and cultures of skin biopsy or aspirate considered for patients with malignancy, severe systemic features (such as high fever and hypotension), and unusual predisposing factors, such as immersion injury, animal bites, neutropenia, and severe cell-mediated immunodeficiency [42].

Therapy for typical cases of cellulitis should include an antibiotic active against streptococci (Table 2). A large percentage of patients can receive oral medications from the start for typical cellulitis [56], and suitable antibiotics for most patients include penicillin, amoxicillin, amoxicillin-clavulanate, dicloxacillin, cephalexin, or clindamycin. In cases of uncomplicated cellulitis, a 5-day course of antimicrobial therapy is as effective as a 10-day course, if clinical improvement has occurred by 5 days [57]. In a retrospective study of cellulitis and abscesses requiring hospitalization, the average duration of treatment was 2 weeks and only about one-third of patients received specific treatment for gram-positive pathogens [58]. Two-thirds received very-broad-spectrum treatment, and the failure rate of 12% was not different regardless of spectrum of treatment. In some patients, cutaneous inflammation and systemic features worsen after initiating therapy, probably because sudden destruction of the pathogens releases potent enzymes that increase local inflammation.

MRSA is an unusual cause of typical cellulitis. A prospective study of patients with cellulitis in a medical center with a high

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

incidence of other MRSA-related SSTIs demonstrated that treatment with β-lactams, such as cefazolin or oxacillin, was successful in 96% of patients, suggesting that cellulitis due to MRSA is uncommon and treatment for that organism is usually unnecessary [50]. However, coverage for MRSA may be prudent in cellulitis associated with penetrating trauma, especially from illicit drug use, purulent drainage, or with concurrent evidence of MRSA infection elsewhere. Options for treatment of MRSA in those circumstances (Table 2) include intravenous drugs (vancomycin, daptomycin, linezolid, or telavancin) or oral therapy with doxycycline, clindamycin, or SMX-TMP. If coverage for both streptococci and MRSA is desired for oral therapy, options include clindamycin alone or the combination of either SMX-TMP or doxycycline with a β-lactam (eg, penicillin, cephalexin, or amoxicillin). The activity of doxycycline and SMX-TMP against β-hemolytic streptococci is not known, and in the absence of abscess, ulcer, or purulent drainage, β-lactam monotherapy is recommended. This is further substantiated by a recent double-blind study showing that a combination of SMX-TMP plus cephalexin was no more efficacious than cephalexin alone in pure cellulitis [59]. Elevation of the affected area hastens improvement by promoting gravity drainage of edema and inflammatory substances. Patients should also receive therapy for any predisposing conditions, such as tinea pedis, trauma, or venous eczema ("stasis dermatitis").

## V. Should Anti-inflammatory Agents Be Used to Complement Antibiotic Treatment of Cellulitis?

### Recommendation

19.   Systemic corticosteroids (eg, prednisone 40 mg daily for 7 days) could be considered in nondiabetic adult patients with cellulitis (weak, moderate).

### Evidence Summary

Treating the inflammation in these infections by combining antimicrobial therapy with either a nonsteroidal anti-inflammatory agent (ibuprofen 400 mg 4 times daily [qid] for 5 days) or systemic corticosteroids significantly hastens clinical improvement compared with antimicrobial therapy alone [60, 61]. A randomized, double-blind, placebo-controlled trial involving 108 adult nondiabetic patients, demonstrated that an 8-day course of oral corticosteroids in combination with antimicrobial therapy led to a significantly more rapid clinical resolution of cellulitis (primarily of the legs) than antimicrobial therapy alone [61, 62]. Long-term follow-up of these patients showed no difference in relapse or recurrence [61, 62]. The benefits of systemic corticosteroids in this situation are consistent with their efficacy and safety as adjunctive treatment in other infections [63]. The clinician must ensure that a deeper infection such as necrotizing fasciitis is not present.

Most patients can receive treatment without hospitalization [63, 64]. Hospitalization is indicated for suspicion of necrotizing infection or for patients with severe systemic features, such as fever, delirium, or hypotension. Other indications include poor response to outpatient therapy, severe immunocompromise, and problems with a patient's adherence to treatment.

# RECOMMENDATIONS FOR PATIENTS WITH RECURRENT CELLULITIS

## VI. What Is the Preferred Evaluation and Management of Patients with Recurrent Cellulitis?

### Recommendations

20.   Identify and treat predisposing conditions such as edema, obesity, eczema, venous insufficiency, and toe web abnormalities (strong, moderate). These practices should be performed as part of routine patient care and certainly during the acute stage of cellulitis (strong, moderate).

21.   Administration of prophylactic antibiotics, such as oral penicillin or erythromycin bid for 4–52 weeks, or intramuscular benzathine penicillin every 2–4 weeks, should be considered in patients who have 3–4 episodes of cellulitis per year despite attempts to treat or control predisposing factors (weak, moderate). This program should be continued so long as the predisposing factors persist (strong, moderate).

### Evidence Summary

Patients with a previous attack of cellulitis, especially involving the legs, have annual recurrences rates of about 8%–20% [65–67]. The infection usually occurs in the same area as the previous episode. Edema, especially lymphedema and other local risk factors such as venous insufficiency, prior trauma (including surgery) to the area, and tinea pedis or other toe web abnormalities [65–71], increase the frequency of recurrences. Other predisposing conditions include obesity, tobacco use, a history of cancer, and homelessness [66, 67, 71]. Addressing these factors might decrease the frequency of recurrences, but evidence for any such benefit is sparse. For patients with recurrences despite such efforts, antimicrobial prophylaxis may reduce the frequency of future episodes. Two randomized trials using twice-daily oral penicillin or erythromycin demonstrated a substantial reduction in recurrences among the antibiotic recipients compared to controls [72, 73]. An observational trial of monthly intramuscular injections of 1.2 million units of benzathine penicillin found that this regimen was beneficial only in the subgroup of patients who had no identifiable predisposing factors for recurrence [74]. In a study of patients with recurrent cellulitis involving arm lymphedema caused by breast cancer treatment, 2.4 million units of biweekly intramuscular benzathine penicillin seemed to reduce the frequency of episodes, but there was no control group [75]. The duration of therapy is indefinite, and infections may recur once prophylaxis is discontinued. For example, a recent double-blind comparative trial demonstrated that phenoxymethyl-penicillin given as 250 mg

twice daily for 12 months increased the time to recurrence to 626 days compared with 532 days in the control group and decreased the frequency of recurrence from 37% to 22% [76].

## RECOMMENDATIONS FOR SURGICAL SITE INFECTIONS

### VII. What Is the Preferred Management of Surgical Site Infections?

*Recommendations*

22.  Suture removal plus incision and drainage should be performed for surgical site infections (strong, low).

23.  Adjunctive systemic antimicrobial therapy is not routinely indicated, but in conjunction with incision and drainage may be beneficial for surgical site infections associated with a significant systemic response (Figure 2) such as erythema and induration extending >5 cm from the wound edge, temperature >38.5° C, heart rate >110 beats/minute, or white blood cell (WBC) count >12 000/μL (weak, low).

24.  A brief course of systemic antimicrobial therapy is indicated in patients with surgical site infections following clean operations on the trunk, head and neck, or extremities that also have systemic signs of infection (strong, low).

25.  A first-generation cephalosporin or an antistaphylococcal penicillin for methicillin-susceptible *Staphylococcus aureus* (MSSA) or vancomycin, linezolid, daptomycin, telavancin, or ceftaroline where risk factors for MRSA are high (nasal colonization, prior MRSA infection, recent hospitalization, recent antibiotics) is recommended (strong, low).

26.  Agents active against gram-negative bacteria and anaerobes, such as a cephalosporin or fluoroquinolone in combination with metronidazole are recommended for infections following operations on the axilla, gastrointestinal (GI) tract, perineum, or female genital tract (Table 2) (strong, low).

### *Evidence Summary*

Wound infections, or surgical site infections (SSIs) are the most common adverse event affecting hospitalized surgical patients [77]. Data from the National Nosocomial Infection Surveillance System (NNIS) show an average incidence of SSI of 2.6%, accounting for 38% of nosocomial infections in surgical patients [78]. The frequency of SSI is clearly related to the category of operation, with clean and low-risk operations (by NNIS classification) having the lowest incidence, and contaminated and high-risk operations having higher infection rates [79]. Unfortunately, there are no studies that have objectively compared treatments for SSI.

SSIs are divided into the categories of superficial incisional SSI, deep incisional SSI, and organ/space SSI [78]. Superficial incisional SSIs involve only the subcutaneous space, between the skin and underlying muscular fascia, occur within 30 days

of the surgery, and are documented with at least 1 of the following: (1) purulent incisional drainage, (2) positive culture of aseptically obtained fluid or tissue from the superficial wound, (3) local signs and symptoms of pain or tenderness, swelling, and erythema after the incision is opened by the surgeon (unless culture negative), or (4) diagnosis of SSI by the attending surgeon or physician based on their experience and expert opinion. A deep incisional infection involves the deeper soft tissue (eg, fascia and muscle), and occurs within 30 days of the operation or within 1 year if a prosthesis was inserted and has the same findings as described for a superficial incisional SSI. An organ/space SSI has the same time constraints and evidence for infection as a deep incisional SSI, and it may involve any part of the anatomy (organs or spaces) other than the original surgical incision [78]. Examples would include postoperative peritonitis, empyema, or joint space infection. Any deep SSI that does not resolve in the expected manner following treatment should be investigated as a possible superficial manifestation of a deeper organ/space infection. Diagnosis and treatment of organ space infections in the abdomen are discussed in other guidelines. Tedizolid and dalbavancin are also effective treatments of SSTI including those caused by MRSA and may be approved by the US Food and Drug Administration (FDA) in June 2014.

Local signs of pain, swelling, erythema, and purulent drainage provide the most reliable information in diagnosing an SSI. In morbidly obese patients or in those with deep, multilayer wounds such as after thoracotomy, external signs of SSI may be delayed. While many patients with a SSI will develop fever, it usually does not occur immediately postoperatively, and in fact, most postoperative fevers are not associated with an SSI [80]. Flat, erythematous skin changes can occur around or near a surgical incision during the first week without swelling or wound drainage. Most resolve without any treatment. The cause is unknown but may relate to tape sensitivity or other local tissue insult not involving bacteria. Numerous experimental studies and clinical trials demonstrate that antibiotics begun immediately postoperatively or continued for long periods after the procedure do not prevent or cure this inflammation or infection [81–88]. Therefore, the suspicion of possible SSI does not justify use of antibiotics without a definitive diagnosis and the institution of other therapeutic measures such as opening the wound (Figure 2).

SSIs rarely occur during the first 48 hours after surgery, and fever during that period usually arises from noninfectious or unknown causes. SSIs that do occur in this time frame are almost always due to *S. pyogenes* or *Clostridium* species. After 48 hours, SSI is a more common source of fever, and careful inspection of the wound is indicated; by 4 days after surgery, a fever is equally likely to be caused by an SSI or by another infection or other unknown sources [80]. Later infections are less

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

likely, but surveillance standards mandate 30 days of follow-up for operations without placement of prosthetic material and for 1 year for operations where a prosthesis was inserted.

Accordingly, fever or systemic signs during the first several postoperative days should be followed by direct examination of the wound to rule out signs suggestive of streptococcal or clostridial infection (see section on necrotizing soft tissue infections and clostridial myonecrosis), but should not otherwise cause further manipulation of the wound. Patients with an early infection due to streptococci or clostridia have wound drainage with the responsible organisms present on Gram stain (Figure 2). White blood cells may not be evident in the drainage in most clostridial and some early streptococcal infections. Another rare cause of early fever and systemic signs following operation is staphylococcal wound toxic shock syndrome [89, 90]. In these cases the wound is often deceptively benign in appearance. Erythroderma occurs early and desquamation occurs late. Fever, hypotension, abnormal hepatic and renal blood studies, and diarrhea are early findings. Appropriate treatment is to open the incision, perform culture, and begin antistaphylococcal treatment.

The most important therapy for an SSI is to open the incision, evacuate the infected material, and continue dressing changes until the wound heals by secondary intention. Most textbooks of surgery, infectious diseases, or even surgical infectious diseases extensively discuss the epidemiology, prevention, and surveillance of SSIs, but not their treatment [91–97]. Two contain simple, unreferenced, recommendations to open an infected wound without using antibiotics [96, 98]. Thus, if there is <5 cm of erythema and induration, and if the patient has minimal systemic signs of infection (temperature <38.5°C, WBC count <12 000 cells/µL, and pulse <100 beats/minute), antibiotics are unnecessary [99]. Studies of subcutaneous abscesses found little or no benefit for antibiotics when combined with drainage [18, 21, 100, 101]. The single published trial of antibiotic administration for SSI specifically found no clinical benefit [99]. Incision and drainage of superficial abscesses rarely causes bacteremia [102], and thus prophylactic antibiotics are not recommended.

Patients with temperature >38.5°C or heart rate >110 beats/minute or erythema extending beyond the wound margins for >5 cm may require a short course (eg, 24–48 hours) of antibiotics, as well as opening of the suture line (Figure 2). The antibiotic choice is usually empiric but can be supported by Gram stain, culture of the wound contents (Table 2), and the site of surgery. For example, an SSI following an operation on the intestinal tract or female genitalia has a high probability of a mixed gram-positive and gram-negative flora with both facultative and anaerobic organisms. Antibiotics considered suitable for treatment of intra-abdominal infection are appropriate. If the operation was a clean procedure that did not enter the intestinal or genital tracts, *S. aureus* and streptococcal species are the most common organisms. If the institution in which the operation was performed has a significant proportion of infections with MRSA or the patient has had prior MRSA infection, nasal colonization or was previously on antibiotics, the initial antibiotic should include vancomycin, linezolid, daptomycin, telavancin, or ceftaroline for MRSA coverage as well as one of the following for gram-negative and anaerobic coverage: (1) piperacillin-tazobactam, (2) a carbapenem, or (3) ceftriaxone and metronidazole (Table 3).

Infections following surgical operations on the axilla also have a significant recovery of gram-negative organisms, and those in the perineum have a higher incidence of gram-negative organisms and anaerobes [100, 103, 104]; antibiotic selections should provide coverage for these organisms (Table 3). Figure 2 presents a schematic algorithm to approach patients with suspected SSIs and includes specific antibiotic recommendations [105]. Infections developing after surgical procedures involving nonsterile areas such as colonic, vaginal, biliary, or respiratory mucosa may be caused by a combination of aerobic and anaerobic bacteria [18, 87, 88, 101]. These infections can rapidly progress and involve deeper structures than just the skin, such as fascia, fat, or muscle (Tables 3 and 4).

## RECOMMENDATIONS FOR EVALUATION AND TREATMENT OF NECROTIZING FASCIITIS

### VIII. What Is the Preferred Evaluation and Treatment of Necrotizing Fasciitis, Including Fournier Gangrene?
*Recommendations*

27.   Prompt surgical consultation is recommended for patients with aggressive infections associated with signs of systemic toxicity or suspicion of necrotizing fasciitis or gas gangrene (severe nonpurulent; Figure 1) (strong, low).

28.   Empiric antibiotic treatment should be broad (eg, vancomycin or linezolid plus piperacillin-tazobactam or plus a carbapenem, or plus ceftriaxone and metronidazole), as the etiology can be polymicrobial (mixed aerobic-anaerobic microbes) or monomicrobial (group A *Streptococcus*, community-acquired MRSA) (strong, low).

29.   Penicillin plus clindamycin is recommended for treatment of documented group A streptococcal necrotizing fasciitis (strong, low).

### Evidence Summary
Necrotizing SSTIs differ from the milder, superficial infections by clinical presentation, coexisting systemic manifestations, and treatment strategies (Table 4). These deep infections involve the fascial and/or muscle compartments and are potentially devastating due to major tissue destruction and death. They usually develop from an initial break in the skin related to trauma or

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

**Table 3. Antibiotics for Treatment of Incisional Surgical Site Infections**

| |
|---|
| Surgery of Intestinal or Genitourinary Tract |
| Single-drug regimens |
| Ticarcillin-clavulanate 3.1 g every 6 h IV |
| Piperacillin-tazobactam 3.375 g every 6 h or 4.5 g every 8 h IV |
| Imipenem-cilastatin 500 mg every 6 h IV |
| Meropenem 1 g every 8 h IV |
| Ertapenem 1 g every 24 h IV |
| Combination regimens |
| Ceftriaxone 1 g every 24 h + metronidazole 500 mg every 8 h IV |
| Ciprofloxacin 400 mg IV every 12 h or 750 mg po every 12 h + metronidazole 500 mg every 8 h IV |
| Levofloxacin 750 mg IV every 24 h + metronidazole 500 mg every 8 h IV |
| Ampicillin-sulbactam 3 g every 6 h + gentamicin or tobramycin 5 mg/kg every 24 h IV |
| Surgery of trunk or extremity away from axilla or perineum |
| Oxacillin or nafcillin 2 g every 6 h IV |
| Cefazolin 0.5–1 g every 8 h IV |
| Cephalexin 500 mg every 6 h po |
| SMX-TMP 160–800 mg po every 6 h |
| Vancomycin 15 mg/kg every 12 h |
| Surgery of axilla or perineum[a] |
| Metronidazole 500 mg every 8 h IV |
| plus |
| Ciprofloxacin 400 mg IV every 12 h or 750 mg po every 12 h IV po |
| Levofloxacin 750 mg every 24 h IV po |
| Ceftriaxone 1 g every 24 h |

Abbreviations: IV, intravenous; po, by mouth; SMX-TMP, sulfamethoxazole-trimethoprim.

[a] May also need cover for methicillin-resistant *Staphylococcus aureus* with vancomycin 15 mg/kg every 12 h.

surgery. They can be monomicrobial, usually from streptococci or less commonly community-acquired MRSA, *Aeromonas hydrophila*, or *Vibrio vulnificus*, or polymicrobial, involving a mixed aerobe–anaerobe bacterial flora. Although many specific variations of necrotizing soft tissue infections have been described based on etiology, microbiology, and specific anatomic location of the infection, the initial approach to diagnosis, antimicrobial treatment, and surgical intervention is similar for all forms and is more important than determining the specific variant. Early in the course, distinguishing between a cellulitis that should respond to antimicrobial treatment alone and a necrotizing infection that requires operative intervention is critical but may be difficult.

## Necrotizing Fasciitis

Necrotizing fasciitis is an aggressive subcutaneous infection that tracks along the superficial fascia, which comprises all the tissue between the skin and underlying muscles [106, 107]. The term "fasciitis" sometimes leads to the mistaken impression that the muscular fascia or aponeurosis is involved, but in fact it is the superficial fascia that is most commonly involved.

### Clinical Features

Extension from a skin lesion is seen in most cases. The initial lesion can be trivial, such as a minor abrasion, insect bite, injection site (as in drug addicts), or boil, and a small minority of patients have no visible skin lesion. The initial presentation is that of cellulitis, which can advance rapidly or slowly. As it progresses, there is systemic toxicity, often including high temperatures, disorientation, and lethargy. Examination of the local site typically reveals cutaneous inflammation, edema, and discoloration or gangrene and anesthesia. A distinguishing clinical feature is the wooden-hard induration of the subcutaneous tissues. In cellulitis, the subcutaneous tissues are palpable and yielding; in fasciitis the underlying tissues are firm, and the fascial planes and muscle groups cannot be discerned by palpation. A broad erythematous tract is sometimes evident along the route of the infection, as it advances proximally in an extremity. If there is an open wound, probing the edges with a blunt instrument permits ready dissection of the superficial fascial planes well beyond the wound margins.

### Bacteriology

In the monomicrobial form, the usual pathogens are *S. pyogenes*, *S. aureus*, *V. vulnificus*, *A. hydrophila*, and anaerobic streptococci (*Peptostreptococcus*). Infection with staphylococci and hemolytic streptococci can occur simultaneously. Most infections are community acquired and present in the limbs, with approximately two-thirds in the lower extremities. There is often a predisposing condition, such as diabetes, arteriosclerotic vascular disease, venous insufficiency with edema, venous stasis or vascular insufficiency, ulcer, or injection drug use. Cases of necrotizing fasciitis that arise after varicella or trivial injuries, such as minor scratches or insect bites, are usually due to *S. pyogenes* or, far less commonly, community-acquired MRSA [108]. The mortality in patients with group A streptococcal necrotizing fasciitis, hypotension, and organ failure is high, ranging from 30% to 70% [109, 110]. Nearly 50% of patients with necrotizing fasciitis caused by *S. pyogenes* have no portal of entry but develop deep infection at the exact site of nonpenetrating trauma such as a bruise or muscle strain. Some cases are associated with child delivery and involve the uterus or episiotomy site. Severe pain may be the initial clinical symptom with little cutaneous evidence due to the deep infection.

Polymicrobial infection is most commonly associated with 4 clinical settings: (1) perianal abscesses, penetrating abdominal trauma, or surgical procedures involving the bowel; (2) decubitus ulcers; (3) injection sites in illicit drug users; and (4) spread from a genital site such as Bartholin abscess, episiotomy wound, or a minor vulvovaginal infection. In the polymicrobial form,

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

**Table 4.   Treatment of Necrotizing Infections of the Skin, Fascia, and Muscle**

| Type of Infection | First-line Antimicrobial Agent | Adult Dosage | Pediatric Dosage Beyond the Neonatal Period | Antimicrobial Agent for Patients With Severe Penicillin Hypersensitivity |
|---|---|---|---|---|
| Mixed infections | Piperacillin-tazobactam plus vancomycin | 3.37 g every 6–8 h IV 30 mg/kg/d in 2 divided doses | 60–75 mg/kg/dose of the piperacillin component every 6 h IV 10–13 mg/kg/dose every 8 h IV | Clindamycin or metronidazole[a] with an aminoglycoside or fluoroquinolone |
| | Imipenem-cilastatin | 1 g every 6–8 h IV | N/A | N/A |
| | Meropenem | 1 g every 8 h IV | 20 mg/kg/dose every 8 h IV | |
| | Ertapenem | 1 g daily IV | 15 mg/kg/dose every 12 h IV for children 3 mo-12 y | |
| | Cefotaxime plus metronidazole or clindamycin | 2 g every 6 h IV 500 mg every 6 h IV 600–900 mg every 8 h IV | 50 mg/kg/dose every 6 h IV 7.5 mg/kg/dose every 6 h IV 10–13 mg/kg/dose every 8 h IV | N/A |
| *Streptococcus* | Penicillin plus clindamycin | 2–4 million units every 4–6 h IV (adult) 600–900 mg every 8 h IV | 60 000–100 000 units/kg/dose every 6 h IV 10–13 mg/kg/dose every 8 h IV | Vancomycin, linezolid, quinupristin/dalfopristin, daptomycin |
| *Staphylococcus aureus* | Nafcillin | 1–2 g every 4 h IV | 50 mg/kg/dose every 6 h IV | Vancomycin, linezolid, quinupristin/dalfopristin, daptomycin |
| | Oxacillin | 1–2 g every 4 h IV | 50 mg/kg/dose every 6 h IV | |
| | Cefazolin | 1 g every 8 h IV | 33 mg/kg/dose every 8 h IV | |
| | Vancomycin (for resistant strains) | 30 mg/kg/d in 2 divided doses IV | 15 mg/kg/dose every 6 h IV | |
| | Clindamycin | 600–900 mg every 8 h IV | 10–13 mg/kg/dose every 8 h IV | Bacteriostatic; potential cross-resistance and emergence of resistance in erythromycin-resistant strains; inducible resistance in MRSA[b] |
| *Clostridium* species | Clindamycin plus penicillin | 600–900 mg every 8 h IV 2–4 million units every 4–6 h IV (adult) | 10–13 mg/kg/dose every 8 h IV 60 000–100 00 units/kg/dose every 6 h IV | N/A |
| *Aeromonas hydrophila* | Doxycycline plus ciprofloxacin or ceftriaxone | 100 mg every 12 h IV 500 mg every 12 h IV 1 to 2 g every 24 h IV | Not recommended for children but may need to use in life-threatening situations | N/A |
| *Vibrio vulnificus* | Doxycycline plus ceftriaxone or cefotaxime | 100 mg every 12 h IV 1 g qid IV 2 g tid IV | Not recommended for children but may need to use in life-threatening situations | N/A |

Abbreviations: IV, intravenous; MRSA, methicillin-resistant *Staphylococcus aureus*; N/A, not applicable; qid, 4 times daily; tid, 3 times daily.

[a] If staphylococcus present or suspected, add an appropriate agent.

[b] If MRSA is present or suspected, add vancomycin not to exceed the maximum adult daily dose.

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

numerous different anaerobic and aerobic organisms can be cultured from the involved fascial plane, with an average of 5 pathogens in each wound. Most of the organisms originate from the bowel or genitourinary flora (eg, coliforms and anaerobic bacteria).

### Diagnosis

The diagnosis of fasciitis may not be apparent upon first seeing the patient. Overlying cutaneous inflammation may resemble cellulitis. However, features that suggest involvement of deeper tissues include (1) severe pain that seems disproportional to the clinical findings; (2) failure to respond to initial antibiotic therapy; (3) the hard, wooden feel of the subcutaneous tissue, extending beyond the area of apparent skin involvement; (4) systemic toxicity, often with altered mental status; (5) edema or tenderness extending beyond the cutaneous erythema; (6) crepitus, indicating gas in the tissues; (7) bullous lesions; and (8) skin necrosis or ecchymoses.

Computed tomography (CT) or magnetic resonance imaging (MRI) may show edema extending along the fascial plane, although the sensitivity and specificity of these imaging studies are ill defined. CT or MRI also may delay definitive diagnosis and treatment. In practice, clinical judgment is the most important element in diagnosis. The most important diagnostic feature of necrotizing fasciitis is the appearance of the subcutaneous tissues or fascial planes at operation. The fascia at the time of direct visual examination is swollen and dull gray in appearance with stringy areas of necrosis; a thin, brownish exudate may be present. Even after deep dissection, there is typically no true pus detected. Extensive undermining of surrounding tissues is usually present, and the tissue planes can be readily dissected with a gloved finger or a blunt instrument. Several clinical scoring systems have been proposed, but all of these are more useful for excluding necrotizing soft tissue infections than identifying them. A high index of suspicion remains paramount [111].

A definitive bacteriologic diagnosis is best established by culture and Gram stain of deep tissue obtained at operation or by positive blood cultures. Cultures of the superficial wound may be misleading because results may not reflect organisms in the deep tissue infection. Direct needle aspiration of an area of cutaneous inflammation may yield fluid for Gram stain and culture. In suspected cases a small, exploratory incision made in the area of maximum suspicion can be useful for excluding or confirming the diagnosis. Gram stains of the exudate will demonstrate the pathogens and provide an early guide to antimicrobial therapy. Gram-positive cocci in chains suggest *Streptococcus* (either group A or anaerobic). Large gram-positive cocci in clusters suggest *S. aureus*. If a necrotizing infection is present, it will be obvious from the findings described above. If there is no necrosis on exploratory incision, the procedure can be terminated with very little risk or morbidity to the patient. Biopsy for frozen section analysis may also be used to make the diagnosis, but, if enough suspicion exists to do a biopsy, the diagnosis is usually evident on gross inspection without histologic confirmation. In addition, sampling errors of biopsy alone may produce a false-negative result.

### Treatment

Surgical intervention is the primary therapeutic modality in cases of necrotizing fasciitis and is indicated when this infection is confirmed or suspected. Features suggestive of necrotizing fasciitis include (1) the clinical findings described above; (2) failure of apparently uncomplicated cellulitis to respond to antibiotics after a reasonable trial; (3) profound toxicity; fever, hypotension, or advancement of the SSTI during antibiotic therapy; (4) skin necrosis with easy dissection along the fascia by a blunt instrument; or (5) presence of gas in the soft tissues.

Most patients with necrotizing fasciitis should return to the operating room 24–36 hours after the first debridement and daily thereafter until the surgical team finds no further need for debridement. Although discrete pus is usually absent, these wounds can discharge copious amounts of tissue fluid, and aggressive fluid administration is a necessary adjunct.

In the absence of definitive clinical trials, antimicrobial therapy should be administered until further debridement is no longer necessary, the patient has improved clinically, and fever has been absent for 48–72 hours. Empiric treatment of polymicrobial necrotizing fasciitis should include agents effective against both aerobes, including MRSA, and anaerobes (Table 4). Among the many choices is vancomycin, linezolid, or daptomycin combined with one of the following options: (1) piperacillin-tazobactam, (2) a carbapenem (imipenem-cilastatin, meropenem, and ertapenem), (3) ceftriaxone plus metronidazole, or (4) a fluoroquinolone plus metronidazole (Table 4). Once the microbial etiology has been determined, the antibiotic coverage should be appropriately modified.

Necrotizing fasciitis and/or streptococcal toxic shock syndrome caused by group A streptococci should be treated with both clindamycin and penicillin. Clindamycin suppresses streptococcal toxin and cytokine production. Clindamycin was found to be superior to penicillin in animal models, and 2 observational studies show greater efficacy for clindamycin than β-lactam antibiotics [112,113]. Penicillin should be added because of potential resistance of group A streptococci to clindamycin. Macrolide resistance in the United States is <5.0% among group A streptococci [114], but in Germany macrolide resistance is 8.2%, and in Spain 18.3% [115, 116]. Some of these strains are also clindamycin resistant. Interestingly, in the United States, no resistance to clindamycin was found from invasive strains of group A streptococci in Chicago [117].

The efficacy of intravenous immunoglobulin (IVIG) in treating streptococcal toxic shock syndrome has not been

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

definitively established. As extracellular streptococcal toxins have a role in organ failure, shock, and tissue destruction, neutralization of these toxins theoretically could be beneficial. Because a standardized antitoxin is unavailable, IVIG has been studied. However, there is considerable batch-to-batch variation of IVIG in terms of the quantity of neutralizing antibodies, and clinical data of efficacy are lacking [118]. One observational study demonstrated better outcomes in patients receiving IVIG, but this report was confounded because IVIG recipients were more likely to have had surgery and to have received clindamycin than the historical controls [119]. A double-blind, placebo-controlled trial from Northern Europe in which both groups were similar in terms of surgery and clindamycin treatment showed no statistically significant improvement in survival and a statistically nonsignificant reduction in the median time to no further progression of necrotizing fasciitis or cellulitis (20 hours for the IVIG group vs 24 hours for the placebo group) [120]. Additional studies of the efficacy of IVIG are necessary before a recommendation can be made supporting its use in this setting.

### Fournier Gangrene

This variant of necrotizing soft tissue infection involves the scrotum and penis or vulva [121, 122]. The average age at onset is 50–60 years. Eighty percent of patients have significant underlying diseases, particularly diabetes mellitus.

### Clinical Features

Fournier gangrene usually occurs from a perianal or retroperitoneal infection that has spread along fascial planes to the genitalia; a urinary tract infection, most commonly secondary to a urethral stricture, that involves the periurethral glands and extends into the penis and scrotum; or previous trauma to the genital area, providing access of organisms to the subcutaneous tissues.

### Bacteriology

The pace of infection can begin insidiously or abruptly with fever and pain, erythema, and swelling in the genitalia [121,122]. As the disease progresses, cutaneous necrosis and crepitus, indicating gas in the soft tissue, may develop. The gangrene is usually limited to skin and subcutaneous tissue. The testes, glans penis, and spermatic cord are typically spared, as they have a separate blood supply. The infection may extend to the perineum and the anterior abdominal wall. Most cases are caused by mixed aerobic and anaerobic flora. *Staphylococcus aureus* and *Pseudomonas* species are sometimes present, usually in mixed culture. *Staphylococcus aureus* is known to cause this infection as the sole pathogen.

### Treatment

As with other necrotizing infections, prompt, aggressive surgical debridement is necessary to remove all necrotic tissue, sparing the deeper structures when possible.

## PYOMYOSITIS

### IX. What Is the Appropriate Approach to the Management of Pyomyositis?

#### Recommendations

30.  MRI is the recommended imaging modality for establishing the diagnosis of pyomyositis. CT scan and ultrasound studies are also useful (strong, moderate).

31.  Cultures of blood and abscess material should be obtained (strong, moderate).

32.  Vancomycin is recommended for initial empirical therapy. An agent active against enteric gram-negative bacilli should be added for infection in immunocompromised patients or following open trauma to the muscles (strong, moderate).

33.  Cefazolin or antistaphylococcal penicillin (eg, nafcillin or oxacillin) is recommended for treatment of pyomyositis caused by MSSA (strong, moderate).

34.  Early drainage of purulent material should be performed (strong, high).

35.  Repeat imaging studies should be performed in the patient with persistent bacteremia to identify undrained foci of infection (strong, low).

36.  Antibiotics should be administered intravenously initially, but once the patient is clinically improved, oral antibiotics are appropriate for patients whose bacteremia cleared promptly and those with no evidence of endocarditis or metastatic abscess. Two to 3 weeks of therapy is recommended (strong, low).

#### Evidence Summary

Pyomyositis is the presence of pus within individual muscle groups, caused mainly by *S. aureus*. Due to geographical distribution, this condition is often called tropical pyomyositis, but cases can occur in temperate climates, especially in patients with human immunodeficiency virus (HIV) infection or diabetes mellitus [123]. Presenting findings are localized pain in a single muscle group, muscle tenderness, and fever. The disease typically occurs in an extremity, but any muscle group can be involved, including the psoas or trunk muscles. Initially, it may not be possible to palpate a discrete fluctuance because the infection is deep within the muscle, but the area may have a firm, "woody" feel, along with pain and tenderness. In more advanced cases, a bulging abscess may become clinically apparent. Local trauma or vigorous use of muscles may precede this infection.

*Staphylococcus aureus* accounts for about 90% of pathogens causing pyomyositis; community-acquired MRSA isolates in this infection have been reported in many nontropical communities [124–126]. Group A streptococci, *Streptococcus pneumoniae*, and gram-negative enteric bacteria are other possible etiologic agents [127]. Blood cultures are positive in 5%–30% of patients. Serum creatine kinase concentrations are typically

normal in patients with a single area of pyomyositis related to hematogenous seeding of muscle [124].

MRI is the imaging modality that demonstrates pyomyositis most effectively [128, 129]. Muscle inflammation and abscess formation are readily noted; other sites of infection such as osteomyelitis or septic arthritis may also be observed or a venous thrombosis detected [130, 131]. In patients with disseminated *S. aureus* infection, multiple small areas of pyomyositis may become apparent. If an MRI cannot be performed, a CT scan can be useful, but it lacks the detail seen with MRI. Ultrasound is helpful if the infected muscle groups are superficial. Plain radiographs are sometimes used, but may demonstrate only soft tissue swelling.

In most cases of abscess, drainage is critical for optimal therapy [132]. Given the prevalence of community-acquired MRSA in the United States [124, 132], vancomycin is recommended for initial empirical therapy. Other agents active against MRSA (eg, linezolid, daptomycin, telavancin, or ceftaroline; clindamycin for susceptible isolates) may also be effective; however, clinical data are lacking because pyomyositis was an exclusion in randomized trials comparing these agents to vancomycin in treating complicated SSTIs [133–135]. Cefazolin or antistaphylococcal penicillin is recommended for definitive therapy of pyomyositis caused by MSSA. A broader spectrum of organisms causes pyomyositis in patients with underlying conditions [126], and empirical coverage with vancomycin plus 1 of the following is recommended: (a) piperacillin-tazobactam, (b) ampicillin-sulbactam, or (c) a carbapenem antimicrobial.

## RECOMMENDATIONS FOR EVALUATION AND TREATMENT OF CLOSTRIDIAL GAS GANGRENE AND MYONECROSIS

### X. What Is the Appropriate Approach to the Evaluation and Treatment of Clostridial Gas Gangrene or Myonecrosis?
*Recommendations*

37.   Urgent surgical exploration of the suspected gas gangrene site and surgical debridement of involved tissue should be performed (severe nonpurulent; Figure 1) (strong, moderate).

38.   In the absence of a definitive etiologic diagnosis, broad-spectrum treatment with vancomycin plus either piperacillin-tazobactam, ampicillin-sulbactam, or a carbapenem antimicrobial is recommended (strong, low). Definitive antimicrobial therapy along with penicillin and clindamycin is recommended for treatment of clostridial myonecrosis (strong, low).

39.   Hyperbaric oxygen (HBO) therapy is not recommended because it has not been proven as a benefit to the patient and may delay resuscitation and surgical debridement (strong, low).

### Evidence Summary
Clostridial gas gangrene or myonecrosis is most commonly caused by *Clostridium perfringens*, *Clostridium novyi*, *Clostridium*

*histolyticum*, or *Clostridium septicum*. *Clostridium perfringens* is the most frequent cause of trauma-associated gas gangrene [136]. Increasingly severe pain beginning within 24 hours at the injury site is the first reliable clinical symptom. The skin may initially appear pale, but quickly changes to bronze, then purplish-red. The infected region becomes tense and tender, and bullae filled with reddish-blue fluid appear. Gas in the tissue, detected as crepitus or by imaging, is usually present by this late stage. Signs of systemic toxicity, including tachycardia, fever, and diaphoresis, develop rapidly, followed by shock and multiple organ failure.

Spontaneous gangrene, in contrast to trauma-associated gangrene, is principally associated with the more aerotolerant *C. septicum* and occurs predominantly in patients with neutropenia or gastrointestinal malignancy. It develops in normal soft tissue in the absence of trauma as a result of hematogenous spread from a colonic lesion, usually cancer. A rather innocuous early lesion evolves over the course of 24 hours into an infection with all of the cardinal manifestations of gas gangrene. The diagnosis is frequently not considered until gas is detected in tissue or systemic signs of toxicity appear. Early surgical inspection and debridement are necessary, and tissue Gram stain shows large, gram-positive or gram-variable rods at the site of infection [136].

Clostridial gas gangrene is a fulminant infection that requires meticulous intensive care, supportive measures, emergent surgical debridement, and appropriate antibiotics. Because bacteria other than clostridia produce tissue gas, initial coverage should be broad as for necrotizing fasciitis until the diagnosis is established by culture or Gram stain. Treatment of experimental gas gangrene has demonstrated that tetracycline, clindamycin, and chloramphenicol are more effective than penicillin [137, 138]. Because 5% of strains of *C. perfringens* are clindamycin resistant, the combination of penicillin plus clindamycin is the recommended antibiotic treatment [137, 138].

The value of adjunctive HBO treatment for gas gangrene is controversial [139]. HBO is advocated on the basis of laboratory studies showing that it suppressed log-phase growth of *C. perfringens*, but not the more aerotolerant *C. septicum* [140, 141]. Studies in animal models demonstrate little efficacy of HBO when used alone, whereas antibiotics alone, especially those that inhibit bacterial protein synthesis, have marked benefit [139].

Clinical data for a role of HBO are very poor quality and are entirely based on uncontrolled, observational case series [142]. The absence of criteria to identify patients who may benefit from HBO therapy, the appropriate time to initiate therapy, and its association with serious adverse events are additional concerns [142, 143].

Emergent and aggressive surgical debridement and administration of systemic antimicrobials are the cornerstones of

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

effective therapy and crucial to ensure survival [144–146]. Unnecessary delay because of ancillary procedures such as CT scans or MRI should be avoided. Some trauma centers associated with HBO units may have greater expertise in managing these aggressive infections, but proximity and speed of transfer should be carefully considered before transporting the patient to HBO units, which may delay potentially life-saving surgical intervention.

## RECOMMENDATIONS FOR ANIMAL AND HUMAN BITE WOUNDS PREVENTION AND TREATMENT

### XI. What Is the Role of Preemptive Antimicrobial Therapy to Prevent Infection for Dog or Cat Bites?

*Recommendations*

40.   Preemptive early antimicrobial therapy for 3–5 days is recommended for patients who (a) are immunocompromised, (b) are asplenic, (c) have advanced liver disease, (d) have preexisting or resultant edema of the affected area, (e) have moderate to severe injuries, especially to the hand or face, or (f) have injuries that may have penetrated the periosteum or joint capsule (strong, low).

41.   Postexposure prophylaxis for rabies may be indicated; consultation with local health officials is recommended to determine if vaccination should be initiated (strong, low).

### Evidence Summary

Numerous studies highly variable in quality and employing diverse and nonstandardized approaches to basic wound care and a variety of antimicrobial agents, have failed to definitively determine who should receive early, preemptive therapy for bite wounds. Consequently, the decision to give "prophylactic" antibiotics should be based on wound severity and host immune competence [147, 148].

Prophylactic or early preemptive therapy seems to provide marginal benefit to wound care for patients with dog bites who present within 12–24 hours after injury, particularly in low-risk wounds—that is, those that are not associated with puncture wounds; those in patients with no history of an immunocompromising disorder or use of immunosuppressive drugs; or wounds not involving the face, hand, or foot [149–152]. A meta-analysis of 8 randomized trials of dog bite wounds found a cumulative incidence of infection of 16%, with a relative risk of infection in patients treated with antibiotics compared with controls to be 0.56 [153]. The authors concluded that antibiotics reduced the risk of infection in dog bite wounds but suggested limiting this to "high risk" wounds. Amoxicillin-clavulanate administered in one study for a variety of full-skin thickness animal bites in patients presenting >9 hours after the bite resulted in a lower infection rate [144]. A Cochrane

review supported a recommendation to limit prophylactic antibiotics in mammalian bites to only those with hand injuries and human bites [145, 154, 155]. However, the 8 studies analyzed in the review had serious limitations including small numbers of patients (range, 12–190), inappropriate choices of empiric antibiotics, failure to perform intention-to-treat analysis (4 of 8 studies), and unspecified method of randomization (4 of 8 studies) [155]. Proper selection of patients benefiting from prophylaxis could reduce the incidence of infection and save drug costs and diminish side effects. Unfortunately, some patients who may benefit from therapy may not receive it in a timely fashion and become infected. Research with controlled aspects of wound care and standard definitions for inclusion would help further define the role of wound care compared with antimicrobial agents for prevention of infection. The need for rabies prophylaxis and/or therapy should be addressed.

### XII. What Is the Treatment for Infected Animal Bite–Related Wounds?

*Recommendation*

42.   An antimicrobial agent or agents active against both aerobic and anaerobic bacteria such as amoxicillin-clavulanate (Table 5) should be used (strong, moderate).

### Evidence Summary

Purulent bite wounds and abscess are more likely to be polymicrobial (mixed aerobes and anaerobes), whereas nonpurulent wounds commonly yield staphylococci and streptococci [156, 157]. *Pasteurella* species are commonly isolated from both nonpurulent wounds with or without lymphangitis and from abscesses. Additionally, nonpurulent wound infections may also be polymicrobial [156].

Based on this bacteriology, amoxicillin-clavulanate is appropriate oral therapy that covers the most likely aerobes and anaerobes found in bite wounds. Alternative therapies could include second-generation cephalosporins (intravenously [IV] or by mouth [po]) (eg, cefuroxime, other second- or third-generation cephalosporins), plus anaerobic coverage (clindamycin or metronidazole) if required (Table 5). A carbapenem, moxifloxacin, or doxycycline is also appropriate. If SMX-TMP or levofloxacin is used, anaerobic coverage with either clindamycin or metronidazole should be added (Table 5). Unless no alternative agents are available, macrolides should be avoided due to variable activity against *Pasteurella multocida* and fusobacteria. Pregnancy is a relative contraindication for use of tetracyclines and fluoroquinolones, whereas SMX-TMP may be safely prescribed except in the third trimester of pregnancy [140, 141, 143, 156–160].

Human bites may occur from accidental injuries, purposeful biting, or closed-fist injuries. The bacteriologic characteristics of these wounds are complex, but include aerobic bacteria, such as

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

**Table 5.  Recommended Therapy for Infections Following Animal or Human Bites**

| Antimicrobial Agent by Type of Bite | Therapy Type | | |
|---|---|---|---|
| | Oral | Intravenous | Comments |
| Animal bite | | | |
| Amoxicillin-clavulanate | 875/125 mg bid | . . . | Some gram-negative rods are resistant; misses MRSA |
| Ampicillin-sulbactam | . . . | 1.5–3.0 g every 6–8 h | Some gram-negative rods are resistant; misses MRSA |
| Piperacillin-tazobactam | . . . | 3.37 g every 6–8 h | Misses MRSA |
| Carbapenems | | See individual info. | Misses MRSA |
| Doxycycline | 100 mg bid | 100 mg every 12 h | Excellent activity against *Pasteurella multocida*; some streptococci are resistant |
| Penicillin plus dicloxacillin | 500 mg qid/500 mg qid | . . . | |
| SMX-TMP | 160–800 mg bid | 5–10 mg/kg/day of TMP component | Good activity against aerobes; poor activity against anaerobes |
| Metronidazole | 250–500 mg tid | 500 mg every 8 h | Good activity against anaerobes; no activity against aerobes |
| Clindamycin | 300 mg tid | 600 mg every 6–8 h | Good activity against staphylococci, streptococci, and anaerobes; misses *P. multocida* |
| Second-generation cephalosporin | | | Good activity against *P. multocida*; misses anaerobes |
| Cefuroxime | 500 mg bid | 1 g every 12 h | |
| Cefoxitin | . . . | 1 g every 6–8 h | |
| Third-generation cephalosporin | | | |
| Ceftriaxone | . . . | 1 g every 12 h | |
| Cefotaxime | . . . | 1–2 g every 6–8 h | |
| Fluoroquinolones | | | Good activity against *P. multocida;* misses MRSA and some anaerobes |
| Ciprofloxacin | 500–750 mg bid | 400 mg every 12 h | |
| Levofloxacin | 750 mg daily | 750 mg daily | |
| Moxifloxacin | 400 mg daily | 400 mg daily | Monotherapy; good for anaerobes also |
| Human bite | | | |
| Amoxicillin-clavulanate | 875/125 mg bid | . . . | Some gram-negative rods are resistant; misses MRSA |
| Ampicillin-sulbactam | . . . | 1.5–3.0 g every 6 h | Some gram-negative rods are resistant; misses MRSA |
| Carbapenems | | | Misses MRSA |
| Doxycycline | 100 mg bid | . . . | Good activity against *Eikenella* species, staphylococci, and anaerobes; some streptococci are resistant |

Abbreviations: bid, twice daily; MRSA, methicillin-resistant *Staphylococcus aureus*; qid, 4 times daily; SMX-TMP, sulfamethoxazole-trimethoprim; tid, 3 times daily.

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

streptococci, *S. aureus*, and *Eikenella corrodens*, as well as with multiple anaerobic organisms, including *Fusobacterium*, *Peptostreptococcus*, *Prevotella*, and *Porphyromonas* species. *Eikenella corrodens* is resistant to first-generation cephalosporins, macrolides, clindamycin, and aminoglycosides (Table 5). Therefore, treatment with amoxicillin-clavulanate, ampicillin-sulbactam, or ertapenem is recommended; if there is history of hypersensitivity to β-lactams, a fluoroquinolone, such as ciprofloxacin or levofloxacin plus metronidazole, or moxifloxacin as a single agent is recommended. Broader empirical coverage for abscesses might yield better therapeutic results. Additionally, a more focused therapy for nonpurulent infected wounds could allow narrower therapy. Cultures are often not done on wounds, and empirical therapy might miss pathogens. The bacteriology of these wounds can differentiate the number of isolates per wound and whether additional coverage for anaerobes is required.

## XIII. Should Tetanus Toxoid Be Administered for Animal Bite Wounds?

### Recommendation

43.  Tetanus toxoid should be administered to patients without toxoid vaccination within 10 years. Tetanus, diptheria, and pertussis (Tdap) is preferred over Tetanus and diptheria (Td) if the former has not been previously given (strong, low).

### Evidence Summary

Tetanus is a severe and often fatal disease preventable through routine vaccination (ie, primary series and decennial boosters). The incidence of tetanus in the United States has declined

steadily since introduction of tetanus toxoid vaccines [146], and all 50 states have legal requirements that children receive at least a primary series (ie, 3 doses) of tetanus toxoid before entering school. Although no recent cases of tetanus from a bite have been reported, dogs and cats are coprophagic and could potentially transmit tetanus. Administering tetanus vaccine/toxoid after animal bite wounds is predicated upon the Advisory Committee on Immunization Practices (ACIP) recommendations [142]. The benefits of regular tetanus toxoid boosters in adults who have had a primary series have been questioned although its use in "dirty wounds" seems sensible [161, 162]. Persons who have not completed the vaccine series should do so. A booster dose of tetanus toxoid vaccine should be administered for dirty wounds if >5 years has elapsed since the last dose and for clean wounds, if >10 years. Tdap is preferred over Td if the former has not been previously given.

### XIV. In Which Patients Is Primary Wound Closure Appropriate for Animal Bite Wounds?

#### Recommendation

44.   Primary wound closure is not recommended for wounds with the exception of those to the face, which should be managed with copious irrigation, cautious debridement, and preemptive antibiotics (strong, low). Other wounds may be approximated (weak, low).

#### Evidence Summary

Although initial wound care is deemed to be an important element in bite wound management, limited randomized controlled studies have addressed the issue of wound closure following animal bites. In one study, primary closure of dog bite lacerations and perforations was associated with an infection rate of <1% [163], but closing wounds of the hand may be associated with a higher infection rate than other locations [164]. Based on their 10-year experience with 116 patients, Schultz and McMaster recommend that excised wounds, but not puncture wounds, should be closed [164]. Anecdotal reports of infection following closure suggest against closure, although approximation may be acceptable [165]. These reports and recommendations have major limitations including lack of a control group and their anecdotal nature, and lack of standardization of the type of wound, its location, severity, or circumstances surrounding the injury. Bite wounds to the face that are copiously irrigated and treated with preemptive antimicrobial therapy may be closed [166].

### XV. What Is the Appropriate Treatment of Cutaneous Anthrax?

#### Recommendations

45.   Oral penicillin V 500 mg qid for 7–10 days is the recommended treatment for naturally acquired cutaneous anthrax (strong, high).

46.   Ciprofloxacin 500 mg po bid or levofloxacin 500 mg IV/po every 24 hours × 60 days is recommended for bioterrorism cases because of presumed aerosol exposure (strong, low).

#### Evidence Summary

One of several clinical manifestations of anthrax is a cutaneous lesion. After an incubation period of 1–12 days, pruritus begins at the entry site, followed by a papule, development of vesicles on top of the papule, and, finally, a painless ulcer with a black scab. This eschar generally separates and sloughs after 12–14 days. Variable amounts of swelling that range from minimal to severe ("malignant edema") surround the lesion. Mild to moderate fever, headaches, and malaise often accompany the illness. Regional lymphadenopathy is common, but pus in the lesion is absent unless a secondary infection occurs. White blood cell counts are generally normal, but mild leukocytosis can occur. Blood cultures are almost always negative. Cultures of untreated lesions, depending upon the stage of evolution, are positive >80% of the time. Methods of specimen collection for culture depend on the type of lesion. Regarding vesicles, the blister should be unroofed and 2 dry swabs soaked in the fluid. At a later stage, 2 moist swabs should be rotated in the ulcer base or beneath the eschar's edge. Patients who have previously received antimicrobials or have negative studies, but still have suspected cutaneous anthrax, should undergo a punch biopsy that can be submitted for special studies (eg, immunohistochemical staining and/or polymerase chain reaction [PCR]). When obtaining specimens, lesions should not be squeezed to produce material for culture. Additional diagnostic methods may include serological and skin tests.

No randomized, controlled trials of therapy of cutaneous anthrax exist. Most published data indicate that penicillin is effective therapy and will "sterilize" most lesions within a few hours to 3 days but does not accelerate healing. Its value seems to be primarily in reducing mortality from as high as 20% to zero. Based on even less evidence, tetracyclines, chloramphenicol, and erythromycin also appear effective.

Suggested antimicrobials and dosages derive from 3 publications [167–169]. The optimal duration of treatment is uncertain, but 7–10 days appears adequate in naturally acquired cases. Sixty days of treatment is recommended when associated with bioterrorism as concomitant inhalation may have occurred. Until susceptibilities are available, ciprofloxacin is rational empiric therapy for bioterrorism-related cases. Other fluoroquinolones such as levofloxacin, gatifloxacin, or moxifloxacin are also likely to be effective. Initiation of intravenous vs oral therapy depends upon the severity of the illness, particularly the degree of edema.

Some have suggested systemic corticosteroids for patients who develop malignant edema, especially of the head and neck, but studies supporting this recommendation are lacking.

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Airway compromise requiring intubation or tracheostomy may occur with malignant edema.

## RECOMMENDATIONS FOR EVALUATION AND TREATMENT OF BACILLARY ANGIOMATOSIS AND CAT SCRATCH DISEASE

### XVI. What Is the Appropriate Approach for the Evaluation and Treatment of Bacillary Angiomatosis and Cat Scratch Disease?

*Recommendations*

47.   Azithromycin is recommended for cat scratch disease (strong, moderate) according to the following dosing protocol:

(a)   Patients >45 kg: 500 mg on day 1 followed by 250 mg for 4 additional days (strong, moderate).
(b)   Patients <45 kg: 10 mg/kg on day 1 and 5 mg/kg for 4 more days (strong, moderate).

48.   Erythromycin 500 mg qid or doxycycline 100 mg bid for 2 weeks to 2 months is recommended for treatment of bacillary angiomatosis (strong, moderate).

### Evidence Summary

In classic cat scratch disease, a papule or pustule develops from 3–30 days following a scratch or a bite. Lymph nodes that drain the infected area enlarge about 3 weeks after inoculation. The disease course varies, but lymphadenopathy generally resolves within 1–6 months. In about 10% of cases, the nodes suppurate. Extranodal disease (eg, central nervous system, liver, spleen, bone, and lung) develops in ≤2% of cases. *Bartonella henselae* causes most cases of cat scratch disease in immunocompetent hosts. Bacillary angiomatosis, seen in immunocompromised patients, especially with AIDS, can occur from either *B. henselae* or *Bartonella quintana*.

Bacillary angiomatosis typically occurs in individuals with AIDS and has 2 clinical appearances: (1) red papules that vary in size from a millimeter to several centimeters, numbering from 1 to >1000; (2) subcutaneous, painful nodules with the overlying skin having a normal or dusky hue.

Diagnosis of *Bartonella* infections may be difficult because the organism is fastidious and difficult to grow in culture. Serological testing supports the diagnosis, although there is cross-reactivity between *B. henselae* and *B. quintana* as well as with a few other organisms. PCR is a diagnostic option. A positive Warthin-Starry silver stain of infected lymph node tissue is useful to confirm the diagnosis, although it cannot differentiate species of *Bartonella*.

Treatment of cat scratch disease with antimicrobial agents has had variable, but rarely dramatic, results. A single, double-blind placebo-controlled study involved 29 patients, 14 of whom received azithromycin [170]. The lymph node size regressed by 80% at 30 days more frequently in the azithromycin-treated patients ($P = .02$). The recommended dose of azithromycin for patients weighing ≥45.5 kg (100 lb) is 500 mg on day 1, then 250 mg once daily for 4 additional days; for those weighing <45.5 kg, the dose is 10 mg/kg orally on day 1, then 5 mg/kg on days 2–5 [124]. Cutaneous bacillary angiomatosis therapy has not been systematically examined. Based on case reports and small series, either erythromycin (500 mg qid) or doxycycline (100 mg bid) appears effective [171]. The duration of initial therapy, while not standardized, should be for 2 weeks to 2 months. With relapses, retreatment with prolonged therapy (months) should be entertained until immunocompetence returns. HIV-infected patients may require lifelong treatment [171].

### XVII. What Is the Preferred Treatment for Erysipeloid?

*Recommendation*

49.   Penicillin (500 mg qid) or amoxicillin (500 mg 3 times daily [tid]) for 7–10 days is recommended for treatment of erysipeloid (strong, high).

### Evidence Summary

Erysipeloid is a cutaneous infection caused by *Erysipelothrix rhusiopathiae* a thin, pleomorphic, non-spore-forming gram-positive rod. It is a zoonosis acquired by handling fish, marine animals, swine, or poultry. One day to 7 days after exposure, a red maculopapular lesion develops, usually on fingers or hands. Erythema spreads centrifugally, with central clearing. A blue ring with a peripheral red halo may appear, giving the lesion a target appearance. Regional lymphangitis/lymphadenopathy occurs in about one-third of cases. A severe generalized cutaneous variety also occurs. Systemic symptoms and leukocytosis are unusual. Culture of an aspirate and/or biopsy of the lesion establish the diagnosis; blood cultures are rarely positive. Untreated erysipeloid resolves over about 3–4 weeks, but treatment probably hastens healing and may reduce systemic complications. Based on in vitro susceptibilities and anecdotal experiences, penicillin is appropriate. Cephalosporins, clindamycin, or fluoroquinolones should be effective for those intolerant of penicillin. *Erysipelothrix rhusiopathiae* is resistant to vancomycin, teicoplanin, and daptomycin [133, 134, 172, 173].

### XVIII. What Is the Appropriate Treatment of Glanders?

*Recommendation*

50.   Ceftazidime, gentamicin, imipenem, doxycycline, or ciprofloxacin is recommended based on in vitro susceptibility (strong, low).

### Evidence Summary

Glanders, characterized by ulcerating nodular lesions of the skin and mucous membrane, is caused by the aerobic gram-negative rod *Burkholderia mallei*. Glanders is mainly a disease mainly of solipeds (eg, horses and mules). Humans become accidental hosts either by inhalation or skin contact. Although other organs may be involved, pustular skin lesions and

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

lymphadenopathy with suppurative nodes can be a prominent feature. Optimal therapy of glanders is poorly defined. The organism is susceptible to ceftazidime, gentamicin, imipenem, doxycycline, and ciprofloxacin [174]. A recent laboratory-acquired case was successfully treated with imipenem and doxycycline for 2 weeks, followed by azithromycin and doxycycline for an additional 6 months [175].

### XIX. What Is the Appropriate Diagnosis and Treatment of Bubonic Plague?

*Recommendation*

51.   Bubonic plague should be diagnosed by Gram stain and culture of aspirated material from a suppurative lymph node (strong, moderate). Streptomycin (15 mg/kg intramuscularly [IM] every 12 hours) or doxycycline (100 mg bid po) is recommended for treatment of bubonic plague (strong, low). Gentamicin could be substituted for streptomycin (strong, low).

*Evidence Summary*

Plague results from infection with *Yersinia pestis*, a facultative anaerobic gram-negative coccobacillus. It primarily affects rodents, being maintained in nature by several species of fleas that feed on them. Three plague syndromes occur in humans: septicemic, pneumonic, and bubonic. Bubonic plague, the most common and classic form, develops when humans are bitten by infected fleas or have a breach in the skin when handling infected animals. Domestic cat scratches or bites may also transmit bubonic plague. Patients usually develop fever, headache, chills, and tender regional lymphadenopathy 2–6 days after contact with the organism. A skin lesion at the portal of entry is sometimes present. Patients with bubonic plague may develop septicemia and secondary plague pneumonia, which is transmissible person-to-person. Diagnosis can be made by blood cultures and by aspirating lymph nodes for staining and culture. PCR is available at reference laboratories. Serologic tests may provide retrospective confirmation.

No controlled comparative trials of therapy for plague exist. Streptomycin 15 mg/kg every 12 hours (adjusted for renal function) is the treatment of choice, although tetracycline and chloramphenicol are also considered appropriate therapy [175, 176]. Gentamicin is a reasonable substitute for streptomycin if the latter is not available, although there is but limited experience with gentamicin in the treatment of plague. Based on in vitro susceptibilities and murine models, fluoroquinolones are another option. Ciprofloxacin has been suggested as a drug for both treatment and prevention of plague due to biowarfare agents despite a lack of documented efficacy in humans. The optimal duration for treating bubonic plague is unknown, but 10–14 days is probably adequate. Patients with bubonic plague may develop secondary pneumonic plague and should be placed in respiratory isolation until after 48 hours of effective drug therapy.

### XX. What Is Appropriate for Diagnosis and Treatment for Tularemia?

*Recommendations*

52.   Serologic tests are the preferred method of diagnosing tularemia (weak, low).

53.   Streptomycin (15 mg/kg every 12 hours IM) or gentamicin (1.5 mg/kg every 8 hours IV) is recommended for treatment of severe cases of tularemia (strong, low).

54.   Tetracycline (500 mg qid) or doxycycline (100 mg bid given by mouth) is recommended for treatment of mild cases of tularemia (strong, low).

55.   Notify the microbiology laboratory if tularemia is suspected (strong, high).

*Evidence Summary*

*Francisella tularensis*, while hardy and persistent in nature, is a fastidious, aerobic, gram-negative coccobacillus. Illness can often be categorized into several fairly distinct syndromes: ulceroglandular, glandular, typhoidal, pneumonic, and oculoglandular or oropharyngeal. The glandular varieties are generally acquired by handling infected animals, by tick bites, and sometimes by animal bites, especially cats. Biting flies occasionally transmit the illness in the United States, while mosquitoes are common vectors in Europe. After an incubation period of 3–10 days, the patient typically develops a skin lesion (ulcer eschar) at the entry site of the organism along with tender adenopathy in regional lymph nodes, hence the name ulceroglandular. In some patients, the skin lesion is inconspicuous or healed by the time they seek medical care, resulting in "glandular" tularemia. The illness is often associated with substantial fever, chills, headache, and malaise.

Confirmation of the diagnosis is usually serological. Routine cultures are often negative unless cysteine-supplemented media are utilized. The laboratory should be notified when tularemia is suspected because of the health risks posed to laboratory personnel. Unsuspected growth of *F. tularemia* can cause laboratory-acquired disease. PCR may also be useful for diagnosis.

No prospective controlled or randomized trials of therapy for tularemia have been performed, nor has the optimal duration of treatment been established. Streptomycin has been considered the drug of choice for tularemia for several decades [130]. Since then, a few patients have been received fluoroquinolones. *Francisella* is resistant to most β-lactam antibiotics, which should be avoided. When static drugs such as tetracyclines or chloramphenicol are used, relapses may be more common, but often the patients have received brief therapy (ie, <7–10 days).

Acutely ill adults or children should receive an aminoglycoside, preferably streptomycin or possibly gentamicin. For adults, the regimen for streptomycin is 30 mg/kg/day in 2 divided doses (no more than 2 g daily) or gentamicin 1.5 mg/kg every 8 hours, with appropriate dose adjustment based on renal

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

function. For children, streptomycin should be administered at 30 mg/kg/day in 2 divided doses or gentamicin at 6 mg/kg/day in 3 divided doses [130]. Although no data exist, treatment with a parenteral agent until the acute illness is controlled, followed by an oral agent, seems rational for the duration of 7–10 days. Treatment of severe cases should be extended to 14 days.

For mild to moderate disease, oral tetracycline (500 mg qid) or doxycycline (100 mg bid) is appropriate. A few cases have been treated with fluoroquinolones with mixed results [177]. Oral levofloxacin (500 mg daily) or ciprofloxacin (750 mg bid) in adults may be reasonable in mild to moderate illness. For oral regimens, patients should receive at least 14 days of therapy. Despite clinical responses and appropriate treatment in one study from France, 38.6% of patients relapsed [177].

## XXI. What Is the Appropriate Approach to Assess SSTIs in Immunocompromised Patients?

### Recommendations

56.   In addition to infection, differential diagnosis of skin lesions should include drug eruption, cutaneous infiltration with the underlying malignancy, chemotherapy- or radiation-induced reactions, Sweet syndrome, erythema multiforme, leukocytoclastic vasculitis, and graft-vs-host disease among allogeneic transplant recipients (strong, high).

57.   Differential diagnosis for infection of skin lesions should include bacterial, fungal, viral, and parasitic agents (strong, high).

58.   Biopsy or aspiration of the lesion to obtain material for histological and microbiological evaluation should always be implemented as an early diagnostic step (strong, high).

### Executive Summary

Skin and soft tissues are common sites of infection for HIV-negative patients with a compromised immune system, posing a major diagnostic challenge [178, 179], as the differential diagnosis is broad and includes drug eruption, skin or soft tissue infiltration with the underlying malignancy, chemotherapy- or radiation-induced skin reactions, graft-vs-host disease among allogeneic transplant recipients, Sweet syndrome, erythema multiforme, and leukocytoclastic vasculitis [180, 181]. Because the intensity and type of immune defect diminishes or alters dermatological findings, cutaneous lesions that appear localized or innocuous may actually be a manifestation of a systemic or potentially life-threatening infection. The differential diagnosis for SSTIs in immunocompromised patients is usually wider than that for immunocompetent patients and often includes bacterial, viral, fungal, and parasitic agents. Organisms that cause these infections will vary based on the underlying immune defects (eg neutropenia, cellular immune defects, iatrogenic related to the use of intravascular catheters), and many of the infecting organisms are not typically considered

pathogenic in normal hosts (opportunistic organisms such as *Aspergillus fumigatus*). However, infectious agents commonly found in immunocompetent patients (eg, *S. pyogenes, S. aureus*) still need to be entertained in the differential diagnosis of skin and soft tissue lesions in immunocompromised patients even if the dermatological findings are atypical for these common organisms. A careful epidemiologic history (eg, exposure to raw seafood, pets, and travel) should also be obtained in these patients to consider organisms potentially associated with these exposures when appropriate (eg, *V. vulnificus, B. henselae,* cutaneous leishmaniasis). Use of antimicrobial prophylaxis in these patients has shown to ultimately impact the pathogens that will be isolated when infection develops, and this information should be available to the clinician when assessing immunocompromised patients with skin and soft tissue lesions [182, 183].

After considering the important specific factors concerning the patient's immunocompromised status (eg, neutropenia or neutrophil defects, cellular immune defect, presence of intravascular catheters) [180, 181], the gross morphologic characteristics of the skin lesion(s) should be characterized, the extent of the infection determined (eg, localized vs disseminated), and appropriate diagnostic tests undertaken to identify the infecting pathogen. Although blood cultures, tests for detection of antigens in blood or vesicular fluid, or nucleic acid amplification techniques in body fluids or tissues may be helpful, the most specific method for an expedited diagnosis is biopsy or aspiration of the lesion to obtain material for histological and microbiological evaluation. The use of newer molecular methods (eg, gene amplification and sequencing) will likely impact the management algorithms of immunocompromised patients with skin and soft tissue lesions and result in the earlier use of pathogen-directed antimicrobial therapy [184, 185]. Peripheral blood biomarkers such as galactomannan and 1,3-β-D-glucan has been well studied over the past 20 years and has been reported to be useful in the diagnosis of disseminated fungal infections by several European investigators. However, sensitivity of these tests can be significantly affected by the use of antifungal drugs, and in the United States their sensitivity has been reported to be lower than in Europe in various populations of immunocompromised patients [186].

Empiric antimicrobial therapy should be initiated immediately in these patients on the basis of their underlying disease, primary immune defect, morphology of skin lesions, use of prior antimicrobial prophylaxis, allergy history, and inherent and local profiles of antimicrobial resistance. Despite aggressive empiric therapy, treatment failure may occur, and the reasons for this lack of response include the following: (1) the initial diagnosis and/or treatment chosen is incorrect; (2) the etiologic pathogen is already resistant to the antimicrobial agent; (3) resistance develops during treatment; (4) if indicated, surgical

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

debridement has not taken place; and/or (5) the patient's immune deficiency is profound and cannot be reversed. The early identification of an etiologic agent in immunocompromised hosts with SSTIs is essential when deciding whether surgical debridement is warranted because microbial resistance makes dogmatic empiric treatment regimens difficult, if not dangerous. For this reason, skin biopsy material should be obtained by an experienced dermatologist and evaluated in conjunction with a pathologist who is familiar with this patient population.

# RECOMMENDATIONS FOR SKIN AND SOFT TISSUE INFECTIONS IN CANCER PATIENTS WITH NEUTROPENIA

### XXII. What Is the Appropriate Approach to Assess SSTIs in Patients With Fever and Neutropenia?

*Recommendations*

59.   Determine whether the current presentation of fever and neutropenia is the patient's initial episode of fever and neutropenia, or persistent unexplained fever of their initial episode (after 4–7 days) or a subsequent episode of fever and neutropenia (recurrent) (strong, low).

60.   Aggressively determine the etiology of the SSTI by aspiration and/or biopsy of skin and soft tissue lesions and submit these for thorough cytological/histological assessments, microbial staining, and cultures (strong, low).

61.   Risk-stratify patients with fever and neutropenia according to susceptibility to infection: high-risk patients are those with anticipated prolonged (>7 days) and profound neutropenia (absolute neutrophil count [ANC] <100 cells/μL) or with a Multinational Association for Supportive Care (MASCC) score of <21; low-risk patients are those with anticipated brief (<7 days) periods of neutropenia and few comorbidities (strong, low) or with a MASCC score of ≥21 (strong, moderate).

62.   Determine the extent of infection through a thorough physical examination, blood cultures, chest radiograph, and additional imaging (including chest CT) as indicated by clinical signs and symptoms (strong, low).

### Evidence Summary

SSTIs in patients with fever and neutropenia have rarely been carefully studied as a "separate entity." Rather, recommendations for these infections are extrapolated from broad group guidelines that include references to SSTIs and have been developed by professional organizations including IDSA, the National Comprehensive Cancer Network (NCCN), American Society of Blood and Marrow Transplantation, the American Society of Clinical Oncology, and the Centers for Disease Control and Prevention [187–193]. These guidelines are focused on the diagnosis and management of specific patient groups (eg, fever and neutropenia, infection in recipients of hematopoietic stem cell transplant), specific infections (eg, candidiasis, aspergillosis), and iatrogenic infections (eg, intravascular catheter–related infection). They are based on published clinical trials, descriptive studies, or reports of expert committees, and the clinical experience and opinions of respected authorities. Therefore, this section of the SSTI guideline will focus on existing recommendations that demand reinforcement, or that are truly specific to SSTIs.

Neutropenia is defined as an ANC <500 cells/μL, or a neutrophil count that is expected to decrease to <500 cells/μL within 48 hours [187–189]. The development of fever during treatment-associated neutropenia is common, but many patients do not have an infectious etiology determined [184, 194]. More than 20% of patients with chemotherapy-induced neutropenia develop a clinically documented infection involving the skin and soft tissues, but many are due to hematogenous dissemination [179].

Cancer patients with fever and neutropenia can be divided into low- and high-risk groups [187]. The determination of differences in patient risk of infection and infectious complications levels (high risk and low risk) during the period of neutropenia has been recognized and further validated since this clinical guideline was last updated [195, 196]. The MASCC developed and validated a scoring model that formally differentiates between high-risk and low-risk patients [195, 196]. High-risk patients have a MASCC score <21. Low-risk patients have a MASCC score ≥21. Disseminated or complex SSTIs are more likely to occur among high-risk patients.

### Clinical, Laboratory, and Radiological Evaluation of Patients With Febrile Neutropenia Who Present With Skin and Soft Tissue Lesions

Signs and symptoms of inflammation and infection are often diminished or absent in patients with neutropenia. Skin lesions, no matter how small or innocuous in appearance, should be carefully evaluated. Early involvement of an infectious diseases specialist, a surgeon, and a dermatologist familiar with these patients may result in improved outcome. Initial clinical impressions should be supplemented with a systemic approach to enhance the diagnosis and management of infection. Blood cultures are critical, and at least 2 sets should be obtained. Radiographic imaging should be performed as clinically indicated, but can be helpful to define the extent of SSTIs when patients are neutropenic. Chest/sinus radiologic imaging may identify the silent or subtle pulmonary site of infection that has resulted in dissemination to skin or soft tissues.

The most specific method for evaluating SSTIs is biopsy or aspiration of the lesion(s) to obtain material for histological, cytological, and microbiological evaluation. Prospective studies evaluating the yield of skin biopsy or aspiration have not been

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

performed in adult immunocompromised patients, but most clinicians who manage these patients combine blood cultures, serial antigen detection, nucleic acid amplification techniques, radiographic imaging, and a biopsy or aspiration of the abnormal skin or soft tissue lesion in the hope of increasing the recovery of the offending pathogen and directing pathogen-specific antimicrobial therapy.

This can occur during "initial" episode fever and neutropenia (first episode of neutropenic fever that requires systemic antimicrobial therapy) or during a "persisting episode" (persistent neutropenic fever unresponsive to broad-spectrum antimicrobial therapy beyond days 4–7) or during recurrent episodes of fever and neutropenia. This determination helps the clinician define the most likely pathogens and to construct the initial empiric treatment.

During the initial episode gram-negative bacteria should be primarily targeted by the initial antibiotic regimen because they are associated with high mortality rates. Although gram-positive bacteria are more common, the addition of antibiotics with gram-positive activity including MRSA is not recommended unless physical findings suggestive of inflammation in the skin and soft tissues are present, the patient is hemodynamically unstable, and risk factors for MRSA are present. For patients with a persistent episode of fever and neutropenia or recurrent episodes, antibiotic-resistant bacterial or fungal pathogens including *Candida* and molds become more common [197–199].

Dermatologic manifestations in patients with fever and neutropenia include erythematous maculopapular lesions, focal or progressive cellulitis, cutaneous nodules, "ecthyma gangrenosum," and, occasionally, necrotizing fasciitis or myonecrosis [179, 200]. Ecthyma gangrenosum is a cutaneous vasculitis caused by invasion of the media and adventitia of the vessel wall by bacteria, which may be visible on histologic stains of biopsy specimens. Ecthyma gangrenosum frequently begins as painless erythematous papule(s) that often progress and become painful and necrotic within 24 hours. These skin lesions may be discrete or multiple, are found preferentially between the umbilicus and the knees, and can increase in size from 1 cm to >10 cm in <24 hours. Ecthyma gangrenosum has classically been reported to occur with *Pseudomonas aeruginosa* infections, but similar lesions may be caused by other *Pseudomonas* species, *Aeromonas* species, *Serratia* species, *S. aureus*, *Stenotrophomonas maltophilia*, *S. pyogenes*, fungi including *Candida* species, *Aspergillus*, *Mucor*, and *Fusarium*, and even herpes simplex virus (HSV) [201].

In contrast to immunocompetent patients, necrotizing fasciitis and/or myonecrosis are more frequently associated with gram-negative or polymicrobial pathogens rather than a single gram-positive bacterium. Necrotizing fasciitis can present alone or concurrently with myonecrosis in the patient with fever and neutropenia. Rapidly progressive necrotizing SSTIs may

initially be clinically subtle in compromised patients, but MRI scans of the involved area may be helpful in defining the depth of infections. In such infections, immediate surgical exploration by a team experienced in the management of these patients and broad-spectrum antibiotic therapy targeted at gram-negative, gram-positive, and anaerobic bacteria are essential.

Gram-positive pathogens are now the most common bacterial organisms isolated from diagnostic cultures obtained from febrile neutropenic patients [197, 198]. These pathogens in order of decreasing prevalence include coagulase-negative staphylococci, viridans streptococci, enterococci, *S. aureus*, *Corynebacterium*, *Clostridium* species, and *Bacillus* species. SSTIs associated with these organisms usually begin as a focal area of tender cutaneous erythema, a macular or maculopapular eruption, or a classic cellulitis. Although rare, they can also cause ecthyma gangrenosum–like lesions that are often confused with "spider bites," superficial and deep abscesses that become apparent following marrow recovery, necrotizing fasciitis, myositis, and myonecrosis. Common infection sites are the groin, axilla, areas of cutaneous disruption (eg, vascular catheter or bone marrow aspiration sites), or other skin sites that are moist and frequently abraded. Hematogenous dissemination of gram-positive bacterial organisms to the skin and soft tissue is uncommon except for *S. aureus* and some *Clostridium* species. A toxic shock–like syndrome with associated diffuse erythroderma has been described with bacteremic toxin–producing streptococci. Painful myositis may also occur with *S. aureus* infections as a component of hematogenous dissemination.

HSV, varicella zoster virus (VZV), and enteroviruses are rare causes of cutaneous manifestations in patients with neutropenia [202]. Their presence usually reflects either a disseminated infection, or, in the case of HSV, the autoinoculation of virus from mucosal sites to adjacent or distant cutaneous sites. HSV and VZV in compromised patients may appear as vesicles similar to those in normal hosts, or as isolated or multiple benign-looking papules with a central eschar (ecthyma gangrenosum–like lesion). VZV in compromised hosts may present with the traditional unilateral dermatome distribution, but may also appear as discrete or multiple skin lesions in random distribution. Skin biopsy is the only reliable method to diagnose cutaneous or disseminated HSV or VZV infection; peripheral blood PCR for HSV or VZV can be helpful in these patients.

## XXIII. What Is the Appropriate Antibiotic Therapy for Patients With SSTIs During the Initial Episode of Fever and Neutropenia?
### Recommendations

63.   Hospitalization and empiric antibacterial therapy with vancomycin plus antipseudomonal antibiotics such as cefepime, a carbapenem (imipenem-cilastatin or meropenem or doripenem), or piperacillin-tazobactam are recommended (strong, high).

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

64.  Documented clinical and microbiologic SSTIs should be treated based on antimicrobial susceptibilities of isolated organisms (strong, high).

65.  It is recommended that the duration of treatment for most bacterial SSTIs should be for 7–14 days (strong, moderate).

66.  Surgical intervention is recommended for drainage of soft tissue abscess after marrow recovery or for a progressive polymicrobial necrotizing fasciitis or myonecrosis (strong, low).

67.  Adjunct colony-stimulating factor therapy (granulocyte colony-stimulating factor [G-CSF], granulocyte macrophage colony-stimulating factor [GM-CSF]) or granulocyte transfusions are not routinely recommended (weak, moderate).

68.  Acyclovir should be administered to patients suspected or confirmed to have cutaneous or disseminated HSV or VZV infection (strong, moderate).

### Evidence Summary

The appropriate antibiotics for patients with suspected or confirmed SSTI (initial infection) should be broad-spectrum agents administered at the first clinical signs or symptoms of infection [203]. No single empiric regimen is superior, but all recommended regimens should meet the following criteria: broad-spectrum antimicrobial activity including *P. aeruginosa*, bactericidal in the absence of circulating neutrophils, and low antibiotic-associated toxicity (Table 7). Infections caused by gram-negative bacilli including *P. aeruginosa* have been associated with the highest infection-associated mortality [198, 203]. Despite an increased prevalence of gram-positive bacteria, antibiotics specifically aimed against this group of organisms are not required [187, 189] unless patients exhibit physical findings of SSTI or catheter-associated infection or are hemodynamically unstable [204].

Antibiotic selection should follow the clinical care guidelines developed by IDSA and the NCCN [187, 189]. Excellent results have been reported for gram-negative infections using broad-spectrum monotherapy with carbapenems, cephalosporins that possess antipseudomonal activity, or piperacillin/tazobactam.

For patients in whom vancomycin may not be an option, daptomycin, ceftaroline, or linezolid should be added to the initial empiric regimen. Linezolid, daptomycin, or ceftaroline have activity against MRSA [204] and have received FDA approval for the treatment of SSTIs, but have not been comprehensively studied in patients with neutropenia. The use of linezolid in this patient population has been associated with delayed ANC recovery [205, 206].

The combination of ciprofloxacin and amoxicillin-clavulanate is the preferred oral antibiotic regimen for low-risk patients [207, 208]. Levofloxacin has better gram-positive activity than ciprofloxacin, but is less potent than ciprofloxacin against *P. aeruginosa*, causing some to suggest that a higher dose of levofloxacin therapy (750 mg daily) may be required.

Fluoroquinolone prophylaxis should preclude the use of fluoroquinolones for empiric therapy, and instead broad-spectrum β-lactam antibiotics should be considered. Intravenous acyclovir should be added to the empiric antimicrobial regimen of the rare patient who has not been receiving antiviral prophylaxis effective against HSV or VZV, but has developed skin lesions suspected or confirmed to be caused by these viruses.

### XXIV. What Is the Appropriate Antimicrobial Therapy for Patients With SSTIs During Persistent or Recurrent Episodes of Fever and Neutropenia?

#### Recommendations

69.  Yeasts and molds remain the primary cause of infection-associated with persistent or recurrent fever and neutropenia; therefore, empiric antifungal therapy (Table 6) should be added to the antibacterial regimen (strong, high).

(a)  Empiric administration of vancomycin or other agents with gram-positive activity (linezolid, daptomycin, or ceftaroline) should be added if not already being administered (Table 7) (strong, high).

(b)  *Candida* species SSTIs should be treated with an echinocandin or, if *Candida parapsilosis* has been isolated, lipid formulation amphotericin B (strong, high) with fluconazole as an acceptable alternative (strong, moderate). Treatment should be for 2 weeks after clearance of bloodstream infection or resolution of skin lesions (strong, moderate).

**Table 6.  Standard Doses of Antifungal Agents**

| Antifungal Agent | Oral Dose | IV Dose | Comments |
|---|---|---|---|
| Fluconazole | 100–400 mg every 24 h | 800 mg loading dose, then 400 mg daily | *Candida krusei* and *Candida glabrata* are resistant |
| Voriconazole[a] | 400 mg bid × 2 doses, then 200 mg every 12 h | 6 mg/kg IV every 12 h for 2 doses, followed by 4 mg/kg IV every 12 h | Accumulation of cyclodextrin vehicle with IV formulation with renal insufficiency |
| Posaconazole | 400 mg bid with meals | N/A | Covers *Mucorales* |
| Lipid complex amphotericin B | N/A | 5 mg/kg/d | Not active against fusaria |
| Liposomal amphotericin B | N/A | 3–5 mg/kg/d | Not active against fusaria |

Abbreviations: bid, twice daily; IV, intravenous; N/A, not applicable.

[a] The use of patient-specific pharmacokinetics is recommended to improve clinical outcome [247].

**Table 7.   Standard Doses of Antimicrobial Agents Active Against Multidrug-Resistant Organisms**

| Antimicrobial | IV Dose | Comments |
|---|---|---|
| Vancomycin | 30–60 mg/kg/d in 2–4 divided doses | Target serum trough concentrations of 15–20 µg/mL in severe infections |
| Daptomycin | 4–6 mg/kg/d | Covers VRE, strains nonsusceptible to vancomycin may be cross-resistant to daptomycin |
| Linezolid | 600 mg every 12 h | 100% oral bioavailability; so oral dose same as IV dose. Covers VRE and MRSA |
| Colistin | 5 mg/kg load, then 2.5 mg/kg every 12 h | Nephrotoxic; does not cover gram-positives or anaerobes, *Proteus, Serratia, Burkholderia* |

Abbreviations: IV, intravenous; MRSA, methicillin-resistant *Staphylococcus aureus*; VRE, vancomycin-resistant enterococci.

(c)   *Aspergillus* SSTIs should be treated with voriconazole (strong, high), or, alternatively, lipid formulations of amphotericin B, posaconazole, or echinocandin for 6–12 weeks (strong, low). *Mucor/Rhizopus* infections should be treated with lipid formulation amphotericin B (strong, moderate) or posaconazole (strong, low) (Table 6). The addition of an echinocandin could be considered based on synergy in murine models of mucormycosis and observational clinical data (weak, low).

(d)   *Fusarium* species infections should be treated with high-dose IV voriconazole or posaconazole (strong, low).

(e)   Begin treatment for antibiotic-resistant bacterial organisms, in patients currently on antibiotics (strong, moderate).

(f)   Intravenous acyclovir should be added to the patient's antimicrobial regimen for suspected or confirmed cutaneous or disseminated HSV or VZV infections (strong, moderate).

70.   Blood cultures should be obtained, and skin lesions in this population of patients should be aggressively evaluated by culture aspiration, biopsy, or surgical excision as they may be caused by resistant microbes, yeast, or molds (strong, moderate).

71.   The sensitivity of a single serum fungal antigen test (1,3-β-D-glucan or galactomannan tests) is low particularly in patients receiving antifungal agents, and benefits from laboratory tests for fungal antigen or DNA detection remain inconsistent (strong, moderate).

72.   PCR in peripheral blood for HSV and VZV might be helpful in establishing a diagnosis of disseminated infection in patients with unexplained skin lesions (weak, moderate).

**Evidence Summary**

In patients with persistent unexplained fever of their first episode (after 4–7 days) or recurrent fever, yeast and molds are the major cause of infection-related morbidity and mortality (Table 7) [187, 189, 203]. These later infections are most common among high-risk patients with prolonged and profound neutropenia and they should be considered in any patient with neutropenia and skin and soft tissue lesions suggestive of infection. In addition, MRSA should also be considered if patients are not receiving antimicrobial agents with activity against MRSA (eg, vancomycin, linezolid, daptomycin, or ceftaroline) [209]. Multiple antibiotic-resistant gram-negative bacilli are more commonly being recovered from cultures of blood and soft tissues, and antibiotic modification is necessary when their presence is suspected or documented (Table 7) [204]. Treatment of yeast and mold infections should follow IDSA and NCCN guideline recommendations [187, 189].

Although skin and soft tissues are less frequent sites of infection in patients with persisting or recurrent fever and neutropenia (<10%), they often represent a site of infection dissemination. Among the responsible pathogens, 10%–15% are caused by antibiotic-resistant gram-negative bacilli; 30%–40% by antibiotic-resistant gram-positive organisms (coagulase-negative staphylococci, MRSA, and vancomycin-resistant enterococci), but most (>50%) are caused by yeast or molds [198, 210, 211]. In 2012, infections caused by yeast and molds were the major cause of associated morbidity and mortality in patients with prolonged and profound neutropenia [198,210]. Diagnosis of fungal infections remains difficult, and benefits from fungal antigen or DNA detection remain inconsistent [212,213]. However, recovery of fungi from aspiration or biopsy of skin or deep soft tissues warrants aggressive systemic antifungal therapy. Surgical treatment should be also considered in patients with skin and soft tissue changes caused by angioinvasive molds (eg, *Mucor, Rhizopus*, and *Aspergillus*).

The incidence of invasive candidiasis prior to the routine use of azole antifungal prophylaxis was 12% in patients with profound and prolonged neutropenia [214]. *Candida albicans* is the most frequently isolated species; however, fluconazole-resistant yeast (ie, *Candida krusei* and *Candida glabrata*) are increasingly common due to the widespread use of azole prophylaxis [214]. Superficial cutaneous candidiasis presents as intertrigo, vaginitis, balanitis, perleche, and paronychia [215] and rarely causes dissemination. However, up to 13% of patients with invasive disseminated candidiasis develop single or multiple nodular skin lesions [216, 217]. These lesions can appear as discrete pink to red papules (0.5–1.0 cm) and are usually found on the trunk and extremities [215, 217]. *Candida* skin lesions are usually nontender, but may develop central pallor, or become hemorrhagic if

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

the patient is thrombocytopenic. Painful myositis can develop as a consequence of hematogenous infection and is most common with *Candida tropicalis* [218, 219]. Muscle and soft tissue abscess formation is uncommon, but when identified it has usually occurred following marrow recovery.

*Trichosporon beigelii* is an uncommon but frequently fatal disseminated fungal infection that often involves the skin [220]. Dermatologic manifestations vary from multiple erythematous macules to maculopapular lesions. Biopsy often reveals a mixture of true hyphae, pseudohyphae, budding yeast, and arthroconidia that may be easily mistaken for *Candida* species

Cutaneous mold infections are unusual, but there could be local infections at sites of IV catheter insertion or at nail bed and cuticle junctions on fingers and toes, or secondary to hematogenous dissemination [221]. *Aspergillus*, *Rhizopus*, and *Mucor* species cause painful erythematous skin nodules that become necrotic and can resemble ecthyma gangrenosum because of their tendency for angioinvasion [222]. *Aspergillus* species infections occur in 10%–14% of patients with profound and prolonged neutropenia, and mortality remains high [223]. *Aspergillus fumigatus* is the most frequently isolated species (50%), followed by *Aspergillus flavus*, *Aspergillus niger*, and *Aspergillus terreus*. Isolation of *Aspergillus* from blood cultures is rare, but dissemination is commonly detected at autopsy [224]. Local *Mucor* infections have occurred as a consequence of contaminated bandages or other skin trauma, but patients with pulmonary *Mucor* infection may also develop secondary cutaneous involvement from presumed hematogenous dissemination [225, 226].

*Fusarium* species are frequently identified as the infecting pathogen among patients with prolonged and profound neutropenia [227]. Patients commonly present with myalgias and persistent fever despite antimicrobial therapy. Skin lesions are very common (60%–80% of infections), and often begin as multiple erythematous macules with central pallor that quickly evolve to papules and necrotic nodules. The lesions frequently may have a ring of erythema surrounding an area of central necrosis. Lesions localize preferentially to the extremities, especially the feet, but may also be found on the face and trunk. Blood cultures are frequently positive (40%–50%) when cutaneous lesions appear. Mortality from this infection remains high, although new azole antifungal agents appear promising [227].

## RECOMMENDATIONS FOR PATIENTS WITH CELLULAR IMMUNODEFICIENCY

### XXV. What Is the Appropriate Approach to Assess SSTIs in Patients With Cellular Immunodeficiency?
#### Recommendations
73. Consider immediate consultation with a dermatologist familiar with cutaneous manifestations of infection in patients with cellular immune defects (eg, those with lymphoma,

lymphocytic leukemia, recipients of organ transplants, or receiving immunosuppressive drugs such as anti–tumor necrosis factor (TNF) or certain monoclonal antibodies) (weak, low).

74. Consider biopsy and surgical debridement early in the management of these patients (weak, low).

75. Empiric antibiotics, antifungals, and/or antivirals should be considered in life-threatening situations (weak, moderate). The use of specific agents should be decided with the input of the primary team, dermatology, infectious disease, and other consulting teams (strong, moderate).

#### Evidence Summary
Patients with lymphoma or acute or chronic lymphocytic leukemia, recipients of hematopoietic stem cell transplant (HSCT) or solid organ transplant (SOT), patients receiving corticosteroids and other immunosuppressive drugs (eg, monoclonal antibodies, anti-TNF drugs), and patients with primary cellular immunodeficiencies are predisposed to infection. These patients are at increased risk for infection caused by a select group of bacteria, fungi, viruses, protozoa, and helminths, and some of these pathogens have the capacity to cause SSTIs. Infection should always be high in the differential of a skin lesion or skin lesions in patients with cellular immunodeficiency. These patients may not have systemic manifestations of infection, and the initial dermatological presentation may be atypical or misleading. Thus clinicians should have a very low threshold to obtain a skin biopsy (Table 6).

#### Nontuberculous Mycobacteria
Although most infections occur after primary inoculation at sites of skin disruption or trauma, hematogenous dissemination does occur. The most common manifestations of nontuberculous mycobacteria (NTM) infection in SOT recipients include cutaneous and pleuropulmonary disease, and, in HSCT recipients, catheter-related infection and bacteremia [228]. Disseminated infection with *Mycobacterium avium* complex occurs preferentially among patients with HIV disease, whereas bloodstream and cutaneous infections with *Mycobacterium fortuitum*, *Mycobacterium chelonae*, *Mycobacterium abscessus*, *Mycobacterium ulcerans*, *Mycobacterium kansasii*, *Mycobacterium haemophilum*, *Mycobacterium marinum*, or *Mycobacterium mucogenicum* are more frequent among non-HIV-immunocompromised hosts [228]. Dermatologic manifestations include a poorly resolving cellulitis, painless 1- to 2-cm nodules, necrotic ulcers, and subcutaneous abscesses.

Treatment of NTM infections of the skin and soft tissues requires prolonged combination therapy (duration, 6–12 weeks) that should consist of a macrolide antibiotic (eg, clarithromycin) and a second agent to which the isolate is susceptible. Surgical debridement is crucial for cultures and sensitivities and in addition is necessary to remove devitalized tissue and to promote skin and soft tissue healing. Definitive guidelines for treatment of these entities have been published [229].

## Nocardia

Cutaneous *Nocardia* infections usually represent metastatic foci of infection that have originated from a primary pulmonary source [230]. *Nocardia farcinica*, *Nocardia brasiliensis*, and other *Nocardia* species have been associated with cutaneous disease. The dermatologic manifestations are usually limited to subcutaneous nodules or abscesses and panniculitis. Soft tissue abscesses are frequently painless and are described as being cold to the touch. The incidence of local and disseminated *Nocardia* infections has decreased with the routine use of SMX-TMP prophylaxis for patients who experience prolonged periods of cellular immune deficiency. SMX-TMP remains the treatment of choice, but other sulfa antibiotics (eg, sulfadiazine and sulfasoxazole), amikacin, imipenem, meropenem, third-generation cephalosporins (ceftriaxone and cefotaxime), minocycline, extended-spectrum fluoroquinolones (eg, moxifloxacin), linezolid, and dapsone are effective in vitro and in animal models (Table 6). Combination therapy with other agents should be considered in patients with severe infections or profound and lasting immunodeficiency. Prolonged therapy is important, and the duration of treatment (6–24 months) should take into account the presence of disseminated disease and the extent of the patient's underlying immunosuppression. Surgical debridement is recommended for necrotic nodules or large subcutaneous abscesses.

## Fungi

Cutaneous mold infections have been increasingly reported in immunocompromised patients with primarily cellular immunodeficiency. Skin lesions can occur as a manifestation of a disseminated disease, a primary cutaneous inoculation, or in the skin site of a previous IV line [221, 230]. The most common molds causing cutaneous manifestations in the skin include *Aspergillus*, *Mucormycosis*, *Scedosporium*, and *Fusarium* species [231–234]. Skin lesions can present as papules, nodules, or ulcers, or with the dermatological appearance of ecthyma gangrenosum. Skin biopsy should be performed for diagnostic purposes and resection of the entire lesion or "debulking" procedures should be considered in cases where there is either a single lesion or localized disease is present. In instances of *Aspergillus* species, *Scedosporium apiospermum*, and *Fusarium* species infections, voriconazole is the best therapeutic option. Amphotericin B is an excellent alternative. Posaconazole is also a reasonable alternative in combination with amphotericin B or as a transition to oral therapy (Table 7).

Cryptococcal infections originate in the lungs, often with early hematogenous dissemination to the meninges and skin or soft tissues, but primary cutaneous cryptococcosis also occurs [235]. Single or multiple painless skin lesions involving the face and scalp develop in 5%–10% of clinically infected patients, and in some patients, these lesions may precede documented cryptococcal meningitis by several weeks. Cutaneous cryptococcal infections may appear as papules (often similar to molluscum contagiosum lesions), nodules, pustules, chronic draining necrotic ulcers, or, more subtly, as cellulitis [235]. Cryptococcal cellulitis has occurred in recipients of blood, bone marrow, or SOT, although the incidence has dramatically decreased with the prophylactic use of the newer azole agents, particularly fluconazole. Fluconazole is often used as initial treatment, for patients with mild infections, or to complete treatment after the patient has shown clinical and microbiologic improvement with amphotericin B and 5-flucytosine induction therapy [236]. Surgical debridement and/or drainage are not helpful in the management of skin or soft tissue cryptococcal infections.

Cutaneous manifestations of acute progressive disseminated histoplasmosis are rare and usually occur in patients with severe cellular immune deficiency [237, 238]. Skin lesions appear as nonspecific maculopapular eruptions that become hemorrhagic, but oral or cutaneous ulcers are sometimes present, particularly in the subacute, disseminated form of the disease. Histopathologic analysis of these skin lesions reveals necrosis surrounding the superficial dermal vessels, and with special stains, both intracellular and extracellular yeast may be seen. Prompt administration of amphotericin B therapy is the recommended treatment for patients with cellular immune deficiency and acute, life-threatening, progressive disseminated histoplasmosis. Patients often show a rapid clinical improvement within 1–2 weeks, and itraconazole can then replace amphotericin B to complete at least 6–12 months of treatment [237]. Patients with illnesses that result in profound and prolonged immune suppression should receive long-term suppressive therapy with itraconazole after the initial treatment course is complete.

## Viruses

VZV is one of the 2 most frequent herpesviruses to cause cutaneous infection in immunosuppressed patients [239]. Patients without a preceding history of VZV exposure are at significant risk of developing severe chickenpox if exposed, but herpes zoster (also known as shingles) with or without dissemination is a more frequent clinical concern. Between 65% and 70% of adult patients are seropositive for VZV, and this identifies those patients at risk for future reactivation infection. Herpes zoster occurs most frequently during the first year following chemotherapy treatment, or following receipt of an HSCT or a SOT. Depending on the intensity of treatment or type of transplant, 25%–45% of such patients develop dermatomal zoster, with a 10%–20% risk of developing dissemination without prompt and effective antiviral therapy. A few patients present initially with disseminated cutaneous infection that may mimic atypical varicella, but some patients may present with nonspecific lesions that do not initially have the vesicular

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

appearance of varicella. Herpes zoster typically causes a unilateral, vesicular eruption with dermatomal pain that often precedes the skin findings by 24–72 hours (and sometimes longer). Early lesions are erythematous macules that rapidly evolve to papules and then to vesicles. The vesicles frequently coalesce, form bullae, and scab before healing. Lesions in otherwise healthy hosts continue to erupt for at least 4–6 days, with the entire disease duration being approximately 2 weeks. However, among immunocompromised hosts, skin lesions may continue to develop over a longer period (7–14 days) and generally heal more slowly unless effective antiviral therapy is administered. Without adequate treatment, some immunocompromised patients develop chronic ulcerations with persistent viral replication that is complicated by secondary bacterial and fungal superinfections.

High-dose IV acyclovir remains the treatment of choice for VZV infections in compromised hosts. Oral acyclovir, famciclovir, and valacyclovir are beneficial for VZV infections in otherwise healthy hosts, but oral therapy should be reserved for mild cases of VZV disease in patients with transient immune suppression or as treatment to complete therapy once the patient has shown a clinical response to IV acyclovir. Recipients of allogeneic blood and bone marrow transplants routinely take acyclovir (800 mg bid) or valacyclovir (500 mg bid) during the first year following transplant for the prevention of VZV and HSV reactivation [240]. Should skin lesions suspicious of VZV or HSV develop in patients already taking such antivirals, antiviral resistance should be investigated and taken into account in the selection of the empiric regimen.

HSV infections in compromised hosts are almost exclusively due to viral reactivation. Orofacial and genital sites are the most common cutaneous locations, but autoinoculation can occur in almost any area. Infections of the fingernail bed and cuticle (herpetic whitlow) occur because of inoculation of HSV at epidermal sites.

Skin lesions are often preceded by localized pain or a tingling sensation. Early skin lesions are usually focal, erythematous, and maculopapular lesions that evolve to form thin-walled vesicles and then pustulate before becoming small ulcers. Lesions frequently coalesce, and chronic, poorly healing ulcers are characteristic of HSV infections among immunocompromised hosts. Ulcerative lesions rarely include a vesicular component and thus make the clinical diagnosis of a chronic HSV infection difficult. Blood-borne HSV dissemination, manifested by multiple vesicles over a widespread area of the trunk or extremities, is uncommon, but when seen among compromised hosts, it is usually secondary to an HSV-2 infection. Acyclovir is the treatment of choice for HSV infections, although famciclovir and valacyclovir are also highly effective. The development of acyclovir-resistant HSV isolates is well described and occurs more frequently among immunocompromised patients [241].

Suppression of HSV reactivation or continued treatment until the ulcerated skin or mucosal lesions have totally healed may decrease the incidence of infections caused by acyclovir-resistant HSV strains.

The treatment of acyclovir-resistant HSV isolates requires a prolonged course of intravenous foscarnet, but continuous infusion of high-doses of acyclovir has been reported to be successful in HSCT patients [242]. Surgery should be avoided in patients with HSV infections, unless a documented bacterial or fungal abscess is identified.

### Parasites

The skin and soft tissue structures of immunosuppressed patients can also rarely be affected by parasites, including but not limited to *Strongyloides stercoralis* [242], free-living ameba (*Acanthamoeba* species and *Balamuthia* species) [243], *Trypanosoma cruzi* (Chagas disease) [244], and *Sarcoptes scabiei* (Norwegian scabies) [245]. A high index of suspicion, a careful medical history, and early skin biopsy are important for successful diagnosis and successful treatment.

## FUTURE DIRECTIONS

Highly specific treatment directed against an identified pathogen is the ultimate goal of clinical practitioners. In terms of diagnosis, we currently face major problems in the rapid identification of the pathogen and thus we must still rely on clinical skills and experience. The first decision pathway involves determining if the SSTI is caused by an endogenous or exogenous pathogen. Endogenous pathogens can be largely restricted to *S. aureus* or streptococcal species such as groups A, B, C, or G, and together these account for the vast majority of SSTIs. Previously, the empiric treatment of SSTIs of endogenous origin was relatively easy because semisynthetic penicillin, cephalosporins, erythromycin, and clindamycin were effective treatment of both *S. aureus* and streptococcal species. Recently, resistance of *S. aureus* to methicillin, erythromycin, clindamycin, tetracycline, and SMX-TMP has dramatically increased and resistance of streptococci to erythromycin and clindamycin has been reported as well. Therefore, in the future it will be more important than ever to base treatment on cultures and sensitivities. In nonpurulent cellulitis, the clinical isolation rate of a pathogen is <20%. This leaves the modern clinician with an unconfirmed diagnosis 80% of the time.

Therefore, this panel supports continued research into the rapid diagnosis of causes of cellulitis specifically, but SSTIs in general. This is of particular importance as the FDA has required inclusion of patients with cellulitis into clinical trials. This poses a dilemma for the pharmaceutical industry and investigators as identification of a specific pathogen, as part of the

inclusion criteria, is necessary for enrollment in the clinical trial.

The priorities for further research are as follows:

1.   Rapid and specific diagnostic assays are needed for identification of microbes that cause cellulitis.

2.   Inexpensive agents are needed that are effective against groups A, B, C, and G streptococci as well as staphylococci including MRSA.

3.   Investigations are needed to determine the pathogenesis of soft tissue infections caused by streptococci. This should include the respective roles of toxins and host response molecules in the genesis of redness, swelling, pain, and edema.

4.   Clinical trials should be performed that include patients with severe soft tissue infections (eg, necrotizing fasciitis and gas gangrene) and immunocompromised patients. The lack of evidence-based approaches results in clinical decisions being made based on physicians' best opinion, or extrapolation from other patient populations.

5.   Investigations should determine host and pathogen factors that result in recurrent cellulitis.

6.   Larger clinical trials should determine if anti-inflammatory agents are useful or detrimental in the treatment of cellulitis and erysipelas.

7.   Definitive treatment of SSTIs caused by staphylococci and streptococci in terms of preferred agents, doses, and duration of therapy is needed to improve outcomes and potentially reduce antibiotic exposure.

## Notes

*Acknowledgments.*   The expert panel expresses its gratitude to the external reviewers, Drs. Thomas File, Thomas M. Hooton, and George A. Pankey. The panel thanks the IDSA for supporting the development of this guideline and specifically, Vita Washington for her continued support throughout the guideline development process. We thank Irene Collie and Dr Amy E. Bryant for technical assistance in developing the algorithm in Figure 1.

*Financial support.*   Support for these guidelines was provided by the Infectious Diseases Society of America.

*Potential conflicts of interest.*   The following list is a reflection of what has been reported to IDSA. To provide thorough transparency, IDSA requires full disclosure of all relationships, regardless of relevancy to the guideline topic. Evaluation of such relationships as potential conflicts of interest is determined by a review process that includes assessment by the SPGC chair, the SPGC liaison to the development panel and the board of directors liaison to the SPGC, and, if necessary, the Conflict of Interest (COI) Task Force of the Board. This assessment of disclosed relationships for possible COI will be based on the relative weight of the financial relationship (ie, monetary amount) and the relevance of the relationship (ie, the degree to which an association might reasonably be interpreted by an independent observer as related to the topic or recommendation of consideration). The reader of these guidelines should be mindful of this when the list of disclosures is reviewed. D. L. S. has no current conflicts of interest and currently receives research support from the Department of Veterans Affairs and the National Institutes of Health. A. L. B. has received honoraria from UpToDate. H. F. C. has served as a consultant to Pfizer, AstraZeneca, Theravance, and Trius, and has received stocks/bonds from Merck and Trius. E. P. D. has served as a consultant; has received grants for clinical research and/or lectured

for honoraria from Bayer, Merck, Wyeth-Ayerst, AstraZeneca, Pfizer, Ortho-McNeil, Cubist, Vicuron, InterMune, Peninsula, Johnson & Johnson, Cepheid, Replidyne, Kimberley-Clark, Targanta, Schering-Plough, Enturia, Optimer Pharmaceuticals, Cadence, Implicit, Cardinal, Durata, 3M, Applied Medical, and BD-GeneOhm; and has received a clinical trial grant from Tetraphase. E. J. C. G. has served as a consultant to Schering-Plough, ViraPharm, Replidyne, Occulus Innovative Sciences, Theravance, Cerexa, Merck, and Optimer Pharmaceuticals; has received honoraria from Merck, Johnson & Johnson; and has received research grants from Replidyne, Occulus Innovative Sciences, Cubist, Theravance, Pfizer, Cerexa, Johnson & Johnson, Merck, and Optimer Pharmaceuticals. S. L. G. has received stocks/bonds from Optimer Pharmaceuticals, Cubist Pharmaceuticals, and Cempra Pharmaceuticals has received honoraria from IDSA (Editor, *Clinical Infectious Diseases*); has served as a consultant to Cempra Pharmaceuticals; and has received grants from the National Institutes of Health. S. L. K. has served as a consultant to Novartis, Pfizer, and Wyeth; has been a site PI for Cubist, Cerexa, and Optimer; and has received honoraria from UpToDate and Merck. All other authors report no potential conflicts.

All authors have submitted the ICMJE Form for Disclosure of Potential Conflicts of Interest. Conflicts that the editors consider relevant to the content of the manuscript have been disclosed.

## References

1.   Guyatt GH, Oxman AD, Kunz R, et al. Going from evidence to recommendations. BMJ **2008**; 336:1049–51.
2.   Guyatt GH, Oxman AD, Vist GE, et al. GRADE: an emerging consensus on rating quality of evidence and strength of recommendations. BMJ **2008**; 336:924–6.
3.   Guyatt GH, Oxman AD, Kunz R, Vist GE, Falck-Ytter Y, Schunemann HJ. What is "quality of evidence" and why is it important to clinicians? BMJ **2008**; 336:995–8.
4.   Jaeschke R, Guyatt GH, Dellinger P, et al. Use of GRADE grid to reach decisions on clinical practice guidelines when consensus is elusive. BMJ **2008**; 337:a744.
5.   Edelsberg J, Taneja C, Zervos M, et al. Trends in US hospital admissions for skin and soft tissue infections. Emerg Infect Dis **2009**; 15:1516–8.
6.   Pallin DJ, Egan DJ, Pelletier AJ, Espinola JA, Hooper DC, Camargo CA Jr. Increased US emergency department visits for skin and soft tissue infections, and changes in antibiotic choices, during the emergence of community-associated methicillin-resistant *Staphylococcus aureus*. Ann Emerg Med **2008**; 51:291–8.
7.   Pallin DJ, Espinola JA, Leung DY, Hooper DC, Camargo CA Jr. Epidemiology of dermatitis and skin infections in United States physicians' offices, 1993–2005. Clin Infect Dis **2009**; 49:901–7.
8.   Field MJ, Lohr KN; Institute of Medicine. Committee to Advise the Public Health Service on Clinical Practice Guidelines, United States. Department of Health and Human Services. Clinical practice guidelines: directions for a new program. Washington, DC: National Academy Press, **1990**.
9.   Guyatt GH, Oxman AD, Kunz R, et al. Incorporating considerations of resources use into grading recommendations. BMJ **2008**; 336:1170–3.
10.   Schunemann HJ, Oxman AD, Brozek J, et al. Grading quality of evidence and strength of recommendations for diagnostic tests and strategies. BMJ **2008**; 336:1106–10.
11.   Chow AW, Benninger MS, Brook I, et al. IDSA clinical practice guideline for acute bacterial rhinosinusitis in children and adults. Clin Infect Dis **2012**; 54:e72–e112.
12.   Hirschmann JV. Impetigo: etiology and therapy. Curr Clin Top Infect Dis **2002**; 22:42–51.
13.   Durupt F, Mayor L, Bes M, et al. Prevalence of *Staphylococcus aureus* toxins and nasal carriage in furuncles and impetigo. Br J Dermatol **2007**; 157:1161–7.

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

14. Koning S, van der Wouden JC, Chosidow O, et al. Efficacy and safety of retapamulin ointment as treatment of impetigo: randomized double-blind multicentre placebo-controlled trial. Br J Dermatol 2008; 158:1077–82.

15. Wasserzug O, Valinsky L, Klement E, et al. A cluster of ecthyma outbreaks caused by a single clone of invasive and highly infective Streptococcus pyogenes. Clin Infect Dis 2009; 48:1213–9.

16. Moran GJ, Krishnadasan A, Gorwitz RJ, et al. Methicillin-resistant S. aureus infections among patients in the emergency department. N Engl J Med 2006; 355:666–74.

17. Duong M, Markwell S, Peter J, Barenkamp S. Randomized, controlled trial of antibiotics in the management of community-acquired skin abscesses in the pediatric patient. Ann Emerg Med 2010; 55:401–7.

18. Rajendran PM, Young D, Maurer T, et al. Randomized, double-blind, placebo-controlled trial of cephalexin for treatment of uncomplicated skin abscesses in a population at risk for community-acquired methicillin-resistant Staphylococcus aureus infection. Antimicrob Agents Chemother 2007; 51:4044–8.

19. Diven DG, Dozier SE, Meyer DJ, Smith EB. Bacteriology of inflamed and uninflamed epidermal inclusion cysts. Arch Dermatol 1998; 134:49–51.

20. Gaspari RJ, Resop D, Mendoza M, Kang T, Blehar D. A randomized controlled trial of incision and drainage versus ultrasonographically guided needle aspiration for skin abscesses and the effect of methicillin-resistant Staphylococcus aureus. Ann Emerg Med 2011; 57:483–91. e1.

21. Macfie J, Harvey J. The treatment of acute superficial abscesses: a prospective clinical trial. Br J Surg 1977; 64:264–6.

22. Llera JL, Levy RC. Treatment of cutaneous abscess: a double-blind clinical study. Ann Emerg Med 1985; 14:15–9.

23. O'Malley GF, Dominici P, Giraldo P, et al. Routine packing of simple cutaneous abscesses is painful and probably unnecessary. Acad Emerg Med 2009; 16:470–3.

24. Rutherford WH, Hart D, Calderwood JW, Merrett JD. Antibiotics in surgical treatment of septic lesions. Lancet 1970; 1:1077–80.

25. Schmitz GR, Bruner D, Pitotti R, et al. Randomized controlled trial of trimethoprim-sulfamethoxazole for uncomplicated skin abscesses in patients at risk for community-associated methicillin-resistant Staphylococcus aureus infection. Ann Emerg Med 2010; 56:283–7.

26. Alikhan A, Lynch PJ, Eisen DB. Hidradenitis suppurativa: a comprehensive review. J Am Acad Dermatol 2009; 60:539–61; quiz 62–3.

27. Humphries AE, Duncan JE. Evaluation and management of pilonidal disease. Surg Clin North Am 2010; 90:113–24, table of contents.

28. Klempner MS, Styrt B. Prevention of recurrent staphylococcal skin infections with low-dose oral clindamycin therapy. JAMA 1988; 260:2682–5.

29. Raz R, Miron D, Colodner R, Staler Z, Samara Z, Keness Y. A 1-year trial of nasal mupirocin in the prevention of recurrent staphylococcal nasal colonization and skin infection. Arch Intern Med 1996; 156:1109–12.

30. Rahimian J, Khan R, LaScalea KA. Does nasal colonization or mupirocin treatment affect recurrence of methicillin-resistant Staphylococcus aureus skin and skin structure infections? Infect Control Hosp Epidemiol 2007; 28:1415–6.

31. Ellis MW, Griffith ME, Dooley DP, et al. Targeted intranasal mupirocin to prevent colonization and infection by community-associated methicillin-resistant Staphylococcus aureus strains in soldiers: a cluster randomized controlled trial. Antimicrob Agents Chemother 2007; 51:3591–8.

32. Whitman TJ, Herlihy RK, Schlett CD, et al. Chlorhexidine-impregnated cloths to prevent skin and soft-tissue infection in Marine recruits: a cluster-randomized, double-blind, controlled effectiveness trial. Infect Control Hosp Epidemiol 2010; 31:1207–15.

33. Wiese-Posselt M, Heuck D, Draeger A, et al. Successful termination of a furunculosis outbreak due to lukS-lukF-positive, methicillin-

34. susceptible Staphylococcus aureus in a German village by stringent decolonization, 2002–2005. Clin Infect Dis 2007; 44:e88–95.

35. Fritz SA, Hogan PG, Hayek G, et al. Household versus individual approaches to eradication of community-associated Staphylococcus aureus in children: a randomized trial. Clin Infect Dis 2012; 54:743–51.

36. Hirschmann JV, Raugi GJ. Lower limb cellulitis and its mimics: part I. Lower limb cellulitis. J Am Acad Dermatol 2012; 67:163 e1–12; quiz 75–6.

37. Dupuy A, Benchikhi H, Roujeau JC, et al. Risk factors for erysipelas of the leg (cellulitis): case-control study. BMJ 1999; 318:1591–4.

38. Bjornsdottir S, Gottfredsson M, Thorisdottir AS, et al. Risk factors for acute cellulitis of the lower limb: a prospective case-control study. Clin Infect Dis 2005; 41:1416–22.

39. Perl B, Gottehrer NP, Raveh D, Schlesinger Y, Rudensky B, Yinnon AM. Cost-effectiveness of blood cultures for adult patients with cellulitis. Clin Infect Dis 1999; 29:1483–8.

40. Hook EW 3rd, Hooton TM, Horton CA, Coyle MB, Ramsey PG, Turck M. Microbiologic evaluation of cutaneous cellulitis in adults. Arch Intern Med 1986; 146:295–7.

41. Sachs MK. The optimum use of needle aspiration in the bacteriologic diagnosis of cellulitis in adults. Arch Intern Med 1990; 150:1907–12.

42. Leppard BJ, Seal DV, Colman G, Hallas G. The value of bacteriology and serology in the diagnosis of cellulitis and erysipelas. Br J Dermatol 1985; 112:559–67.

43. Kielhofner MA, Brown B, Dall L. Influence of underlying disease process on the utility of cellulitis needle aspirates. Arch Intern Med 1988; 148:2451–2.

44. Sigurdsson AF, Gudmundsson S. The etiology of bacterial cellulitis as determined by fine-needle aspiration. Scand J Infect Dis 1989; 21:537–42.

45. Newell PM, Norden CW. Value of needle aspiration in bacteriologic diagnosis of cellulitis in adults. J Clin Microbiol 1988; 26:401–4.

46. Lebre C, Girard-Pipau F, Roujeau JC, Revuz J, Saiag P, Chosidow O. Value of fine-needle aspiration in infectious cellulitis. Arch Dermatol 1996; 132:842–3.

47. Lutomski DM, Trott AT, Runyon JM, Miyagawa CI, Staneck JL, Rivera JO. Microbiology of adult cellulitis. J Fam Pract 1988; 26:45–8.

48. Duvanel T, Auckenthaler R, Rohner P, Harms M, Saurat JH. Quantitative cultures of biopsy specimens from cutaneous cellulitis. Arch Intern Med 1989; 149:293–6.

49. Chartier C, Grosshans E. Erysipelas. Int J Dermatol 1990; 29:459–67.

50. Eriksson B, Jorup-Ronstrom C, Karkkonen K, Sjoblom AC, Holm SE. Erysipelas: clinical and bacteriologic spectrum and serological aspects. Clin Infect Dis 1996; 23:1091–8.

51. Jeng A, Beheshti M, Li J, Nathan R. The role of beta-hemolytic streptococci in causing diffuse, nonculturable cellulitis: a prospective investigation. Medicine (Baltimore) 2010; 89:217–26.

52. Bernard P, Toty L, Mounier M, Denis F, Bonnetblanc JM. Early detection of streptococcal group antigens in skin samples by latex particle agglutination. Arch Dermatol 1987; 123:468–70.

53. Bernard P, Bedane C, Mounier M, Denis F, Catanzano G, Bonnetblanc JM. Streptococcal cause of erysipelas and cellulitis in adults. A microbiologic study using a direct immunofluorescence technique. Arch Dermatol 1989; 125:779–82.

54. Semel JD, Goldin H. Association of athlete's foot with cellulitis of the lower extremities: diagnostic value of bacterial cultures of ipsilateral interdigital space samples. Clin Infect Dis 1996; 23:1162–4.

55. Baddour LM, Bisno AL. Recurrent cellulitis after coronary bypass surgery. Association with superficial fungal infection in saphenous venectomy limbs. JAMA 1984; 251:1049–52.

56. Eriksson BK. Anal colonization of group G beta-hemolytic streptococci in relapsing erysipelas of the lower extremity. Clin Infect Dis 1999; 29:1319–20.

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

56. Jorup-Ronstrom C, Britton S, Gavlevik A, Gunnarsson K, Redman AC. The course, costs and complications of oral versus intravenous penicillin therapy of erysipelas. Infection 1984; 12:390–4.

57. Hepburn MJ, Dooley DP, Skidmore PJ, Ellis MW, Starnes WF, Hasewinkle WC. Comparison of short-course (5 days) and standard (10 days) treatment for uncomplicated cellulitis. Arch Intern Med 2004; 164:1669–74.

58. Jenkins TC, Sabel AL, Sarcone EE, Price CS, Mehler PS, Burman WJ. Skin and soft-tissue infections requiring hospitalization at an academic medical center: opportunities for antimicrobial stewardship. Clin Infect Dis 2010; 51:895–903.

59. Pallin DJ, Binder WD, Allen MB, et al. Clinical trial: comparative effectiveness of cephalexin plus trimethoprim-sulfamethoxazole versus cephalexin alone for treatment of uncomplicated cellulitis: a randomized controlled trial. Clin Infect Dis 2013; 56:1754–62.

60. Dall L, Peterson S, Simmons T, Dall A. Rapid resolution of cellulitis in patients managed with combination antibiotic and anti-inflammatory therapy. Cutis 2005; 75:177–80.

61. Bergkvist PI, Sjobeck K. Antibiotic and prednisolone therapy of erysipelas: a randomized, double blind, placebo-controlled study. Scand J Infect Dis 1997; 29:377–82.

62. Bergkvist PI, Sjobeck K. Relapse of erysipelas following treatment with prednisolone or placebo in addition to antibiotics: a 1-year follow-up. Scand J Infect Dis 1998; 30:206–7.

63. McGee S, Hirschmann J. Use of corticosteroids in treating infectious diseases. Arch Intern Med 1998; 168:1034–46.

64. Goettsch WG, Bouwes Bavinck JN, Herings RM. Burden of illness of bacterial cellulitis and erysipelas of the leg in the Netherlands. J Eur Acad Dermatol Venereol 2006; 20:834–9.

65. Jorup-Ronstrom C, Britton S. Recurrent erysipelas: predisposing factors and costs of prophylaxis. Infection 1987; 15:105–6.

66. McNamara DR, Tleyjeh IM, Berbari EF, et al. A predictive model of recurrent lower extremity cellulitis in a population-based cohort. Arch Intern Med 2007; 167:709–15.

67. Lewis SD, Peter GS, Gomez-Marin O, Bisno AL. Risk factors for recurrent lower extremity cellulitis in a U.S. Veterans Medical Center population. Am J Med Sci 2006; 332:304–7.

68. Karppelin M, Siljander T, Vuopio-Varkila J, et al. Factors predisposing to acute and recurrent bacterial non-necrotizing cellulitis in hospitalized patients: a prospective case-control study. Clin Microbiol Infect 2010; 16:729–34.

69. Cox NH. Oedema as a risk factor for multiple episodes of cellulitis/erysipelas of the lower leg: a series with community follow-up. Br J Dermatol 2006; 155:947–50.

70. Pavlotsky F, Amrani S, Trau H. Recurrent erysipelas: risk factors. J Dtsch Dermatol Ges 2004; 2:89–95.

71. Leclerc S, Teixeira A, Mahe E, Descamps V, Crickx B, Chosidow O. Recurrent erysipelas: 47 cases. Dermatology 2007; 214:52–7.

72. Sjoblom AC, Eriksson B, Jorup-Ronstrom C, Karkkonen K, Lindqvist M. Antibiotic prophylaxis in recurrent erysipelas. Infection 1993; 21:390–3.

73. Kremer M, Zuckerman R, Avraham Z, Raz R. Long-term antimicrobial therapy in the prevention of recurrent soft-tissue infections. J Infect 1991; 22:37–40.

74. Wang JH, Liu YC, Cheng DL, et al. Role of benzathine penicillin G in prophylaxis for recurrent streptococcal cellulitis of the lower legs. Clin Infect Dis 1997; 25:685–9.

75. Vignes S, Dupuy A. Recurrence of lymphoedema-associated cellulitis (erysipelas) under prophylactic antibiotherapy: a retrospective cohort study. J Eur Acad Dermatol Venereol 2006; 20:818–22.

76. Thomas KS, Crook AM, Nunn AJ, et al. Penicillin to prevent recurrent leg cellulitis. N Engl J Med 2013; 368:1695–703.

77. Brennan TA, Leape LL, Laird NM, et al. Incidence of adverse events and negligence in hospitalized patients. Results of the Harvard Medical Practice Study I. N Engl J Med 1991; 324:370–6.

78. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for prevention of surgical site infection, 1999. Hospital Infection Control Practices Advisory Committee. Infect Control Hosp Epidemiol 1999; 20:250–78; quiz 79-80.

79. Gaynes RP, Culver DH, Horan TC, Edwards JR, Richards C, Tolson JS. Surgical site infection (SSI) rates in the United States, 1992-1998: the National Nosocomial Infections Surveillance System basic SSI risk index. Clin Infect Dis 2001; 33(suppl 2):S69–77.

80. Dellinger EP. Approach to the patient with postoperative fever. 3rd ed. Philadelphia: Lippincott Williams & Wilkins, 2004.

81. Burke JF. The effective period of preventive antibiotic action in experimental incisions and dermal lesions. Surgery 1961; 50:161–8.

82. Classen DC, Evans RS, Pestotnik SL, Horn SD, Menlove RL, Burke JP. The timing of prophylactic administration of antibiotics and the risk of surgical-wound infection. N Engl J Med 1992; 326:281–6.

83. Stone HH, Haney BB, Kolb LD, Geheber CE, Hooper CA. Prophylactic and preventive antibiotic therapy: timing, duration and economics. Ann Surg 1979; 189:691–9.

84. Dellinger EP, Gross PA, Barrett TL, et al. Quality standard for antimicrobial prophylaxis in surgical procedures. Infectious Diseases Society of America. Clin Infect Dis 1994; 18:422–7.

85. Bratzler DW, Houck PM. Antimicrobial prophylaxis for surgery: an advisory statement from the National Surgical Infection Prevention Project. Clin Infect Dis 2004; 38:1706–15.

86. McDonald M, Grabsch E, Marshall C, Forbes A. Single- versus multiple-dose antimicrobial prophylaxis for major surgery: a systematic review. Aust N Z J Surg 1998; 68:388–96.

87. Steinberg JP, Braun BI, Hellinger WC, et al. Timing of antimicrobial prophylaxis and the risk of surgical site infections: results from the Trial to Reduce Antimicrobial Prophylaxis Errors. Ann Surg 2009; 250:10–6.

88. van Kasteren ME, Mannien J, Ott A, Kullberg BJ, de Boer AS, Gyssens IC. Antibiotic prophylaxis and the risk of surgical site infections following total hip arthroplasty: timely administration is the most important factor. Clin Infect Dis 2007; 44:921–7.

89. Bartlett P, Reingold AL, Graham DR, et al. Toxic shock syndrome associated with surgical wound infections. JAMA 1982; 247:1448–50.

90. Raab MG, O'Brien M, Hayes JM, Graham DR. Postoperative toxic shock syndrome. Am J Orthop (Belle Mead NJ) 1995; 24:130–6.

91. Mandell GL, Bennett JE, Dolin R, eds. Principles and practice of infectious diseases. 4th ed. New York: Churchill Livingstone, 1995.

92. Cruse PJE. Wound infections: epidemiology and clinical characteristics. CT: Appleton & Lange, 1988.

93. Lee J. Surgical wound infections: surveillance for quality improvement. Boston: Little, Brown and Company, 1995.

94. DeLucia A, Magee JC, Shanley CJ, Simeone DM, Sussman JJ, Wahl WL. Review for surgery: scientific principles and practice. Philadelphia: J.B. Lippincott Company, 1993.

95. Townsend CMJ, Beuchamp RD, Evers BM, Mattox KL, Sabiston S. The biologic basis of modern surgical practice. Philadelphia: W.B. Saunders and Company, 2001.

96. Dellinger EP, Evans HL, Van Eaton EG. Hospital Infections Chapter 817. In: Ashley SW, Cance WG, Chen H, Jurkovich GJ, Napolitano LM, Pemberton JH, Riall TS, Swanson JS, Valentine JS, eds. Decker, Ontario, CA: ACS Surgery Online, 2012; 8–26.

97. Dellinger EP. Surgical infections and choice of antibiotics. In: Towsend CM, Beauchamp RD, Evers BM, Mattox K, eds. The Biologic basis for modern surgical practice. Sabiston Textbook of surgery, 16th edition, Philadelphia: WB Saunders Co, 2001; 171–88.

98. Howard N, Simmons RL. Wound infections: epidemiology and clinical characteristics. Surgical infectious diseases. 2nd ed. CT: Appleton & Lange, 1988.

99. Huizinga WK, Kritzinger NA, Bhamjee A. The value of adjuvant systemic antibiotic therapy in localised wound infections among hospital patients: a comparative study. J Infect 1986; 13:11–6.

100. Meislin HW, Lerner SA, Graves MH, et al. Cutaneous abscesses. Anaerobic and aerobic bacteriology and outpatient management. Ann Intern Med 1977; 87:145–9.

101. Paydar KZ, Hansen SL, Charlebois ED, Harris HW, Young DM. Inappropriate antibiotic use in soft tissue infections. Arch Surg 2006; 141:850–4; discussion 55–6.

102. Bobrow BJ, Pollack CV Jr, Gamble S, Seligson RA. Incision and drainage of cutaneous abscesses is not associated with bacteremia in afebrile adults. Ann Emerg Med 1997; 29:404–8.

103. Brook I, Frazier EH. Aerobic and anaerobic bacteriology of wounds and cutaneous abscesses. Arch Surg 1990; 125:1445–51.

104. Meislin HW. Pathogen identification of abscesses and cellulitis. Ann Emerg Med 1986; 15:329–32.

105. Dellinger EP. Postoperative wound infection. 2nd ed. Philadelphia: Mosby Year Book, 2001.

106. Wyrick WJ Jr, Rea WJ, McClelland RN. Rare complications with intravenous hyperosmotic alimentation. JAMA 1970; 211:1697–8.

107. Giuliano A, Lewis F Jr, Hadley K, Blaisdell FW. Bacteriology of necrotizing fasciitis. Am J Surg 1977; 134:52–7.

108. Miller LG, Perdreau-Remington F, Rieg G, et al. Necrotizing fasciitis caused by community-associated methicillin-resistant *Staphylococcus aureus* in Los Angeles. N Engl J Med 2005; 352:1445–53.

109. Stevens DL, Tanner MH, Winship J, et al. Severe group A streptococcal infections associated with a toxic shock-like syndrome and scarlet fever toxin A. N Engl J Med 1989; 321:1–7.

110. Chelsom J, Halstensen A, Haga T, Hoiby EA. Necrotising fasciitis due to group A streptococci in western Norway: incidence and clinical features. Lancet 1994; 344:1111–5.

111. Anaya DA, Dellinger EP. Necrotizing soft-tissue infection: diagnosis and management. Clin Infect Dis 2007; 44:705–10.

112. Zimbelman J, Palmer A, Todd J. Improved outcome of clindamycin compared with beta-lactam antibiotic treatment for invasive *Streptococcus pyogenes* infection. Pediatr Infect Dis J 1999; 18:1096–100.

113. Mulla ZD, Leaverton PE, Wiersma ST. Invasive group A streptococcal infections in Florida. South Med J 2003; 96:968–73.

114. Tanz RR, Shulman ST, Shortridge VD, et al. Community-based surveillance in the united states of macrolide-resistant pediatric pharyngeal group A streptococci during 3 respiratory disease seasons. Clin Infect Dis 2004; 39:1794–801.

115. Ardanuy C, Domenech A, Rolo D, et al. Molecular characterization of macrolide- and multidrug-resistant *Streptococcus pyogenes* isolated from adult patients in Barcelona, Spain (1993-2008). J Antimicrob Chemother 2010; 65:634–43.

116. Noels H, Weber C. Catching up with important players in atherosclerosis: type I interferons and neutrophils. Curr Opin Lipidol 2011; 22:144–5.

117. Jaggi P, Beall B, Rippe J, Tanz RR, Shulman ST. Macrolide resistance and emm type distribution of invasive pediatric group A streptococcal isolates: three-year prospective surveillance from a children's hospital. Pediatr Infect Dis J 2007; 26:253–5.

118. Stevens DL. Dilemmas in the treatment of invasive *Streptococcus pyogenes* infections. Clin Infect Dis 2003; 37:341–3.

119. Kaul R, McGeer A, Norrby-Teglund A, et al. Intravenous immunoglobulin therapy for streptococcal toxic shock syndrome—a comparative observational study. The Canadian Streptococcal Study Group. Clin Infect Dis 1999; 28:800–7.

120. Darenberg J, Ihendyane N, Sjolin J, et al. Intravenous immunoglobulin G therapy in streptococcal toxic shock syndrome: a European randomized, double-blind, placebo-controlled trial. Clin Infect Dis 2003; 37:333–40.

121. Laucks SS 2nd. Fournier's gangrene. Surg Clin North Am 1994; 74:1339–52.

122. Eke N, Echem RC, Elenwo SN. Fournier's gangrene in Nigeria: a review of 21 consecutive patients. Int Surg 2000; 85:77–81.

123. Sissolak D, Weir WR. Tropical pyomyositis. J Infect 1994; 29:121–7.

124. Pannaraj PS, Hulten KG, Gonzalez BE, Mason EO Jr, Kaplan SL. Infective pyomyositis and myositis in children in the era of community-acquired, methicillin-resistant *Staphylococcus aureus* infection. Clin Infect Dis 2006; 43:953–60.

125. Gafur OA, Copley LA, Hollmig ST, Browne RH, Thornton LA, Crawford SE. The impact of the current epidemiology of pediatric musculoskeletal infection on evaluation and treatment guidelines. J Pediatr Orthop 2008; 28:777–85.

126. Crum NF. Bacterial pyomyositis in the United States. Am J Med 2004; 117:420–8.

127. Garcia-Lechuz JM, Cuevas O, Castellares C, Perez-Fernandez C, Cercenado E, Bouza E. *Streptococcus pneumoniae* skin and soft tissue infections: characterization of causative strains and clinical illness. Eur J Clin Microbiol Infect Dis 2007; 26:247–53.

128. Theodorou SJ, Theodorou DJ, Resnick D. MR imaging findings of pyogenic bacterial myositis (pyomyositis) in patients with local muscle trauma: illustrative cases. Emerg Radiol 2007; 14:89–96.

129. Turecki MB, Taljanovic MS, Stubbs AY, et al. Imaging of musculoskeletal soft tissue infections. Skeletal Radiol 2010; 39:957–71.

130. Browne LP, Mason EO, Kaplan SL, Cassady CI, Krishnamurthy R, Guillerman RP. Optimal imaging strategy for community-acquired *Staphylococcus aureus* musculoskeletal infections in children. Pediatr Radiol 2008; 38:841–7.

131. Lin MY, Rezai K, Schwartz DN. Septic pulmonary emboli and bacteremia associated with deep tissue infections caused by community-acquired methicillin-resistant *Staphylococcus aureus*. J Clin Microbiol 2008; 46:1553–5.

132. Campbell KM, Vaughn AF, Russell KL, et al. Risk factors for community-associated methicillin-resistant *Staphylococcus aureus* infections in an outbreak of disease among military trainees in San Diego, California, in 2002. J Clin Microbiol 2004; 42:4050–3.

133. Weigelt J, Itani K, Stevens D, Lau W, Dryden M, Knirsch C. Linezolid versus vancomycin in treatment of complicated skin and soft tissue infections. Antimicrob Agents Chemother 2005; 49:2260–6.

134. Arbeit RD, Maki D, Tally FP, Campanaro E, Eisenstein BI. The safety and efficacy of daptomycin for the treatment of complicated skin and skin-structure infections. Clin Infect Dis 2004; 38: 1673–81.

135. File TM, Wilcox MH, Stein GE. Summary of ceftaroline fosamil clinical trials and clinical safety. Clin Infect Dis 2012; (suppl 3):S173–80.

136. Stevens DL, Aldape MJ, Bryant AE. Life-threatening clostridial infections. Anaerobe 2012; 18:254–9.

137. Stevens DL, Laine BM, Mitten JE. Comparison of single and combination antimicrobial agents for prevention of experimental gas gangrene caused by *Clostridium perfringens*. Antimicrob Agents Chemother 1987; 31:312–6.

138. Stevens DL, Maier KA, Laine BM, Mitten JE. Comparison of clindamycin, rifampin, tetracycline, metronidazole, and penicillin for efficacy in prevention of experimental gas gangrene due to *Clostridium perfringens*. J Infect Dis 1987; 155:220–8.

139. Heimbach D. Use of hyperbaric oxygen. Clin Infect Dis 1993; 17:239–40.

140. Goldstein EJ, Citron DM, Finegold SM. Dog bite wounds and infection: a prospective clinical study. Ann Emerg Med 1980; 9:508–12.

141. Goldstein EJ, Citron DM. Comparative activities of cefuroxime, amoxicillin-clavulanic acid, ciprofloxacin, enoxacin, and ofloxacin against aerobic and anaerobic bacteria isolated from bite wounds. Antimicrob Agents Chemother 1988; 32:1143–8.

142. Kroger AT, Atkinson WL, Marcuse EK, Pickering LK. General recommendations on immunization: recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recomm Rep 2006; 55:1–48.

143. Goldstein EJ, Citron DM, Merriam CV, Warren YA, Tyrrell K, Fernandez H. Comparative in vitro activity of ertapenem and 11 other antimicrobial agents against aerobic and anaerobic pathogens isolated from skin and soft tissue animal and human bite wound infections. J Antimicrob Chemother 2001; 48:641–51.

144. Brakenbury PH, Muwanga C. A comparative double blind study of amoxycillin/clavulanate vs placebo in the prevention of infection after animal bites. Arch Emerg Med 1989; 6:251–6.

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

145. Talan DA, Abrahamian FM, Moran GJ, Citron DM, Tan JO, Goldstein EJ. Clinical presentation and bacteriologic analysis of infected human bites in patients presenting to emergency departments. Clin Infect Dis 2003; 37:1481–9.

146. Pascual FB, McGinley EL, Zanardi LR, Cortese MM, Murphy TV. Tetanus surveillance—United States, 1998–2000. MMWR Surveill Summ 2003; 52:1–8.

147. Goldstein EJ. Bite wounds and infection. Clin Infect Dis 1992; 14:633–8.

148. Gouin S, Patel H. Office management of minor wounds. Can Fam Physician 2001; 47:769–74.

149. Callaham M. Prophylactic antibiotics in common dog bite wounds: a controlled study. Ann Emerg Med 1980; 9:410–4.

150. Elenbaas RM, McNabney WK, Robinson WA. Prophylactic oxacillin in dog bite wounds. Ann Emerg Med 1982; 11:248–51.

151. Dire DJ, Hogan DE, Walker JS. Prophylactic oral antibiotics for low-risk dog bite wounds. Pediatr Emerg Care 1992; 8:194–9.

152. Dire DJ. Emergency management of dog and cat bite wounds. Emerg Med Clin North Am 1992; 10:719–36.

153. Cummings P. Antibiotics to prevent infection in patients with dog bite wounds: a meta-analysis of randomized trials. Ann Emerg Med 1994; 23:535–40.

154. Singer AJ, Dagum AB. Current management of acute cutaneous wounds. N Engl J Med 2008; 359:1037–46.

155. Medeiros I, Saconato H. Antibiotic prophylaxis for mammalian bites. Cochrane Database Syst Rev 2001:CD001738.

156. Goldstein EJ, Citron DM, Wield B, et al. Bacteriology of human and animal bite wounds. J Clin Microbiol 1978; 8:667–72.

157. Abrahamian FM, Goldstein EJ. Microbiology of animal bite wound infections. Clin Microbiol Rev 2011; 24:231–46.

158. Goldstein EJ, Citron DM, Richwald GA. Lack of in vitro efficacy of oral forms of certain cephalosporins, erythromycin, and oxacillin against Pasteurella multocida. Antimicrob Agents Chemother 1988; 32:213–5.

159. Goldstein EJ, Citron DM, Merriam CV. Linezolid activity compared to those of selected macrolides and other agents against aerobic and anaerobic pathogens isolated from soft tissue bite infections in humans. Antimicrob Agents Chemother 1999; 43:1469–74.

160. Stevens DL, Higbee JW, Oberhofer TR, Everett ED. Antibiotic susceptibilities of human isolates of Pasteurella multocida. Antimicrob Agents Chemother 1979; 16:322–4.

161. No authors listed.] Diphtheria, tetanus, and pertussis: recommendations for vaccine use and other preventive measures. Recommendations of the Immunization Practices Advisory Committee (ACIP). MMWR Recomm Rep 1991; 40:1–28.

162. Bowie C. Tetanus toxoid for adults—too much of a good thing. Lancet 1996; 348:1185–6.

163. Zook EG, Miller M, Van Beek AL, Wavak P. Successful treatment protocol for canine fang injuries. J Trauma 1980; 20:243–7.

164. Schultz RC, McMaster WC. The treatment of dog bite injuries, especially those of the face. Plast Reconstr Surg 1972; 49:494–500.

165. Stucker FJ, Shaw GY, Boyd S, Shockley WW. Management of animal and human bites in the head and neck. Arch Otolaryngol Head Neck Surg 1990; 116:789–93.

166. Palmer J, Rees M. Dog bites of the face: a 15 year review. Br J Plast Surg 1983; 36:315–8.

167. Inglesby TV, Henderson DA, Bartlett JG, et al. Anthrax as a biological weapon: medical and public health management. Working Group on Civilian Biodefense. JAMA 1999; 281:1735–45.

168. Dixon TC, Meselson M, Guillemin J, Hanna PC. Anthrax. N Engl J Med 1999; 341:815–26.

169. No authors listed.] Update: Investigation of bioterrorism-related anthrax and interim guidelines for exposure management and antimicrobial therapy, October 2001. MMWR Morb Mortal Wkly Rep 2001; 50:909–19.

170. Bass JW, Freitas BC, Freitas AD, et al. Prospective randomized double blind placebo-controlled evaluation of azithromycin for treatment of cat-scratch disease. Pediatr Infect Dis J 1998; 17:447–52.

171. Ramirez Ramirez CR, Saavedra S, Ramirez Ronda CH. Bacillary angiomatosis: microbiology, histopathology, clinical presentation, diagnosis and management. Bol Asoc Med P R 1996; 88:46–51.

172. Andrychowski J, Jasielski P, Netczuk T, Czernicki Z. Empyema in spinal canal in thoracic region, abscesses in paravertebral space, spondylitis: in clinical course of zoonosis Erysipelothrix rhusiopathiae. Eur Spine J 2012; 21(suppl 4):557–63.

173. Brooke CJ, Riley TV. Erysipelothrix rhusiopathiae: bacteriology, epidemiology and clinical manifestations of an occupational pathogen. J Med Microbiol 1999; 48:789–99.

174. Estes DM, Dow SW, Schweizer HP, Torres AG. Present and future therapeutic strategies for melioidosis and glanders. Expert Rev Anti Infect Ther 2010; 8:325–38.

175. Srinivasan A, Kraus CN, DeShazer D, et al. Glanders in a military research microbiologist. N Engl J Med 2001; 345:256–8.

176. Perry RD, Fetherston JD. Yersinia pestis—etiologic agent of plague. Clin Microbiol Rev 1997; 10:35–66.

177. Maurin M, Pelloux I, Brion JP, Del Bano JN, Picard A. Human tularemia in France, 2006–2010. Clin Infect Dis 2011; 53:e133–41.

178. Kroshinsky D, Grossman RE, Fox LP. Approach to the patient with presumed cellulitis. Semin Cutan Med Surg 2007; 26:168–78.

179. Lopez FA, Sanders CV. Dermatologic infections in the immunocompromised (non-HIV) host. Infect Dis Clin North Am 2001; 15:671–702, xi.

180. Pizzo PA. Fever in immunocompromised patients. N Engl J Med 1999; 341:893–900.

181. Podjasek JO, Wetter DA, Pittelkow MR, Wada DA. Cutaneous small-vessel vasculitis associated with solid organ malignancies: the Mayo Clinic experience, 1996 to 2009. J Am Acad Dermatol 2012; 66: e55–65.

182. Gafter-Gvili A, Fraser A, Paul M, et al. Antibiotic prophylaxis for bacterial infections in afebrile neutropenic patients following chemotherapy. Cochrane Database Syst Rev 2012; 1:CD004386.

183. Montoya JG, Giraldo LF, Efron B, et al. Infectious complications among 620 consecutive heart transplant patients at Stanford University Medical Center. Clin Infect Dis 2001; 33:629–40.

184. Lamoth F, Jaton K, Prod'hom G, et al. Multiplex blood PCR in combination with blood cultures for improvement of microbiological documentation of infection in febrile neutropenia. J Clin Microbiol 2010; 48:3510–6.

185. Petti CA. Detection and identification of microorganisms by gene amplification and sequencing. Clin Infect Dis 2007; 44:1108–14.

186. Schuetz AN. Invasive fungal infections: biomarkers and molecular approaches to diagnosis. Clin Lab Med 2013; 33:505–25.

187. Freifeld AG, Bow EJ, Sepkowitz KA, et al. Clinical practice guideline for the use of antimicrobial agents in neutropenic patients with cancer: 2010 update by the Infectious Diseases Society of America. Clin Infect Dis 2011; 52:e56–93.

188. Lingaratnam S, Slavin MA, Koczwara B, et al. Introduction to the Australian consensus guidelines for the management of neutropenic fever in adult cancer patients, 2010/2011. Australian Consensus Guidelines 2011 Steering Committee. Intern Med J 2011; 41:75–81.

189. Segal BH, Freifeld AG, Baden LR, et al. Prevention and treatment of cancer-related infections. J Natl Compr Canc Netw 2008; 6:122–74.

190. Tomblyn M, Chiller T, Einsele H, et al. Guidelines for preventing infectious complications among hematopoietic cell transplant recipients: a global perspective. Preface. Bone Marrow Transplant 2009; 44:453–5.

191. Walsh TJ, Anaissie EJ, Denning DW, et al. Treatment of aspergillosis: clinical practice guidelines of the Infectious Diseases Society of America. Clin Infect Dis 2008; 46:327–60.

192. Pappas PG, Kauffman CA, Andes D, et al. Clinical practice guidelines for the management of candidiasis: 2009 update by the Infectious Diseases Society of America. Clin Infect Dis 2009; 48:503–35.

193. Mermel LA, Allon M, Bouza E, et al. Clinical practice guidelines for the diagnosis and management of intravascular catheter-related infection:

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

2009 update by the Infectious Diseases Society of America. Clin Infect Dis 2009; 49:1–45.

194. Legrand M, Max A, Peigne V, et al. Survival in neutropenic patients with severe sepsis or septic shock. Crit Care Med 2012; 40:43–9.

195. Paesmans M, Klastersky J, Maertens J, et al. Predicting febrile neutropenic patients at low risk using the MASCC score: does bacteremia matter? Support Care Cancer 2011; 19:1001–8.

196. Klastersky J, Paesmans M, Georgala A, et al. Outpatient oral antibiotics for febrile neutropenic cancer patients using a score predictive for complications. J Clin Oncol 2006; 24:4129–34.

197. Lanoix JP, Schmit JL, Douadi Y. Bacterial lung sepsis in patients with febrile neutropenia. Curr Opin Pulm Med 2012; 18:175–80.

198. Mebis J, Jansens H, Minalu G, et al. Long-term epidemiology of bacterial susceptibility profiles in adults suffering from febrile neutropenia with hematologic malignancy after antibiotic change. Infect Drug Resist 2010; 3:53–61.

199. Nordmann P, Cuzon G, Naas T. The real threat of Klebsiella pneumoniae carbapenemase-producing bacteria. Lancet Infect Dis 2009; 9:228–36.

200. Johnston DL, Waldhausen JH, Park JR. Deep soft tissue infections in the neutropenic pediatric oncology patient. J Pediatr Hematol Oncol 2001; 23:443–7.

201. Reich HL, Williams Fadeyi D, Naik NS, Honig PJ, Yan AC. Nonpseudomonal ecthyma gangrenosum. J Am Acad Dermatol 2004; 50: S114–7.

202. Wade JC. Viral infections in patients with hematological malignancies. Hematology Am Soc Hematol Educ Program 2006; 2006:368–74.

203. Pizzo PA. Management of fever in patients with cancer and treatment-induced neutropenia. N Engl J Med 1993; 328:1323–32.

204. Kosmidis CI, Chandrasekar PH. Management of gram-positive bacterial infections in patients with cancer. Leuk Lymphoma 2012; 53:8–18.

205. Tattevin P, Camus C. What can we learn from studies comparing linezolid with vancomycin in neutropenic patients when vancomycin dosages are not optimized? Clin Infect Dis 2006; 42:1813–4; author reply 14–5.

206. Jaksic B, Martinelli G, Perez-Oteyza J, Hartman CS, Leonard LB, Tack KJ. Efficacy and safety of linezolid compared with vancomycin in a randomized, double-blind study of febrile neutropenic patients with cancer. Clin Infect Dis 2006; 42:597–607.

207. Freifeld A, Marchigiani D, Walsh T, et al. A double-blind comparison of empirical oral and intravenous antibiotic therapy for low-risk febrile patients with neutropenia during cancer chemotherapy. N Engl J Med 1999; 341:305–11.

208. Freifeld AG, Sepkowitz KA. No place like home? Outpatient management of patients with febrile neutropenia and low risk. J Clin Oncol 2011; 29:3952–4.

209. Spellberg B, Ibrahim A, Roilides E, et al. Combination therapy for mucormycosis: why, what, and how? Clin Infect Dis 2012; 54(suppl 1): S73–8.

210. Wingard JR, Santos GW, Saral R. Differences between first and subsequent fevers during prolonged neutropenia. Cancer 1987; 59:844–9.

211. Wade JC. Management of infection in patients with acute leukemia. Hematol Oncol Clin North Am 1993; 7:293–315.

212. Leeflang MM, Debets-Ossenkopp YJ, Visser CE, et al. Galactomannan detection for invasive aspergillosis in immunocompromised patients. Cochrane Database Syst Rev 2008; 4:CD007394.

213. Maertens J, Theunissen K, Lodewyck T, Lagrou K, Van Eldere J. Advances in the serological diagnosis of invasive Aspergillus infections in patients with haematological disorders. Mycoses 2007; 50(suppl 1):2–17.

214. Segal BH, Almyroudis NG, Battiwalla M, et al. Prevention and early treatment of invasive fungal infection in patients with cancer and neutropenia and in stem cell transplant recipients in the era of newer broad-spectrum antifungal agents and diagnostic adjuncts. Clin Infect Dis 2007; 44:402–9.

215. Mays SR, Bogle MA, Bodey GP. Cutaneous fungal infections in the oncology patient: recognition and management. Am J Clin Dermatol 2006; 7:31–43.

216. Goodrich JM, Reed EC, Mori M, et al. Clinical features and analysis of risk factors for invasive candidal infection after marrow transplantation. J Infect Dis 1991; 164:731–40.

217. Bodey GP, Luna M. Skin lesions associated with disseminated candidiasis. JAMA 1974; 229:1466–8.

218. Wingard JR, Merz WG, Saral R. Candida tropicalis: a major pathogen in immunocompromised patients. Ann Intern Med 1979; 91:539–43.

219. Jarowski CI, Fialk MA, Murray HW, et al. Fever, rash, and muscle tenderness. A distinctive clinical presentation of disseminated candidiasis. Arch Intern Med 1978; 138:544–6.

220. Walsh TJ, Newman KR, Moody M, Wharton RC, Wade JC. Trichosporonosis in patients with neoplastic disease. Medicine 1986; 65:268–79.

221. Allo MD, Miller J, Townsend T, Tan C. Primary cutaneous aspergillosis associated with Hickman intravenous catheters. N Engl J Med 1987; 317:1105–8.

222. Petrikkos G, Skiada A, Lortholary O, Roilides E, Walsh TJ, Kontoyiannis DP. Epidemiology and clinical manifestations of mucormycosis. Clin Infect Dis 2012; 54(suppl 1):S23–34.

223. Kontoyiannis DP, Marr KA, Park BJ, et al. Prospective surveillance for invasive fungal infections in hematopoietic stem cell transplant recipients, 2001–2006: overview of the Transplant-Associated Infection Surveillance Network (TRANSNET) Database. Clin Infect Dis 2010; 50:1091–100.

224. Kontoyiannis DP, Sumoza D, Tarrand J, Bodey GP, Storey R, Raad II. Significance of aspergillemia in patients with cancer: a 10-year study. Clin Infect Dis 2000; 31:188–9.

225. Gartenberg G, Bottone EJ, Keusch GT, Weitzman I. Hospital-acquired mucormycosis (Rhizopus rhizopodiformis) of skin and subcutaneous tissue: epidemiology, mycology and treatment. N Engl J Med 1978; 299:1115–8.

226. Anaissie E. Opportunistic mycoses in the immunocompromised host: experience at a cancer center and review. Clin Infect Dis 1992; 14 (suppl 1):S43–53.

227. Nucci M, Anaissie E. Fusarium infections in immunocompromised patients. Clin Microbiol Rev 2007; 20:695–704.

228. Doucette K, Fishman JA. Nontuberculous mycobacterial infection in hematopoietic stem cell and solid organ transplant recipients. Clin Infect Dis 2004; 38:1428–39.

229. Griffith DE, Aksamit T, Brown-Elliott BA, et al. An official ATS/IDSA statement: diagnosis, treatment, and prevention of nontuberculous mycobacterial diseases. Am J Respir Crit Care Med 2007; 175: 367–416.

230. Ambrosioni J, Lew D, Garbino J. Nocardiosis: updated clinical review and experience at a tertiary center. Infection 2010; 38:89–97.

231. Thomas LM, Rand HK, Miller JL, Boyd AS. Primary cutaneous aspergillosis in a patient with a solid organ transplant: case report and review of the literature. Cutis 2008; 81:127–30.

232. Shinohara MM, George E. Scedosporium apiospermum: an emerging opportunistic pathogen that must be distinguished from Aspergillus and other hyalohyphomycetes. J Cutan Pathol 2009; 36(suppl 1):39–41.

233. Miyamoto H, Hayashi H, Nakajima H. Cutaneous mucormycosis in a patient with acute lymphocytic leukemia. J Dermatol 2005; 32:273–7.

234. Halpern M, Balbi E, Carius L, et al. Cellulitis and nodular skin lesions due to Fusarium spp in liver transplant: case report. Transplant Proc 2010; 42:599–600.

235. Abuav R, McGirt LY, Kazin RA. Cryptococcal panniculitis in an immunocompromised patient: a case report and review of the literature. Cutis 2010; 85:303–6.

236. Perfect JR, Dismukes WE, Dromer F, et al. Clinical practice guidelines for the management of cryptococcal disease: 2010 update by the

Infectious Diseases Society of America. Clin Infect Dis **2010**; 50: 291–322.

237. Wheat LJ, Freifeld AG, Kleiman MB, et al. Clinical practice guidelines for the management of patients with histoplasmosis: 2007 update by the Infectious Diseases Society of America. Clin Infect Dis **2007**; 45:807–25.

238. Freifeld AG, Wheat LJ, Kaul DR. Histoplasmosis in solid organ transplant recipients: early diagnosis and treatment. Curr Opin Organ Transplant **2009**; 14:601–5.

239. Shiley K, Blumberg E. Herpes viruses in transplant recipients: HSV, VZV, human herpes viruses, and EBV. Infect Dis Clin North Am **2010**; 24:373–93.

240. Erard V, Guthrie KA, Varley C, et al. One-year acyclovir prophylaxis for preventing varicella-zoster virus disease after hematopoietic cell transplantation: no evidence of rebound varicella-zoster virus disease after drug discontinuation. Blood **2007**; 110:3071–7.

241. Erard V, Wald A, Corey L, Leisenring WM, Boeckh M. Use of long-term suppressive acyclovir after hematopoietic stem-cell transplantation: impact on herpes simplex virus (HSV) disease and drug-resistant HSV disease. J Infect Dis **2007**; 196:266–70.

242. Basile A, Simzar S, Bentow J, et al. Disseminated *Strongyloides stercoralis*: hyperinfection during medical immunosuppression. J Am Acad Dermatol **2010**; 63:896–902.

243. Walia R, Montoya JG, Visvesvera GS, Booton GC, Doyle RL. A case of successful treatment of cutaneous *Acanthamoeba* infection in a lung transplant recipient. Transpl Infect Dis **2007**; 9:51–4.

244. Godoy HL, Guerra CM, Viegas RF, et al. Infections in heart transplant recipients in Brazil: the challenge of Chagas' disease. J Heart Lung Transplant **2010**; 29:286–90.

245. Sandhu K, Gupta S, Kumar B, Dhandha R, Udigiri NK, Minz M. The pattern of mucocutaneous infections and infestations in renal transplant recipients. J Dermatol **2003**; 30:590–5.

246. Pickering LK. Committee on Infectious Diseases, American Academy of Pediatrics. Antimicrobial agents and related therapy. 26th ed. Elk Grove Village, IL: American Academy of Pediatrics, **2003**.

247. Pascual A, Csajka C, Buclin T, et al. Challenging recommended oral and intravenous voriconazole doses for improved efficacy and safety: population pharmacokinetics-based analysis of adult patients with invasive fungal infections. Clin Infect Dis **2012**; 55:381–90.

Downloaded from https://academic.oup.com/cid/article-abstract/59/2/e10/2895845 by Washington Hospital Center user on 05 March 2019

# EXHIBIT

I

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
                                 :
DAMOND LEE WILLIAMS,             :
                                 :
            Plaintiff,           :   Civil Action No.
                                 :   16-2062 (EGS)
       v.                        :
                                 :
U.S. DEPARTMENT OF VETERANS      :
AFFAIRS, et al.,                 :
                                 :
            Defendants.          :
                                 :
- - - - - - - - - - - - - - - - x

Washington, D.C.

Monday, March 4, 2019

Deposition of:

DAMOND LEE WILLIAMS

a witness of lawful age, taken on behalf of the Defendants

in the above-entitled action, before Nate Riveness, Notary

Public in and for the District of Columbia, in the Office of

the United States Attorney, 501 Third Street, N.W.,

Washington, D.C. 20005, commencing at 9:51 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

APPEARANCES:

On Behalf of the Plaintiff:

ANDRE T. HAMMEL, ESQ.

Hammel Law LLC

9701 Apollo Drive, Suite 301

Largo, Maryland  20774

andre.hammel@hamlawus.com

On Behalf of the Defendants:

PAUL CIRINO, ESQ.

Assistant United States Attorney

Civil Division

U.S. Attorney's Office for the District

  of Columbia

555 Fourth Street, N.W.

Washington, D.C.  20530

(202) 252-2529

paul.cirino@usdoj.gov

C O N T E N T S

EXAMINATION BY:                                      PAGE


        Counsel for Defendants                         4


        Counsel for Plaintiff                         88



    FURTHER EXAMINATION BY:


        Counsel for Defendants                        95

WILLIAMS DEPOSITION EXHIBITS:

1 -  Printout of Notes and Information from VA

      Previously Provided                             27


2 -  Interrogatories                                  65

1    on my own doing personal training and running boot camps,

2    fitness.

3         Q    And tell me a little bit about that.  Who were

4    your clients?  Where did --

5              MR. HAMMEL:  Can you start with one question at a

6    time, counsel?

7              MR. CIRINO:  Yes, we can.  We can.

8              BY MR. CIRINO:

9         Q    How would you describe your clientele during this

10   period as -- when you were a full-time personal trainer?

11        A    Running boot camps, boot camp fitness groups,

12   anywhere between 200 to 300 people in the morning, and then

13   another 8 to 12 people throughout the day, and then another

14   200 to 300 people in the evening.

15        Q    Wow.  So when you're talking about the large

16   groups of people, maybe you went to a park and led the

17   exercises or training?

18        A    Sometimes parks, sometimes fitness facilities,

19   sometimes trails.

20        Q    And then what you described as 8 to 10 during the

21   day, those sound like personal individual training sessions?

22        Q    One on one or two on one or three on one.

23        Q    And where were those performed?  Where did you

24   have those sessions?

25        A    Various gyms.

1      Q    Okay.  And how would you describe your income from

2  that work in 2012?

3      A    The boot camps were divvied up between the company

4  that I was working for at the time, and the one on ones

5  those were $25 per session per client.

6      Q    And the company you were working for for the boot

7  camp?

8      A    CD Fit.

9      Q    And where are they based?

10      A    D.C.

11      Q    Okay.  How would you describe any specialized

12  training that you have?  What you would consider specialized

13  training that you have?

14      A    That all depends on the client, the

15  specific -- the injuries, so --

16      Q    I wanted to go beyond the fitness, sorry, in your

17  -- as a -- for you and your education and work history, do

18  you have anything that you would consider specialized

19  training?

20      A    Pertaining to?

21      Q    I'll leave it to you, if -- what you would

22  consider specialized.

23      A    Well, I have a history and background -- I have a

24  history/background in bodybuilding, power lifting, cross-

25  fit.  So it all -- it all depends on the avenue that the

Page 22

1      Q      Yes.

2      A      Around a week.

3      Q      Okay.  And can you please describe that athletic

4   event?

5      A      It's called a Tough Mudder.  Several miles of

6   obstacle course.

7      Q      And where was this event?

8      A      I don't remember the exact address.

9      Q      No.  I'm not asking the exact address, but I'd

10   like to know --

11      A      I believe -- I believe it was either in Maryland

12   or Virginia.

13      Q      You don't recall the --

14      A      I would have to go -- I would have to go into my

15   records and emails, because at that time I was actually in a

16   relationship and she went ahead and made the arrangements

17   for that.

18      Q      Okay.

19      A      So I would have to contact her and get all of the

20   information for that.  But a lot of events, a lot of

21   activities that I took part of, were in either Maryland or

22   Virginia at the time.

23      Q      And how often did you participate in the Tough

24   Mudder events in Maryland or Virginia?

25      A      Tough Mudder was one that I've done several, as

1   far as Tough Mudder, Spartan, and other ones that are

2   smaller or around the same magnitude.  I live a pretty

3   active life, or I try to.

4       **Q     How many miles was this Tough Mudder event that**

5   **you participated in about a week before your visit to the**

6   **VA?**

7       A     I'm guessing that that one was 12, since they all

8   do not have the same length.

9       **Q     And what did you do during that event?  I**

10  **understand the concept of an obstacle course, but can you be**

11  **a little more specific about the nature of the obstacles and**

12  **what you are required to do to get through the course?**

13      A     Climbing rope, pulling stones, carrying logs,

14  running up hills, running down hills, pulling sleds,

15  climbing walls, that sort of thing.

16      **Q     What is the nature of the terrain of that course,**

17  **if you can remember?**

18      A     Woods, nature, forest.

19      **Q     And did you experience any injuries during that**

20  **event?  Again, approximately one week prior to October 30,**

21  **2013.**

22      A     Prior to the event or during the event?

23      **Q     Well, we'll start with during.**

24      A     During, I didn't notice any injuries.

25      **Q     And prior to the event?**

1    that day?

2         A    What I was wearing?  Particular clothing, don't

3    know.  But I believe I had on this jacket right here, the

4    same one she gave me.

5         Q    And do you recall how you were walking on that

6    day?

7         A    No.

8         Q    Okay.  Did you carry any instruments with you to

9    assist your walking?

10        A    I believe I had a cane.

11        Q    And where did you get that cane?

12        A    From her.

13        Q    You're referring to your mother?

14        A    Yes, sir.

15        Q    And whose idea was it to use a cane on that day?

16        A    It was hers.

17        Q    Had you used a cane on the previous day --

18        A    No, sir.

19        Q    -- the 29th?

20        A    No, sir.

21        Q    And are you able to describe what your foot looked

22    like on that day, the 30th of October 2013?

23        A    Stiff, swollen, a little bit of a reddish tint.

24        Q    What area of the foot had a reddish tint?

25        A    Probably three-quarters of it, and a centralized

1    location was one of where the pebble had scraped my skin.

2         Q    Which was the part of the foot that did not have a

3    reddish tint?

4         A    To be honest, I can't recollect as far as the back

5    side of where my heel was.  But at that time, I know what I

6    was looking at was the top portion of my foot.

7         Q    And you're saying three-quarters --

8         A    Three-quarters where I can see was miscolored.

9         Q    And how would you describe the swelling on your

10   left foot on that day?

11        A    Noticeable.

12        Q    Okay.  You entered the VA Medical Center at

13   50 Irving Street on October 30, 2013.  And then what

14   happened?

15        A    I went to be seen.  The first nurse saw me.

16        Q    Where was this?  Was it on the main floor, or do

17   you go to another floor?

18        A    It was a couple of floors up.

19        Q    Okay.  And how did you get to that floor?

20        A    I limped, elevator.

21        Q    Had you been there before?

22        A    I've been to that hospital numerous times,

23   relatives.

24        Q    Was this the first time that you were seeking

25   treatment at that hospital?

1    A    Yes, sir.  From the best of my knowledge.

2    **Q    So did you know where to go when you entered?**

3    A    Initially, no.  Help Desk at the front told me

4    where I had to go.

5    **Q    So I guess you then went to the place where you**

6    **were directed and you checked in, or what happened?**

7    A    I believe I gave my information, and she

8    was -- she told me that someone will be there to see me.

9    They called my name, and that's when I ended up seeing the

10   first nurse after my name was called, waiting in the room.

11   She saw me, took my temperature, told me it was high.

12   **Q    Okay.  Did you mention anything to her at that**

13   **point about your medical conditions on that day?  Or was she**

14   **simply there to take your vital signs?**

15   A    I told her the issues that I had.  Sorry.  I told

16   her the issues that I had.  I told her that I had problems

17   walking, problem swallowing, that my foot was swollen, and

18   those were the reasons why she examined me in one -- the

19   first nurse.

20   **Q    Okay.  So the first nurse took what action in**

21   **response to your mentioning of those medical conditions?**

22   **You said took your temperature.**

23   A    Mm-hmm.

24   **Q    Anything else?**

25   A    Took my temperature, looked at my foot, checked my

1   -- she looked in -- I believe she checked my temperature,

2   and I can't recollect that she looked at my foot or not.

3        Q    Okay.  We're still with the first nurse.  Took

4   your temperature.  Do you recall taking your shoes off and

5   socks off?

6        A    I can't remember if I -- I can't remember if I

7   took my shoes and socks off at that time.

8        Q    And how long were you with this first nurse?

9        A    Only a matter of minutes.

10       Q    And there came a time where you met another nurse

11  practitioner?

12       A    After I was told to wait for her to see me.

13       Q    Okay.  And you -- I guess your name got called

14  again, and did you go back to the same room, or a different

15  room?

16       A    Different room.

17       Q    And do you recall the name of the nurse

18  practitioner that you saw in this second room?

19       A    I don't remember her name.  Off the top of my

20  head, I don't remember her name.

21       Q    And what did you say to her when you I guess were

22  asked -- did she ask you, look, why are you here? Or maybe -

23  -

24       A    I told her I had a problem swallowing, told her my

25  foot was swollen, that I didn't feel well, and that my right

1  arm was actually getting stiff, and my neck was swollen.

2  And that was also added to my foot being swollen.

3      Q    **Can you repeat that last thing you said?**

4      A    And that was also in addition to my foot being

5  swollen?

6      Q    **Yeah.  Okay.  And after you mentioned this to the**

7  **nurse practitioner, what did she do?**

8      A    She took a look at my foot.  She also reached

9  forward and touched my neck, my glands in my neck area,

10  right here.

11      Q    **I want the record to show that he used one finger**

12  **from each hand and pointed directly to his neck under his**

13  **chin.  Is that a fair characterization of the gesture you**

14  **made?**

15      A    Yes, sir.  Do you want me to continue?

16      Q    **Yes, please.**

17      A    She checked under there.  She asked me if -- she

18  asked me when was the last time I had my -- my glands

19  checked.  I said, "I don't know."  She said, "You should get

20  them checked because they look spongy."

21      Q    **Okay.  I'd like you to continue if there's more to**

22  **say.**

23      A    Okay.  So she continued -- she continued writing.

24  Then she went over to the wall to grab the device for the

25  ear, nose, and throat.  She went to turn the light on, and

1   the light wouldn't stay on.  And when the light would not

2   stay on, she shook it a couple of times, she smacked it, it

3   wouldn't stay on.  She put that device back onto the wall.

4   After she put that device back onto the wall, she went to

5   the door and said, "I'll get the other one from the other

6   room."

7           And at this -- at the time when she got halfway

8   out the door, she stopped and she said, "Fuck it."  She came

9   back into the room and sat down and continued to write.

10          After she sat back down and continued to write, I

11  asked her if I would be given medicine for this.  Her

12  response was, "It's because of you people that drugs don't

13  work anymore."  So, at this moment, I assumed that she was

14  looking at me as if I was a person that would abuse the

15  system for drugs.

16          And at the end of her rant, she said other things,

17  but I don't remember the other things.  I don't like

18  bringing negativity into my life.  But after she went on a

19  rant, I told -- I asked her, I said, "Can you help me,

20  please?  I'm in pain."  In a monotone voice like I'm saying

21  now.

22          She said in reply, "I'm not -- I'm not supposed to

23  be doing this, but fuck it."  She wrote down a prescription

24  of penicillin G, I believe, gave me the prescription, and

25  continued her writing.

1   work anymore," like I said before, whatever followed that on

2   her rant I didn't record in my mind specifically.

3        BY MR. CIRINO:

4        **Q    So after she provided you with a prescription, did**

5   **the nurse practitioner talk to you about anything else?**

6        A    I don't remember anything after that as far as

7   having a further conversation.

8        **Q    Okay.  And, again, this is the second nurse**

9   **practitioner.  What parts of the body did she examine? I**

10  **recall you testifying about your neck.**

11       A    Yes, sir.

12       **Q    And it's also -- you also testified that she**

13  **examined your left foot.**

14       A    Briefly.

15       **Q    Did she examine any other parts of your body**

16  **during this consultation?**

17       A    Not in my current recollection.

18       **Q    Did she look inside your mouth?**

19       A    She did not because the machine from the wall did

20  not walk anymore.

21       **Q    So after receiving the prescription, you left the**

22  **office --**

23       A    Yes, sir.

24       **Q    -- is that right?  And where did you go after**

25  **that?**

Page 45

1    time.

2         Q    Did you ask the nurse practitioner to take some

3    tests of any kind?

4         A    Again, me being a patient, for me to -- for me to

5    recommend testing, it's not of my profession.  It's not my

6    specificity.  So when you go and I go, like anyone else,

7    into a medical facility to get something checked out, it is

8    not in my responsibility to say I need this done, I need --

9    or that done.  It's up to my trust within the medical

10   profession -- that I go to the medical professional and say,

11   "Hey, I have this problem."  If they tell me that I should

12   take this pill or that pill, I have to trust that hospital.

13   I have to trust that practitioner to do so.

14        So it's the trust that I have towards her to sit

15   there and to have me say, if I need testing, she will have -

16   - she or he will have -- will tell me that I have to get

17   tested for this or -- or whatever ailment I come in there

18   with.  So if they haven't told me to get tested, it's not my

19   responsibility to go tell them I need to get tested.

20        Q    Okay.  I understand your answer.  My question was

21   very specific was, did you ask for any tests while you were

22   with the nurse practitioner?

23        A    No.

24        Q    So the pharmacist handed you the medication, and

25   then what happened, where did you go?

Page 46

```
 1        A     I believe there was a Starbucks in the lobby.  I

 2   was going to wait in line to go to the Starbucks, and the

 3   line was too long, and they were talking way too much.  So I

 4   went to the water fountain in the lobby and used that for my

 5   first pill.

 6        Q     Okay.  And then did you remain in the hospital, or

 7   did you leave?

 8        A     I left.

 9        Q     Okay.  Where did you go?

10        A     I went to my cousin's place, rested there until I

11   had to return back to the hospital to pick up my mother.

12        Q     And approximately where is your cousin's place?

13        A     The exact address I can't really say, but -- well,

14   I don't remember the exact address at the moment, but on

15   Peabody Street, Northwest.

16        Q     What is your cousin's name?

17        A     Shawn.

18        Q     And the last name?

19        A     I don't want to be incorrect.  I can't remember

20   her last name at the moment.  I believe she got married at

21   one point.

22        Q     So later in the day you returned to the hospital?

23        A     Yes, sir.

24        Q     And picked up your mother and drove back to your

25   home.
```

1    A    Back to her place, yes, sir.

2    **Q    Back to her place.  Anything eventful for the rest**

3    **of that day?  And, again, talking specifically about October**

4    **30, 2013.**

5    A    Other than still being in pain and discomfort, I

6    don't remember.  The only thing I would remember is

7    confirming my dates to travel and get things out of storage.

8    **Q    All right.  Well, let's move on, then, to the**

9    **following day.  Let's take the next few days together if we**

10   **could, October 31, November 1, November 2, do you recall on**

11   **which day you traveled?**

12   A    That weekend, as far as like the exact day, I

13   don't remember the exact day that I traveled, but I did

14   travel to Seattle.

15   **Q    So if October 30 is a Wednesday, October 31 is a**

16   **Thursday, November 1 is a Friday, when do you think you**

17   **boarded a plane to Seattle?**

18   A    I think I boarded the plane on that Friday.

19   **Q    Okay.  That's November 1st.  Do you recall**

20   **anything eventful on the day before the flight?**

21   A    Still feeling bad.  Not really much improvement.

22   The swelling seemed to still be there.

23   **Q    How about the pain in and around the neck area?**

24   A    It seemed about the same.

25   **Q    Okay.  And you continued taking the medication on**

1   that day.

2       A    As I was prescribed, like clockwork.

3       Q    And then, November 1st, the Friday, the day you

4   said you boarded a plane to Seattle, do you recall how you

5   were feeling?

6       A    Still feeling under the weather, still feeling

7   weak.

8       Q    Would it be accurate to say that there was -- you

9   did not experience any noticeable improvements in your

10  condition, nor any worsening of your condition on that day?

11      A    As far as worsening, well, number one, as far as

12  improvement, I don't think that there was any improvement.

13  I don't know if there was any worsening at that moment until

14  I actually got into the flight.

15      Q    Okay.  Let's break it apart a little bit.  Let's

16  talk about your left foot first.  Is that what you were

17  referring to in your last answer, where on the flight you

18  noticed some worsening?

19      A    With the cabin pressure of the plane, yes.

20      Q    Okay.  And how would you describe the feeling you

21  had in your left foot during the flight?

22      A    The feeling I had in my left foot during the

23  flight was -- was some would seem to describe as severe

24  pain, throbbing, and that pain was also worsening as the

25  flight progressed in my neck.  And the swelling increased

1   during the flight.  I had a conversation with a guy on the

2   flight about it, and he actually helped me with my bags from

3   the plane to a rental car because I couldn't carry my bags

4   that well.

5        **Q      Did you have your cane with you during that trip?**

6        A    I believe so.

7        **Q      And why did you travel to Seattle on November 1st?**

8        A    I had to get my things out of storage.

9        **Q      Did you have to get them out that week, that day?**

10       A    I had to get them out that week and that day,

11   because that's the day that I had planned to fly out there

12   and get everything out.

13       **Q    Okay.  So --**

14       A    Storage fees -- storage fees accumulated, so I

15   didn't feel like paying for storage anymore because that was

16   a bill that was too large, growing over time.

17       **Q      And these were your personal belongings?**

18       A    Yes, sir.

19       **Q    Okay.  And what was your plan, to travel to**

20   **Seattle to retrieve your belongings and take them back to**

21   **the Washington area?**

22       A    My plan was to give some things to a friend of

23   mine, to give a few things to an ex-girlfriend, let some

24   things go to waste, and save some things for myself.

25       **Q      But it sounds like the motivation was to**

1    discontinue the storage rental and save the money that you'd

2    have to pay every month; was that a primary motivator of

3    your trip?

4         A    Primary, yes.

5         Q    And after arriving in Seattle on November 1st, is

6    that what you did?

7         A    The next -- after arriving there, it was I believe

8    a day or two after that.  The day that the -- the day before

9    I was admitted to the hospital was the day that I was

10   getting things out of storage.

11        Q    Did you consider postponing your trip to Seattle

12   in light of your leg problem, foot problem?

13        A    No.  I felt that I was -- I felt that being that

14   when I got to the hospital, in the VA in Washington, D.C.,

15   that the medicine would help me, and that I would be okay

16   because I trusted the medical profession.

17        Q    So the day that you first checked into a hospital

18   in the Seattle area, do you recall that being November 3,

19   2013?

20        A    That exact date?  I can't recollect.

21        Q    Okay.

22        A    But I'm pretty sure it's on the record, so I'm

23   pretty sure you have that in the folder in front of you.

24        Q    I do.  I'm not giving you a surprise quiz at all.

25   I'm just wondering if you remembered that that was the day,

1   but we can -- we can --

2        A    Okay.

3        Q    -- get into that.  But so you checked into, was it

4   Providence Medical Center?

5        A    In Everett, Washington, yes.

6        Q    Okay.  And what prompted you to go to that

7   hospital?

8        A    Because a friend of mine wanted me to go to the

9   hospital the day before, and I told her, I said, "If I feel

10  the same or worse when I wake up, then we're going to the

11  hospital."  So because I was feeling worse when I woke up, I

12  told her, I said, "We need to go to the hospital."

13       Q    And what is your friend's name?

14       A    Judy Firomski.

15       Q    Perhaps you should spell the last name --

16       A    I can --

17       Q    -- for the Court Reporter.  Sure.  Feel free to

18  take out your phone and spell it accurately.

19            THE COURT REPORTER:  I can get it at the end if

20  you want.

21            THE WITNESS:  F-i-r-o-m-s-k-i.

22            BY MR. CIRINO:

23       Q    And what do you recall about your time at the --

24  at Providence Medical Center in Everett?  You --

25       A    Do you want my initial getting in there?

1     Q     You went there, you -- and then what did you do?

2     A     She drove me to the front door.  Well, she drove

3     me to the curb by the front door.  She asked if I needed

4     help getting in.  I told her, "I'll make it to the front;

5     park the car."  She went to go park the car. I went into the

6     hospital.  I dragged my leg because I could no longer stand

7     on it, but put really good pressure on it, walking like a

8     zombie.

9             At this moment, I could not fit a shoe on any

10    more.  So it would leave a -- through the socks that I had

11    on, it left a lime green trail, like a snail, from the curb

12    to the front desk.

13    Q     Did you have your cane with you at this moment?

14    A     Yes.  To the best of my ability, yes.

15    Q     And what did they tell you at Providence Medical

16    Center?

17    A     Well, initially, the lady at the front, she told

18    me -- she asked me if she could check my temperature.  After

19    she checked my temperature, she asked if she could check it

20    again because it was reading high.  She checked it the

21    second time.  When she checked it the second time, she told

22    me that it actually got higher from that moment, from the

23    first to the second.

24            They admitted me, so after they admitted me I went

25    to the room.  The doctor that was in the room, I asked if he

1    could take blood samples.  He took a blood sample, and he

2    told me my white blood cell count was high.  He also told me

3    that they would have to admit me overnight.

4           And I asked him if I could just take care of it

5    when I got back to the D.C. area because I had a flight in

6    the morning to leave.  He told me I wouldn't survive the

7    night if I was to leave.  He admitted me.

8           Someone is buzzing.

9           But after he admitted -- after he admitted me, he

10   told me -- he asked me if my back -- he asked me if my -- he

11   -- after he admitted me, he asked me if I felt pain in my

12   lower back.  I told him yes.  He said, "That's a sign of

13   your organs shutting down."

14          Then I was admitted.  After I was admitted, I

15   remember being in the hospital bed, hospital gown.  The head

16   doctor of the facility of the hospital, she told me that

17   they would have to transfer me to Seattle because they

18   didn't have the equipment or the training to take care of me

19   there.  And if I stayed there that night, then I would not

20   wake up in the morning.

21          So by ambulance they shipped me to Seattle where

22   they tested me for MRSA, and then they gave me a series of

23   questions as to, how often do I drink?  How often do I

24   smoke?  Have I ever used drugs?  Of course the answer was

25   no, no, no, across the board.

1          They told me I had to do a deep facial surgery,

2    which is going to the bone.  After letting me know that,

3    they also let me know that I probably would wake up without

4    my legal, if it was bad, if it was too bad.  And they also

5    asked me about my eating practices, which at the time I was

6    vegan for -- at that time I was vegan for probably about a

7    year and a half.

8          And after they figured -- after they found that

9    out, when I told them, they said they would try to save it.

10   And they also told me that there is a slight possibility

11   that I might wake up without my right arm because they said

12   the infection spread.

13         So I stayed on the -- on the transport table, and

14   they put me in a waiting room where I was waiting for

15   surgery, emergency surgery.  Going to the surgery room, they

16   used the anesthesia I believe to knock me out for the

17   surgery, and then I woke.

18         When I woke from the surgery, the first thing I

19   did was check to see if I still had my left leg, but my

20   right arm wasn't moving because from the neck being swollen

21   and making it through -- the infection making it through my

22   lymphatic system, it affected my shoulder and my right arm

23   as well.

24         So I woke up not being able to use my left leg or

25   my right arm.  I had a certain amount of function in my

1    right hand, as far as moving the digits.  But being able to

2    lift up my right arm, I did not have that anymore, so I had

3    to get that back.

4           MR. HAMMEL:  Counsel, real quick, could the record

5    reflect at 11:24 and 30 seconds approximately Mr. Williams

6    said someone was buzzing.  He's referring to a cell phone,

7    someone's cell phone.

8           MR. CIRINO:  Point well taken.

9           BY MR. CIRINO:

10    **Q    You remained at this hospital in Seattle, I**

11    **believe it's called Harbor View Medical Center, for**

12    **approximately 10 days; is that correct?**

13    A    I believe so.

14    **Q    Okay.  And your condition improved well enough for**

15    **you to be discharged on or about November 14, 2013; is that**

16    **your recollection?**

17    A    In order to be released due to their standards,

18    yes, but I still suffered severe power loss, energy loss,

19    weight loss.  I was not able to make it 10 feet without

20    breaking into a sweat.

21    **Q    And do you recall when you were on a plane back to**

22    **the Washington area?**

23    A    The exact date, I do not.

24    **Q    And while you were at these hospitals in Everett**

25    **and Seattle, you spoke with various medical professionals**

Page 57

1          (Pause.)

2     A    Okay.

3     Q    Okay.  Well, if we do start on page 58, on the

4     bottom, you'll note a time there next to the date says -- it

5     says that the entry date for this note is 8:46 a.m.  Is that

6     about when you went for the visit, 8:00 in the morning,

7     between 8:00 and 9:00?

8     A    According to this.

9     Q    Do you have a memory of that as well?

10    A    At the moment, not exactly.

11    Q    Okay.  And on the very bottom of page 58, there is

12    text that states, "Chief complaint (include date of onset)."

13    And it says "c/o pain and swelling of neck and jaw from

14    infected tooth, right lower molar x 4 days."  And I'll ask

15    you, does that accurately reflect your chief complaint on

16    our about -- or on October 30, 2013?

17    A    Does that reflect my --

18    Q    Does that statement, as written on this exhibit,

19    accurately reflect your chief complaint on that date?

20    A    From my VA visit, you mean?

21    Q    Correct.

22    A    No.  The VA visit was for my foot.

23    Q    So your testimony is it's inaccurate that the

24    chief complaint was pain and swelling of neck and jaw from

25    infected tooth, right lower molar?

Page 58

1        A    This right here would point towards the infected

2    jaw and tooth, which this is the assumption on the record.

3    But what I went to the VA for was swollen foot.

4        **Q    Okay.  The next portion of the record, which is**

5    **now on page 59, covers your vital signs.  Does anything**

6    **about that look inaccurate or irregular from what you can**

7    **tell?**

8             MR. HAMMEL:  Objection, Your Honor.  Objection on

9    the -- what was the question?

10            BY MR. CIRINO:

11       **Q    Does anything about the vital signs portion of**

12   **this record strike you as inaccurate or irregular?**

13            MR. HAMMEL:  I note my objection again, counsel,

14   just on the fact that it calls for speculation.  Mr.

15   Williams isn't a health professional, so -- you can answer

16   the question.

17            THE WITNESS:  This part where it says "tobacco

18   user," is it assuming that I use tobacco?

19            BY MR. CIRINO:

20       **Q    Well, we haven't covered that in the question, Mr.**

21   **Williams.**

22       A    I'm assuming -- it's part of the page.

23       **Q    It is.  I was directing you to the vital signs**

24   **portion first.**

25       A    As far as asthma?  Back pain?  Health maintenance?

1    Everything?

2         Q    Well, you see the portion near the top where it

3    says "vital signs."

4         A    Oh, vital signs.  I'm sorry, the page before it.

5         Q    That's okay.  Why don't we cover vital signs and

6    history.

7         A    I apologize.

8         Q    Why don't we cover the next two paragraphs, vital

9    signs and history, and just glance at it and see if there is

10   anything that seems inaccurate or -- about what is written

11   there.

12        A    I'm not sure.

13        Q    Okay.  And it does say "tobacco user," but there

14   is a box next to it that I can't tell whether -- it's not

15   checked, but did you want to say something about that

16   portion of the record?

17        A    Well, number one, I'm not a tobacco user.  Never

18   have been.

19        Q    Okay.  The next portion says "clinical

20   observation."  And it says "A&O times 3, NAD, slight

21   swelling right side of jaw."  Do you know what those

22   abbreviations refer to?

23        A    No, sir.

24        Q    Okay.  Let's go a little bit lower on the page.

25   Do you see where it says "pain assessment," and beneath it

1   Q    Well, for example, had you received medication for

2   the -- strike that, please.  We'll come back to that.

3   Looking lower on page 60, it states, "PT c/o pain and

4   infection times 2 weeks, s/p root canal."  Did you complain

5   about pain and infection after having a root canal?

6   A    After having a root canal, I don't believe I did.

7   To the best of my knowledge at this moment, I don't believe

8   I did.

9   Q    And right beneath that it states, "Mouth:

10  unremarkable:  no pus, no gum edema; has past hx of

11  requesting antibx for dental."  Does that indicate to you

12  that the nurse practitioner looked inside your mouth on this

13  visit?

14  A    From what it says here, it says that she said that

15  she did.

16  Q    You don't have a recollection of that?

17  A    I don't have a recollection of that.

18  Q    Okay.

19  A    Like I said, when it comes to the item on the wall

20  that she went to turn on and turn off, she put that one back

21  on the wall and she made her statement of not getting the

22  one next door after saying -- I apologize for saying this,

23  but "fuck it."

24  Q    Beneath that you see the words "PEN VK order," and

25  then "R ant cerv LAD."  Do you know what that refers to?

Page 62

```
 1        A    No, sir.

 2        Q    Okay.  And then beneath that the three words,

 3   quote, "thyroid feels puffy."  And I believe you testified

 4   earlier that that's exactly what the nurse practitioner

 5   stated to you, correct?

 6        A    Yes, sir.

 7        Q    Lower on the page, as part of the same note, it

 8   states, quote, "PT has hx requesting antibx for dental

 9   issues."  If we assume that hx means history, and antibx

10   means antibiotics, is that statement correct?

11        A    Looks like it.

12        Q    So what I'm getting at is, it is correct that you

13   have -- you, the pt, the patient, has a history requesting

14   antibiotics for dental issues?

15        A    I know I have a history of being prescribed

16   antibiotics for dental issues after being seen and treated.

17        Q    Okay.  Beneath that line it states, "Pt states

18   that he will see his dentist in six days.  States dentist

19   refused to order antibiotics without seeing him."  Is that

20   statement accurate?

21        A    I'm not sure.

22        Q    Do you believe you did not state to the nurse

23   practitioner that you will see your dentist in six days?

24        A    I don't remember telling her that.

25        Q    Okay.  Is it your testimony that you did not state
```

Page 66

1  reference to depression, and it sounds like that applies to

2  a certain time period.  Can you better describe for me the

3  time period where you suffered depression?

4      A    As far as longevity or --

5      Q    Well, it says here, "During this period where he

6  could not work, and thereafter, he suffered depression."

7      A    Well, I could not work because of physical

8  disability.  As far as depression goes, that's a result of

9  being able to run 12 to 15 miles and not walk 10 feet.

10     Q    Were you ever diagnosed by a health professional

11  with depression?

12     A    No.

13     Q    In fact, have you ever seen a health professional

14  regarding mental issues arising from this incident?

15     A    From this incident, no.

16     Q    But this time period where you could not work

17  that's referenced in this portion of page 5, what was that

18  time period?

19     A    From the time of the first entrance of the

20  hospital to when I left to -- when I left the D.C. area to

21  actually go work in Wilmington, Ohio.

22     Q    Approximately June of 2014.

23     A    Around about.

24     Q    Okay.  And if we look at the next sentence it

25  states, quote, "Plaintiff's desire was to leave the field as

1    **an aircraft maintenance engineer and start his own physical**

2    **fitness training company."  Did that training company ever**

3    **come into being?**

4        A    With my clients that I've had, everything was set

5    up for me to actually start my company.  So as far as

6    research to obtain licenses and everything else that comes

7    within starting a business officially, I couldn't do that.

8    In order for me to be a trainer, I have to be able to do two

9    to three times the amount or the ability that my clients can

10   do.  And since I couldn't walk around on my own power for a

11   little while, I couldn't do it.

12       **Q    Well, correct me if I'm wrong, but it sounds like**

13   **you had done some preparatory work to set up your own**

14   **physical fitness training company, but that company never**

15   **came into being; is that correct?**

16       A    Officially, no.

17       **Q    Okay.  And at your height of your physical fitness**

18   **training work, how would you estimate the amount of annual**

19   **income that you derive from that activity?  At its height.**

20       A    Exact numbers, I can't say at the moment.

21       **Q    I'm not asking for exact numbers.  I'm hoping you**

22   **can give me an estimate.**

23       A    Well, that estimate breaks down on state and

24   region.  So it depends on where I'm living at.

25       **Q    Okay.**

1       Q     Before surgery and then post.  So 1 to 10 before,

2   and 1 to 10 after.  Your physical capability, your --

3       A     If 10 was before, after the surgery maybe a one.

4       Q     Okay.  All right.  In comparison to what you were.

5       A     In comparison to what I was.

6       Q     Okay.  Court's indulgence one second.

7             Defendant's counsel asked you about depression,

8   about your not seeing a therapist or anything like that

9   nature.  Why didn't you see anybody?

10      A     Medical time.

11      Q     Okay.

12      A     Traveling between -- traveling between site to

13  site.  You don't have time to actually see medical

14  professionals when the company that you're working for

15  requires for you to be all over the place.  And the time

16  that you end up having to yourself outside of the job you

17  need to recuperate, regenerate, and be ready for the next

18  day.

19            And since you're trying to get ready for the next

20  day, as well as getting the swelling on your leg down, you

21  merely just don't have time to go see a therapist.

22      Q     Are there any other reasons at all, any personal

23  reasons?

24      A     Personal reasons, no.

25      Q     Okay.  And why did you want to leave the field of

1   **aircraft?  You said you were doing a career change. Why did**

2   **you want to leave the career field of aircraft maintenance**

3   **engineering?**

4       A    Over a long -- over a period of time, aircraft

5   maintenance is toxic.

6       **Q    Toxic, how so?  Is it physically toxic?**

7   **Emotionally toxic?  Like what do you mean?**

8       A    It is toxic physically and also chemically.

9       **Q    Why is that?**

10      A    When you deal with --

11      **Q    To the best of your knowledge, that you know.**

12      A    When you deal with aircraft cleaners, such as

13  toluene, acetone, MEK, NPK, JP-4, JP-8, you end up having

14  skin damage, neurological damage, over time.  And because of

15  this, you have several people that you see working for 20,

16  30 years, and they drop dead almost literally overnight.

17          They have -- like in Indianapolis there is a co-

18  worker that worked 20 years in a row in the middle of Miami,

19  and he was great.  Next thing you know, about one week he

20  came in, got rushed to the hospital, three days later he

21  died because his endocrine system shut down.

22      **Q    How long have you been in this field?  I know you**

23  **said you joined the military in 1990?**

24      A    1994.

25      **Q    1994, you've been working in this field.**

1        A     Yes, sir.

2        **Q     And it was your plan in 2012 to switch over to**

3   **doing fitness full-time.  Was that the basis for your**

4   **decision?**

5        A     Yes, sir.

6        **Q     Okay.  And if at all, psychologically,**

7   **emotionally, how did it impact you having to go back into**

8   **this field?**

9        A     It made me feel as if I was going backwards and

10   that I couldn't pursue what I wanted to do in life.

11        **Q     Okay.  All right.  And you say your leg now is at**

12   **1 percent compared to you were at 10 before.  How much is**

13   **that worth to you?  If you could be at a 10 right now, how**

14   **much would you be willing to pay to be at a 10 right now?**

15        A     There is no dollar -- there is no dollar value on

16   that.  It's almost priceless.

17             MR. HAMMEL:  Nothing further.

18             MR. CIRINO:  Okay.  I have a few follow-up

19   questions.

20             FURTHER EXAMINATION BY COUNSEL FOR DEFENDANTS

21             BY MR. CIRINO:

22        **Q     Mr. Williams, have you ever asked for an**

23   **accommodation in your job based on your injury or**

24   **disability?**

25        A     In aviation, you can't do that, so I have not. And

# EXHIBIT

## J

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
                                 :
DAMOND LEE WILLIAMS,             :
                                 :
          Plaintiff,             :   Civil Action No.
                                 :   16-2062 (EGS)
     v.                          :
                                 :
U.S. DEPARTMENT OF VETERANS      :
AFFAIRS, et al.,                 :
                                 :
          Defendants.            :
                                 :
- - - - - - - - - - - - - - - - x

                         Washington, D.C.

                         Monday, March 4, 2019


Deposition of:

                    FERNANDO PORTER, M.D.

a witness of lawful age, taken on behalf of the Defendants

in the above-entitled action, before Nate Riveness, Notary

Public in and for the District of Columbia, in the Office of

the United States Attorney, 501 Third Street, N.W.,

Washington, D.C. 20005, commencing at 1:58 p.m.



                 Diversified Reporting Services, Inc.

                       (202) 467-9200

APPEARANCES:

      On Behalf of the Plaintiff:

          ANDRE T. HAMMEL, ESQ.

          Hammel Law LLC

          9701 Apollo Drive, Suite 301

          Largo, Maryland  20774

          andre.hammel@hamlawus.com


      On Behalf of the Defendants:


          PAUL CIRINO, ESQ.

          Assistant United States Attorney

          Civil Division

          U.S. Attorney's Office for the District

            of Columbia

          555 Fourth Street, N.W.

          Washington, D.C.  20530

          (202) 252-2529

          paul.cirino@usdoj.gov


      Also Present:


          Damond Lee Williams, Plaintiff

C O N T E N T S

EXAMINATION BY:                                    PAGE


        Counsel for Defendants                      4


        Counsel for Plaintiff                       79

PORTER DEPOSITION EXHIBITS:

3 - Document titled "Expert Opinion for

    Damond L. Williams"                             15


4 - Notes from Providence Regional Hospital        81

1      **Q      Okay.  And why was it important to you to have the**

2   **Plaintiff tell his story?**

3      A      Well, it did not appear that, again, based on his

4   hospitalization and his -- his acute care -- his acute care

5   visit at the VA, it didn't appear that the entire story was

6   presented to me in his file.

7      **Q      And why not?**

8      A      The extent of his injuries and the extent of the

9   hospitalization would have had to amount to a very tragic

10  injury between the time of his acute care visit and his --

11  and his hospitalization.  And so the likelihood that this

12  didn't exist prior to, or something didn't exist prior to,

13  was -- was suspicious to me.  So it made me ask more

14  questions about, was there anything that had been going on

15  before the visit that occurred?

16     **Q      And in addition to questioning Mr. Williams, did**

17  **you ask questions of anybody else in connection with trying**

18  **to fill in these gaps?**

19     A      I did not.

20     **Q      Why not?**

21     A      In health care, when you are documenting, for

22  legal purposes, for reviewing purposes, for handing off

23  purposes from one physician to the next, your documentation

24  is the most important form of communication.  And that's --

25  I guess the lack thereof is what led me to ask more

1    questions and not ask more questions from this particular

2    file.

3        **Q    Okay.  So now you have spoken with the Plaintiff.**

4    **What is the next step in your process of formulating**

5    **opinions and preparing the report?**

6        A    So after getting more history from the Plaintiff,

7    I did review the file again in more detail, from the initial

8    onset all the way through his hospitalizations, his follow-

9    up visits with physical therapy, occupational therapy, and

10   his primary care visits that ensued over the next year.

11           I reviewed all of that to see if there were any --

12   I guess any useful information for my -- for my case

13   presentation.  And at that time, I wrote my report.

14       **Q    Okay.  And tell me how you wrote the report.**

15       A    I don't understand.

16       **Q    I don't know.  You just sat -- you sat down and**

17   **started typing.  Is that about right?**

18       A    That's correct.

19       **Q    Okay.  So you had kind of a blank page and just**

20   **started typing.**

21       A    Yes.

22       **Q    Okay.  Now, so approximately how long did the**

23   **writing part of the report take?**

24       A    I guess the first rough draft maybe -- three to

25   four hours maybe.  Then editing after that, corrections,

1  **-- you have not examined Mr. Williams regarding his medical**

2  **conditions, correct?**

3      A    If you are asking me about a physical exam, I have

4  not.

5      **Q    Is there another type of exam?**

6      A    No.

7      **Q    Let's turn to your resume, if we could, just**

8  **towards the back of Exhibit 3.  I noticed -- let's start**

9  **with the first paragraph under Experience.  And I notice**

10 **that part of your services include incision and drainage**

11 **procedures.**

12     A    That's correct.

13     **Q    Can you elaborate on what that involves?**

14     A    So an incision and drainage is essentially a

15 procedure in which someone would come to an acute care

16 facility, such as an urgent care, maybe an ER, or maybe even

17 their primary care provider.  There are certain medical

18 problems that may be of an inflammatory nature or an

19 infectious nature that, if incised, can cause relief of

20 pain, cause the relief of pressure, cause the relief of an

21 infection, or the relief of the problem that is presenting.

22          You would take a scalpel, make some sort of an

23 incision, whether it's -- and there are varying

24 types -- drain whatever fluid collection is present.  And

25 based on the -- based on the -- I guess the tissue that is

1    presenting itself, you would do some type of wound care.

2            After that, you make an assessment to see whether

3    or not there needs to be closure, whether it needs to be

4    opened, or whether or not there needs to be antibiotic

5    treatment.

6        **Q    And does that occasionally or often -- you know,**

7    **you tell me -- include collecting fluid for a culture?**

8        A    In most cases, yes.  In most cases, if you suspect

9    an infectious cause, you would -- and even in cases in which

10   you don't suspect infectious cause, you still would -- would

11   do it for the purposes of -- if you are giving someone an

12   antibiotic, you would send off not only for the specimen but

13   a species of bacteria that is growing.

14           You would get a -- what do you call it?  A

15   susceptibility panel, which tells you which antibiotics

16   those bugs are susceptible to.  So if you were, in fact, to

17   pick the wrong antibiotic, you would then have a panel of

18   drugs to say that these are good to use and these are not

19   good to use.

20       **Q    And what is the process for getting a culture? Do**

21   **you collect the fluid, put it in --**

22       A    There is a sterile specimen container.

23       **Q    Okay.**

24       A    Once you make your incision and the drainage

25   occurs, you essentially swab the interior of the wound, put

1    deal with infections of urinary tracts.  I deal with

2    infections of genitals.  I deal with infections of eyes.

3    And, on a rare occasion, infections of the neurological

4    system.

5        Q    Okay.  What if we take from the 20 to 30 percent,

6    and what if I ask you what percentage of your practice is

7    dedicated to infections on the skin?

8        A    I don't know that I can answer that question, just

9    simply because it was just -- I mean, I see quite a few

10   patients.  I'm not real sure --

11       Q    Okay.

12       A    -- how to guesstimate that.

13       Q    All right.  It's not -- well, it -- I mean,

14   roughly half of all infections would be skin infections, or

15   is it some more or some less?

16       A    Again, I couldn't -- that would be speculation on

17   my part.

18       Q    Well, I definitely don't want you to speculate.

19   And have you ever diagnosed a patient with cellulitis?

20       A    I have.

21       Q    How many?

22       A    Too many to count.  I don't know the exact number.

23       Q    Okay.  And have you ever diagnosed a patient with

24   fasciitis?

25       A    I have.

1     Q    Okay.  How many?

2     A    At least four.

3     Q    And of the four, how many were necrotizing?

4     A    All of them.

5     Q    And have you ever treated a patient with

6  necrotizing fasciitis?

7     A    I have assisted with the treatment.  However, the

8  direct treatment is beyond my scope of practice.

9     Q    And how did you assist with the treatment?

10    A    I made the diagnosis, and I referred to a

11  specialist.

12    Q    Okay.  Now, the reference in your resume in the

13  first paragraph to incision and drainage procedures I see is

14  repeated a few times.  It's in the -- it's in the fourth

15  paragraph pertaining to the MedStar prompt care.

16    A    That's correct.

17    Q    And then it's in the following paragraph regarding

18  your formal work at --

19    A    That's correct.

20    Q    -- Chestnut Hill Hospital.  Was your discussion of

21  what that involves, is that the same for each of those, or

22  are there differences in some of these three positions?

23    A    I'm sorry.  Say it one more time.

24    Q    You've testified about what you meant by the

25  phrase "incision and drainage procedures."

1    Q    Generally, what is -- what do you -- what is their

2    role in the treatment of patients?

3    A    I primarily work with nurse practitioners in an

4    ambulatory setting or urgent care setting.  Their role is

5    essentially the same as mine, to provide care to any patient

6    that walks through the door with an appropriate medical

7    problem.  They do their own independent assessment.  They do

8    their own independent documentation and prescribing of

9    medications, referral to a specialist, if needed.

10   Q    Okay.  Do you respect nurse practitioners?

11   A    Absolutely.  They save my butt all the time.

12   Q    And do you rely on nurse practitioners to speak

13   with patients?

14   A    I do.

15   Q    And ask them questions and accurately record the

16   patient's responses?

17   A    I do.

18   Q    Do nurse practitioners -- do they have a reason to

19   inaccurately record information provided by a patient?

20   A    Do they have a reason to?

21        MR. HAMMEL:  Objection.  Calls for speculation.

22   You can answer.

23        THE WITNESS:  They should not have a reason to.

24        BY MR. CIRINO:

25   Q    And have you ever witnessed a nurse practitioner

1   needed to be evaluated on October 30, 2013?

2        A    I'm sorry.  Say it one more time.

3        Q    What in the treatment notes of the nurse

4   practitioner led you to conclude that all parts of his lower

5   extremities needed to be evaluated on October 30, 2013?

6        A    Oh.  I'm not saying that it -- all of it needed

7   to, but some -- it's not limited to a specific part.  She

8   could have evaluated his whole leg, but some of the leg

9   needed to be evaluated based on his -- his presenting

10  complaint.

11       Q    And you're including Mr. Williams' mention of a

12  foot pain or swelling as his presenting complaint, correct?

13       A    It was part of, yes.

14       Q    So, in that respect, you're disagreeing with the

15  treatment notes of Nurse Practitioner McGarrah, correct?

16       A    I'm disagreeing more so with her documentation, in

17  that she did not address his presenting complaints, which

18  were multiple.  She addressed one, and in my opinion, went

19  against treatment guidelines on the one.

20       Q    We'll get to that.  But what's your basis for

21  disagreeing with how Ms. McGarrah described the complaint as

22  presented by Mr. Williams on October 30, 2013?

23       A    Say it one more time.  I'm sorry.

24       Q    What is your basis for disagreeing with the nature

25  of the complaint that Mr. Williams made on October 20, 2013?

1          MR. HAMMEL:  October 30th is the date.

2          BY MR. CIRINO:

3     **Q    October 30, 2013.**

4     A    So she -- again, she did not address his entire

5     complaint, only part of it.  Her documentation states that

6     he had a normal oral exam and then proceeded to prescribe

7     medications for that oral exam. She also did not address the

8     abnormal finding that she did find on the exam.  And when I

9     say "address it," she didn't address it in her assessment

10    plan.

11    **Q    The next sentence states, "Mr. Williams states**

12    **that he arrived to the visit with a cane because he needed**

13    **ambulatory assistance due to swelling in his left foot."**

14    **And when did Mr. Williams state that?**

15    A    When I had the phone conversation with him.

16    **Q    Did you take notes during that phone call?**

17    A    Yes, I did.

18    **Q    Okay.  Did you bring the notes with you?**

19    A    I did not.

20         MR. CIRINO:  We're going to ask counsel to produce

21    those

22         MR. HAMMEL:  Mm-hmm.

23         MR. CIRINO:  -- telephone conversation notes.

24         BY MR. CIRINO:

25    **Q    Now, the next sentence states -- well, the same**

Page  78

```
 1       Q    First of all, what was the mouth pain that was

 2  complained of?

 3       A    He complained about difficulty with swallowing.

 4       Q    Okay.  What did --

 5       A    And throat pain.

 6       Q    Forgive me for interrupting.  What did the nurse

 7  practitioner do in response to that complaint?

 8       A    She did an oral exam and neck exam, and based on I

 9  guess -- I'm not really sure.  But based on -- she had

10  normal findings of the mouth, which is what is documented,

11  and an abnormal neck exam, or an exam that is not normal

12  based on her documentation of the neck.

13            And her, then, assessment of it was to give

14  penicillin, and I'm not sure for what reason.

15       Q    Okay.

16       A    Because that's not necessarily accurately depicted

17  as to why based on her physical exam findings.

18       Q    Okay.  All right.  Same question with regard to

19  the foot.  So he complains of foot pain.  What is the

20  situation with the foot?

21       A    What's the situation?  I don't -- I don't --

22       Q    What's going on with the foot that needs to be

23  addressed in your view?

24       A    Just to look at it, examine it.  I'm not saying

25  that -- I'm not saying that she -- I'm not saying that she
```

# EXHIBIT

K

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| DAMOND LEE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-2062 (EGS) |
| | ) | |
| U.S. DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

**DEFENDANTS' OBJECTIONS AND RESPONSES TO**
**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**GENERAL OBJECTIONS**

1. Defendants object to the Definitions and Instructions to the extent that they seek to impose burdens beyond those set forth in Rules 33 and 34 of the Federal Rules of Civil Procedure. Defendant's responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents will be governed by the provisions of Federal Rules of Civil Procedure 33 and 34.

2. Defendants object to each discovery request to the extent it seeks information protected by the attorney-client, deliberative process, or other privilege or immunity from production, or which was prepared in anticipation of litigation or for trial by or for Defendants or representatives of Defendants in this action, or which otherwise constitutes attorney or party work-product. In the event any privileged or otherwise protected information is disclosed by Defendants, its disclosure is inadvertent and does not constitute a waiver of any privilege or other immunity from disclosure.

3. Defendants object to each discovery request to the extent it seeks information protected by applicable statutes, regulations, and/or Executive Orders.

Subject to and without waiving any objections, Defendants respond as follows: Defendants are

not aware of any lawsuits or administrative claims naming Ms. Marguerite McGarrah as a

responsible party since January 1, 2008, other than the claims asserted by Plaintiff that are at

issue in this case.

**Interrogatory 9:** Describe in detail any VA restrictions Ms. Marguerite McGarrah had since
October 1, 2013, specifically as it related to her providing patient care and treatment.

**Response:** Defendants object to this interrogatory on the grounds that it is duplicative of

interrogatory number 7.  Subject to and without waiving any objections, Defendants refer

Plaintiff to Defendants' response to interrogatory number 7.

**Interrogatory 10:** Describe in detail Ms. Marguerite McGarrah and Ms. Arleen Gray respective
recollections of the events that happened on October 30, 2013 as it relates to Plaintiff's visit and
evaluation at the VA.

**Response:** Defendants objects to this interrogatory on the grounds that it seeks information in

the possession of Ms. McGarrah who is no longer employed by the VA.  Subject to and without

waiving any objections, Defendants respond that Ms. Gray recalls that on October 30, 2013, she

triaged Plaintiff when he arrived at the VA.  Plaintiff complained about pain and swelling on one

side of his neck and jaw.  Plaintiff reported that he had a toothache for four days.  Ms. Gray

checked his vitals, which were fine.  She informed Ms. McGarrah and asked Plaintiff to wait in

the waiting room.  Plaintiff did not complain to Ms. Gray about foot or leg pain and was not

walking with a cane.

**Interrogatory 11:** State the factual basis for your defenses to Plaintiff's claims.

**Response:** Defendants object to this request on the grounds that it seeks information that will be

the subject of expert testimony and yet the deadline for Defendants' expert disclosures has not

**Document Request 10:** All notes, diaries, journals, or logs regarding the defenses contained in your answer.

**Response:** Defendants object to this request as vague, including as to the term "regarding."

Subject to and without waiving any objections, Defendants respond that it has conducted a

reasonable search and did not find any responsive, non-privileged documents.


**Document Request 11:** All documents related to any effort by you to mitigate damage to Plaintiff.

**Response:** Defendants object to this request as vague and unclear.  Subject to and without

waiving any objections, Defendants refer Plaintiff to the documents bates stamped VA0001-

VA0081.


**Document Request 12:** All professional evaluations, reviews, separation documents, and reprimands of Ms. Marguerite McGarrah or Ms. Arleen Gray since January 1, 2007.

**Response:** Subject to and without waiving any objections, Defendants will produce evaluations

for Marguerite McGarrah and Arleen Gray after a protective order is in place.  Defendants

conducted a reasonable search for responsive records and did not locate any separation

documents or reprimands of Ms. Gray, or any reprimands of Ms. McGarrah.  Defendant refers

Plaintiff to the separation document for Ms. McGarrah bates stamped VA0089.


Respectfully submitted,

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  __/s/_____
JOSHUA M. KOLSKY, D.C. Bar # 993430
Assistant United States Attorney
555 Fourth Street, N.W.

12

Washington, D.C. 20530
(202) 252-2541
joshua.kolsky@usdoj.gov

*Attorneys for Defendant*

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing responses to interrogatories are true and correct to the best of my knowledge, information, and belief.

Executed this 13th day of April, 2018.

Letitia Renee Gantt, MS, RN
Risk Manager
Washington DC VA Medical Center