# EXPERT WITNESS REPORT
# DR. RICHISA HAMILTON, MD, PHD, MSPH
# RICHISAMD, PLLC

June 18, 2020

I am Richisa L. S. Johnson Hamilton, MD, PhD, MSPH. I am a medical doctor currently licensed to practice medicine in the States of Georgia and Texas. That time period includes October 2013, which is the subject of my review and opinions. I attended undergraduate school at Jackson State University and graduate school at Meharry Medical College, where I earned my Master's of Science in Public Health with a concentration in Health Services Administration. I received my Medical Degree in 2008 from Meharry Medical College. I completed my residency in Emergency Medicine at the University of Texas Southwestern in 2011 and was Board Certified by the American Board of Emergency Medicine in 2012. I presently work in the states of Texas and Georgia as a licensed medical doctor. I am over the age of eighteen (18) years, suffer from no legal disabilities, and provide this report based upon my own personal knowledge and beliefs. My Curriculum Vitae is attached hereto as Exhibit "A." My case participation is attached hereto as Exhibit "E."

The subject of my review involves the complications incurred by Mr. Damond Lee Williams, a patient at the Washington, D. C. Veterans Affair (VA) Clinic, October 30, 2013. During this time period, and prior to it, I was regularly engaged in the clinical practice of emergency medicine for adults like Mr. Williams. For the purpose of this report, I have reviewed the following records:

- Medical Records from the Washington, D. C. VA dated October 30, 2013

- Medical Records from Providence Medford Medical Center in Everett, Washington dated November 3, 2013
- Medical Records from Harborview Medical Center in Seattle, Washington dated November 3 to 14, 2013

On October 30, 2013 Mr. Williams presented to the D. C. VA Clinic with the chief complaint of "pain and swelling of neck jaw from an infected right lower molar for 4 days," noted by the clinic's triage nurse. He was an otherwise, healthy, and physically active 38-year-old male per medical records. His vital signs were noted within normal limits. Mr. Williams was subsequently seen and examined by Margerite McGarrah, Nurse Practioner (N.P.).

The medical records from this standpoint onward were grossly incomplete. N. P. McGarrah notes the chief complaint and remarks that Mr. Williams is status post root canal two weeks ago. Her History of Present Illness (HPI) reports that, "the patient has history of antibiotics for dental issues; he will see his dentist in 6 days; and the dentist refused to order antibiotics without seeing him." There was no mention of a Review of Systems, Past Medical History, Family History. N. P. McGarrah skips to the Physical Exam that was abbreviated by the following: "Neck: right side 1+ puffiness; cannot appreciate A/C lymph nodes; puffiness extends around to thyroids. Dentition: Right lower molar. No gum edema, no erythema, no pus. NO lesions." These were the only documented components of her exam. At this point, N. P. McGarrah renews the penicillin order and further notes "with some misgivings, in light of past history and concern for antibiotic resistance." Mr. Williams was then sent home with a prescription for penicillin and told to follow up with his dentist.

Mr. Williams flew from the D. C. area to Washington State. He presented to Providence Medical Center in Everett, Washington on November 3, 2013. His chief complaint was dental

pain and foot swelling for 5 days. There, he told the ER physician that he noticed a red area with blistering of his left foot that has gradually expanded to involve his entire lower extremity up to the knee with some redness extending to the left thigh. This notes states, "he was seen on Tuesday at the VA for that and a dental problem." The History of Present Illness further says that Mr. Williams was started on amoxicillin and sent home. Mr. William's presentation was depicted in the Physical Exam as, "Integument: left lower extremity has bullous lesions to the foot with loss of skin. He has scattered edema with blisters to the lower leg. He has intense erythema to the entire lower leg up to the knee with spreading redness up the medial aspect of the thigh. Lymphatic: left groin lymphadenopathy." Labs revealed an elevated white blood cell count of 43,000, elevated creatinine, and abnormal liver function tests.

Mr. Williams was subsequently admitted to the hospital with the diagnosis of "severe left lower extremity cellulitis and renal insufficiency," as well as, evaluation for necrotizing fasciitis. The hospitalist's HPI also notes that Mr. Williams "initially went to the VA clinic in Washington, D. C. for right facial swelling and left foot infection with blistering on the foot." She adds that Mr. Williams "participated in a 'Mud Run' 10 days ago with some skin abrasions on both feet and a toe-nail injury on the left foot." Imaging revealed severe cellulitis around the ankle with possible abscess formation. He was started on broad-spectrum antibiotics and an Infectious Disease Specialist was consulted.

The Infection Disease specialist also sites in his note that Mr. Williams said he went to the VA in D. C. and was given a prescription that helped only with his face but not his leg. This physician included photographs of Mr. Williams's left lower extremity. Given the severity of his infection, the infectious disease specialist recommended that orthopedic surgery or general surgery be consulted. An orthopedic surgeon, on-call at Providence Hospital, stated he did not

feel comfortable operating on Mr. Williams given his severe condition. Mr. Williams was then transferred to Harborview Medical Center in Seattle, Washington.

The emergency medicine physician at Harborview, upon transfer, also states in his note that Mr. Williams sought medical attention for his left foot pain and swelling but was only treated for his dental problem. Mr. Williams underwent a surgical procedure to incise and drain his left lower extremity of infection. He was placed on 4 different types on antibiotics. Mr. Williams eventually improved to a point where he could be discharged, but has since suffered detrimental consequences from this ordeal.

Based on my experience and clinical expertise, Nurse Practitioner Margerite McGarrah failed to provide what is reasonable as the standard of care to Mr. Damond Lee Williams, at the Washington, D. C. Veterans Affair (VA) Clinic, October 30, 2013. N. P. McGarrah failed to provide an accurate and comprehensive History and Physical Examination (H&P). The H & P is imperative in treating patients, such as Mr. Williams. According to Goldberg (2018), "The written History and Physical (H&P) serves several purposes:

- It is an important reference document that provides concise information about a patient's history and exam findings at the time of admission.
- It outlines a plan for addressing the issues which prompted the hospitalization. This information should be presented in a logical fashion that prominently features all of the data that's immediately relevant to the patient's condition.
- It is a means of communicating information to all providers who are involved in the care of a particular patient.
- It allows students and house staff an opportunity to demonstrate their ability to accumulate historical and examination-based information, make use of their medical fund

of knowledge, and derive a logical plan of attack. See article entitled, "Practical Guide to Clinical Medicine: Write Ups," attached hereto as Exhibit "B."

N. P. McGarrah did not include both of his chief complaints, nor did she provide a full physical examination. "The primary purpose of the documentation is to provide the physician or provider with a record of a patient's history and other details that he or she might not otherwise remember between visits. The patient's narrative gives important clues as to the diagnosis and the patient's perspective." See article entitled, "Health Law: The Importance of Standard of Care and Documentation" attached hereto as Exhibit "C."

Mr. Williams presented to the VA with a swollen extremity. It was evident that early signs of cellulitis were present on October 30, 2013 when Mr. Williams presented to the VA clinic. "The differential diagnosis of a swollen extremity includes a wide range of diseases from the benign to the potentially life threatening. It is crucial to consider all of the dangerous causes of a swollen extremity, in order to prioritize diagnostic tests and initiate appropriate treatments." See article entitled, "The Swollen Extremity: A Systematic Evaluation of a Common Complaint" attached hereto as Exhibit "D." Early and aggressive treatment and management are vital to pathologies, such as that experienced by Mr. Williams.

The VA serves as a primary place of medical treatment for veterans, such as Mr. Williams. As a primary clinician, N. P. McGarrah has a responsibility to appropriately examine and manage patients within the standard of care. At a minimum, it involves thorough history taking and physical examination of all complaints exhibited by patients. It also includes referring patients, such as Mr. Williams, to higher levels of care when necessary. Had N. P. McGarrah fully assessed Mr. Williams, she would have then been prompted to send him to the nearest emergency medical facility for further care.

Specifically, a complete HPI would have included that fact that Mr. Williams had recently been in a strenuous, physical outdoors competition. He was suffering from a painful, swollen left foot. Upon physical exam, N. P. McGarrah should have removed whatever clothing to expose his entire left lower extremity. Gross physical examination would have likely revealed blistering, redness, warmth, and swelling. The extent of these signs should have been well-documented, such as whether it included just the foot or whether it extended above the ankle. Peripheral pulses should have been documented. The findings should have then helped form a broad differential diagnosis with concern for cellulitis at the top of list. Other limb-threatening or potentially fatally diagnoses may include: deep venous thrombosis, sepsis, osteomyelitis, abscess formation, fracture, etc.

These diagnoses require lab work and imaging to be ruled in or out. A complete blood count (CBC) is very useful in the evaluation of infectious or inflammatory processes. It can also show some insight into bleeding mechanisms, such as whether Mr. Williams was anemic from potential blood loss or whether his platelet count was abnormal. A complete metabolic panel (CMP) shows whether electrolyte abnormalities exist. Even though Mr. Williams had no history of diabetes or kidney disease, this test would have made sure he wasn't diabetic, in kidney failure, or dehydrated, given the fact of his recent competition. These implications can have very deleterious effects on treatment outcome and prognosis. A CMP also includes liver function tests that can give clues as to whether infectious or inflammatory processes exist, hydration status, and how well the liver is functioning.

Simple x-rays of the foot can indicate the presence of fractures or any type of bony erosions, which both contribute to treatment management and prognosis. Osteomyelitis may be seen with bony erosions. With the presence of open wounds on the foot, fractures are considered

to be "open" indicating the need for immediate orthopedic intervention. MRIs are definitive and may have been warranted at the time Mr. Williams presented to the VA on October 30, 2013.

Moreover, a vascular ultrasound will look for the presence of venous thrombosis and, in turn, whether blood-thinning medications need to be started. Bleeding times and inflammatory markers, such as sedimentation rate and C-reactive protein would also have been helpful to address the differential diagnosis of a swollen extremity. Lastly, the fluid from any open wounds should be cultured to determine exactly what type of bacteria exist to direct the appropriate antibiotic treatment. All of the above mentioned represent the standard of care that was woefully deviated from by N. P. McGarrah.

Had N. P. McGarrah properly examined Mr. Williams, that is reasonable and within the standard of care, she would have made the diagnosis of cellulitis. This diagnosis would have prompted her to further evaluate the cellulitis and offer appropriate treatment and management to Mr. Williams. Mr. Williams sought out medical attention for a dental infection, as well as pain and swelling from his left foot. N.P. McGarrah neglected a serious medical problem leading to consequences from severe cellulitis of Mr. William's left lower extremity. Had it not been for N. P. McGarrah's deviation from the aforementioned delineated standards of care, Mr. Williams would not have suffered from painful surgical debridement of his left lower extremity, a complicated hospital course, the life-altering disability preventing him from pursuing his career as a fitness trainer, among other detrimental consequences he has incurred.



Dr. Richisa Hamilton, MD, PhD, MSPH

June 18, 2020

Exhibit A

# Curriculum Vitae

**Richisa Lessica Samelajoy Johnson Hamilton, MD, PhD, MSPH**
**601-572-9909, richisamd@aol.com**
**2178 Waldrop Road, Marietta, Georgia 30066**

## PROFESSIONAL OBJECTIVE:

To pursue a career in emergency medicine and provide quality health care to those in need.

## ACADEMIC PREPARATION:

| | |
|---|---|
| 01/2017 – 12/2018 | Wellington Institute, Jackson, Mississippi, Doctor of Philosophy in Thanatology & Clinical Pastoral Counseling |
| 08/2003-05/2008 | Meharry Medical College, School of Medicine, Nashville, Tennessee Doctorate of Medicine |
| 08/2001-05/2003 | Meharry Medical College, School of Graduate Studies and Research, Nashville, Tennessee, Masters of Science in Public Health |
| 05/1998-05/2001 | Jackson State University, School of Liberal Arts, Jackson, Mississippi Bachelors of Science in Psychology |

## EMPLOYMENT/EXPERIENCE:

| | |
|---|---|
| 10/2018-present | Emergency Medicine Physician, Independent Contractor, ApolloMD, WellStar Kennestone Hospital, Marietta, Georgia |
| 10/2018-present | Emergency Medicine Physician, Independent Contractor, ApolloMD, WellStar Cobb Hospital, Austell, Georgia |
| 10/2018-present | Emergency Medicine Physician, Independent Contractor, ApolloMD, WellStar Douglas Hospital, Douglasville, Georgia |
| 10/2018-present | Emergency Medicine Physician, Independent Contractor, ApolloMD, WellStar Paulding Hospital, Hiram, Georgia |
| 08/2018-present | Adjunct Professor, Jackson State University, Jackson, Mississippi |
| 08/2018-present | Emergency Medicine Physician, Independent Contractor, TeamHealth, Piedmont Henry Hospital, Stockbridge, Georgia |
| 05/2018-present | Emergency Medicine Physician, Independent Contractor, Flynt Medical Staffing, Ward Memorial Hospital, Monahans, Texas |
| 05/2018-present | Emergency Medicine Physician, Independent Contractor, Schumacher, Upson Regional Hospital, Thomaston, Georgia |
| 04/2018-present | Emergency Medicine Physician, Independent Contractor, Flynt Medical Staffing, Plains Memorial Hospital, Dimmitt, Texas |
| 02/2018-present | Peer Reviewer, Independent Contractor, MES Peer Review Services, Norwood Massachusetts |
| 12/2017-present | Emergency Medicine Physician, Independent Contractor, Emcare, Eastside Medical Center, Snellville, Georgia |
| 02/2017-present | President, FlyCare, P.C., Marietta, Georgia |
| 12/2016-01/2018 | Emergency Medicine Physician, Independent Contractor, Emcare, Cartersville Medical Center, Cartersville, Georgia |
| 07/2016-present | Expert Witness, RichisaMD, PLLC, Marietta, Georgia |
| 03/2013-11/2016 | Emergency Medicine Physician, Independent Contractor, ApolloMD, WellStar Douglas Hospital, Douglasville, Georgia |
| 03/2013-11/2016 | Emergency Medicine Physician, Independent Contractor, ApolloMD, WellStar Kennestone Hospital, Kennesaw, Georgia |
| 03/2013-11/2016 | Emergency Medicine Physician, Independent Contractor, ApolloMD, WellStar Paulding Hospital, Hiram, Georgia |
| 03/2013-11/2016 | Emergency Medicine Physician, Independent Contractor, ApolloMD, WellStar Windy Hill Hospital, Marietta, Georgia |

| | |
|---|---|
| 09/2012-present | Emergency Medicine Physician, Independent Contractor, South Fulton Emergency Physcians, LLC, East Point, Georgia |
| 07/2012-09/2016 | Emergency Medicine Physician, Independent Contractor, Georgia Emergency Group, LLC, Griffin, Georgia |
| 01/2012-present | Emergency Medicine Physician, EMCARE, Dallas, Texas |
| 10/2011-present | Independent Contractor, RichisaMD, PLLC, Dallas Texas |
| 03/2011-12/2011 | Emergency Medicine Physician, Independent Contractor, Physicians Emergency Care Associated, Dallas Texas |
| 10/2010-06/2011 | Physician, Care Now, Coppell, Texas |
| 07/2010-present | Physician on Call, Grief Camp, Wellington Institute, Jackson, Mississippi |
| 06/2008-06/2011 | Resident Physician, Emergency Medicine, University of Texas Southwestern, Dallas, Texas |
| 03/2006-present | Editor and Consultant, Johnson Total Services Multieducational Publishers, Inc., Jackson, Mississippi |
| 08/2006-05/2008 | Teacher's Assistant, Gross Anatomy, Meharry Medical College, Nashville, Tennese |
| 08/2005-05/2006 | Emergency Medicine Patient Attendant, Meharry Medical College and Metropolitan Nashville General Hospital, Nashville, Tennessee |
| 05/2004-present | Sole proprietor, EduCares Psychological Associates, Nashville, Tennessee |
| 06/2004 | Centers of Excellence Primary Care Preceptorship Program Participant, Meharry Medical College, Nashville, Tennessee |
| 08/2004-05/2005 | Teacher's Assistant, Gross Anatomy, Meharry Medical College, Nashville, Tennessee |
| 08/2002-08/2003 | Research Assistant for the Immigrant Community Assessment Project, Vanderbilt University, Nashville, Tennessee |
| 08/2002-06/2003 | Environmental Protection Agency Minority Fellow, Meharry Medical College, Nashville, Tennessee |
| 06/2002-08/2002 | Health Career Opportunities Program Mentor, Meharry Medical College, Nashville, Tennessee |
| 01/2001-07/2001 | Substitute Teacher, Jackson Public Schools, Jackson, Mississippi |
| 06/2000-08/2000 | Summer Program Internship in Biostatistics, School of Public Health, Harvard University, Boston, Massachusetts |
| 08/1999-05/2001 | Research Trainee, National Institute of Mental Health - Career Opportunities in Research (NIMH-COR) Honors Undergraduate Research Training Program, Jackson State University, Jackson, Mississippi |
| 01/1999-present | Director of Resident Placement; Christian Care Assisted Living Center, Canton, Mississippi |

## PRESENTATIONS/CONFERENCES/WORKSHOPS:

| | |
|---|---|
| 2018 | "Beyond Grief Counseling," Mississippi Trauma Informed Care Conference, Jackson, Mississippi |
| 2017 | "38th Annual Current Concepts in Emergency Care," Emergencies in Medicine, Maui, Hawaii |
| 2015 | "Reimbursement & Coding," American College of Emergency Physicians, Las Vegas, Nevada |
| 2012 | "Emergency Medicine Oral Board Review Course," DOCStar Educational, Inc., Miami, Florida |
| 2010 | "Annual Meeting and Conference," Texas College of Emergency Physicians, Plano, Texas |
| 2010 | "Abdominal Pain," Case Conference, University of Texas Southwestern, Dallas, Texas |
| 2009 | "Hey Doc, What About My Cough," Literature Review Intern Conference, University of Texas Southwestern, Dallas, Texas |
| 2009 | "The Brittle Diabetic," Follow-Up Conference, University of Texas Southwestern, Dallas, Texas |
| 2008 | "Coprine," Toxicology Conference, University of Texas Southwestern, Dallas, Texas |
| 2006 | "Annual Convention and Scientific Assembly," National Medical Association, Dallas, Texas |
| 2006 | "Regional Meeting," Tennessee Chapter of the American College of Physicians, Nashville, Tennessee |
| 2004 | "Annual Meeting," Association of American Medical Colleges, Boston, Massachusetts |
| 2002 | Captain of the Meharry Medical College Team, National Association of Healthcare Services Executives Public Health Case Competition, Miami, Florida |
| 2001 | "Geriatric College," Meharry Medical College: Consortium Center on Aging, Nashville, Tennessee |

| | |
|---|---|
| 2001 | "Assessing Helpful & Unhelpful Comments and Comfort in Grief Situation," NIMH-COR Spring Research Colloquium, Jackson State University, Jackson, Mississippi |
| 2001 | "Assessing Comfort in Grief Situations," Southeastern Psychological Association Conference, Atlanta, Georgia |
| 2000 | "Helpful Comments in Grief Situations," National NIMH-COR Honors Colloquium, Washington, D.C. |
| 2000 | Diversity Workshop: Researching Social Inequalities in Health, Harvard University School of Public Health, Boston, Massachusetts |
| 2000 | Introduction to STATA and SAS Statistical Analysis Programs, Harvard University School of Public Health, Boston, Massachusetts |
| 2000 | Introduction to Biostatistics, Harvard University School of Public Health, Boston, Massachusetts |
| 2000 | NIMH-COR Spring Research Colloquium, Jackson State University, Jackson, Mississippi |
| 2000 | Mississippi Academy of Sciences Convention, Biloxi, Mississippi |
| 2000 | Southeastern Psychological Association Conference, New Orleans |
| 1999 | National NIMH-COR Colloquium, Albuquerque, New Mexico |

## CERTIFICATIONS/LICENSES:

| | |
|---|---|
| 2018-present | Advanced Trauma Life Support, Chicago, Illinois |
| 2018-present | Instructor, Bleeding Control Basics, Chicago Illinois |
| 2018-present | Certified Specialist, Pastoral Thanatology, American Academy of Grief Counseling |
| 2012-present | Diplomate of the American Board of Emergency Medicine |
| 2012-present | Physician, Georgia Composite Medical Board, Atlanta, Georgia |
| 2012-present | Advanced Cardiac Life Support, Griffin, Georgia |
| 2010-present | Basic Life Support, Care Now, Coppell, Texas |
| 2010-present | Physician, Texas Medical Board, Austin, Texas |
| 2010-present | Health Care Provider, Pediatric and Adult Life Support, Children's Medical Center, Dallas, Texas |
| 2004-2007 | Health Care Provider, CPR and AED, American Heart Association and Volunteer State Community College |
| 2006-present | Advanced Cardiac Life Support Provider, Volunteer State Community College, Meharry Medical College, Nashville, Tennessee |
| 2006-present | Basic Trauma Life Support I, Volunteer State Community College, Meharry Medical College, Nashville, Tennessee |
| 2006-present | Basic Trauma Life Support II, Volunteer State Community College, Meharry Medical College, Nashville, Tennessee |
| 2001 | Geriatrics; Meharry Medical College: Consortium Center on Aging, Nashville, Tennessee |

## RESEARCH AND PUBLICATIONS:

| | |
|---|---|
| 2018 | "Physician's Experiences with Death & Dying in the Emergency Department: A Study of How Emergency Medicine Doctors Deal with Patients and Their Families Before and After Death," Dissertation, Wellington Institute, Jackson, Mississippi |
| 2011 | "Rural Emergency Medicine," University of Texas Southwestern Emergency Medicine Residency Program, Dallas, Texas |
| 2005 | "Grief Counseling Certification Program," Wellington Institute, Jackson, Mississippi, Dr. Gladys Johnson (Helped write the program grant and certification program publication) |
| 2004 | "Environmental Health Education Programs in the Public School System," Environmental Protection Agency, Meharry Medical College, Dr. Green Ekadi |

| | |
|---|---|
| 2004 | "Project Nobesity: Attidunal Barriers to Healthy Weight Attainment and Management," School of Rehabilitation Counseling, Jackson State University, Dr. Gladys Johnson |
| 2003 | "Immigrant Community Assessment," Vanderbilt University, Metropolitan Government of Nashville and Davidson County, Tennessee, Dr. Daniel Cornfield |
| 2002-2003 | "Improving Compliance at Christian Care Assisted Living Center," Environmental Protection Agency, Meharry Medical College, Dr. Green Ekadi |
| 2001 | Handbook of Medical Information, School of Rehabilitation Counseling, Jackson State University, Dr. Gladys Johnson |
| 2001 | "Developing HIV/AIDS Prevention Curriculum with Effective Instructional Strategies for Adolescents with Mild Mental Retardation," TEACHING Exceptional Children, Volume 22, Number 6, Dr. Gladys Johnson, Dr. Celestine Jefferson |
| 2001 | "Sun Protection Behaviors in Blacks and Whites," Journal of the Mississippi Academy of Sciences, Volume 46, Number 1, Dr. Louise Ryan, Dr. Pamela Banks |
| 2001 | "A Comparison of Helpful and Unhelpful Comments for Bereaved and Non-Bereaved Individuals," Journal of the Mississippi Academy of Sciences, Volume 46, Number 1, Dr. Gladys Johnson, Dr. Celestine Jefferson |
| 2000 | "HIV and AIDS Prevention for African American Youth with Mental Retardation," The Negro College Fund Newsletter, Dr. Gladys Johnson, Dr. Celestine Jefferson |
| 2000 | "Racial Disparities in Skin Cancer (Melanoma)," Harvard University School of Public Health, Dr. Louise Ryan, Dr. Bruce Kennedy, Dr. Kimberly Lochner |
| 1999 | "Peer Education to Educate Adolescents with Special Learning Needs About HIV/AIDS Prevention," Submitted to The Journal of Exceptional Education, Dr. Gladys Johnson |
| 1999 | "Helpful and Unhelpful Comments in Grief Situations," Jackson State University, Dr. Pamela Banks |
| 1998 | "Reading, Writing and Sexual Abuse: Student Sexual Abuse by Educator Personnel," Submitted for publication to The Researcher, Jackson State University, Jackson, Mississippi, Dr. Gladys Johnson |
| 1997 | "Peer-Initiated Materials and Activities to Educate Adolescents about HIV and AIDS Prevention," The Researcher, Volume XV. No. 3 |

## PROFESSIONAL MEMBERSHIPS/COMMITTEES:

| | |
|---|---|
| 2014-present | Emergency Medicine Liaison, Atlanta Medical Center South Sepsis Committee |
| 2012-present | American Medical Association |
| 2012-present | Artemis Medical Society Member |
| 2011-present | Evan Oglesby Foundation, Board Member |
| 2008-present | Texas College of Emergency Physicians |
| 2007-present | American College of Emergency Physicians |
| 2007-present | Emergency Medicine Residents' Association |
| 2006-present | Wellington Institute Multi-education and Psychosocial Services Advisory Board |
| 2006-present | Tennessee Chapter of the American College of Physicians |
| 2006-2008 | Emergency Medicine Club |
| 2004-2008 | Surgery Club |
| 2003-present | Meharry National Alumni Association |
| 2003-present | American Medical Student Association |
| 2003-present | Student National Medical Association |
| 2003-2008 | Geriatrics Club |
| 2003-2008 | Internal Medicine Club |
| 2002-present | National Association of Healthcare Services Executives |
| 2001-present | Alumni Association of the J-Settes Dance Team of Jackson State University's Sonic Boom of the South Marching Band |
| 2000-present | Alpha Chi National Honors Fraternity |
| 2000-present | Alpha Kappa Mu National Honors Fraternity |
| 2000-present | Alpha Lambda Delta National Honors Fraternity |
| 2000-present | Phi Kappa Phi National Honors Fraternity |

| | |
|---|---|
| 2000-present | Psi Chi Psychological Honors Society |
| 2000-present | Southeastern Psychological Association |
| 1999-present | American Psychological Association (Student Affiliate) |
| 1998-present | Christian Care Assisted Living Center Advisory Board |

## Emergency Department Electronic Record Systems:

| | | | | | |
|---|---|---|---|---|---|
| A4 | Cerner/FirstNet | Doctors Choice | Epic | MedHost | Meditech |

## ACTIVITIES:

| | |
|---|---|
| 2013 | Participant, Atlanta Medical Center Trauma Commercial, Atlanta, Georgia |
| 2013 | Doctor, Disney's Doc McStuffins' Tour, Atlanta, Georgia |
| 2008 | Doctor of the Day, Mississippi House of Representatives and Senate, Jackson, Missippi |
| 2006-present | President of the Wellington Institute Advisory Board |
| 2006-2007 | Chair of the Resident Activity Committee, Christian Care Assisted Living Center, Canton, Mississippi |
| 2006-2008 | Emergency Medicine Club, Meharry Medical College |
| 2005-2008 | Surgery Club |
| 2004-2006 | Student Interview Member, Admissions Committee, Meharry Medical College |
| 2004-present | Legion of Mary, Cathedral of the Incarnation, Nashville, Tennessee |
| 2003-2008 | Internal Medicine Club, Meharry Medical College |
| 2003-2008 | Geriatrics Club, Meharry Medical College |
| 2003-2008 | Circle of Friends, Meharry Medical College |
| 2003-present | Mentor for the Minority Association for Pre-Medical Students, Meharry Medical College |
| 2003-present | Pencil Foundation, Tennessee Division, Nashville, Tennessee |
| 2002-2003 | Miss School of Graduate Studies and Research, Meharry Medical College |
| 2002-2003 | Pre-Alumni Association, Meharry Medical College |

## COMMUNITY SERVICE:

| | |
|---|---|
| 2018 | Doctor of the Day, Legislative Session, Atlanta, Georgia |
| 2017 | Volunteer of the Month, Kids Comfort Connection, Wellington Institute, Jackson, Mississippi |
| 2017 | Volunteer, Christian Care Assisted Living Center, Canton, Mississippi |
| 2016 | Emergency Medicine Preceptor, Atlanta Medical Center South, East Point, Georgia |
| 2014 | Career Day at Whitewater Middle School, Fayetteville, Georgia |
| 2013 | Disney's Doc McStuffins' Tour, Atlanta, Georgia |
| 2010 | Planner for the Grief Camp Kids Comfort Connection, Wellington Institute, Jackson, Mississippi |
| 2010-present | Volunteer of the Make-A-Wish Foundation |
| 2007 | Wellington Institute Community Picnic, Jackson, MS |
| 2005 | Feed the hungry, thanksgiving dinner with the Meharry freshman class, Meharry Medical College |
| 2004 | Clothes for Christmas drive, Meharry Medical College |
| 2004-2008 | Legion of Mary, Cathedral of the Incarnation, Travecca Nursing Home, Baptist Hospital, Belcourt Terrace Nursing Home, Lakeshore Nursing Community, Mariner Health, Nashville, Tennessee |
| 2003-2008 | Mentor for the Minority Association for Pre-Medical Students, Meharry Medical College, Nashville, Tennessee |
| 2003-2008 | Tutor for the Pencil Foundation, Tennessee Division, Nashville, Tennessee |
| 2003 | Coordinated a Blood Drive sponsored by the American Red Cross, Meharry Medical College, Nashville, Tennessee |
| 2002 | Community Day sponsored by the Pre-Alumni Association, Meharry Medical College, Nashville, Tennessee |

| | |
|---|---|
| 2002 | American Heart Association Heart Walk, Meharry Medical College |
| 2002 | Habitat for Humanity, Meharry Medical College, Nashville, Tennessee |
| 2001-2004 | Volunteer, Metro General Hospital, Nashville, Tennessee |
| 1995-2001 | Resident assistant, Christian Care Assisted Living Center, Canton, Mississippi |

## HONORS AND AWARDS:

### Meharry Medical College:

| | |
|---|---|
| 2007 | Nominated for Alpha Omega Alpha National Honors Medical Society Membership |
| 2005-2007 | Dean's List, School of Medicine |
| 2005-2006 | Thomas L. Davis Memorial Scholarship |
| 2004-2005 | Academic Excellence Award, School of Graduate Studies and Research |
| 2003 | Highest Honors, School of Graduate Studies and Research, Meharry Medical College Graduation Ceremony |
| 2002-2004 | Environmental Protection Agency Minority Fellowship, Environmental Protection Agency, Washington, D.C. |
| 2002-2003 | Outstanding Senior of the School of Graduate Studies and Research |
| 2002-2003 | Dean's List, School of Graduate Studies and Research |
| 2002-2003 | Meharry Association of Office Personnel Scholarship |
| 2002-2003 | Fourth Place, National Association of Health Services Executives Public Health Case Competition, Miami, Florida |
| 2002-2003 | Miss School of Graduate Studies and Research, Meharry Medical College Royal Court |

### Jackson State University:

| | |
|---|---|
| 2001 | Most Distinguished Student Research Poster Award, MS Academy of Science, Tupelo, Mississippi |
| 2001 | Reading Award, MEDCORP IV; University of Mississippi Medical Center, Jackson, Mississippi |
| 2000-2001 | Certificate of Academic Excellence, President Ronald Mason |
| 2000 | Alpha Chi Honors Fraternity |
| 2000 | Alpha Kappa Mu Honors Fraternity |
| 2000 | Phi Kappa Phi Honors Fraternity |
| 2000 | Psi Chi Honors Psychology Fraternity |
| 1999-2001 | President's List |
| 1999-2001 | National Institute of Mental Health - Career Opportunities in Research (NIMH-COR) Honors Undergraduate Research Training Program |
| 1999-2000 | Certificate of Academic Excellence, James E. Lyons, President of Jackson State University |
| 1999 | Alpha Lambda Delta Honorary Society |
| 1998-2001 | Academic Scholarship |
| 1998-2001 | Violin Scholarship |

## PERSONAL INTERESTS:

Painting Arts and crafts Dancing Graphic Design Pilates

Playing the piano Playing the violin Step Aerobics Cooking

distally
Pulses: 2+femoral B, 1+ PT/DP B
Neuro:
Mental status: alert and appropriate
Motor: 5/5 all extremities
Sensory: distal sensation in legs intact to light touch, pin prick; proprioception toes normal bilaterally; vibration intact at IP joint bilateral great toes
Reflexes: 2+ and symmetric bilaterally: biceps, triceps, brachioradialis, patellar, achilles
Gait: not observed

| | |
|---|---|
| **Labs and Data:** | Na 128, C1 96, Bun 59, Glucose 92, K 4.4, CO2 40.8, CR 1.4, WBC 7.9, PLT 349, HCT 43.9, Alk phos 72, Total Protein 5.6, Alb 3.5, T Bili 0.5, Alt 17, Ast 52, Troponin < .01, BNP 1610.<br>EKG: Sr at 74, q-waves v1-v5, no st-t wave changes. No change compared with study of 6m ago.<br>CXR: Prominent pulmonary vessels with moderate interstitial edema and right pleural effusion. Cardiomegaly. No parenchymal infiltrates. |
| **Assessment and Plan:** | 72-year-old man with history of HFrEF following multiple Mis, admitted with sub-acute worsening edema and DOE. His symptoms are most consistent with increasing heart failure, which would account for both his pulmonary congestion as well as his peripheral edema. His renal disease is a less likely explanation for his extensive edema as his BUN/Cr have remained stable throughout. Elevated BNP is also consistent w/heart failure.<br><br>The question is why his heart failure has become refractory to treatment? Possibilities include: 1) worsening LV function, 2) another MI, 3) worsening valvular disease, 4) poor compliance with medications and/or 5) excess salt and water intake. There is no evidence by history, EKG, or enzymes for current ischemia/infarct. And his valvular disease does not appear severe enough to be causing symptoms. Given this, the most likely precipitant of his failure is a combination of dietary indiscretion and poor adherence with medications in a patient with a severely depressed EF.<br>1. Cardiac: As above his picture is consistent with CHF with the likely precipitant related to dietary and medication non-adherence.<br>◦ Strict I/O's. Daily weights<br>◦ Fluid restriction to 2L/day<br>◦ Low salt diet<br>◦ Lasix 80mg IV with IV metolazone now and Q8.. With goal diuresis of 2-3 L/day<br>◦ Continue lisinopril 40 qd, correg 25 bid<br>◦ Check electrolytes, renal function bid<br>◦ Education about appropriate diet via nutrition consult<br>◦ Repeat Echo, comparing it with prior study for evidence of drop in LV function<br>◦ Given degree of symptoms and severity of LV impairment, will obtain Cardiology consult. To assist w/management, inquire re use of Entresto and other interventions to improve symptoms.<br>2. Pulmonary: his crackles and oxygen requirement are all likely due to pulmonary congestion from LV dysfunction. He has no signs, symptoms of another primary pulmonary process (e.g. infection, COPD exacerbation, PE)<br>◦ 02 to maintain sat greater than 95%<br>◦ treat cardiac disease as above, focusing on diuresis<br>3. Renal: CKD stage 3 from DM (on basis prior elevated protein/creat ratio) and hypertension.<br>◦ Qd chem 7 w/diuresis<br>4. DM: His sugars have been well-controlled on current regimen<br>◦ Hold metformin in house<br>◦ Low intensity sliding scale insulin coverage<br>◦ ADA 2100 calorie diet<br>◦ FS BS qac and qhs<br>5. Disposition: Anticipate discharge home in 3 days, with close follow up from heart failure service to assist with maintaining clinical stability, preventing re-admissions. |

**SAMPLE WRITE-UP #2**

ADMISSION NOTE
CC: Mr. S is a 65-year-old man who presents with 2 concerns:
1. Acute, painless decline in vision
2. Three day history of a cough.

**HPI:**
1. Visual changes: Yesterday morning, while eating lunch, the patient had the sudden onset of painless decrease in vision in both eyes, more prominent on the right. Onset was abrupt and he first noted this when he "couldn't see the clock" while at a restaurant. He also had difficulty determining the numbers on his cell phone. He denied pain or diplopia. Did not feel like a "curtain dropping" in front of his eyes. He had nausea and vomiting x2 yesterday, which has resolved. He did not seek care, hoping that the problem would resolve on its own. When he awoke this morning, the same issues persisted (no better or worse) and he contacted his niece, who took him to the hospital. At baseline, he uses prescription glasses without problem and has no chronic eye issues. Last vision testing was during visit to his optometrist 2 year ago. Notes that his ability to see things is improved when he moves his head to bring things into better view. Denies dizziness, weakness, headache, difficulty with speech, chest pain, palpitations, weakness or numbness. No history of atrial fibrillation, carotid disease, or heart disease that he knows of.

2. Cough: Patient has history of COPD with 60+ pack year smoking history and most recent PFT's (2016) consistent with moderate disease. Over the past few days he has noted increased dyspnea, wheezing, and sputum production. Sputum greenish colored. He uses 2 inhalers, Formoterol and Tiotropium every day and doesn't miss any dosages. He was treated with antibiotics and prednisone a few years ago when he experienced shortness of breath. He has not had any other breathing issues and no hospitalizations or ED visits. Denies hemoptysis, fevers, orthopnea, PND, chest pain or edema.

ED course: given concern over acute visual loss and known vascular disease, a stroke code was called when patient arrived in ER. Neurology service evaluated patient and CT head obtained. Data was consistent with occipital stroke, which occurred > 24 hours ago. Additional details re management described below.

| | |
|---|---|
| **PMH:** | COPD (moderate) – PFTs 2014 fev1/fvc .6, fev1 70% predicted<br>Hypertension dx 2012<br>GERD<br>Hyperlipidemia – ASCVD 12%<br>Obstructive sleep apnea dx 2014, uses CPAP |
| **PSH:** | Right orchiectomy at age 5 for traumatic injury<br>Right cataract removal and lens implant placement on 2014 |
| **MEDS:** | Asa 81 qd<br>Lisinopril 40 mg qd<br>Atenolol 50 mg qd<br>Pantoprazole 20 mg po qd<br>Tiotropium 2 puffs qd<br>Formoterol 2 puffs qd<br>Atorvastatin 40mg qd |
| **Allergies:** | None |
| **Smoking:** | 60 pack yr history, now 1ppd |
| **Alcohol:** | Heavy in past, quit 5 y ago. None currently. No know alcohol related target organ damage |
| **Other substance use:** | None |

nontender. Conjunctiva clear.
Neck: No adenopathy. No JVD. Carotid pulses 2+ bilaterally.
Pulmonary: Moves air equally bilaterally, though wheezes on auscultation throughout.
CV: irregularly irregular, II/VI systolic crescendo-decrescendo murmur at LUSB, radiating to carotids. No S3, S4. PMI not-displaced.
Abd: Obese + normal BS. Soft. Nontender. Liver nonpalpable. Liver 8 cm at mid-clavicular line by percussion.
Rectal: brown stool, OB neg in ER
Pulses: Fem R 2+ L +1. DP 2+ B. PT 1+ B
Extremities: no cyanosis, clubbing or edema. Warm, well-perfused.
Neuro:
AOX3; answers questions appropriately
CNs:
I: Able to detect coffee B nares at 10cm
II: Loss of nasal field R eye, temporal field L eye by confrontation – can detect hand movement in those areas, but can't read vision card at any line; Vision 20/40 B in fields where vision preserved (i.e. if vision card held in front of patients face towards their right)
III, IV, VI: extra-ocular movements preserved in all directions.
V: intact light touch all regions of face; masseter and temporalis muscles 5/5 B
VII: muscles of facial expression intact
VIII: hearing equal bilateral
IX, X: palate symmetric
XI: SCM, Trap 5/5
XII: Tongue midline
Motor: Strength 5/5: biceps, triceps, grip, quad, hamstring, plantarflex, dorsiflex. F-N slight int. tremor on left.
Rapid alternating movements: symmetric and equal
Gait: normal
Sensory: intact light touch, pin prick, vibration, proprioception at feet bilateral.
Romberg negative; gait somewhat unsteady due to visual issues
Reflexes: Biceps, triceps, brachioradialis: 2+ B. Patellar, achilles 2+ B; Toes down going.

**Labs, Imaging and other Data:**

Na 138, C1 106, Bun 13, Glu 99, K 4.5, CO2 25, CR 1.9, WBC 11, PLT 597, HgB 13.5, MCV 72.5, pulses P73 L16 E3 B0; Alk phos 72, T Protein 7.2, Alb 3.1, ALT 9, AST 14, LDH 123, TB 0.5, INR 1.3, TSH 2

Head CT: several, new well-demarcated infarcts in R occipitoparietal region. No evidence hemorrhage. No midline shift.

CXR: no infiltrate; flattened diaphragms bilaterally consistent with COPD.

EKG: A fib at 72. No acute st-t wave changes or other findings different from study 6m prior.

**Assessment and Plan:**

65-year old man who presents with acute visual field deficits consistent with embolic stroke. Story of the sudden onset of neurologic deficits while awake, in the setting of newly identified atrial fibrillation, is most consistent with a cardio-embolic event. Artery-artery embolization is also a possibility (e.g. vertebral-basilar). Thrombosis in situ less likely, as multiple occipital infarcts are noted. Carotid stenosis not likely as retinal exam without evidence of local infarct, visual deficits indicate lesion that is after the optic chiasm, and CT w/posterior distribution infarcts. Similarly, temporal arteritis would be consideration given age and visual deficits, though lack of referable symptoms (i.e. no jaw claudication, headache, TA tenderness) and distribution of stroke makes this unlikely.

Of note, as last known normal was > 24 hours ago, he is outside the window to receive TPA or device driven therapy. No evidence of ongoing events or evolution. Focus at this time thus will be on completing diagnostic evaluation, vigilance for progression/complications, and treatment to prevent additional events.

1. Neuro: story and imaging consistent with embolic stroke affecting visual cortex. Currently no signs of cerebral edema increased ICP.
   - Admit to step monitored unit level care
   - Neurology service involved and following
   - Head of bed elevated 30 degrees; Monitor for change in level of consciousness that would be suggestive increased ICP
   - Given that atrial fibrillation is the driving etiology, will start unfractionated heparin now to prevent additional events, targeting PTT 80-100. Very close clinical observation to assure no hemorrhagic conversion leading to increased ICP. Neuro service in agreement with this approach.
   - MRI/MRA asap to fully characterize extent infarct and arterial anatomy
   - Continue aspirin 81mgd
   - Occupational therapy for assistance with managing deficits
   - Physical therapy evaluation for gait safety
   - Ophthalmology evaluation for formal assessment fields, vision correction options
2. Pulmonary: Currently afebrile and with increased SOB, cough and sputum production in patient with documented moderate COPD by PFTs. Symptoms are suggestive of acute COPD exacerbation, which is presumed to be of bacterial origin. No evidence pneumonia on CXR.
   - Continue inhalers
   - Doxycyline 100 bid x 7d
   - Prednisone 40 mg qd x 5d
   - Follow for clinical change
   - Review smoking cessation options while in hospital
3. Cardiovascular: Newly identified a fib. Has no symptoms related to tachycardia, impaired ventricular function. Duration unknown. Likely etiology is chronic hypertension and OSA. No evidence of other toxic/metabolic process (e.g. alcohol withdrawal, anemia, heart failure, thyroid disease). Possible that COPD exacerbation could be contributing.
   - Continue Norvasc, atenolol for hypertension
   - A Fib well rate controlled at present, continue atenolol, continue telemetry
   - Anti-coagulation as discussed above w/unfractionated heparin – and ultimately transition to DOAC
   - Echo to assess LV function, LA size, etiologies for a fib
4. ID: Currently febrile. COPD flare presumed associated with acute bronchitis.
   - Treatment as under pulmonary
5. Disposition: Anticipate discharge 3-4 days. May need rehab stay depending on functional status, safety as relates to ability to care for self while recovering from stroke.


Copyright © 2018 The Regents of the University of California. All rights reserved.

Exhibit C

**Virtual Mentor**
Ethics Journal of the American Medical Association
November 2005, Volume 7, Number 11

## Health Law

### The Importance of Standard of Care and Documentation

by Allison Grady

On first glance, the case of *Conner v Ofreneo* might not seem that compelling. The alleged infractions took place in Chicago, Illinois, and litigation never went beyond the Illinois Appellate court. But if one looks beyond its regional nature and lack of precedent setting, aspects of this trial are important and interesting, especially for physicians. The case was settled in favor of the defendant, Dr Danilo Ofreneo, during the original jury trial. The decision was later affirmed by the appellate court. Yet the case should serve as a warning to all physicians: adherence to practice standards of care and documentation are essential and should not be compromised without good reason.

On February 5, 1980, Deborah Conner took her daughter, Karla (whose age is never disclosed in the appeals court's opinion), to Chicago's Uptown Clinic. Karla had been experiencing excessive thirst, slurred speech, abdominal pain, rapid weight loss, and significant bladder activity [1]. At the clinic, the Conners met with Dr Danilo Ofreneo who spent 15-20 minutes with Karla, during which time she was unresponsive to his questions. Dr Ofreneo did not document any medical history or record any allergies or immunizations; he stated during his testimony that Karla's history was within “normal limits” [1]. Unsure of a definitive diagnosis, Dr Ofreneo ordered blood tests and several x-rays. After the tests were completed he told Ms Conner to call him if anything new developed and to check with the office in about 3 days for the test results. Dr Ofreneo conceded to the court that he did not tell the Conners when to return to the office [1]. Concerned about Karla's worsening condition, Ms Conner took her to Children's Memorial Hospital later that same day where she was examined and had tests run by the hospital staff. It was found that her glucose level was 1126 (compared to the normal level of 126), and she was diagnosed with dehydration, poor circulation of blood to the brain, severe metabolic acidosis, and complications of diabetic ketoacidosis (DKA) [1]. The ketone levels of her urine and her dehydration were discovered when the treating doctor learned by taking Karla's history of her rapid weight loss, increased sleeping, and intense drinking and ran tests to uncover an explanation for these symptoms [1]. Karla was treated for dehydration, acidosis, and high ketone levels [1]. Treating the dehydration and DKA simultaneously was complicated, and the procedures to correct both were high risk. Karla experienced heart failure during the treatment phase and later died. The official cause of her death was listed as cardiorespiratory arrest that caused irreversible brain damage [1]. Following the death of her daughter, Deborah Conner sued Dr Ofreneo for medical malpractice and Children's Memorial Hospital, with whom she settled out of court.

This case is important for 2 reasons. First, it brings attention to the role of standard of care. Standard of care can be defined as "…not a guideline or list of options; instead, it is a duty determined by a given set of circumstances that present in a particular patient, with a specific condition, at a definite time and place" [2]. In other words, standard of care is sensitive to time, place, and person. This is a challenge to physicians who try to adhere strictly to clinical guidelines because the absence of absolute standards forces physicians to make judgments that may prove in hindsight to have been incorrect.

In this case, it appears that Dr Ofreneo missed the typical signs and symptoms of DKA. Patients afflicted with DKA typically present with "nausea, vomiting, and particularly in children, abdominal pain" [3]. Dr Ofreneo's decisions not to test the patient's glucose level or do a urinanalysis also proved to be poor decisions. A prominent medical manual states that "a presumptive bedside diagnosis is justified if the patient's urine or blood is strongly positive for glucose and ketones" [3]. Had Ofreneo performed these simple tests he would have found that Karla's glucose level of 1126 was almost 10 times the norm, but instead he claimed that "Karla had no signs or symptoms specifically indicating that condition [DKA]" [1]. Although the jury found that Ofreneo had not deviated from standard of care, the symptoms that Karla was experiencing were identical to those of DKA, and it seems that he did not make the best medical treatment decisions. In his article, "A Model for Validating an Expert's Opinion in Medical Negligence Cases," Howard Smith reminds doctors that "the standard of care is a measure of the duty practioners owe patients to make medical decisions in accordance with any other prudent practioner's treatment of the same condition in a similar patient" [2]. This definition of standard of care, coupled with the ability of the physicians at Children's Medical Hospital to affirmatively diagnosis Karla based on an interview and routine tests, suggests that Ofreneo was not as diligent as he should have been.

The second aspect of medical care that this case highlights is the need for a physician to document a patient history thoroughly. Documentation is important, secondarily, for the legal protection that it affords. The primary purpose of the documentation is to provide the physician with a record of a patient's history and other details that he or she might not otherwise remember between visits. In a recent *Student BMJ* article, the author explains that "the patient's narrative gives important clues as to the diagnosis and the patient's perspective…"[4]. In this case, even though Karla was nonresponsive, her mother would have been able to fill in some of the history. Karla's own lack of response might also have been indicative of more serious health problems.

Taking a complete history is not always possible, especially in an urgent care situation, but a diligent effort should be made to engage both the patient and the patient's caregiver. Histories do not serve simply as footnotes in a chart but should be ongoing conversations with the patient or the patient's caregiver so that the physician can establish patterns and trends and provide the best possible treatment course. In taking a history, the physician listens to the patients' past medical experiences and hears how the patients perceive their own illnesses. As stated in the *Student BMJ* article, "to a large extent, this means making sense of the symptoms that the patient presents with...You

can attempt to link the symptoms to the diagnosis" [4]. A verbal exchange with the patient, however, is not the only responsibility of a doctor. Physicians must also *write down* the responses of the patient as well as their own medical impressions of a particular situation. Ofreneo did not document allergies, past illnesses, or vaccinations that might have provided clues about Karla's current condition [1]. As a result he was forced to give testimony from memory. Luckily for him, the jury found that this shortcoming was not a significant factor in Karla's death.

Ethical, as opposed to legal, responsibility might rest at least in part on Dr Ofreneo. His failure to recognize some of the obvious symptoms of DKA may have contributed to pushing Karla's illness to a critical level. The jury found that he did not deviate enough from the accepted standard of care to be legally liable, but he seems to have failed in his professional obligation to recognize and treat a serious illness. The professional duties of a physician extend beyond the clinical encounter. Physicians must effectively communicate with the patient, his or her caregivers, and other members of a patient care team. Dr Ofreneo's failure to accomplish this puts him in a compromised ethical position.

Based on the court records, Dr Ofreneo is lucky that his defense was presented to a sympathetic jury. His professional conduct with Karla Conner appears to have met minimal basic standards, and his medical decision making seems to have been weak, at best. It is vital that physicians learn from this case that they must be aware of the symptoms and patterns that a patient has been experiencing—information often best gathered via a complete medical history and a thorough exam. Physicians should also adhere closely to standards of care as a general rule and, before deviating from them, be convinced that the planned departure is soundly justified.

**References**

1. *Conner v Ofreneo*, 257 Ill. App.3d 427, 436 (1993).
2. Smith H. A model for validating an expert's opinion in medical negligence cases. *J Leg Med*. 2005;26:207-231.
3. Beers MH, Berkow R, eds. *The Merck Manual of Diagnosis and Therapy.* Available at: www.merck.com/mrkshared/mmanual/section2/chapter13/13b.jsp. Accessed September 30, 2005.
4. Shah N. Taking a history: introduction and the presenting complaint. *Student BMJ*. 2005;13:314-315.

*The viewpoints expressed on this site are those of the authors and do not necessarily reflect the views and policies of the AMA.*

Copyright 2005 American Medical Association. All rights reserved.

Exhibit D

EMERGENCY MEDICINE PRACTICE
EBMEDICINE.NET
AN EVIDENCE-BASED APPROACH TO EMERGENCY MEDICINE

# The Swollen Extremity: A Systematic Approach To The Evaluation Of A Common Complaint

*It is another busy night in the emergency department; five admitted patients are waiting for beds and three patients are waiting for CT scans. Space and resources are limited. Your next patient is an obese, 35-year-old, female visitor from Australia with no known medical problems. She tells you that she never comes to the emergency room, but decided to come in tonight because the pain in her right leg was keeping her awake. She has had mild to moderate pain in both knees "for a long time," but for the last two days her right lower leg has been progressively painful and swollen. She has been staying off her feet and taking ibuprofen, but the pain and swelling are not getting better. She also complains of a mild discomfort in her chest which she can not characterize. Her blood pressure is 140/90 mmHg, pulse is 100, respiratory rate is 20, temperature is 37.2°C, and her pulse oximetry is reading 95%. You note that her right ankle is diffusely red, swollen, and painful; her right calf measures 28 cm and her left calf measures 25 cm; her thighs are equal in size and there is no Homans' sign or palpable cords. Once again, you find yourself faced with the recurrent clinical decision of pursuing cellulitis vs DVT vs DVT plus PE and must decide how to best utilize your resources while providing quality emergency care. You order a diagnostic test . . .*

**Patients** presenting to the emergency department (ED) with a swollen extremity can be a diagnostic challenge. The differential diagnosis is vast and includes a wide range of diseases from the benign to the potentially life threatening. As an emergency physician, it is crucial to consider all of the dangerous causes of a swollen extremity and to prioritize your diagnostic tests. The history and physical exam may reveal the cause to be related to previous trauma, surgery, systemic disease, infection, malignancy, or radia-

October 2006
Volume 8, Number 10

**Authors**

**Veronica Hlibczuk, MD, FACEP**
Attending Physician, Emergency Medicine, Assistant Clinical Professor, Columbia University Medical Center, New York Presbyterian Hospital, New York, NY.

**Muhammad Waseem, MD**
Attending Physician, Emergency Medicine (Clinical Pediatrics), Assistant Clinical Professor, Weill Medical College of Cornell University, Lincoln Medical & Mental Health Center, Bronx, NY.

**Alexis Nguyen, MD**
Attending Physician, Emergency Medicine, Cabrini Medical Center, New York, NY.

**Peer Reviewers**

**Marie-Carmelle Ellie, MD**
Assistant Professor, Division of Emergency Medicine, Division of Critical Care, Director of Emergency Critical Care, UMDNJ-University Hospital, Scotch Plains, NJ.

**Nicholas Genes, MD, PhD**
Mount Sinai Emergency Medicine Residency, New York, NY.

**JP Rohde, MD, FAAEM**
Assistant Professor Emergency Medicine, Vanderbilt University Medical Center, Franklin, TN.

**CME Objectives**

Upon completion of this article, you should be able to:
1. Discuss the potential causes of a swollen extremity.
2. Describe the imaging tests available to determine the diagnosis for a swollen extremity.
3. Discuss risk factors for deep venous thrombosis.
4. Evaluate, diagnosis, and treat the patient presenting with a swollen extremity.

Date of original release: October 1, 2006
Date of most recent review: September 23, 2006
See "Physician CME Information on back page.

**Editor-in-Chief**

**Andy Jagoda, MD, FACEP,** Professor and Vice-Chair of Academic Affairs, Department of Emergency Medicine; Mount Sinai School of Medicine; Medical Director, Mount Sinai Hospital, New York, NY.

**Associate Editor**

**John M Howell, MD, FACEP,** Clinical Professor of Emergency Medicine, George Washington University, Washington, DC; Director of Academic Affairs, Best Practices, Inc, Inova Fairfax Hospital, Falls Church, VA.

**Editorial Board**

**William J Brady, MD,** Associate Professor and Vice Chair, Department of Emergency Medicine, University of Virginia, Charlottesville, VA.

**Peter DeBlieux, MD, LSUHSC** Professor of Clinical Medicine; LSU Health Science Center, New Orleans, LA.

**Wyatt W Decker, MD,** Chair and Associate Professor of Emergency Medicine, Mayo Clinic College of Medicine, Rochester, MN.

**Francis M Fesmire, MD, FACEP,** Director, Heart-Stroke Center, Erlanger Medical Center; Assistant Professor, UT College of Medicine, Chattanooga, TN.

**Michael J Gerardi, MD, FAAP, FACEP,** Director, Pediatric Emergency Medicine, Children's Medical Center, Atlantic Health System; Department of Emergency Medicine, Morristown Memorial Hospital, NJ.

**Michael A Gibbs, MD, FACEP,** Chief, Department of Emergency Medicine, Maine Medical Center, Portland, ME.

**Steven A Godwin, MD, FACEP,** Assistant Professor and Emergency Medicine Residency Director, University of Florida HSC/Jacksonville, FL.

**Gregory L Henry, MD, FACEP,** CEO, Medical Practice Risk Assessment, Inc; Clinical Professor of Emergency Medicine, University of Michigan, Ann Arbor.

**Keith A Marill, MD,** Instructor, Department of Emergency Medicine, Massachusetts General Hospital, Harvard Medical School, Boston, MA.

**Charles V Pollack, Jr, MA, MD, FACEP,** Professor and Chair, Department of Emergency Medicine, Pennsylvania Hospital, University of Pennsylvania Health System, Philadelphia, PA.

**Michael S Radeos, MD, MPH,** Assistant Professor of Emergency Medicine, Lincoln Health Center, Bronx, NY.

**Robert L Rogers, MD, FAAEM,** Assistant Professor and Residency Director, Combined EM/IM Program, University of Maryland, Baltimore, MD.

**Alfred Sacchetti, MD, FACEP,** Assistant Clinical Professor, Department of Emergency Medicine, Thomas Jefferson University, Philadelphia, PA.

**Corey M Slovis, MD, FACP, FACEP,** Professor and Chair, Department of Emergency Medicine, Vanderbilt University Medical Center, Nashville, TN.

**Jenny Walker, MD, MPH, MSW,** Assistant Professor; Division Chief, Family Medicine, Department of Community and Preventive Medicine, Mount Sinai Medical Center, New York, NY.

**Ron M Walls, MD,** Professor and Chair, Department of Emergency Medicine, Brigham & Women's Hospital, Boston, MA.

**Research Editors**

**Nicholas Genes, MD, PhD,** Mount Sinai Emergency Medicine Residency.

**Beth Wicklund, MD,** Regions Hospital Emergency Medicine Residency, EMRA Representative.

**International Editors**

**Valerio Gai, MD,** Senior Editor, Professor and Chair, Dept of EM, University of Turin, Italy.

**Peter Cameron, MD,** Chair, Emergency Medicine, Monash University; Alfred Hospital, Melbourne, Australia.

**Amin Antoine Kazzi, MD, FAAEM,** Associate Professor and Vice Chair, Department of Emergency Medicine, University of California, Irvine; American University, Beirut, Lebanon.

**Hugo Peralta, MD,** Chair of Emergency Services, Hospital Italiano, Buenos Aires, Argentina.

**Maarten Simons, MD, PhD,** Emergency Medicine Residency Director, OLVG Hospital, Amsterdam, The Netherlands.

tion therapy. Once a working diagnosis is made, appropriate treatment can be initiated. This issue of *Emergency Medicine Practice* provides a systematic review of the diseases that present with a chief complaint of "swollen extremity" and provides a cost-effective approach to guide in the selection of diagnostic tests to aid in clinical decision-making.

## Critical Appraisal Of The Literature

A literature search was performed using Ovid MEDLINE and PUBMED. Searches included articles on deep venous thrombosis, cellulitis, chronic venous insufficiency, acute compartment syndrome, necrotizing fasciitis, and edema. This search provided an enormous number of studies ranging from case series to well-designed, randomized, double-blinded studies. In addition, the Cochrane Database of Systemic Reviews was searched for updates on current management recommendations for deep venous thrombosis, cellulitis, and chronic venous insufficiency. Another source of information was the National Guideline Clearinghouse at www.guidelines.gov, which was created by the US Department of Health and Humans Services' Agency for Healthcare Research and Quality (AHRQ) in partnership with America's Health Insurance Plans (AHIP). This site provided guidelines published by the Infectious Diseases Society of America (IDSA) and the American College of Radiology (ACR), among others.

## Abbreviations Used In This Article

CBC – Complete Blood Count
CRP – C-reactive Protein
DVT – Deep Venous Thrombosis
ECG – Electrocardiogram
ELISA – Enzyme-Linked ImmunoSorbent Assay
ESR – Erythrocyte Sedimentation Rate
LMWH – Low Molecular Weight Heparin
LRINEC – Laboratory Risk Indicator for Necrotizing Fasciitis
MRSA - Methicillin Resistant Staphylococcus Aureus
ORIF – Open Reduction and Internal Fixation
PCT – Procalcitonin
SVC – Superior Vena Cava
UFH – Unfractionated Heparin
VTE – Venous Thromboembolism
WBC – White Blood Cell

## Epidemiology, Etiology, Pathophysiology

A swollen extremity is a frequent ED presentation and is usually associated with a large list of potential etiologies. Patients may complain of unilateral or bilateral swelling of the arms or legs. The swelling may be acute or chronic, painful or painless.

Edema occurs when there is excessive accumulation of fluid in the tissues. Swelling of the extremity results when a physiologic imbalance occurs between fluid pressure, oncotic pressure, capillary permeability, or lymphatic obstruction. The physiologic forces responsible for maintaining homeostasis is described in Starlings Law; see Figure 1.

Total body water is divided between the intracellular and extracellular spaces. The extracellular space, which comprises about one third of total body water, is composed of the intravascular plasma volume (25%) and the extravascular interstitial space (75%). Starling defined the physiologic forces involved in maintaining the balance of water between these two compartments which include the gradient between intravascular and extravascular hydrostatic pressures, differences in oncotic pressures within the interstitial space and plasma, and the hydraulic permeability of the blood vessel wall.

**Figure 1. Starlings Law: The rate of fluid transfer is a function of the permeability of the membrane and the difference between the hydrostatic pressures and oncotic pressures of fluid on either side of the membrane.**




***P*** = hydrostatic pressure
Π = oncotic pressure

There are five common mechanisms of edema formation:

1. **Plasma volume expansion:** Because interstitial tissue easily accommodates several liters of fluid, a patient's weight may increase nearly 10% before pitting edema is evident. The source of this expansion is the blood plasma. Because the volume of normal blood plasma is only about 3 L, the diffusion of large amounts of water and electrolytes into the interstitial space necessitates

the renal retention of sodium and water to maintain hemodynamic stability. Hence, blood volume and normal osmolality are maintained despite movement of large amounts of fluid into the extravascular space.

2. **Increased venous pressure/capillary hydrostatic pressure:** In addition to an expansion in plasma volume, increased venous pressures due to central or regional venous outflow obstruction is a process that causes pressure to be transmitted to the capillary bed thereby increasing hydrostatic pressure and predisposing to edema.
3. **Decreased plasma oncotic pressure:** Albumin is important for maintaining plasma oncotic pressure; low plasma albumin results in a decreased plasma oncotic pressure and filtration out of the capillary. Edema is often seen when the albumin level falls below 2 g/dL of plasma.[1]
4. **Increased capillary permeability:** Changes in capillary wall permeability are mediated by cytokines such as tumor necrosis factor, interleukin 1, and interleukin 10, by circulating vasodilatory prostaglandins and nitric oxide, and by chemical mediators including histamine, leukotrienes, and complement. These factors allow for the leakage of capillary proteins and fluid into the interstitium. Increased vascular permeability is central to edema resulting from local inflammation, infection, allergic reactions, and burns.
5. **Lymphatic obstruction:** Normally, filtration of fluid out of capillaries is slightly greater than absorption of fluid into the capillaries. The excess filtered fluid is returned to circulation via the lymph channels. Interstitial fluid enters the lymph channels via unidirectional flow through one-way valves. Edema forms when the volume of interstitial fluid exceeds the ability of the lymphatics to return it to the circulation. Conditions such as lymph node resection after cancer surgery, filariasis, or lymphoma impair clearance fluid from the interstitial space by the lymphatic system.

## Differential Diagnosis

The differential diagnosis for extremity swelling is extensive because numerous entities cause disruption of the aforementioned physiologic balance of fluid distribution; see Table 1. Often times the generalized swelling may be due to common medications; see Table 2. In these cases, the diagnosis can often be made based on temporal association with drug administration and the exclusion of other potential acute causes of edema. Stopping these medications often returns extremities to normal.

## Prehospital Care

Non-traumatic extremity swelling is an uncommon cause for EMS activation. However, pain or inability to ambulate may prompt a 911 call, placing the prehospital provider in a critical triage role. The EMS provider must identify those causes of a swollen extremity that require transport to a specialized center. For example, a swollen extremity with no pulse should go to a hospital with a vascular service. Likewise, a swollen extremity with ecchymosis and bullae must go to a hospital that can provide immediate surgical intervention for necrotizing fasciitis.

Extremity injuries should be splinted in the field before patient transport to prevent excessive fracture-site motion or to reduce pain in a dislocated joint. Assessment of the limb's neurovascular status must be made before and after application of the splint or realignment of a fracture. Application of splints should be applied as soon as possible, but they must not take precedence over resuscitation.

Emergency transport personnel can also be useful in providing information to the ED staff regarding the injury such as the mechanism of injury, time frame, and delays in extrication or transport. By eliciting the mechanism of injury, suspicion may be raised of other injuries not immediately apparent.

## ED Evaluation

### Initial Assessment

When a patient presents to the ED for the evaluation of a swollen extremity, the triage nurse must be aware of certain life or limb threatening conditions which require emergent evaluation by the emergency physician. In addition to obtaining a set of vital signs, the triage nurse should be on the alert for patients who present with concerning symptoms or signs, e.g., a swollen leg with shortness of breath (pulmonary embolism), a swollen extremity with ecchymosis and bullae or subcutaneous air (necrotizing fasciitis), or a swollen extremity with pain and pallor (compartment syndrome).

In trauma patients, it is important to completely undress the patient and to note the color of the extremity as well as the presence of pulses. This is

## Table 1. Differential Diagnosis Of The Swollen Extremity Categorized By Physiologic Mechanisms

| Physiologic Mechanism | Associated Condition |
|---|---|
| Increased plasma volume | *Generalized body swelling*[141]<br>Heart failure<br>Renal failure<br>Nephrotic syndrome[142]<br>Cirrhosis/ liver failure[143]<br>Cor pulmonale/COPD[144]<br>Medications (see Table 2)<br>Pregnancy<br>Premenstrual edema[145]<br>Secondary aldosteronism[146] |
| Increased capillary hydrostatic pressure | *Systemic venous pressure (generalized body swelling)*<br>Restrictive cardiomyopathy<br>Constrictive pericarditis[147]<br>Tricuspid valvular disease<br>*Regional venous pressure (often unilateral)*<br>Superior vena cava syndrome<br>Inferior vena cava/iliac vein compression syndrome[148]<br>Pelvic masses (ovarian cancer, prostate cancer, uterine fibromas, retroperitoneal fibrosis)[149, 150, 151]<br>Deep venous thrombosis[152]<br>Superficial thrombophlebitis<br>Trauma (hematoma, ruptured gastrocnemius, or Achilles tendon)[153]<br>Chronic venous insufficiency[154]<br>Compartment syndrome[155]<br>Popliteal (Baker's) cyst[156]<br>Reflex sympathetic dystrophy (RSD)[157]<br>Pseudoaneurysm[158] |
| Decreased plasma oncotic pressure | *Reduced albumin synthesis (generalized or bilateral lower extremity swelling)*<br>Malnutrition (e.g. kwashiorkor)<br>Malabsorption<br>Cirrhosis/ liver failure<br>*Albumin loss (generalized or bilateral lower extremity swelling)*<br>Preeclampsia[159]<br>Glomerulonephritis<br>Malabsorption<br>Burns[160]<br>Inflammatory bowel disease (IBD) |
| Increased capillary permeability | *Generalized, bilateral, or unilateral extremity swelling*<br>Allergic reactions (hives, serum sickness, angioedema)<br>Infection (cellulitis, osteomyelitis, abscess, septic arthritis)<br>Vasculitis (erythema nodosum)[161]<br>Inflammatory (burns, arthritis, sprain)<br>Interleukin 2 therapy[162] |
| Lymphatic obstruction | *Bilateral or unilateral extremity swelling*<br>Iatrogenic (postsurgical or radiation)[163, 164]<br>Nodal enlargement due to malignancy (especially prostate cancer and lymphoma)<br>Filariasis[165]<br>Primary lymphedema[166] |
| Other | *Generalized or bilateral extremity swelling*<br>Idiopathic edema[167]<br>Hypothyroidism/pretibial myxedema[168]<br>Lipidema[169] |

particularly important in patients who are non-responsive or intoxicated. If significant injury is suspected, the extremity should be monitored for compartment syndrome.

### History

Extremity swelling is due to a wide range of causes including systemic illnesses, local conditions, and medications. The diagnosis can be narrowed by categorizing the edema according to its duration (acute or chronic) and distribution (unilateral or bilateral, upper or lower extremity). Table 3 provides a list of relevant questions that may be helpful in focusing on the likely etiology of a swollen extremity. Relevant questions pertain to the patient's underlying medical condition. Other historical details are also helpful.

### Physical Examination

Vital Signs*:* Initial abnormal vital signs may provide clues to a swollen extremity. For example, the presence of fever may point toward an infection such as cellulitis, abscess, osteomyelitis, or septic joint. However, an elevation in temperature is not a reliable indicator of infection in elderly patients. One Canadian study on the ED management of cellulitis in the elderly showed that fever of greater than 37.8°C was present in only 7% of patients.[2] Patients with DVT/PE can also present with fever caused by a systemic inflammatory response as demonstrated in a prospective study of 311 patients in which a temperature greater than or equal to 37.8°C was reported to be present in 14% of patients diagnosed with PE.[3]

A respiratory rate of 20 per minute or more, and/or a heart rate of greater than 100 beats per minute can be present in a wide variety of conditions. This can be seen in heart failure, liver failure, cor pulmonale, renal failure, fever, dehydration, and pain. The onus is always on the emergency physician to find the etiology of an abnormal vital sign and to never discharge a patient with an unexplained abnormality. Tachycardia and tachypnea are frequently found in PE and should be suspected in patients with these findings.[4]

Hypertension in an edematous, pregnant patient is a concern because of the risk of preeclampsia, which affects 2 to 7% of healthy nulliparous women in the US. However, edema is so prevalent in normal pregnancies that it has been dropped from the current definition of preeclampsia.[5] Mild edema is likely to be benign, but sudden, severe, generalized edema, associated with hypertension in a pregnant patient, raises concern. Gestational hypertension is defined as a systolic BP of at least 140 mmHg and/or diastolic BP of at least 90 mmHg on at least two occasions at least six hours apart after the 20th week of gestation in a previously normotensive woman.

**Table 2. Medications That Cause Bilateral Swollen Extremities**

| Medication Type | Class of Medication |
|---|---|
| Psychiatric medications | Monoamine oxidase inhibitors<br>Antipsychotics (olanzapine)[170] |
| Antihypertensive medications | Calcium channel blockers (nifedipine, felodipine, amlodipine, verapamil, diltiazem)[171, 172]<br>Direct vasodilators (hydralazine, minoxidil, diazoxide)<br>Beta-blockers<br>Antiadrenergics (clonidine, reserpine, methyldopa)[173] |
| Hormones | Estrogens/progesterones, testosterone, corticosteroids |
| Pain relief medications | NSAIDs[174]<br>Nonselective cyclooxygenase inhibitors<br>Selective cyclooxygenase-2 inhibitors[175] |
| Diabetic medications | Thiazolidinediones (rosiglitazone, pioglitazone)[176, 177] |
| Chemotherapy | Gemcitabine, docetaxel[178, 179] |

Preeclampsia is defined as gestational hypertension with proteinuria (300 mg or more in a 24 hour urine collection). Two urine dipsticks with 1+ for protein done at least six hours apart are also suggestive of proteinuria, but a 24 hour urine collection remains the gold standard.[6]

Cardiopulmonary And Abdominal Examination: Patients, especially those with age greater than 45 or those who have a history of hypertension, coronary artery disease, or congestive heart failure, should receive a cardiopulmonary and abdominal examination. Rales, jugular venous distension, systolic murmur, or pericardial friction rub on exam indicate a cardiac etiology. An electrocardiogram (ECG) may also provide additional clues to a cardiac cause. For example, evidence of an inferior wall myocardial infarction may suggest right sided failure as an etiology and explain why the patient has no pulmonary findings.

Performing an abdominal exam on a patient who has a history of chronic alcohol use, cirrhosis, or hepatitis is necessary. Shifting dullness on abdominal exam, fluid wave in abdominal exam, spider angiomas, or jaundice all point to liver disease and will prompt laboratory testing to investigate the patient's serum protein level. Palpable abdominal or pelvic masses may cause external venous or lymphatic compression. In these cases, ovarian cancer or prostate cancer should be suspected.

Upper/Lower Extremity Examination: Patients with swelling presenting with a cast or bandage should have it removed immediately in order to reduce external compression and provide full exposure. Note whether the distribution is unilateral or bilateral, localized or diffuse. Assess for warmth and tenderness as well as whether the skin is tense, firm, doughy, thickened, erythematous, or hyperpigmented. The presence of fluctuance, pulsations, and crepitus are additional findings that may direct a diagnosis. Finally, a determination of whether the edema is pitting or non-pitting may help to distinguish vascular (pitting) from lymphatic (non-pitting) pathologies.

Arm swelling may occur alone or in conjunction with facial swelling or jugular venous distension, as in the case of superior vena cava (SVC) syndrome. The veins of the upper extremity are distended in 60 to 70% of patients with SVC syndrome.[7] For acute unilateral calf swelling, it is essential to consider deep venous thrombosis. Physical findings include

**Table 3. Key Questions For History Of Present Illness**

| Key Questions | Possible Etiologies |
|---|---|
| Sudden onset of pain? | Muscle or tendon rupture, musculoskeletal injury, vascular catastrophe |
| Associated shortness of breath? | Congestive heart failure, SVC syndrome, deep venous thrombosis (with associated pulmonary embolism) |
| Associated fever? | Cellulitis, septic thrombophlebitis, deep venous thrombosis, necrotizing fasciitis |
| Recent prolonged travel? | Travel-related deep venous thrombosis |
| Recent surgery? | Deep venous thrombosis, post-surgical infection |
| Recent trauma or trauma in the past? | Contusions, tendon or muscle rupture, compartment syndrome, deep venous thrombosis, hematoma, reflex sympathetic dystrophy |
| Recent or current pregnancy? | Deep venous thrombosis, preeclampsia |
| Any current use or past use of a blood thinner? | Deep venous thrombosis, compartment syndrome in the setting of trauma (with current use of anticoagulants) |
| Any history of cancer? | Deep venous thrombosis, external venous compression from a tumor (ovarian or prostate), lymphatic obstruction (can occur years after cancer surgery) |
| Any current use of antibiotics? | Cellulitis or abscess complicating failed treatment of minor skin infection |
| Have you recently started a new medication? | A long list of culprits; see Table 2 |
| Did you recently come from a developing country? | Filariasis, a parasitic infection transmitted by mosquitoes, affects more than 120 million people worldwide.[185] |

unilateral swelling, tenderness, warmth, palpable cord of a thrombosed vein, and Homans' sign (pain on passive dorsiflexion of the foot). When there is clinical suspicion, it must be followed by an appropriate workup; see the Diagnostic Studies section.

Other, less benign causes of lower extremity swelling include Achilles tendon rupture, gastrocnemius rupture, and Baker's cyst rupture. Achilles tendon rupture and gastrocnemius rupture are injuries which generally occur in the setting of sports. Perform the Thompson-Doherty test to help determine the diagnosis; this test involves squeezing the midportion of the calf with the patient lying in the prone position. If the Achilles tendon is torn, plantar flexion of the foot is absent. If the gastrocnemius is ruptured, plantar flexion is present and the pain and swelling involves the proximal medial portion of the calf.[8]

## Diagnostic Studies

### Laboratory Testing

Complete blood count (CBC): Though an elevated WBC count is associated with infection, its predictive value for bacterial disease is low.[9] However, an elevated WBC count has been shown to help distinguish necrotizing fasciitis with non-necrotizing soft tissue infection. A study by Wall et al proposed a simple model to serve as an adjunctive tool in diagnosing necrotizing fasciitis. The investigators reported that 90% of necrotizing fasciitis patients and 24% of non-necrotizing fasciitis patients met this model: WBC greater than 15.4 per $mm^3$ or serum sodium less than 135mmol/L.[10] The model had a sensitivity of 90%, a specificity of 76%, a positive predictive value of 26%, and a negative predictive value of 99%.

Serious bacterial illnesses may also present with a normal WBC count, and noninfectious causes can result in an elevated WBC count. As early as 1919, it was noted that patients with battle injuries, particularly extremity wounds with hemorrhage, had leukocytosis.[11] Since then, various studies have looked at the leukocyte count and lymphocyte count in trauma patients as a predictor of mortality, but the results have been inconclusive.[12-14] A study by Rainer et al sought to characterize the changes in peripheral leukocyte counts in 20 patients over a three hour time period following injury. They found that granulocytosis, lymphocytosis, and monocytosis were evident within 40 minutes of injury and there was no correlation with injury severity.[15]

Chemistry Panel: A chemistry panel may be helpful in a variety of conditions. A patient who is suspected of having compartment syndrome from a crush injury may have electrolyte abnormalities from rhabdomyolysis. A chemistry panel may reveal hyperkalemia and abnormal calcium and phosphorus levels. Serum creatinine and blood urea nitrogen are also useful to determine baseline renal status and identify acute renal failure. The serum chemistry panel may also be helpful in the early recognition of necrotizing fasciitis. Wong et al devised the Laboratory Risk Indicator for Necrotizing Fasciitis (LRINEC) score to help distinguish necrotizing fasciitis from other soft tissue infections; see Table 4.[16]

D-Dimer: There have been a number of studies which have evaluated D-dimer testing as an aid in

**Table 4. The Laboratory Risk Indicator For Necrotiing Fasiitis[19]**

| Laboratory Variable | Laboratory Value and Points Assigned |
|---|---|
| Sodium level | ≥135 mmol/L=0 points, <135 mmol/L=2 points |
| Creatinine | ≤141µmol/L=0 points, >141 µmol/L=2 points |
| Glucose | ≤10 mmol/L=0 points, >10 mmol/L= 1 point |
| WBC count | <15 per mm3=0 points, 15-25 per mm3=1 point, >25 per mm3=2 points |
| Hemoglobin | >13.5 g/dL=0 points, 11-13.5 g/dL=1 point, <11 g/dL=2 points |
| C-reactive protein | <150 mg/L=0 points, ≥150 mg/L=4 points |

A score of ≥ 6 is suspicious for necrotizing fasciitis and a score of ≥ 8 is strongly predictive

diagnosing deep venous thrombosis.[17,18,19] Multiple D-dimer assays are available with differing sensitivities and variability. A large systematic review of trials assessed sensitivity, specificity, likelihood ratios, and variability among D-dimer assays.[20] This review found that ELISAs, in particular the quantitative rapid ELISA, was superior when compared to other D-dimer assays for sensitivity and negative likelihood ratio. The quantitative rapid ELISA had a negative likelihood ratio similar to those for a normal or near-normal lung scan or negative duplex ultrasonography in patients with suspected deep venous thrombosis or pulmonary embolism. Based on these results, a negative, quantitative, rapid ELISA is as diagnostically useful as a normal lung scan or a negative duplex ultrasonography in ruling out DVT or a pulmonary embolism.

However, D-dimer should not be used alone in diagnosing or excluding deep venous thrombosis. The physician should first estimate the pretest clinical probability of DVT. Wells et al devised a modified scoring system that is based on objective criteria in quantifying the pretest clinical probability for DVT; see Table 5.[21] They concluded that DVT can be ruled out in a patient who is judged clinically unlikely to have DVT and who has a negative D-dimer and ultrasound testing. There have been a number of studies that have assessed the combination of D-dimer and the pretest clinical probability score for deep venous thrombosis.[22-26] The overall consensus is that a patient with a low pretest clinical probability and a negative D-dimer does not need further testing. This may not hold true in certain subpopulations, such as the elderly. One study investigated whether age has an influence on the performance of the combined D-dimer and pretest clinical probability in evaluating for DVT and found that this strategy is less useful in the elderly since it has been found that D-dimer levels increase with age.[27]

There have also been studies evaluating D-dimer testing as a diagnostic strategy for follow-up after an initial normal proximal vein ultrasonography. A randomized, multicenter study with 810 patients evaluated patients with suspected deep venous thrombosis and normal results on proximal vein ultrasonography comparing D-dimer testing with repeat ultrasonography after one week. They found that D-dimer testing followed by no further treatment if the result was negative and venography if the result was positive did not differ from withholding anticoagulant therapy and repeating ultrasonography after one week.[28] The authors stated that Doppler ultrasonography of the distal (calf) deep veins is more difficult to perform and less than 20% of symptomatic deep venous thromboses are confined to the distal veins. They also stated that there is a very low risk of distal deep venous thrombosis extending into the proximal veins, and when this does occur, it does so within

## Table 5. Wells et al Clinical Model For Predicting Pretest Probability For DVT[24]

| Clinical Characteristic | Score |
|---|---|
| Active cancer (patient receiving treatment for cancer within previous the 6 months or currently receiving palliative treatment) | 1 |
| Paralysis, paresis, or recent plaster immobilization of the lower extremities | 1 |
| Recent bedridden for greater than 3 days or major surgery within the previous 12 weeks requiring general or regional anesthesia | 1 |
| Localized tenderness along the distribution of the deep venous system | 1 |
| Entire leg swollen | 1 |
| Calf swelling at least 3 cm larger than that on the asymptomatic leg (measured 10 cm below tibial tuberosity) | 1 |
| Pitting edema confined to the symptomatic leg | 1 |
| Collateral superficial veins (nonvaricose) | 1 |
| Previously documented deep-vein thrombosis | 1 |
| Alternative diagnosis at least as likely as deep-vein thrombosis | -2 |

A total score of two or higher indicates that the probability of deep-vein thrombosis is likely; a total score of less than two indicates that the probability of deep-vein thrombosis is unlikely. In patients with symptoms in both legs, use the more symptomatic leg.

one week of presentation. Their results showed that venous thromboembolism occurred in 1% of patients with a negative D-dimer result.

While D-dimers are widely measured when there is a clinical suspicion of deep venous thrombosis, they are, however, not specific to thrombotic conditions. There are a number of nonthrombotic conditions where D-dimer levels are elevated, such as disseminated intravascular coagulation, sepsis, pregnancy complications, major surgery, and malignant disease.[29] In conclusion, D-dimer levels in combination with the pretest clinical probability of deep venous thrombosis appears to be an effective strategy when deciding the further workup and management of a patient with a swollen extremity.

Blood and Tissue Cultures*:* Blood and tissue cultures may be useful in some infective diseases, but not all. For instance, there are multiple studies that conclude that blood cultures are not necessary in community-acquired cellulitis.[30,31] Mills et al reviewed the evidence of whether blood cultures were necessary in adults with cellulitis by searching Ovid MEDLINE (1966 to present) which yielded 122 research articles.[32] Of these, five articles addressed the question specifically. After reviewing the articles, the authors concluded that blood cultures do not significantly alter treatment or aid in diagnosing the microbial organism in acute adult cellulitis in normal immunocompetent adults.

Opinion differs for non-perineal cutaneous abscesses. While there are some studies that suggest there is a role for culture and sensitivity of pus samples, the Infectious Diseases Society of America (IDSA) states that, in cases of simple abscesses, cultures are not necessary as the bacterial agent is usually *S. aureus*.[33,34] For a patient presenting with a severe infection or with a progressing infection despite empirical antibiotic therapy, cultures are appropriate.

The practice guidelines published by the IDSA are expert consensus recommendations. IDSA guidelines do recommend blood and wound cultures in certain scenarios; see Table 6. The IDSA reports that, despite their recommendation to obtain cultures, aspiration of the skin is not helpful in 75 to 80% of cases of cellulitis and blood cultures are rarely positive (less than 5% of cases). In the case of diabetic foot infections, the recommendation is to send appropriately obtained specimens for culture prior to starting empirical antibiotic therapy, except in cases of mild infection.[35,36] It is recommended that aspiration, biopsy, or ulcer curettage are obtained for culture rather than a wound swab specimen.

Acute Phase Reactants (ESR, CRP, PCT): The acute phase reactants are proteins produced by hepatocytes and other cell types in response to infection, inflammation, and tissue injury. These reactants are nonspecific and nonsensitive for identifying individual disease entities. Acute phase reactants include erythrocyte sedimentation rate (ESR), C-reactive protein (CRP), and procalcitonin (PCT).

ESR is one of the more commonly measured acute phase reactants in the ED. It remains useful mostly for the diagnosis of a few conditions, such as temporal arteritis, polymyalgia rheumatica, rheumatoid arthritis, septic arthritis, and toxic synovitis. An extreme elevation of ESR (greater than 100 mm/hr) is strongly associated with a more serious underlying disease such as infection, collagen vascular disease, or metastatic malignancy.[37] If the ESR is greater than 25 mm/h, patients have a greater risk for septic arthritis. High-risk patients with suspected clinical findings should have the involved joint aspirated and cultured. However, in low-risk patients with a non-elevated ESR, the patient may be closely observed instead. In this instance, the ESR can help distinguish a high-risk from a low-risk patient.

C-reactive protein concentrations tend to increase with acute infections and CRP levels may help suggest the severity of the inflammation or tissue injury.[38] CRP is not helpful in distinguishing cellulitis from DVT as there are studies showing that CRP levels are elevated in both conditions.[39,40]

PCT is an acute phase reactant that may be more

**Table 6. Infectious Disease Society of America Recommendations For Scenarios In Which To Obtain Blood And Wound Cultures**

- Signs and symptoms of systemic toxicity
- Fever or hypothermia
- Tachycardia [HR greater than 100 beats/min]
- Hypotension [systolic blood pressure less than 90 mmHG or 20 mmHg below baseline]
- Diffuse cellulitis
- Trauma; water contact; animal, insect, or human bites
- Patients who do not respond to initial antibiotics
- Patients who are immunocompromised

useful than CRP measurements. A meta-analysis comparing serum PCT and CRP levels for markers of bacterial infection found that PCT levels were more sensitive and more specific than both ESR and CRP for differentiating bacterial from noninfective causes of inflammation.[41]

In conclusion, acute phase reactant determination has limited clinical utility in the ED. They may provide some usefulness in certain circumstances, such as septic arthritis, when the diagnosis is unclear in patients who are considered low-risk.

### Radiographic Studies

X-rays are a logical test to order in many patients who present with a painful swollen extremity, especially if there is a history of trauma. When necrotizing fasciitis is in question, an x-ray study of the involved extremity may show gas within the involved muscle and surrounding soft tissue. A CT scan or MRI may also show changes associated with this condition.

Doppler ultrasounds are commonly ordered in the evaluation of a swollen lower extremity when a deep venous thrombosis is being considered. A Doppler ultrasound may also reveal other findings in the differential, such as a Baker cyst, popliteal artery aneurysms, or other vascular masses. In the evaluation of deep venous thrombosis, lower extremity Doppler ultrasonography has replaced contrast venogram as the "gold standard" for diagnosing DVT above the knee. Sonography is up to 97% sensitive for detecting proximal DVT compared with 90% for venography.[42] MRI, MR venography, and multidetector CT also have up to 97% sensitivity in diagnosing DVT.[43] While venography has been the "gold standard" and CT and MRI show promise, Doppler ultrasonography has the advantages of being less expensive, portable, non-invasive, reliable, and easy to perform.

When evaluating for musculoskeletal infection, x-rays are the traditional imaging study performed. CT scans and MRI can further help in delineating many types of musculoskeletal infections. CT scanning and MRI provide excellent anatomic resolution and soft tissue contrast to evaluate for cellulitis, fasciitis, abscess, myositis, and septic arthritis.[44] Ultrasound may also have a role in the diagnosis and management of patients with clinical cellulitis. A study by Tayal et al was performed to evaluate the effect of diagnostic soft-tissue ultrasound on the management of ED patients with clinical cellulitis. They found that ultrasound changed the management of 48% of patients who were initially believed to *not* need further drainage. These patients went on to need drainage, further diagnostics, or consultation. They also found that ultrasound changed the management of 73% of patients who were initially believed to *need* further drainage.[45] In another study, Yen et al prospectively used ultrasound to evaluate 62 patients with suspected necrotizing fasciitis in the ED. In this observational study, the authors compared their results with pathological findings of patients who underwent fasciotomy or biopsy; they reported that ED ultrasound had a sensitivity of 88.2%, a specificity of 93.3%, a positive predictive value of 83.3%, a negative predictive value of 95.4%, and an accuracy of 91.9% for diagnosing necrotizing fasciitis.[46]

The American College of Radiology (ACR) publishes guidelines for a radiological approach to a patient with suspected upper extremity vein thrombosis.[47] They recommend beginning the workup with a chest x-ray. This is helpful to evaluate for the presence of a mass lesion causing central venous obstruction or to confirm the presence and location of a venous catheter. Rare entities that could be associated with extrinsic compression syndromes such as a cervical rib, could also be detected. The next appropriate test would be a Doppler ultrasound, which would evaluate for the presence of a DVT or a proximal venous obstruction. If the Doppler ultrasonography results are inconclusive, then venography would be the next step. Venography is still considered the "gold standard" for evaluating upper extremity veins. When further evaluation of central veins is needed for obstruction, order MRI or CT scan with contrast of the upper extremity and chest.

### Compartment Pressure Measurement

When compartment syndrome is suspected, the tissue pressure should be measured without delay so as to limit any possible nerve dysfunction or muscle death. A number of commercial model tonometers are available (such as Stryker® or ACE®) to measure the compartment pressure. The normal pressure in a muscle compartment is 0 to 10 mmHg. Capillary blood flow may be compromised within a compartment at pressures greater than 20 mmHg.[48] The critical level of the absolute intra-compartmental pressure remains undecided. Different studies site levels ranging from 30 to 50 mmHg.[49] Experimental studies have shown a wide range between individuals when correlating absolute pressure levels, clinical signs, nerve functions, and oxygen levels in the muscle.

Whitesides introduced the concept that the level of intra-compartmental pressure which causes ischemic compromise is related to the perfusion pressure.[50] The concept is similar to the CPP in brain injury: The change in pressure (△p) is the diastolic pressure minus the intra-compartmental pressure. If the △p is less than 30 mmHg and/or clinical signs are present, emergent fasciotomy is recommended; for indeterminate pressure measurements and/or early symptoms, careful and frequent reassessments are indicated.

## Special Conditions

### Deep Venous Thrombosis

Deep venous thrombosis (DVT) affects approximately 200,000 Americans per year.[51] Identifying those at risk is a major component of the risk stratification used in interpreting tests and initiating management for suspected DVT and pulmonary embolus; see Table 7. It is important to assess the patient's risk factors for DVT, such as age, history of cancer, immobilization, recent trauma or surgery, obesity, pregnancy, estrogenic medications, congestive heart failure, diseases that alter blood viscosity (polycythemia, sickle cell disease), and inherited thrombophilias. Approximately 75% of patients with DVT have at least one established risk factor.[52] This means that 25% of patients with DVT have no established risk factor which signifies that it is absolutely necessary to consider the diagnosis in patients where there is clinical suspicion of DVT.

Thrombophilia (a disorder where there is a tendency for the occurrence of thrombosis), thrombocytosis, and hypercoagulable are predispositions to venous thromboembolism (VTE) and may be classified as inherited or acquired. There is a strong association between cancer and the development of venous thromboembolism.[53] In a cohort study by Cogo et al, the majority of DVT cases were due to major risk factors such as immobilization, trauma, or recent surgery. Factors such as age greater than 60 years and systemic lupus erythematosus also indicate a risk for DVT.[54] Of patients diagnosed with DVT, approximately 50% have perfusion defects on nuclear lung scanning.[55]

When considering a cause of unilateral upper

### Figure 2. Stryker Intracompartmental Pressure Monitor System



When testing the deep posterior compartment with the Stryker intra-compartmental pressure monitor system, insert the needle just medial and posterior, staying relatively superficial within the posterior tibial muscle belly.

*Reprinted from Braver, DPM, Richard. "Surgical Pearls: How To Test And Treat Exertional Compartment Syndrome." Podiatry Today. 24 September 2006. <http://ww.podiatrytoday.com/article/%2E%2E%5CPODTD%5CHTML%5Cimages%5Cthumbs%5CPT%2E05%2Esurgfig1tif%2Ejpg>.*

### Table 7. Risk Factors For DVT In Ambulatory Patients

| | |
|---|---|
| **Acquired (persistent)** | Advancing age<br>Malignancy<br>Antiphospholipid antibodies<br>Prior history of DVT/PE |
| **Acquired (transient)** | Recent surgery or major trauma<br>Pregnancy[180, 181]<br>Oral contraceptives/ hormone replacement therapy<br>Prolonged immobilization: bed rest, paralysis, travel[182]<br>Comorbidities: CHF, myocardial infarction, nephrotic syndrome, IBD[1830, 184] |
| **Inherited** | Antithrombin III deficiency<br>Proteins C and S deficiency<br>Factor V Leiden<br>Prothrombin gene mutation |

## Figure 3. Lower Extremity Ultrasound




Compression US of the right leg in (A) a patient with and (B) a patient without common femoral vein thrombus. Note that a vein with acute thrombus demonstrates no intraluminal echoes. Thrombus is only detected by lack of compression. In contrast, a normal vein is easily compressible.

*Reprinted from Miller, Janet Cochrane. Diagnosis of Lower Extremity Deep Vein Thrombosis. Radiology Rounds. Vol 3, Issue 5.*

extremity swelling, venous thrombosis is generally at, or near, the top of the diagnostic considerations. As an indwelling catheter is a common cause, their increased utilization for hemodialysis, chemotherapy, or parenteral nutrition has increased the incidence of upper extremity DVT. One registry of 592 patients found that the most powerful independent predictor of upper extremity DVT was the presence of an indwelling central venous catheter.[56] Many risk factors for upper extremity DVT differ from the conventional risk factors for lower extremity DVT. While inherited thrombophilia and cancer predispose to upper extremity DVT, oral contraceptives did not increase the risk by itself, but did increase the risk when combined with inherited thrombophilia.[57] Another study showed that the most frequent triggering factor for patients with upper extremity DVT was recent history of strenuous exercise of the muscles in the affected extremity.[58]

When the deep venous system of the arm or leg is occluded by thrombosis, a patient may develop acute pain and swelling.[59,60] The exam may reveal erythema, warmth, tenderness to palpation, and pitting edema. Historically, the examination of the lower extremity included the elicitation of Homans' sign, which refers to the development of pain in the calf or popliteal region on forceful dorsiflexion of the ankle with the knee in flexed position. However, a systematic review of the literature reported that Homans' sign has a sensitivity varying between 13 to 48% and specificity from 39 to 84% in the evaluation of DVT.[61] The classic signs and symptoms of calf pain, edema, venous distension, and positive Homans' sign occur in less than one-third of patients.[62]

Inherited deficiencies of antithrombin III and protein C and S have been recognized for years. For patients with antithrombin III deficiency, the peak age of thrombosis is between 15 and 30.[63] Among the most important inherited disorders is factor V Leiden, which is the most common cause of thrombophilia and is identified in about 50% of patients with recurrent DVT. Having the prothrombin gene mutation increases the risk of DVT two to four times.[64] Patients who develop idiopathic venous thromboembolism at a young age, have recurrent thrombosis, experience recurrent unexplained pregnancy loss, or have a family history of thromboembolic disorders should be worked-up for thrombophilia.[65]

If the patient is a female of childbearing age, it is crucial to inquire about whether she is pregnant or has had a recent delivery or abortion. The literature suggests that women are at greater risk for developing venous thromboembolism postpartum than antepartum. In fact, one study reported the incidence of pregnancy-associated venous thromboembolism at a rate of 1.25 per 1000 deliveries.[66] The same study noticed a predilection for the left leg (74.3%). This may be due to an anatomical condition where there is compression in the left iliac vein.[67] Furthermore, the risk of venous thromboembolism is higher after cesarean section than after vaginal delivery.[68]

Other conditions such as abscess, Baker's cyst, superficial thrombophlebitis, muscle rupture, calf hematoma, pseudoaneurysm, cellulitis, and venous stasis may present very similar to DVT. One study looked at Doppler ultrasound to further evaluate nonfilling of contrast in deep veins on phlebography in patients with clinical signs of DVT. Ultrasound confirmed DVT in 31% of patients; 38% of patients had other pathology such as edema, bleedings, ligament or muscle rupture, Baker cysts, or superficial thrombophlebitis. The rest of the patients showed no pathology.[69] Therefore, clinical assessment alone is not satisfactory for detecting the majority of cases of DVT.

### Compartment Syndrome

Fractures, crush injuries, burns (thermal and electrical), snakebite, and arterial injuries to any extremity have the potential to cause a compartment syn-

drome. Additional causes to consider in upper extremity compartment syndrome are muscle avulsion, high-pressure injection injuries, infection, and intravenous drug infiltration.[70,71] The increase in compartmental pressure can also result in the external compression of the compartment from a circumferential cast, burn eschar, or prolonged limb compression after drug or alcohol overdose.[72-76] Dozens of reports have described the development of compartment syndrome after strenuous exercise.[77] The exact incidence of compartment syndrome in the emergency department is unknown. However, it has been shown that approximately three-quarters of cases are associated with fractures of the arm or leg, with tibial fractures having the highest association.[78]

The 5 P's (pain out of proportion, pallor, parasthesia, paralysis, and pulselessness) are frequently used as a mnemonic for the signs and symptoms of compartment syndrome. Weakness, paralysis of involved muscles, pallor, or loss of pulses in the affected limb are all late signs of compartment syndrome. Clinical diagnosis is based on the history of injury and physical signs coupled with a high index of suspicion.[79]

The development of compartment syndrome can also occur after a contusion to the thigh. It is difficult to differentiate between a severe thigh contusion and compartment syndrome based on clinical presentation alone as both can present with severe pain and swelling. The compartments of the thigh are large and usually compliant enough to allow the expansion of a hematoma; a large amount of bleeding in the potential space may occur prior to a rise in intracompartmental pressure. Delayed presentation of compartment syndrome from persistent muscular hemorrhage in the thigh has been described.[80] Even in minor trauma to the thigh, compartment syndrome may present with only pain and swelling.[81] The best way to objectively distinguish who needs emergent fasciotomy is by compartment pressure measurements.

Compartment pressure measurements are a consideration in a patient who is not alert or if the clinical examination is inconclusive.[82,83] The most frequently used device is the Stryker® Intracompartmental Pressure Monitor System (Stryker Instruments, Kalamazoo, MI); see Figure 2 on page 11. Easy to use, the efficacy and accuracy of the device has been validated;[84] however, when not available, manometer measurements using equipment available in most EDs are an alternative.[85]

Each limb contains a number of compartments that are at risk for compartment syndrome. Thus, all compartments of the involved extremity should be checked for elevated intracompartmental pressure. The upper arm contains the anterior and posterior compartments. The forearm has both a volar and dorsal compartment. In the lower extremity, there are three gluteal compartments, anterior and posterior compartments in the thigh, and the four compartments of the lower leg. The anterior compartment of the lower leg is most frequently involved in compartment syndrome of the lower extremity.[86,87]

Resting intracompartmental pressure is normally between 0 and 10 mmHg. According to animal studies performed by Heppenstall et al, tissue pressures greater than 30 mmHg suggest impending or ongoing muscle and nerve damage.[88] The patient's mean blood pressure should also be taken into consideration; the lower the mean blood pressure, the lower the compartment pressure that causes a compartment syndrome.[89] No absolute threshold of pressure exists for determining when emergent fasciotomy is indicated. Rather, the diagnosis should be made on both the physical exam and the pressure measurements. Serial exams may be indicated in cases where the onset time of injury is unknown and the com-

### Figure 4. A Case of Necrotizing Fasciitis Showing Subcutaneous Air On Plain Film Radiograph.




*Reprinted from Wikibooks. "Diagnostic Radiology/Musculoskeletal Imaging/Infection/Necrotizing fasciitis." 24 September 2006. <http://en.wikibooks.org/wiki/Diagnostic_Radiology/Musculoskeletal_Imaging/Infection/Necrotizing_fasciitis>.*

# Clinical Pathway: Swelling Of Upper Extremity




The **evidence for recommendations** is graded using the following scale. For complete definitions, see back page. **Class I:** Definitely recommended. Definitive, excellent evidence provides support. **Class II:** Acceptable and useful. Good evidence provides support. **Class III:** May be acceptable, possibly useful. Fair-to-good evidence provides support. **Indeterminate:** Continuing area of research.

*This clinical pathway is intended to supplement, rather than substitute for, professional judgment and may be changed depending upon a patient's individual needs. Failure to comply with this pathway does not represent a breach of the standard of care.*

Copyright © 2006 EB Practice, LLC. 1-800-249-5770. No part of this publication may be reproduced in any format without written consent of EB Practice, LLC.

# Clinical Pathway: Lower Extremity Swelling Bilateral




The **evidence for recommendations** is graded using the following scale. For complete definitions, see back page. **Class I:** Definitely recommended. Definitive, excellent evidence provides support. **Class II:** Acceptable and useful. Good evidence provides support. **Class III:** May be acceptable, possibly useful. Fair-to-good evidence provides support. **Indeterminate:** Continuing area of research.

*This clinical pathway is intended to supplement, rather than substitute for, professional judgment and may be changed depending upon a patient's individual needs. Failure to comply with this pathway does not represent a breach of the standard of care.*

Copyright © 2006 EB Practice, LLC. 1-800-249-5770. No part of this publication may be reproduced in any format without written consent of EB Practice, LLC.

# Clinical Pathway: Lower Extremity Swelling Unilateral




The **evidence for recommendations** is graded using the following scale. For complete definitions, see back page. **Class I:** Definitely recommended. Definitive, excellent evidence provides support. **Class II:** Acceptable and useful. Good evidence provides support. **Class III:** May be acceptable, possibly useful. Fair-to-good evidence provides support. **Indeterminate:** Continuing area of research.

*This clinical pathway is intended to supplement, rather than substitute for, professional judgment and may be changed depending upon a patient's individual needs. Failure to comply with this pathway does not represent a breach of the standard of care.*

Copyright © 2006 EB Practice, LLC. 1-800-249-5770. No part of this publication may be reproduced in any format without written consent of EB Practice, LLC.

partment pressures are normal, but the mechanism of injury and physical exam puts the patient at risk for developing compartment syndrome.

### Soft Tissue Infection

The typical signs of cellulitis are erythema, warmth, tenderness and swelling. Most cellulitis is mild and results from group A streptococcus or *S. aureus* infections. Diffuse necrotizing infections are serious and, at times, are difficult to distinguish from simple cellulitis. Foul smelling purulent discharge may present in cellulitis or necrotizing infections. Necrotizing fasciitis and clostridial myonecrosis (gas gangrene) should be suspected in patients who are immunocompromised or have peripheral vascular disease. The earliest clinical clues include edema out of proportion to skin erythema, skin vesicles, and crepitus.[90]

### Surgery/Radiation Treatment

Lymphedema of an extremity can occur after surgery and radiation for treatment of cancer. Lymphedema after mastectomy plus node dissection occurs in as many as 30% of patients with breast cancer, with higher rates of chronic lymphedema occurring in patients treated with radical mastectomy, and much lower rates in patients who have only sentinel node biopsies.[91] This occurs as a result of disruption or compression of the lymphatics. The combination of surgery and radiation is highly predictive of the occurrence of lymophedema.[92] A study by Segerstrom evaluated six factors that may increase the likelihood of upper extremity swelling after treatment of breast cancer and found that being overweight, oblique surgical incision, infection in the arm, and radiotherapy correlated with upper extremity swelling.[93] The highest incidences were found in patients who had received radiotherapy in high doses (60%) and had a history of one or more infections of the involved arm (89%). Another study found that 80% of patients who had undergone breast conserving surgery, axillary dissection, and breast radiation complained of symptoms such as extremity stiffness (41%), numbness (45.7%), and swelling (14.6%).[94] A study evaluated patients who received radiotherapy for extremity soft tissue sarcoma and found that edema was more frequent in the postoperative arm (23.3%) than in the preoperative arm (15.5%).[95] It was also found that patients had greater rates of fibrosis and joint stiffness postoperatively. Therefore, extremity swelling, stiffness and numbness are common sequelae to surgical and radiation therapy in the treatment of cancer.

## Treatment And Disposition

### Musculoskeletal Trauma

Many cases of soft-tissue trauma and fractures can be managed with pain medications, immobilization for fractures, and orthopedic follow-up after discharge from the emergency department. Emergent orthopedic consultation is necessary for conditions that are limb threatening, involve vascular compromise or open fractures, or when compartment syndrome is being considered. Reduction of displaced fractures and dislocations should be performed in the ED by either the emergency physician or the orthopedic consult physician. The emergency physician should have a knowledge of which fractures require admission for open reduction and internal fixation (ORIF). These include Monteggia and Galeazzi fracture/dislocations, fractures involving the articular surfaces, displaced fractures with epiphyseal injuries known to have a propensity for growth arrest (Salter-Harris types III and IV), and major avulsion fractures associated with disruption of important musculotendinous or ligamentous groups.

### Deep Venous Thrombosis

Historically, patients diagnosed with proximal deep venous thrombosis have been admitted to the hospital for anticoagulation. Patients have been initially anticoagulated using unfractionated heparin and then were changed to oral warfarin for continued outpatient therapy; both which required frequent laboratory monitoring. A Cochrane review compared the effect of low molecular weight heparin (LMWH) with unfractionated heparin (UFH) for the initial treatment of venous thromboembolism (VTE) and found that LMWH was more effective than UFH for the initial treatment of VTE. LMWH significantly reduced the occurrence of major hemorrhage during the initial treatment and reduced overall mortality at follow-up.[96]

Another Cochrane review evaluated the efficacy and safety of long-term treatment of VTE with LMWH compared to vitamin K antagonists and found that treatment with LMWH was significantly safer than treatment with vitamin K antagonists.[97] Other benefits include shortening of hospital stay, no laboratory monitoring required, and overall decreased cost of care. The Cochrane review concluded that LMWH is possibly a safe alternative in those patients who reside in geographically inaccessible places, are reluctant to visit a thrombosis serv-

# Ten Pitfalls To Avoid

1. **"He has a negative Homans' sign and I'm not impressed with the swelling."**

   The lack of the Homan's sign is not reliable in eliminating DVT as a possibility. The physical examination is only 30% accurate in patients presenting with DVT and should be used to increase clinical suspicion of DVT, but negative exam findings cannot be used to exclude DVT as a possible concern.[6]

2. **"Her breast cancer is in remission and her venous Doppler is negative. I'm not worried about DVT."**

   A common pitfall is placing too much confidence in a negative venous Doppler. Though it is highly sensitive (95%) and specific (96%) for a proximal venous thrombosis, the study not does accurately assess calf veins. Doppler ultrasounds of distal veins have shown sensitivity and specificity of 88% and 86% respectively. Also, proximal extension of a thrombus can occur in up to 25% of patients with a calf DVT.[140]

3. **"He told me he just banged his elbow. The x-ray was negative for a fracture. When I saw him for the second visit four days later, I just figured the pain and swelling was from the contusion."**

   Patients presenting with cellulitis usually have a history of trauma or surgery causing a break in the skin. However, some patients may have no signs of dermal injury. Patients with peripheral vascular disease or diabetes can present with signs of cellulitis after minor injuries. It is important for the clinician to recognize signs of cellulitis and treat appropriately.

4. **"I just thought all her swelling was due to water weight gain."**

   Generalized edema is normal in most pregnancies and, though it has been excluded from the definition of preeclampsia, it should be a consideration in the context of a hypertensive pregnant female.

5. **"The x-ray did not show a fracture so I wasn't concerned about compartment syndrome."**

   Though compartment syndrome presents after a fracture 75% of the time, it can also occur from a thigh contusion or excessive exercise, as in the case of body-builders. Patients on coumadin can also have compartment syndrome after very little trauma.

6. **"I felt that the patient's frequent requests for pain meds were simply due to a low pain tolerance . . . and maybe some drug seeking . . ."**

   It is a common error to believe that the patient's pain is confined only to the direct injury itself. Pain should improve with time. If a patient has increasing pain or pain out of proportion to the injury, compartment syndrome may be a concern.[40]

7. **"Although she is a diabetic, her blood sugar is under very good control. It seemed like a simple cellulitis of the lower leg."**

   Necrotizing infections are difficult to distinguish from cellulitis, especially early in presentation. Immunocompromised patients are susceptible to necrotizing infections; a high index of suspicion is necessary for early diagnosis and treatment.

8. **"He had frequent asthma attacks. I thought his swelling was due to steroid use."**

   Although weight gain can occur due to steroid use, the presence of orthopnea, pedal edema, and nocturnal dyspnea are suggestive of congestive heart failure.

9. **"The surgery consult said they were busy. I thought my patient with necrotizing fasciitis would do well in the meantime with IV antibiotics."**

   While administration of broad-spectrum antibiotics and resuscitation is important in the management of necrotizing fasciitis, emergent, aggressive surgical debridement is vital in order to reduce the morbidity and mortality of this rapidly progressive infection.

10. **"I didn't know she could have DVT in her upper extremity. I just thought her indwelling catheter had infiltrated."**

    DVT's can occur in the upper extremity as well. Risk factors include the presence of an indwelling catheter, inherited thrombophilia, trauma, and cancer.

ice regularly, or have contraindications to vitamin K antagonists. These conclusions only apply for three to six months of treatment following initial treatment. For a definitive answer to which treatment is better for the long-term treatment of VTE, Cochrane concludes that larger, adequately-designed clinical studies need to be performed.

### Cellulitis/Abscess

Many cases of cellulitis can be managed on an outpatient basis with orally prescribed antibiotics and follow up. Appropriate antibiotic therapy includes semisynthetic penicillin, first-generation or second generation oral cephalosporins, macrolides, or clindamycin. In the case of *S. aureus*, the physician should assume that the organism is resistant because of the high prevalence of community-associated MRSA strains.[98] Studies cite that 25% of MRSA strains are resistant to clindamycin and up to 87% are resistant to erythromycin.[99,100] Most MRSA strains are susceptible to trimethoprim-sulfamethoxazole and tetracycline.[101] Long-acting tetracyclines, such as minocycline and doxycycline, possess greater anti-staphylococcal properties than tetracycline. A small study of 24 patients found that long-acting tetracyclines had a success rate of 83% for MRSA infection and a success rate of 93% for complicated skin and skin-structure infections.[102]

When cellulitis is extensive or is accompanied by signs and symptoms of systemic toxicity (fever or hypothermia, tachycardia [HR greater than 100 beats/min], or hypotension [systolic blood pressure less than 90 mmHg or 20 mmHg below baseline]), hospitalization should be strongly considered. Patients who present with severe infection or with progression of infection despite empirical antibiotic therapy should be treated more aggressively. Antibiotic choice should be based on the results of gram stain, culture, and drug susceptibility analysis. In the case of *S. aureus*, it should be assumed to be a community-acquired MRSA strain and initial antibiotics should have an agent effective against MRSA, such as vancomycin, linezolid, or daptomycin.[103] In the case of *S. pyogenes*, 99 to 100% of strains are susceptible to clindamycin and penicillin.

Immunocompromised patients presenting with skin and soft tissue infections may present a diagnostic challenge because infection can be caused by a more diverse group of pathogens not normally considered. These infections are often systemic and the degree of infection and type of immune deficiency may attenuate the clinical findings. Many infections are hospital acquired and may mount resistance to empirical therapy. Admit patients who appear ill or present with signs and symptoms of systemic toxicity and start broad-spectrum antibiotics for resistant gram-positive bacteria, such as MRSA (vancomycin, linezolid, daptomycin), and gram-negative bacteria, such as pseudomonas (carbapenems or combination of fluoroquinolone or aminoglycoside plus either an extended-spectrum penicillin or cephalosporin).

Depending on the severity of infection and on certain comorbidities, patients with skin and soft-tissue infections, osteomyelitis, and joint infections can be managed on an outpatient basis with outpatient parenteral antimicrobial therapy. There are numerous studies which have shown that outpatient parenteral antimicrobial therapy is safe, effective, and cost-effective for carefully selected patients.[104-106] One study randomized 200 patients to receive intravenous antibiotic treatment at home versus inpatient.[107] Patients eligible for the study were 16 years or older, had clinical signs of cellulitis, and required intravenous antibiotics because of severity of cellulitis or failure of oral antibiotics. The two treatment groups did not differ significantly for the primary outcome; patients were followed for four weeks and the recurrence of cellulitis at the same site within one month did not differ between groups. Therefore, carefully selected patients can be safely treated at home with intravenous antibiotics for cellulitis. Patients selected should meet certain criteria, such as having an infection that would require treatment beyond the expected hospitalization, no other need for hospitalization, and no equally safe and effective oral antibiotic therapy available for treatment.

In the treatment of abscesses, it is essential that treatment include incision and drainage, as antibiotic treatment alone will result in a high rate of treatment failure. Debridement of necrotic tissue is also required in diabetic patients who present with infected wounds with retained purulence or advancing infection, despite optimal antibiotic therapy.[108]

### Necrotizing Fasciitis

Patients presenting with signs of necrotizing fasciitis require immediate surgical consultation and emergent surgical debridement. A study by Wong et al showed that patient outcome was adversely affected when there was a delay in surgery of more than 24 hours, as well as by other factors such as advanced age and two or more comorbidities.[109] This study was

# Cost Effective Strategies In Patients With Extremity Swelling

1. **Limit the use of blood cultures.**
Multiple studies suggest that blood cultures do not significantly alter treatment or aid in diagnosing the microbial organism in acute adult cellulitis in normal immunocompetent adults. They are also not helpful in simple abscesses.

*Risk Management Caveat:* There are instances where blood cultures would be helpful, such as when a patient presents with a severe infection or with a progressing infection despite empirical antibiotic therapy. Treatment for these patients should be more aggressive and should be based upon results of the appropriate gram stain, culture, and drug susceptibility. Blood cultures should be reserved for patients with severe infections presenting with fever or hypothermia, tachycardia [HR greater than 100 beats/min], hypotension [systolic blood pressure less than 90 mmHG or 20 mmHg below baseline], diffuse cellulitis, trauma, water contact, animal, insect or human bites, who do not respond to initial antibiotics, or who are immunocompromised.

2. **Use D-dimer levels in combination with pretest clinical probability for the evaluation of deep venous thrombosis.**
The use of D-dimer levels in combination with the pretest clinical probability of deep venous thrombosis appears to be an effective strategy when deciding which patients with a swollen extremity need a Doppler ultrasound for evaluation of DVT. The overall consensus is that a patient with a low pretest clinical probability and a negative D-dimer does not need further testing.

*Risk Management Caveat:* This may not hold true in certain subpopulations, such as the elderly. It has been found that D-dimer levels increase with age. Also, in the event of a distal (calf) DVT, Doppler ultrasound has a lower, but acceptable, sensitivity and specificity for diagnosing distal DVT while studies show that the D-dimer has no utility in diagnosing distal DVT.

3. **X-rays are a logical first test for a swollen extremity.**
X-rays can be helpful in diagnosing many patients who present with a painful, swollen extremity, especially if there is a history of trauma; they may also have utility in the nontraumatic state. In the case of trauma, an x-ray will diagnose a fracture, when present. It may have some use in non-traumatic situations as well, such as necrotizing fasciitis. When necrotizing fasciitis is in question, an x-ray study of the involved extremity may show such signs as gas within the involved muscle and surrounding soft tissue.

*Risk Management Caveat:* While x-rays have their usefulness, it should not be relied on to rule out all causes of a swollen extremity, even in the case of trauma. Compartment syndrome is a limb-threatening condition which should be considered and may occur when there is no fracture present.

4. **Administer the appropriate antibiotics.**
When deciding on antibiotics for treatment of cellulitis, assume that, in the case of *S. aureus*, there is resistance because of the high prevalence of community-associated MRSA strains. Studies cite that 25% of MRSA strains are resistant to clindamycin and up to 87% are resistant to erythromycin. Most MRSA strains are susceptible to trimethoprim-sulfamethoxazole and tetracycline. Long-acting tetracyclines, such as minocycline and doxycycline, possess greater anti-staphylococcal properties than tetracycline.

*Risk Management Caveat:* Do not assume that any patient has appropriate antibiotic coverage and that they will do well. Always schedule follow up for a patient to reassess the cellulitis and the response to prescribed antibiotics. Patients without improvement or worsening of their infection will need admission.

5. **Low molecular-weight heparin is easier and more effective than unfractionated heparin for the treatment of DVT.**
Low molecular weight heparin (LMWH) is more effective than unfractionated heparin (UFH) for the initial treatment of venous thromboembolism (VTE). LMWH significantly reduced the occurrence of major hemorrhage during the initial treatment and reduced overall mortality at follow-up. Dosing is simple and there is no need to check PTT.

*Risk Management Caveat:* LMWH has not been studied for long term treatment of DVT. The results of studies advocating the use of LMWH apply for three to six months of treatment following initial treatment. Vitamin K antagonists are still the treatment of choice for long-term treatment. Also, keep in mind that patients with diminished renal function will accumulate LMWH which can increase the risk of bleeding.

a retrospective review of 89 patients. They found that the cumulative survival rate between admission and time to operation was 93.2% at 24 hours and decreased to 75% at 48 hours. Other studies support the absolute need for immediate surgical management.[110] Another retrospective review of 68 patients found that those patients who underwent aggressive surgical debridement performed at the initial recognition of the disease process had a mortality rate of 4.2 % while patients with a delay in, or inadequate therapy, had a mortality rate of 38%.[111] The use of broad-spectrum antibiotics without immediate surgical debridement may mask the severity of the underlying infection and may alter the clinical presentation thus making an early diagnosis difficult. Therefore it is vital to recognize and promptly diagnose necrotizing fasciitis, administer broad-spectrum antibiotics, and initiate emergent aggressive surgical debridement in order to reduce the morbidity and mortality of this rapidly progressive infection.[112,113]

## Controversies/Cutting Edge

### Management Of Suspected DVT Below The Knee With A Negative Ultrasound

Doppler venous ultrasound has become the most widely used diagnostic modality for the work-up of a DVT. Ultrasonography of the distal or calf veins is less accurate and is more difficult to perform than evaluation of the proximal veins.[114,115] However, numerous studies have shown that the sensitivity and specificity of color Doppler in isolated calf veins is at least 88% and 86%, respectively.[116-120] While this is less than the sensitivity (95%) and specificity (96%) for a proximal venous thrombosis, many authors consider the color Doppler ultrasonography for detection of distal DVT to be highly accurate and reliable. A study by Jennersjö et al found that D-dimer levels were not as predictable for diagnosing distal DVT.[121] The study found that 59% of patients being evaluated for DVT had distal DVT. The sensitivity of D-dimer in distal DVT was only 65% compared to 96% for proximal DVT. The negative predictive values were 84% for distal DVT and 99% for proximal DVT. Therefore, D-dimer levels cannot be used together with the pretest clinical probability to reliably rule in or rule out distal DVT. Proximal extension of isolated calf thrombi have been reported to occur in 20% of cases and usually within one week of presentation.[122] There are some controversies as to the treatment of distal DVT. The American Society of Chest Surgeons recommends 6 to 12 weeks of anticoagulation in symptomatic patients.[123] In contrast, a study by Gottlieb et al recommends withholding anticoagulation in symptomatic patients who have thigh ultrasounds negative for DVT and following up with sonograms to evaluate propagation of calf vein thrombus into the thigh for those patients with persistent symptoms.[124] In summary, studies show lower but acceptable sensitivity and specificity of color Doppler in diagnosing distal DVT. D-dimer has questionable utility in diagnosing distal DVT, and further studies are needed to evaluate the usefulness of anticoagulation therapy with distal DVT.

### Outpatient Management Of DVT With Low Molecular Weight Heparin

It has been more than ten years since low molecular weight heparin (LMWH) has been investigated as a home treatment option for venous thromboembolism. Advantages to outpatient LMWH treatment compared to in-patient unfractionated heparin treatment include no laboratory monitoring with consequent cost savings and no increase in adverse events such as major bleeding, recurrent deep venous thrombosis, pulmonary embolism, and death.[125] Numerous studies and a Cochrane review of home versus in-patient treatment of deep vein thrombosis found that home management is effective and no more liable to complications than hospital treatment.[126-128] A Cochrane review of once versus twice daily LMWH in the treatment of venous thromboembolism found that once daily treatment with LMWH is as effective and safe as the twice daily treatment. However, there was a possibility that patients receiving once daily LMWH were at a higher risk of recurrent venous thromboembolism and the decision to treat with a once daily regimen would have to be balanced with convenience of treatment and the potential for lower efficacy.[129] Therefore, outpatient treatment of venous thromboembolism with LMWH is a safe and cost-effective option.

### Tissue Oxygen Saturation For Diagnosis Of Necrotizing Fasciitis

There is one study that supports the utility of tissue oxygen saturation monitoring in diagnosing necrotizing fasciitis of the lower extremities.[130] This study was done in an emergency department using near-infrared spectroscopy to measure tissue oxygen saturation over the middle third of possible involved areas. They found that the test had a sensitivity of 100%, a specificity of 97%, and accuracy of 97% for a

cutoff value of a tissue oxygen saturation of less than 70%. This study presented a rapid, reliable, and non-invasive method of assessing lower extremities at risk of necrotizing fasciitis; however, validation of the finding needs to be done before it can be recommended in general clinical practice.

### Hyperbaric Oxygen For Treatment Of Necrotizing Fasciitis

Necrotizing fasciitis is a life-threatening bacterial infection of the fascia which progresses rapidly to involve the skin and subcutaneous tissue. The mortality rate for necrotizing fasciitis is 20 to 40%[131,132] Hyperbaric oxygen therapy involves the intermittent inhalation of 100% oxygen at increased pressure in either monoplace or multiplace chambers. There has been some promise using hyperbaric oxygen therapy as an adjuvant to standard treatment regimens but the results of studies have been mixed.[133] Hyperbaric oxygen therapy acts by decreasing tissue edema and swelling through vasoconstriction; it also leads to increased tissue oxygen tension which is critical for local defense mechanisms, particularly the efficacy of antibiotics.[134,135] A study by Riseman et al compared a treatment group with a control group, matching groups for age, sex, and bacterial flora. Patients underwent three sessions of hyperbaric oxygen treatments in the first 24 hours which was then continued twice daily until the infection was controlled. They found that, by adding hyperbaric oxygen therapy to the standard surgical management, patients required less debridement and mortality decreased from 66% to 23%.[136] A study by Korhonen also showed a benefit in patients with Fournier's gangrene where the mortality rate was 9% with the use of hyperbaric oxygen.[137] However, a retrospective review of 42 patients with Fournier's gangrene found an increase in mortality from 12.5% in the non-hyperbaric oxygen treatment group to 26.9% in the hyperbaric oxygen group.[138] These results may have been flawed in that hyperbaric oxygen treatment may have been reserved for the more ill patients. Another study by Brown et al found no difference in mortality, need for debridement, or length of hospital stay in patients treated with hyperbaric oxygen compared to controls.[139] The results of this study may have been influenced by patients in the hyperbaric treatment group having more advanced sepsis and receiving less than four hyperbaric oxygen treatments, which is in contrast to the much more intensive treatments received by patients in the Riseman et al study. The role and benefit of hyperbaric oxygen therapy in patients with necrotizing fasciitis still needs further investigation. There are no prospective, randomized studies and the studies that have been done comparing morbidity and mortality with hyperbaric oxygen therapy are smaller studies with varying treatment protocols. Hyperbaric oxygen therapy may have a role as an adjuvant to standard treatment for necrotizing fasciitis, but large, randomized, controlled studies are needed.

## Conclusion

Let us return to our initial patient who traveled from Australia and presented to the ED with the complaint of a progressively painful and swollen right lower leg. After evaluation of the patient, diagnoses of DVT, DVT plus PE, and cellulitis were considered. The modified Well's criteria for predicting pretest probability of DVT was applied and a DVT was considered likely. A lower extremity Doppler ultrasound was initially considered but because of the complaint of chest discomfort, PE was suspected. Consequently, the order for a lower extremity Doppler ultrasound was cancelled and a CT angiogram of her chest was obtained instead. A diagnosis of DVT with PE was made and the patient was treated with low molecular weight heparin. She made an uneventful recovery.

As certain causes of a swollen extremity can be a source of significant morbidity and mortality for the patient, it is crucial for an emergency physician to consider all of the life-threatening causes of a swollen extremity. For example, consider compartment syndrome when the patient presents with any of the 5 P's (pain out of proportion, paresthesia, paralysis, pallor, and pulselessness), especially after trauma, and perform a rapid compartment pressure measurement. Consider necrotizing fasciitis in a patient who has signs of cellulitis but also has edema out of proportion to skin erythema, skin vesicles, and crepitus. These patients need immediate broad spectrum antibiotics and urgent surgical consultation for immediate debridement. DVT is a consideration for patients presenting with pain and swelling to an extremity. Risk factors should be assessed and D-dimer levels in combination with the pretest clinical probability of deep venous thrombosis using the modified Well's criteria should be used as an effective strategy in deciding whether a Doppler ultrasound of the extremity is needed.

Further studies are needed to address issues

such as the long-term prognosis for untreated patients with distal DVT and the usefulness of anticoagulation therapy for distal DVT so that patients are safely managed. Also, larger, randomized control studies are needed to further explore the role of hyperbaric oxygen therapy as an adjuvant to standard treatment for necrotizing fasciitis.

## References

Evidence-based medicine requires a critical appraisal of the literature based upon study methodology and number of subjects. Not all references are equally robust. The findings of a large, prospective, randomized, and blinded trial should carry more weight than a case report.

To help the reader judge the strength of each reference, pertinent information about the study, such as the type of study and the number of patients in the study, will be included in bold type following the reference, where available.


1. Guardia JA, Ortiz-Butcher C, Bourgoignie JJ. Oncotic pressure and edema formation in hypoalbuminemic HIV-infected patients with proteinuria. *Am J Kidney Dis* 1997;30(6): 822-828. **(Prospective, 27 patients)**
2. Dong SL, Kelly KD, Oland RC, et al. ED management of cellulitis: a review of five urban centers. *Am J Emerg Med* 2001;19(7):535-540. **(Retrospective, 416 patients)**
3. Stein, PD, Afzal A, Henry JW, et al. Fever in acute pulmonary embolism. *Chest* 2000;117:39-42. **(Prospective, randomized study, 311 patients)**
4. Kennedy D, Setnik G, Li J. Physical examination findings in deep venous thrombosis. *Emerg Med Clin North Am* 2001;19(4):869-76. **(Review)**
5. Higgins JR, de Swiet M. Blood-pressure measurement and classification in pregnancy. *Lancet* 2001;357(9250):131-5. **(Review)**
6. Sibai BM. Diagnosis and management of gestational hypertension and preeclampsia. *Obstet Gynecol* 2003;102(1):181-192. **(Review)**
7. Yim CD, Sane SS, Bjarnason H. Superior vena cava stenting. *Radiol Clin North Am* 2000;38(2):409-424. **(Review)**
8. Tintinalli J, ed. *Emergency Medicine: a Comprehensive Study Guide*. 5th ed. New York: McGraw-Hill; 2000: 1823-1825. **(Textbook)**
9. Callaham M. Inaccuracy and expense of the leukocyte count in making urgent clinical decisions. *Ann Emerg Med* 1986;15(7):774-781. **(Retrospective)**
10. Wall DB, Klein SR, Black S, et al. A simple model to help distinguish necrotizing fasciitis from nonnecrotizing soft tissue infection. *J Am Coll Surg* 2000;191:227-231. **(Retrospective review, 359 patients)**
11. Keith NM. Blood volume changes in wound shock and primary haemorrhage. *Reports of the Special Investigation Committee on Surgical Shock and Allied Conditions*, 14 March, 1919, vol. 1x. p.2-16.
12. Pinkerton PH, McLellan BA, Quantz MC, et al. Acute lymphocytosis after trauma: early recognition of the high-risk patient? *J Trauma* 1989;29(6):749-751.
13. Conlan DP. Value of lymphocyte counts as a prognostic index of survival following femoral neck fractures. *Injury* 1989;20:352-354.
14. Rainer TH, Chan TYF, Cocks RA. The early leucocytosis of trauma: temporal changes and their relationship to injury severity. *J Accid Emerg Med* 1998;15(2):131.
15. Rainer TH, Chan TYF, Cocks RA. Do peripheral blood counts have any prognostic value following trauma? *Injury* 1999;30:179-185. **(Prospective study, 20 patients)**
16. Wong CH, Khin LW, Heng KS, et al. The LRINEC (Laboratory Risk Indicator for Necrotizing Fasciitis) score: a tool for distinguishing necrotizing fasciitis from other soft tissue intections. *Crit Care Med* 2004;32:1535-1541. **(Retrospective observational study, 225 control patients, 89 patients with necrotizing fasciitis)**
17. Neale D, Tovey C, Vali A, et al. Evaluation of the simply D-dimer assay as a screening test for the diagnosis of deep vein thrombosis in an emergency department. *Emerg Med J* 2004;21:663-666. **(Prospective study, 187 patients)**
18. Fancher TL, White RH, Kravitz RL. Combined use of rapid D-dimer testing and estimation of clinical probability in the diagnosis of deep vein thrombosis: systematic review. *BMJ* 2004;329:1228-1236. **(Review)**
19. Rathbun SW, Whitsett TL, Raskob GE. Negative D–dimer result to exclude recurrent deep venous thrombosis: a management trial. *Ann Intern Med* 2004;141:839-845. **(Prospective cohort study, 300 patients)**
20. Stein PD, Hull RD, Patel KC, et al. D-Dimer for the exclusion of acute venous thrombosis and pulmonary embolism. *Ann Intern Med* 2004;140:589-602. **(Review)**
21. Wells PS, Anderson DR, Rodger M, et at. Evaluation of D-dimer in the diagnosis of suspected deep-vein thrombosis. *N Engl J Med* 2003;349:1227-1235. **(Prospective study, 1096 patients)**
22. Bates SM, Kearon C, Crowther M, et al. A diagnostic strategy involving a quantitative latex D-dimer assay reliably excludes deep venous thrombosis. *Ann Intern Med* 2003;138:787-794. **(Prospective cohort study, 283 patients)**
23. Anderson DR, Kovacs MJ, Kovacs G, et al. Combined use of clinical assessment and D-dimer to improve the management of patients presenting to the emergency department with suspected deep vein thrombosis (the EDITED Study). *J Thromb Haemost* 2003;1(4):635-636. **(Prospective cohort study, 1075)**
24. Subramaniam RM, Chou T, Heath R, et al. Importance of pretest probability score and D-dimer assay before sonography for lower limb deep venous thrombosis. *AJR Am J Roentgenol* 2006;186:206-212. **(Prospective study, 542 patients)**
25. Aguilar C, del Villar V. Combined D-dimer and clinical probability are useful for exclusion of recurrent deep venous thrombosis. *Am J Hematol* 2006;82:1-4. **(Observation prospective study, 105 patients)**
26. Yamaki T, Nozaki M, Sakurai H, et al. Prospective evaluation of a screening protocol to exclude deep vein thrombosis on the basis of a combination of quantitative D-dimer testing and pretest clinical probability score. *J Am Coll Surg* 2005;201:701-709. **(Prospective study, 158 patients)**
27. Schutgens RE, Haas FJLM, Biesma. Reduced efficacy of clinical probability score and D-dimer assay in elderly subjects suspected of having deep vein thrombosis. *Br J Haemat* 2005;129:653-657. **(Retrospective study, 812 patients)**
28. Kearon C, Ginsberg JS, Douketis J, et al. A randomized trial of diagnostic strategies after normal proximal vein ultrasonography for suspected deep venous thrombosis: D-dimer testing compared with repeated ultrasonography. *Ann Intern Med* 2005;142:490-496. **(Prospective, randomized, multicenter study, 810 patients)**
29. Dempfle CE. Validation, calibration, and specificity of quantitative D-dimer assays. *Semin Vasc Med* 2005;5(4):315-320. **(Review)**
30. Perl B, Gottehrer NP, Raveh D, et al. Cost-effectiveness of blood cultures for adult patients with cellulitis. *Clin Infect Dis* 1999;29:1483-1488. **(Retrospective study, 757 patients)**
31. Mountain D, Bailey PM, O'Brien D, et al. Blood cultures ordered in the adult emergency department are rarely useful. *Eur J Emerg Med* 2006;13(2):76-79. **(Retrospective review, 218 patients)**
32. Mills AM, Chen EH. Are blood cultures necessary in adults with cellulitis? *Ann Emerg Med* 2005;45(5):548-549. **(Review)**
33. Garcea G, Loyd T, Jacobs M, et al. Role of microbiological investigations in the management of non-perineal cutaneous abscesses. *Postgrad Med J* 2003;79:519-521. **(Retrospective analysis, 68 patients)**
34. Stevens DL, Bisno AL, Chambers HF, et al. Practice guidelines for the diagnosis and management of skin and soft-tis-

sue infections. *Clin Infect Dis* 2005 15;41(10):1373-1406. **(Guideline)**
35. Armstrong DG, Lipsky. Diabetic foot infections: stepwise medical and surgical management. *Int Wound J* 2004;1(2):123-132. **(Review)**
36. Lipsky BA, Berendt AR, Deery HG, et al. Diagnosis and treatment of diabetic foot infections. *Clin Infect Dis* 2004 1;39(7):885-910. **(Guideline)**
37. Brigden ML. Clinical utility of the erythrocyte sedimentation rate. *Am Fam Physician* 1999;60:1443-1450. **(Review)**
38. Johnson HL, Chiou CC, Cho CT. Applications of acute phase reactants in infectious diseases. *J Microbiol Immunol Infect* 1999; 32:73-82. **(Review)**
39. Simon S, Gauvin F, Amre DK, et al. Serum procalcitonin and c-reactive protein levels as markers of bacterial infection: a systemic review and meta-analysis. *Clin Infect Dis* 2004;39:206-217. **(Review)**
40. Lazzarini L, Conti E, Tositti G, et al. Erysipelas and cellulitis: clinical and microbiological spectrum in an Italian tertiary care hospital. *J Infect* 2005;51(5):383-389. **(Retrospective study, 200 patients)**
41. Roumen-Klappe EM, den Heijer M, van Uum SHM, et al. Inflammatory response in the acute phase of deep vein thrombosis. *J Vasc Surg* 2002;35:701-706. **(Prospective, 73 patients)**
42. Andrews EJ, Fleischer AC. Sonography for deep venous thrombosis. *Ultrasound Q* 2005;21:213-225. **(Review)**
43. Stover MD, Morgan SJ, Boisse MJ, et al. Prospective comparison of contrast-enhanced computed tomography versus magnetic resonance venography in the detection of occult deep pelvic vein thrombosis in patients with pelvic and acetabular fractures. *J Orthop Trauma* 2002;16:613-621.
44. Ma LD, Frassica FJ, Bluemke DA, et al. CT and MRI evaluation of musculoskeletal infection. *Crit Rev Diagn Imaging* 1997;38(6):535-68. **(Review)**
45. Tayal VS, Hasan N, Norton J, et al. The effect of soft-tissue ultrasound on the management of cellulitis in the emergency department. *Acad Emerg Med* 2006; 13(4):384-388. **(Prospective, observational study, 126 patients)**
46. Yen ZS, Wang HP, Ma HM, et al. Ultrasonographic screening of clinically-suspected necrotizing fasciitis. *Acad Emerg Med* 2002;9(12):1448-1451. **(Prospective study, observational review, 62 patients)**
47. Polak JF, Yucel EK, Bettmann MA, et al. Suspected upper extremity deep vein thrombosis (DVT). [online publication]. Reston (VA):American College of Radiology (ACR); 2005. 5p. **(Guideline)**
48. Perron AD, Brady WJ, Keats TE. Orthopedic pitfalls in the ED: acute compartment syndrome. *Am J Emerg Med* 2001;19:413-416. **(Review)**
49. Köstler W, Strohm PC, Südkamp NP. Acute compartment syndrome of the limb. *Injury* 2004;35(12):1221-1227 **(Review)**
50. Whitesides T, Haney T, Morimoto K, et al. Tissue pressure measurements as a determinant for the need of fasciotomy. *Clin Orthop* 1975;113:43-51.
51. Anand SS, Well PS, Hunt D, et al. Does This Patient Have Deep Vein Thrombosis? *JAMA* 1998;279(14):1094-1099. **(Review)**
52. Heit JA, O'Fallon WM, Petterson TM, et al. Relative impact of risk factors for deep venous thrombosis and pulmonary embolism: a population-based study. *Arch Intern Med* 2002;162:1245-1248. **(Case-control study, 625 patients)**
53. Sorensen HT, Mellemkjaer L, Steffensen FH, et al. The risk of a diagnosis of cancer after primary deep venous thrombosis or pulmonary embolism. *N Engl J Med* 1998;338(17):1169-1173. **(Cohort, 15,348 patients)**
54. Cogo A, Bernardi E, Prandoni P, et al. Acquired risk factors for deep-vein thrombosis in symptomatic outpatients. *Arch of Intern Med* 1994;154(2):164-168. **(Cohort)**
55. Hirsh J, Hoak J. Management of deep vein thrombosis and pulmonary embolism. A statement for healthcare professionals. Council on Thrombosis (in consultation with the Council of Cardiovascular Radiology), American Heart Association. *Circulation* 1996;93:2212-2245. **(Clinical practice guidelines)**
56. Joffe HV, Kucher N, Tapson VF, et al. Upper-extremity deep vein thrombosis: a prospective registry of 592 patients. *Circulation* 2004;110(12):1605-1611. **(Prospective multicenter registry, 592 patients)**
57. Martinelli I, Battaglioli T, Bucciarelli P, et al. Risk factors and recurrence rate of primary deep vein thrombosis of the upper extremities. *Circulation* 2004;110(5):566-570. **(Prospective study, 115 patients)**
58. Martinelli I, Cattaneo M, Panzeri D, et al. Risk factors for deep venous thrombosis of the upper extremity. *Ann Intern Med* 1997;126(9):707-711. **(Frequency-matched case-control study, total 265 patients, 36 patients with upper extremity DVT)**
59. Sharafuddin MJ, Sun S, Hoballah JJ. Endovascular management of venous thrombotic diseases of the upper torso and extremities. *J Vasc Interv Radiol* 2002;13(10):975-990. **(Review)**
60. Somjen GM, Donlan J, Hurse J, et al. Duplex ultrasound examination of the acutely painful and swollen leg. *Dermatol Surg* 1996;22(4):383-387. **(Prospective study, 188 extremities of 180 patients)**
61. Tapson VF, Carroll BA, Davidson BL, et al. The diagnostic approach to acute venous thromboembolism. *Am J Respir Crit Care Med* 1999;160(3):1043-1066. **(Clinical Practice Guideline)**
62. Weinmann EE, Salzman EW. Deep-vein thrombosis. *N Engl J Med* 1994;331(24):1630-1641. **(Review)**
63. Hirsh J, Piovella F, Pini M. Congenital antithrombin III deficiency. Incidence and clinical features. *Am J Med* 1989;87(3B):34S-38S. **(Review)**
64. Pollack C, Tapson V, Merli G et al. The clinical challenge of venous thromboembolism (VTE) in the hospitalized patient: optimizing recognition, evaluation, and prophylaxis of at-risk patients. *CEVAT Panel Reports* 2002 Nov 1; 1-13. **(Review)**
65. Joffe HV, Goldhaber SZ. Laboratory thrombophilias and venous thromboembolism. *Vasc Med* 2002;7(2):93-102. **(Review)**
66. Soomro RM, Bucur IJ, Noorani S. Cumulative incidence of venous thromboembolism during pregnancy and puerperium: a hospital-based study. *Angiology* 2002;53(4):429-34. **(Prospective study, 59 clinically suspected DVT out of 39,757 deliveries)**
67. Ginsberg JS, Brill-Edwards P, Burrows RF, et al. Venous thrombosis during pregnancy: leg and trimester of presentation. *Thromb Haemost* 1992;67(5):519-20. **(Cohort study, 60 patients)**
68. Ginsberg JS, Hirsh J. Use of antithrombotic agents during pregnancy. *Chest* 1998;114:524S-530S. **(Review)**
69. Bjorgell O, Nilsson PE, Jarenros H. Isolated nonfilling of contrast in deep leg vein segments seen on phlebography, and a comparison with color Doppler ultrasound assess the incidence of deep vein thrombosis. *Angiology* 2000;51(6):451-461. **(Prospective study, 100 patients)**
70. Del Pinal F, Herro F, Jado E. Acute thumb ischemia secondary to high-pressure injection injury: salvage by emergency decompression, radical debridement, and free hallux hemipulp transfer. *J Trauma* 2001;50(3):571-574. **(Case reports)**
71. Yamaguchi S, Viegas SF. Causes of upper extremity compartment syndrome. *Hand Clin* 1998;14(3):365-370. **(Review)**
72. Younger AS, Curran P, McQueen MM. Backslabs and plaster casts: which will best accommodate increasing intracompartmental pressures? *Injury* 1990;21(3):179-181. **(Comparison study)**
73. Wong L, Spence RJ. Escharotomy and fasciotomy of the burned upper extremity. *Hand Clin* 2000;16(2):165-174. **(Review)**
74. Owen CA, Mubarak SJ, Hargens AR, et al. Intramuscular pressures with limb compression clarification of the pathogenesis of the drug-induced muscle-compartment syndrome. *N Engl J Med* 1979;300(21):1169-1172. **(Review)**
75. Curry SC, Chang D, Connor D. Drug- and toxin-induced rhabdomyolysis. *Ann Emerg Med* 1989;18(10):1068-1084. **(Review)**
76. Ochoa-Gomez J, Villar-Arias A, Aresti I, et al. A case of severe hyperkalaemia and compartment syndrome due to rhabdomyolysis after drugs abuse. *Resuscitation* 2002;54(1):103-105. **(Case report)**
77. Esmail AN, Flynn JM, Ganley TJ, et al. Acute exercise-induced compartment syndrome in the anterior leg. *Am J Sports Med* 2001;29(4):509-512. **(Case report, review)**
78. Perron AD, Brady WJ, Keats TE. Orthopedic Pitfalls in the ED: Acute Compartment Syndrome. *Am J of Emerg Med*

2001;19:413-416. **(Review)**

79. Heemskerk J, Kitslaar P. Acute compartment syndrome of the lower leg: retrospective study on prevalence, technique, and outcome of fasciotomies. *World J Surg* 2003;27(6):744-747. **(Retrospective study, 40 patients)**
80. Mithofer K, Lhowe DW, Altman GT. Delayed presentation of acute compartment syndrome after contusion of the thigh. *J OrthopTrauma* 2002;16(6):436-438. **(Case report)**
81. Lindsay MB. Quadriceps compartment syndrome from minor trauma. *Acad Emerg Med* 1999;6:860-861. **(Case report)**
82. Ghobrial TF, Eglseder WA, Bleckner SA. Proximal ulna shaft fractures and associated compartment syndromes. *Am J Orthop* 2001;30(9):703-707. **(Retrospective and case report, 6 patients)**
83. Tiwari A, Haq AI, Myint F, et al. Acute compartment syndromes. *Br J Surg* 2002;89(4):397-412. **(Review)**
84. Moed BR, Thorderson PK. Measurement of intracompartmental pressure: a comparison of the slit catheter, side-ported needle, and simple needle. *J Bone Joint Surg Am* 1993;75(2):231-235. **(Animal study)**
85. Uliasz A, Ishida JT, Fleming JK, et al. Comparing the methods of measuring compartment pressures in acute compartment syndrome. *Am J Emerg Med* 2003;21(2):143-145. **(Comparison study)**
86. Perron AD, Brady WJ, Keats TE. Orthopedic Pitfalls in the ED: Acute Compartment Syndrome. *Am J Emerg Med* 2001;19:413-416. **(Review)**
87. Velmahos GC, Toutouzas KG. Vascular trauma and compartment syndromes. *Surg Clin N Am* 2002;82(1):125-141. **(Review)**
88. Heppenstall RB, Sapega AA, Izant T, et al. Compartment syndrome: a quantitative study of high-energy phosphorus compounds using 31P-magnetic resonance spectroscopy. *J Trauma* 1989;29(8):1113-1119. **(Animal study)**
89. Bernot M, Gupta R, Dobrasz J, et al. The effect of antecedent ischemia on the tolerance of skeletal muscle to increased interstitial pressure. *J Orthop Trauma* 1996;10(8):555-559. **(Animal study)**
90. Lewis RT. Soft tissue infections. *World J Surg* 1998;22(2):146-151. **(Review)**
91. Paci E, Cariddi A, Barchielli A, et al. Long-term sequelae of breast cancer surgery. *Tumori* 1996;82(4):321-324. **(Convenience sample, 238 patients)**
92. Bumpers HL, Best IM, Norman D, et al. Debilitating lymphedema of the upper extremity after treatment of breast cancer. *Am J Clin Oncol* 2002;25(4):365-367. **(Case report and review)**
93. Segerstrom K, Bjerle P, Graffman s, et al. Factors that influence the incidence of brachial oedema after treatment of breast cancer. *Scand J Plast Reconstr Surg Hand* Surg 1992;26(2):223-227. **(Retrospective review, 136 patients)**
94. Yap KPL, McCready DR, Narod S, et al. Factors influencing arm and axillary symptoms after treatment for node negative breast carcinoma. *Cancer* 2003;97(6):1369-1375. **(Convenience sample, 370 patients)**
95. Davis AM, O'Sullivan B, Turcotte R, et al. Late radiation morbidity following randomization to preoperative versus postoperative radiotherapy in extremity soft tissue sarcoma. *Radiother Oncol* 2005;75(1):48-53. **(Prospective study, 129 patients)**
96. van Dongen CJJ, van den Belt AGM, Prins MH, et al. Fixed dose subcutaneous low molecular weight heparins versus adjusted dose unfracionated heparin for venous thromboembolism. *Cochrane Database of Syst Rev*. 2006(1): CD00777. **(Cochrane Review)**
97. Van der Heijden JF, Hutten BA, Buller HR, et al. Vitamin K antagonists or low-molecular-weight heparin for the long term treatment of symptomatic venous thromboembolism. *Cochrane Database of Syst Rev*. 2006(1): CD 01299. **(Cochrane Review)**
98. Kluytmans-VandenBergh MFQ, Klytmans JAJW. Community-acquired methicillin-resistant Staphylococcus aureua: current perspectives. *Clin Microbiol Infect* 2006;12(Suppl. 1):9-15. **(Review)**
99. King MD, Humphrey BJ Wang YF, et al. Emergence of community-acquired methicillin-resistant staphylococcus aureus USA 300 clone as the predominant cause of skin and soft-tissue infections. *Ann Intern Med* 2006;144:309-317. **(Active, prospective laboratory surveillance, 384 patients)**
100. Clancy MJ, Graepler A, Breese PE, et al. Widespread emergence of methicillin resistance in community-acquired staphylococcus aureus infections in Denver. *South Med J* 2005;98(11):1069-75. **(Retrospective cohort)**
101. Ellis MW, Lewis JS 2nd. Treatment approaches for community-acquired methicillin-resistant staphylococcus aureus infections. *Curr Opin Infect Dis* 2005;18:496-501. **(Review)**
102. Ruhe JJ, Monson T, Bradsher RW, et al. Use of long-acting tetracyclines for methicillin-resistant staphylococcus aureus infections: case series and review of the literature. *Clin Infect Dis* 2005;40:1429-1434. **(Case series, 24 patients, and review)**
103. Deresinski S. Methicillin-resistant staphylococcus aureus: an evolutionary, epidemiologic, and therapeutic odyssey. *Clin Infect Dis* 2005;40:562-573. **(Review)**
104. Donald M, Marlow N, Swinburn E, et al. Emergency department management of home intravenous antibiotic therapy for cellulitis. *Emerg Med J* 2005;22(10):715-717. **(Retrospective study, 124 patients)**
105. Gilbert DN, Dworkin RJ, Raber SR, et al. Outpatient parenteral antimicrobial-drug therapy. *N Engl J Med* 1997; 337(12):829-838. **(Review)**
106. Steinmetz D, Berkovits E, Edelstein H, et al. Home intravenous antibiotic therapy programme, 1999. *J Infect* 2001;42(3):176-180. **(Retrospective, 250 patients)**
107. Corwin P, Toop L, McGeoch G, et al. Randomized controlled trial of intravenous antibiotic treatment for cellulitis at home compared with hospital. *BMJ* 2005;15,330(7483):129. **(Prospective, randomized study, 200 patients)**
108. Armstrong DG, Lipsky BA. Diabetic foot infections: stepwise medical and surgical management. *Int wound J* 2004;1(2):123-132. **(Review)**
109. Wong CH, Chang HC, Pasupathy S, et al. Necrotizing fasciitis: clinical presentation, microbiology, and determinants of mortality. *J Bone Joint Surg Am* 2003;85-A(8):1454-1460. **(Retrospective chart review, 89 patients)**
110. McHenry CR, Piotrowski JJ, Petrinic D, et al. Determinants of mortality for necrotizing soft-tissue infections. *Ann Surg* 1995;221:558-563. **(Retrospective study, 65 patients)**
111. Bilton BD, Zibari GB, McMillan RW, et al. Aggressive surgical management of necrotizing fasciitis serves to decrease mortality: a retrospective study. *Am Surg* 1998;64:397-400. **(Retrospective study, 68 patients)**
112. Jarrett P, Rademaker M, Duffill M. The clinical spectrum of necrotizing fasciitis. A review of 15 cases. *Aust N Z J Med* 1997;27(1):29-34. **(Retrospective review of 15 patients)**
113. Fontes RA, Ogilvie CM, Miclau T. Necrotizing soft-tissue infections. *J Am Acad Orthop Surg* 2000;8:151-158. **(Review)**
114. Kearon C, Julian JA, Newman TE, et al. Noninvasive diagnosis of deep venous thrombosis. McMaster Diagnostic Imaging Practice Guidelines Initiative. *Ann Intern Med* 1998;128:663-677. **(Review of prospective cohort studies)**
115. Eskandari MK, Sugimoto H, Richardson T, et al. Is color-flow duplex a good diagnostic test for detection of isolated calf vein thrombosis in high-risk patients? *Angiology* 2000;51(9):705-710. **(Retrospective review, 166 patients)**
116. Rose SC, Zweibel WJ, Nelson BD, et al. Symptomatic lower extremity deep venous thrombosis: accuracy, limitations, and role. *Radiology* 1990;175:639-644.
117. Bradley MJ, Spencer PA, Alexander L, et al. Colour flow mapping in the diagnosis of the calf deep vein thrombosis. *Clin Radiol* 1993;47:399-402.
118. Mattos MA, Londrey GL, Leutz DW, et al. Color-flow duplex scanning for the surveillance and diagnosis of acute deep venous thrombosis. *J Vasc Surg* 1992;15:366-375
119. Atri M, Herba MJ, Reinhold C, et al. Accuracy of sonography in the evaluation of calf deep vein thrombosis in both postoperative surveillance and symptomatic patients. *Am J Roentgenol* 1996;16(6):1361-1367. **(Prospective, double-blind study, 287 patients)**
120. Lapidus L, de Bri E, Ponzer S, et al. High sensitivity with color duplex sonography in thrombosis screening after ankle fracture surgery. *J Thromb Haemost* 2006;4(4): 807-812. **(Prospective study, 180 patients)**
121. Jennersjö CM, Fagerberg IH, karlander SG, et al. Normal D-dimer concentration is a common finding in symptomatic out-

patients with distal deep vein thrombosis. *Blood Coagul Fibrinolysis* 2005;16(7):517-523. **(Prospective study, 393 patients)**
122. Philbrick JT, Becker DM. Calf deep venous thrombosis. A wolf in sheep's clothing? *Arch Intern Med* 1988;148(10):2131-2138. (**Review**)
123. Geerts WH, Heit JA, Clagett GP, et al. Prevention of venous thromboembolism. *Chest* 2001;119:132S-175S. **(Evidence based guidelines)**
124. Gottlieb RH, Widjaja J. Clinical outcomes of untreated symptomatic patients with negative findings on sonography of the thigh for deep vein thrombosis: our experience and a review of the literature. *AJR Am J Roentgenol* 1999;172:1601-1604. (**Retrospective study, 146 patients; Review)**
125. Segal JB, Bolger DT, Jenckes MW, et al. Outpatient therapy with low molecular weight heparin for the treatment of venous thromboembolism: a review of efficacy, safety, and costs. *Am J Med* 2003;115:298-308. **(Review)**
126. Wells, PS. Outpatient treatment of patients with deep-vein thrombosis or pulmonary embolism. *Curr Opin Pulm Med* 2001;7:360-364. **(Review)**
127. Spyropoulos AC, Hurley JS, Ciesla GN, et al. Management of acute proximal deep vein thrombosis: pharmacoeconomic evaluation of outpatient treatment with exnoaparin vs inpatient treatment with unfractionated heparin. *Chest* 2002;122:108-114. **(Retrospective analysis)**
128. Schraibman IG, Milne AA, Royle EM. Home versus inpatient treatment for deep vein thrombosis. *Cochrane Database Syst Rev*. 2006 (1):CD02074. **(Cochrane review)**
129. Van Dongen CJ Mac Gillavry MR, Prins MH. Once versus twice daily LMWH for the initial treatment of venous thromboembolism. *Cochrane Database Syst Rev*. 2006;(1):CD02037. **(Cochrane review)**
130. Wang TL, Hung CR. Role of tissue oxygen saturation monitoring in diagnosing necrotizing fasciitis of the lower limbs. *Ann Emerg Med* 2004; 44:222-228 **(Prospective observational study, 234 patients)**
131. McHenry CR, Piotrowski JJ, Petrinic D, et al. Determinants of mortality for necrotizing soft-tissue infections. *Ann Surg* 1995;221:558-565.
132. Fustes-Morales A, Gutierrez-Castrellon P, Duran-Mckinster C, et al. Necrotizing soft tissue infection: report of 39 pediatric cases. *Arch Dermatol* 2002;138:893-899. (**Review**)
133. Jallali N, Withey S, Butler PE. Hyperbaric oxygen as adjuvant therapy in the management of necrotizing fasciitis. *Am J Surg* 2005;189:462-466. **(Review)**
134. Bird AD, Tefler AB. Effect of hyperbaric oxygen on limb circulation. *Lancet* 1965;1:355-356.
135. Knighton DR, Halliday B, Hunt TK. Oxygen as an antibiotic: a comparison of inspired oxygen concentration and antibiotic administration on in vivo bacterial clearance. *Arch Surg* 1986;121:191-195.
136. Riseman JF, Zamboni WA, Curtis A, et al. Hyperbaric oxygen therapy for necrotizing soft tissue infections reduces mortality and the need for debridements. *Surgery* 1990; 108:847-850.
137. Korhonen K, Hirn M, Niinikoski J. Hyperbaric oxygen in the treatment of Fournier's gangrene. *Eur J Surg* 1998;164:251-255. **(Retrospective study, 33 patients)**
138. Mindrup SR, Kealey GP, Fallon B. Hyperbaric oxygen for the treatment of Fournier's gangrene. *J Urol* 2005;173:1975-1977. **(Retrospective Review, 42 patients)**
139. Brown DR, Davis NL, Lepawsky M, et al. A multicentre review of the treatment of major truncal necrotizing fasciitis with and without hyperbaric oxygen therapy. *Am J Surg* 2002;73:485-489. **(Retrospective review, multicenter review)**
140. Pollack C, Tapson V, Merli G et al. The clinical challenge of venous thromboemblism (VTE) in the hospitalized patient: optimizing recognition, evaluation, and prophylaxis of at-risk patients. *CEVAT Panel Reports*. 2002 Nov 1;1-13. **(Review)**
141. Cadnapaphornchai MA, Gurevich AK, Weinberger, et al. Pathophysiology of sodium and water retention in heart failure. *Cardiology* 2001;96(3-4):122-131. **(Review)**
142. Palmer BF, Alpern RJ. Pathogenesis of edema formation in the nephrotic syndrome. *Kidney Int Suppl* 1997;59:S21-S27. **(Review)**
143 Cardenas A, Gines P. Pathogenesis and treatment of fluid and electrolyte imbalance in cirrhosis. *Semin Nephrol* 2001;21(3):308-316. **(Review)**
144. Macnee W, Skwarski K. The pathogenesis of peripheral edema in chronic obstructive pulmonary disease. *Clinical Pulmonary Medicine* 1997; 4(6): 309-315. **(Review)**
145. Pechere-Bertschi A, Maillard M, Stalder H, et al. Renal segmental tubular response to salt during the normal menstrual cycle. *Kidney Int* 2002;61(2):425-431. (**Double-blind, randomized, trial, 35 patients)**
146. Corry DB, Tuck ML. Secondary aldosteronism. *Endocrinol and Metab Clin N Am*1995;24(3):511-529. **(Review)**
147. Feng Y, Chou M, Hsu J, et al. Ascites and leg edema as the first manifestations of tuberculous effusive constrictive pericarditis. *Int J Cardiol* 2002;82:55-57. **(Case report)**
148. Wolpert LM, Rahmani O, Stein B, et al. Magnetic resonance venography in the diagnosis and management of May-Thurner syndrome. *Vasc Endovascular Surg* 2002;36(1):51-57. **(Retrospective, 24 patients)**
149. Smith JA, Soloway MS, Young MJ. Complications of advanced prostate cancer. *Urology* 1999;54(6 suppl. 1):8-14. **(Review)**
150. Stanko CM, Severson MA, Molpus KL. Deep venous thrombosis associated with large leiomyomata uteri. A case report. *J Reprod Med* 2001;46(4):405-407. **(Case report)**
151. Rhee RY, Gloviczki P, Luthra HS, et al. Iliocaval complications of retroperitoneal fibrosis. *Am J Surg* 1994;168(2):179-183. **(Review)**
152. Anand SS, Wells PS, Hunt D, et al. Does This Patient Have Deep Vein Thrombosis? *JAMA* 1998;279(14):1094-1099. **(Review)**
153. Tintinalli J, ed. *Emergency Medicine: a Comprehensive Study Guide*. 5th ed. New York: McGraw-Hill;2000:1823-1825. **(Textbook)**
154. Berliner E, Ozbilgin B, Zarin DA. A systematic review of pneumatic compression for treatment of chronic venous insufficiency and venous ulcers. *J Vasc Surg* 2003;37(3):539-544. **(Review)**
155. Perron AD, Brady WJ, Keats TE. Orthopedic Pitfalls in the ED: Acute Compartment Syndrome. *Am J Em Med* 2001;19:413-416. **(Review)**
156. Drescher MJ, Smally AJ. Thrombophlebitis and pseudothrombophlebitis in the ED. *Am J Em Med* 1997;15(7):683-685. **(Review)**
157. Sundaram S, Webster GF. Vascular diseases are the most common cutaneous manifestations of reflex sympathetic dystrophy. *J Amer Acad Dermatol* 2001;44(6):1050-1051. **(Review)**
158. Tsao JW, Marder SR, Goldstone J, et al. Presentation, diagnosis, and management of arterial mycotic pseudoaneurysm in injection drug users. *Ann Vas Surg* 2002;16(5):652-662. **(Retrospective review, 7,795 complications of IVDA)**
159. Lipstein H, Lee CC, Crupi RS. A Current Concept of Eclampsia. *Am JEmerg Med* 2003;21:223-226. **(Review)**
160. Andreucci M, Federico S, Andreucci VE. Edema and acute renal failure. *Semin Nephrol* 2001;21(3):251-256. **(Review)**
161. Mana J, Gomez-Vaquero C, Salazar A, et al. Periarticular ankle sarcoidosis: a variant of Lofgren's syndrome. *J Rheumatol* 1996;23(5):874-877. **(Case report and review)**
162. Costanzo U, Franzeck U, Fischer M, et al. Interleukin-2 increases transcapillary diffusion of sodium fluorescein in human skin. *J Cardiovasc Pharmacol* 1997;29(1):81-86. **(Prospective study, 12 patients)**
163. Szuba A, Rockson SG. Lymphedema: classification, diagnosis, and therapy. *Vasc Med* 1998;3(2):145-156. **(Review)**
164. Herd-Smith A, Russo A, Muraca MG, et al. Prognostic factors for lymphedema after primary treatment of breast carcinoma. *Cancer* 2001;92(7):1783-1787. **(Prospective study, 203 patients)**
165. Das PK, Subramanian S. Modelling the epidemiology, transmission and control of lymphatic filariasis. *Annals of Trop Med Parasitol* 2002;96(suppl2):S153-S164. **(Review)**
166. Mortimer PS. Swollen lower limb-2: lymphoedema. *BMJ*2000;320(7248):1527-1529. **(Review)**
167. Kay A, Davis CL. Idiopathic edema. *Am J Kidney Dis* 1999;34(3):405-423. **(Review)**
168. Schwartz KM, Fatourechi V, Ahmed DD, et al. Dermopathy of graves' disease (pretibial myxedema): long-term outcome. *J Clin Endocrinol Metab* 2002;87(2):438-446. **(Review)**
169. Rudkin GH, Miller TA. Lipidema: a clinical entity distinct from lymphedema. *Plast Reconstr Surg* 1994;94(6):841-847. **(Review)**

170. Zajecka JM, Weisler R, Sachs G, et al. A comparison of the efficacy, safety, and tolerability of divalproex sodium and olanzapine in the treatment of bipolar disorder. *J Clin Psychiatry* 2002;63(12):1148-1155. **(Double-blind, randomized study, 120 patients)**
171. Haria M, Plosker GL, Markham A. Felodipine/metoprolol: a review of the fixed dose controlled release formulation in the management of essential hypertension. *Drugs* 2000;59(1):141-157. **(Review)**
172. Kloner RA, Weinberger M, Pool JL, et al. Comparative effects of candasartan cilexetil and amlodipine in patients with mild systemic hypertension. Comparison of Candesartan and Amlodipine for Safety, Tolerability, and Efficacy (CASTLE) Study Investigators. *Am J Cardiol* 2001;87(6):727-731. **(Double-blind, randomized study, 251 patients)**
173. Goldberg M, Gehr M. Effects of alpha-2 agonists on renal function in hypertensive humans. *J Cardiovas Pharmacol* 1985;7(suppl 8:S34-S377). **(Review)**
174. Whelton A. Renal and related cardiovascular effects of conventional and COX-2-specific NSAIDS and non-NSAID analgesics. *Am J Ther* 2000;7(2):63-74. **(Review)**
175. Whelton A, White WB, Bello AE, et al. Effects of celecoxib and rofecoxib on blood pressure and edema in patients >or = 65 years of age with systemic hypertension and osteoarthritis. *Am J Cardiol* 2002;90(9):959-963. **(Double-blind, randomized study, 1092 patients)**
176. Niemeyer NV, Janney LM. Thiazolidinedione-induced edema. *Pharmacotherapy* 2002;22(7):924-929. **(Review)**
177. Tang WH, Francis GS, Hoogwerf BJ, et al. Fluid retention after initiation of thiazolidinedione therapy in diabetic patients with established chronic heart failure. *J Am Coll Cardiol* 2003;41(8):1394-1398. **(Retrospective, 111) patients)**
178. Azzoli CG, Miller VA, Ng KK. Gemcitabine-induced peripheral edema: report on 15 cases and review of the literature. *Am J Clin Oncol* 2003;26(3):247-251. **(Review)**
179. Hagiwara H, Sunada Y. Mechanism of taxane neurotoxicity. *Breast Cancer* 2004;11(1):82-85. **(Review)**
180. Refuerzo JS, Hechtman JL, Redman ME, et al. Venous thromboembolism during pregnancy. Clinical suspicion warrants evaluation. *J Reprod Med* 2003;48(10):767-770. **(Retrospective, 70 patients)**
181. Phillips OP. Venous thromboembolism in the pregnant woman. *J Reprod Med* 2003;48 (11 suppl):921-929. **(Review)**
182. Ferrari E, Chevallier T, Chapelier A, et al. Travel as a risk factor for venous thromboembolic disease: a case-control study. Chest 1999; 115(2):440-444. **(Case control, 160 patients)**
183. Kim V, Spandorfer J. Epidemiology of venous thromboembolic disease. *Emerg Med Clin North Am* 2001;19(4):839-59. **(Review)**
184. Solem CA, Loftus EV, Tremaine WJ. Et al. Venous thromboembolism in inflammatory bowel disease. *Am J Gastroenterol* 2004;99(1):97-101. **(Retrospective, 98 patients)**
185. Rheingans RD, Haddix AC, Messonnier ML. et al. Willingness to pay for prevention and treatment of lymphatic filariasis in Leogane, Haiti. *Filaria J* 2004;3(1):2. **(Review)**


## Physician CME Questions

**49. Distension of the veins of the upper extremity is rarely seen with SVC syndrome.**
a. True
b. False

**50. Which fracture has the highest association with developing compartment syndrome?**
a. Humerus
b. Femur
c. Supracondylar
d. Tibial
e. Radius

**51. Which of the following is a late sign of compartment syndrome?**
a. Erythema
b. Pulselessness
c. Pain with passive stretch
d. Decreased sensation
e. Tense swelling

**52. D-dimers, when positive, make the diagnosis of DVT since they are specific for thrombotic conditions.**
a. True
b. False

**53. For patients with antithrombin III deficiency, the peak age of onset for developing a VTE is?**
a. 15-30
b. 30-40
c. 40-50
d. 50-60
e. 60-70

**54. Which medical condition is not a risk factor for venous thromboembolism in an ambulatory person?**
a. Asthma
b. Nephrotic syndrome
c. Myocardial infarction
d. CHF
e. IBD

**55. The presence of peripheral edema in pregnant patients only occurs in the setting of preeclampsia.**
a. True
b. False

**56. Medications that may cause bilateral leg swelling include all of the following EXCEPT:**
a. Calcium channel blockers
b. Thiazolidinediones
c. NSAIDS
d. Methyldopa
e. Levothyroxine

**57. The risk of venous thromboembolism is greatest in which phase of pregnancy?**
a. 1st trimester
b. 2nd trimester
c. 3rd trimester
d. Post-partum

**58. An elderly person living alone was found lethargic on the kitchen floor and presents with a bruised tense thigh. Intracompartmental pressure measurements should be taken in this patient.**
a. True
b. False

**59. A 50-year-old male complains of right calf pain and swelling. You perform the Thompson-Doherty test by squeezing his calf in the prone position to diagnose which condition?**
a. Baker's cyst
b. DVT
c. Tendon rupture
d. Lymphedema
e. Pseudoaneurysm

**60. Which is the most common cause of thrombophilia?**
a. Protein C deficiency
b. Prothrombin mutation
c. Factor V Leiden
d. Pregnancy
e. Hyperhomocysteinemia

**61. A negative venous Doppler is very reliable for ruling out DVT in all patients.**
a. True
b. False

**62. According to the Infectious Disease Society of America, you should obtain blood and wound cultures in all of the following scenarios except:**
a. Immunocomprised patients
b. Diffuse cellulitis
c. No response to initial antibiotics
d. History of an animal bite
e. Presence of a simple abscess

**63. Early clinical clues for diagnosing necrotizing infections include all EXCEPT:**
a. Crepitus
b. Skin vesicles
c. Edema out of proportion to erythema
d. Discharge
e. C & D

**64. About three fourths of patients who present with suspected DVT have nonthrombotic causes of leg pain.**
a. True
b. False

## Coming in Future Issues:

Thoracic Imaging
Acutely Decompensated Heart Failure
Pediatric Toxicology

## Class Of Evidence Definitions

Each action in the clinical pathways section of *Emergency Medicine Practice* receives a score based on the following definitions.

**Class I**
• Always acceptable, safe
• Definitely useful
• Proven in both efficacy and effectiveness

*Level of Evidence:*
• One or more large prospective studies are present (with rare exceptions)
• High-quality meta-analyses
• Study results consistently positive and compelling

**Class II**
• Safe, acceptable
• Probably useful

*Level of Evidence:*
• Generally higher levels of evidence
• Non-randomized or retrospective studies: historic, cohort, or case-control studies
• Less robust RCTs
• Results consistently positive

**Class III**
• May be acceptable
• Possibly useful
• Considered optional or alternative treatments

*Level of Evidence:*
• Generally lower or intermediate levels of evidence
• Case series, animal studies, consensus panels
• Occasionally positive results

**Indeterminate**
• Continuing area of research
• No recommendations until further research

*Level of Evidence:*
• Evidence not available
• Higher studies in progress
• Results inconsistent, contradictory
• Results not compelling

Significantly modified from: The Emergency Cardiovascular Care

*Continued in next column.*

Committees of the American Heart Association and representatives from the resuscitation councils of ILCOR: How to Develop Evidence-Based Guidelines for Emergency Cardiac Care: Quality of Evidence and Classes of Recommendations; also: Anonymous. Guidelines for cardiopulmonary resuscitation and emergency cardiac care. Emergency Cardiac Care Committee and Subcommittees, American Heart Association. Part IX. Ensuring effectiveness of community-wide emergency cardiac care. JAMA 1992;268(16):2289-2295.

## Physician CME Information

**Credit Designation:** The Mount Sinai School of Medicine designates this educational activity for a maximum of *48 AMA PRA Category 1 Credit(s)™* per year. Physicians should only claim credit commensurate with the extent of their participation in the activity.

Credit may be obtained by reading each issue and completing the printed post-tests administered in December and June or online single-issue post-tests administered at EBMedicine.net.

**Target Audience:** This enduring material is designed for emergency medicine physicians.

**Needs Assessment:** The need for this educational activity was determined by a survey of medical staff, including the editorial board of this publication; review of morbidity and mortality data from the CDC, AHA, NCHS, and ACEP; and evaluation of prior activities for emergency physicians.

**Date of Original Release:** This issue of *Emergency Medicine Practice* was published October 1, 2006. This activity is eligible for CME credit through October 1, 2009. The latest review of this material was September 23, 2006.

**Discussion of Investigational Information:** As part of the newsletter, faculty may be presenting investigational information about pharmaceutical products that is outside Food and Drug Administration approved labeling. Information presented as part of this activity is intended solely as continuing medical education and is not intended to promote off-label use of any pharmaceutical product. Disclosure of Off-Label Usage: This issue of *Emergency Medicine Practice* discusses no off-label use of any pharmaceutical product.

**Faculty Disclosure:** It is the policy of Mount Sinai School of Medicine to ensure objectivity, balance, independence, transparency, and scientific rigor in all CME-sponsored educational activities. All faculty participating in the planning or implementation of a sponsored activity are expected to disclose to the audience any relevant financial relationships and to assist in resolving any conflict of interest that may arise from the relationship. Presenters must also make a meaningful disclosure to the audience of their discussions of unlabeled or unapproved drugs or devices.

In compliance with all ACCME Essentials, Standards, and Guidelines, all faculty for this CME activity were asked to complete a full disclosure statement. The information received is as follows: Dr. Hlibczuk, Dr. Waseem, Dr. Nguyen, Dr. Ellie, Dr. Gene, and Dr. Rohde report no significant financial interest or other relationship with the manufacturer(s) of any commercial product(s) discussed in this educational presentation.

For further information, please see The Mount Sinai School of Medicine website at www.mssm.edu/cme.

**ACEP Accreditation:** *Emergency Medicine Practice* is approved by the American College of Emergency Physicians for 48 hours of ACEP Category 1 credit per annual subscription.

**AAFP Accreditation:** *Emergency Medicine Practice* has been reviewed and is acceptable for up to 48 Prescribed credits per year by the American Academy of Family Physicians. AAFP Accreditation begins August 1, 2006. Term of approval is for two years from this date. Each issue is approved for 4 Prescribed credits. Credits may be claimed for two years from the date of this issue.

**AOA Accreditation:** *Emergency Medicine Practice* has been approved for 48 Category 2B credit hours per year by the American Osteopathic Association.

***Emergency Medicine Practice is not affiliated with any pharmaceutical firm or medical device manufacturer.***

**CEO:** Robert Williford **President and Publisher:** Stephanie Williford

Direct all editorial or subscription-related questions to EB Medicine: **1-800-249-5770** • Fax: 1-770-500-1316 • Non-U.S. subscribers, call: 1-678-366-7933

EB Practice, LLC • 305 Windlake Court • Alpharetta, GA 30022

E-mail: **emp@empractice.net** • Web Site: **EBMedicine.net**

*Emergency Medicine Practice* (ISSN Print: 1524-1971, ISSN Online: 1559-3908) is published monthly (12 times per year) by EB Practice, LLC, 305 Windlake Court, Alpharetta, GA 30022. Opinions expressed are not necessarily those of this publication. Mention of products or services does not constitute endorsement. This publication is intended as a general guide and is intended to supplement, rather than substitute, professional judgment. It covers a highly technical and complex subject and should not be used for making specific medical decisions. The materials contained herein are not intended to establish policy, procedure, or standard of care. *Emergency Medicine Practice* is a trademark of EB Practice, LLC. Copyright © 2006 EB Practice, LLC. All rights reserved. No part of this publication may be reproduced in any format without written consent of EB Practice, LLC. Subscription price: $299, U.S. funds. (Call for international shipping prices.)

*From the desk of*

**Dr. Richisa L. S. Johnson Hamilton, MD, PhD, MSPH**
**Board Certified Emergency Medicine Physician**
2178 Waldrop Road
Marietta, Georgia 30066
**Email: richisamd@aol.com**

Exhibit E

## Cases to Date

**Depositions:**

- THOMAS D. PRITCHARD AND JUDY PRITCHARD, PLAINTIFFS VS. JACKSON HMA, LLC D/B/A CENTRAL MISSISSPPI MEDICAL CENTER AKA COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERCIVES CORP; DAVID DEAN, D.O.; AND JOHN DOES I-V, DEFENDANTS, CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI, Expert Witness, 2017

- JENNIFER BARNETT and JARRED BARNETT, PLAINTIFFS V. CAREY THURMAN, EMT-P, CITY OF ATLANTA FIRE RESCUE, RICHISA L. JOHNSON, M.D. n/k/a RICHISA L. S. HAMILTON, M.D., AFOLAKE MOBOLAJI, M.D., NEETU SINGH, M.D., GEORGE BROWN, III, R.N., JASON R. KERR, M.D., ATLANTA MEDICAL CENTER, INC., RADISPHERE NATIONAL RADIOLOGY GROUP, INC. n/k/a IMPOWER HEALTH, INC., and JOHN/JANE DOE(S) 1-3, CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI, 2016

- Jordan Bryant Robinson, Plaintiff vs. Richisa L. S. Hamilton, M.D., Wellstar Atlanta Medical Center, Inc., John Doe Inc, and John Doe LLC, State Court of Cobb County State of Georgia, 2019