# EXPERT WITNESS

# FEE ITEMIZATION

## Client: Mr. Damond Lee Williams c/o Hammel Law LLC

## Retainer Paid $3,500

| Description | Hours Billed | Total |
|---|---|---|
| Review of Case Materials | 8 ($450/hour) | $3,600 |
| Preparation of Written Report | | $1,500 |
| Total | | $5,100 |
| *Minus retainer* | | ($3,500) |
| Remainder due | | $1,600 |

## Prepared by:
## Richisa Hamilton, MD, PhD, MSPH
## Emergency Medicine
## RICHISAMD, PLLC

### June 21, 2020

*****Checks made payable to RichisaMD, PLLC for services rendered and are due immediately.*

## Thank you

*From the desk of*

# Dr. Richisa L. S. Johnson Hamilton, MD, PhD, MSPH
## Board Certified Emergency Medicine Physician
2178 Waldrop Road
Marietta, Georgia  30066
Email: richisamd@aol.com

## Medical/Legal/Expert Witness Fee Schedule

- Initial Retainer…...................................................$3,500

- Medical Records Review/Preparation......................$450 per hour

- Deposition..............................$2,000 (due one week prior to deposition)
    - Any additional hour in excess of two hours will be charged at $600 per hour.
    - Payment for the requested length of the deposition must be paid before commencement of the deposition.
    - Any additional expenses, including deposition preparation and travel expenses will be included in the final invoice.

- Preparaion of written report......................................$1,500
- Court Testony/Expert Witness...........................$5,000 per diem +expenses
    - Subject to change with regards to trial location.

- Cancellation..........................................................$2000
    - Required for in Court Testimony not requested within 48-hour notification.

**Thank You for Your Consideration**
Federal Tax ID# 45-3244865

Phone: 601-572-9909              RichisaMD, PLLC