UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAMOND LEE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-2062 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO REFER CASE TO MEDIATION AND STAY PROCEEDINGS**

Pursuant to the Court's Minute Order of December 10, 2020, Plaintiff Damond Lee Williams and Defendants U.S. Department of Veterans Affairs and the United States of America respectfully move this Court for an Order referring this case to mediation and staying all litigation deadlines.

This case involves Plaintiff's alleged claims under the Federal Tort Claims Act, 28 U.S.C. § 2674, for medical and related expenses due to injuries allegedly sustained due to a visit to the VA Medical Center on October 30, 2013. ECF No. 1. The parties have completed fact and expert discovery.

Based on their preliminary discussions, the parties believe that settlement of this matter may be achievable, particularly with the assistance of a mediator. The parties propose to commence mediation as soon as practicable. Accordingly, the parties respectfully request that the Court refer this case for mediation through the District Court Mediation Program.

The parties also respectfully request a stay of these proceedings to allow the parties to focus on settlement negotiations and avoid expending resources that would be consumed by a bench trial. The parties believe that the mediation is most likely to succeed if the parties can

dedicate their attention to a resolution of the issues in dispute.  Accordingly, the parties request that the Court stay these proceedings pending mediation.

The Courts Order of December 10, 2020, also directed the parties to provide three trial dates in June 2021 as well as appropriate pretrial deadlines.  The parties report that they are available to commence a trial during the week of June 21, 2021, and that they request to submit a Joint Pretrial Statement, including all information required by Local Rule 16.5(b), 30 days prior to the commencement of the trial.

For the foregoing reasons, the parties respectfully request that the Court stay all litigation deadlines, refer this case to the District Court Mediation Program, and order the parties to submit a Joint Status Report on March 31, 2021, advising of the status of the parties' settlement efforts and proposing further proceedings, unless the case is dismissed before then.

Dated:  January 8, 2021                             Respectfully submitted,

                                                    /s/ *André T. Hammel*
ANDRE T. HAMMEL
Hammel Law, LLC
9701 Apollo Drive, Suite 100
Largo, Maryland  20774
Phone:  (240) 393-4935
Fax:  (240) 303-2638
andre.hammel@hamlawus.com
*Counsel for Plaintiff*

**/s/**   Danielle P. Turnipseed, Esq.
Danielle P. Turnipseed, Esq.,
DCB No.: 1001033
Turnipseed Law, LLC
15306 Royal Forest Lane
Silver Spring, MD  20904
301.589.5881
danielle@turnipseedlaw.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

    /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar # 1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendants*