UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMOND LEE WILLIAMS, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 16-2062 (ZMF) |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**PARTIES' NOTICE OF SETTLEMENT IN PRINCIPLE**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. The settlement is subject to approval by the United States Attorney and further preparation of a formal settlement agreement. The parties respectfully request that they are given 30 days from today to finalize the settlement agreement and file the stipulated dismissal with the Court. In addition, the parties respectfully request that the Court vacate all deadlines, including the October 18, 2021 trial date, in this case.

\* \* \*

Date:  October 15, 2021  Respectfully Submitted,

*/s/ André T. Hammel (with consent)*
André T. Hammel
Hammel Law LLC
9701 Apollo Drive | Suite 100
Largo, MD 20774
 (240) 393-4935 (Office)
 (240) 303-2638 (Fax)
andre.hammel@hamlawus.com
Counsel for Plaintiff

*/s/ Danielle P. Turnipseed (with consent)*
Danielle P. Turnipseed, Esq.,
DCB No.: 1001033
Turnipseed Law, LLC
14306 Royal Forest Lane,
Silver Spring, MD 20904
301.589.5881
danielle@turnipseedlaw.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS,
D.C. Bar #415793.
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Derek S. Hammond*
PAUL CIRINO, D.C. Bar #1684555
DEREK HAMMOND, D.C. Bar #1017784
Assistant United States Attorneys
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2511
paul.cirino@usdoj.gov
derek.hammond@usdoj.gov

*Counsel for Defendants*